**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ROBERT CLARK (#611786)**                                        **CIVIL ACTION**

**VERSUS**

**JAMES LEBLANC, ET AL.**                                          **19-512-BAJ-RLB**

**ORDER**

This matter comes before the Court in connection with the Court's Order dated September 25, 2019 (R. Doc. 9). On September 25, 2019, the plaintiff was ordered to pay, within twenty-one (21) days of the date of the Order (R. Doc. 9), an initial partial filing fee in the amount of $7.17, "or this action shall be dismissed." On or about October 21, 2019, the plaintiff responded to the Court's Order by filing an Objection. *See* R. Doc. 17.

Pursuant to 28 U.S.C. § 1915, if a prisoner brings a civil action in forma pauperis, the prisoner shall be required to pay the full amount of the filing fee and the court shall assess an initial partial filing fee calculated pursuant to the statute. However, a prisoner shall not be prohibited from bringing a civil action if the prisoner has no means by which to pay the initial partial filing fee. *See* 28 U.S.C. 1915(b)(1) and (4).

Based upon the documents provided by the plaintiff, it appears that the plaintiff does not have sufficient funds in her inmate account to pay the Court's initial partial filing fee.[1] Accordingly,

**IT IS ORDERED** that the Order of this Court dated September 25, 2019 (R. Doc. 9), pursuant to which the plaintiff was directed to pay an initial partial filing fee in the amount of $7.17, be and is hereby **VACATED**.

---

[1] When the plaintiff submitted a withdrawal request it was returned to her stamped with "NSF." *See* R. Doc. 17-2, p. 4.

CIB

**IT IS FURTHER ORDERED** that the plaintiff's Motion (R. Doc. 2) be and is hereby **GRANTED** for the purpose of service of process by the United States Marshal's Office, as provided in Rule 4(c)(3) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the plaintiff's Motion (R. Doc. 2) be and is hereby **GRANTED** for the purpose of the filing fee. However, in accordance with 28 U.S.C. § 1915(b), all prisoners granted *in forma pauperis* status are assessed and are required to pay the full amount of the Court's filing fee ($350.00)[2]. The plaintiff is required to pay an initial partial filing fee and, thereafter, prison officials are required to forward monthly payments from the plaintiff's inmate account(s) until the entire filing fee is paid.

**IT IS FURTHER ORDERED** that the plaintiff is assessed an initial partial filing fee in the amount of $0.00.

**IT IS FURTHER ORDERED** that the plaintiff shall make monthly payments of twenty (20) percent of the preceding month's income credited to her inmate account(s) until he has paid the total *remaining filing fee of $350.00*. The monthly amount shall automatically be collected from the plaintiff's account(s) and forwarded to the Court without further action by the plaintiff.

**IT IS FURTHER ORDERED** that the agency having custody of the plaintiff shall collect the monthly amount from the plaintiff's inmate account(s) and shall forward same to the Clerk of Court for the Middle District of Louisiana each time that the amount collected exceeds $10.00, until the $350.00 filing fee is paid.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail, or deliver by electronic means, a copy of this Order to the plaintiff, and to the Centralized Inmate Banking Section for the Louisiana Department of Public Safety and Corrections.

---

[2] Although there is an additional $50.00 administrative fee associated with the filing of civil actions in the federal courts, this fee is not assessed where pauper status is granted under 28 U.S.C. § 1915October 23, 2019.

**IT IS FURTHER ORDERED** that the Objection (R. Doc. 17) shall be terminated as moot.

Signed in Baton Rouge, Louisiana, on October 23, 2019.

                                         **RICHARD L. BOURGEOIS, JR.**
                                         **UNITED STATES MAGISTRATE JUDGE**