UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT CLARK** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO.: 3:19-cv-00512-BAJ-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE BRIAN A. JACKSON** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **JAMES LEBLANC, ET AL.** | * | **RICHARD L. BOURGEOIS** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# NOTICE OF COMPLIANCE WITH COURT ORDER

NOW INTO COURT, through undersigned counsel, come defendants, James Leblanc and Warden Vannoy, who hereby file this Notice of Compliance with the Order of this court dated October 23, 2019 [R. Doc. 19] by attaching the following:

1. Administrative Remedy Procedures (ARP's) of Robert Clark, LSP-2014-1543, LSP-201-2660, LSP-2015-3595, LSP-2016-0629, LSP-2016-0845, LSP-2016-2396, LSP-2016-3595, LSP-2017-0915, LSP-2017-2512, LSP-2017-2699, LSP-20418-2345, LSP-2019-0462, LSP-2019-1949, consisting of 141 pages, and attached hereto as Exhibit A;

2. Certified Institutional File of Robert Clark consisting of 425 pages, and attached hereto as Exhibit B; and,

3. Certified Medical Records of Robert Clark consisting of 769 pages, and attached hereto as Exhibit C.

Further, Defendants received additional discovery from pro se plaintiff, Robert Clark, attached hereto as Exhibit D, and have filed the attached Responses to Requests for Production of Documents, attached hereto as Exhibit E.

1

Respectfully submitted,

**JEFF LANDRY**
**Attorney General**

By:   s/Andrew Blanchfield
      Andrew Blanchfield, T.A. (#16812)
      Email: ablanchfield@keoghcox.com
      Chelsea A. Payne (#35952)
      Email: cpayne@keoghcox.com
      Special Assistant Attorneys General
      701 Main Street (70802)
      Post Office Box 1151
      Baton Rouge, Louisiana 70821
      Telephone: (225) 383-3796
      Facsimile: (225) 343-9612

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record and by United States Mail to the pro se plaintiff.

Baton Rouge, Louisiana, this 17th day of January, 2020.

      s/Andrew Blanchfield
      Andrew Blanchfield