Form B-03-005-B
16 December 2009

## CUSTODIAN OF RECORDS AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

### A F F I D A V I T

BEFORE ME, the undersigned Notary Public, personally came and appeared Jaine Babel, who after first being duly sworn did depose and say that as the Custodian of Records for the Louisiana Department of Public Safety and Corrections, Corrections Services, at Louisiana State Penitentiary, does hereby certify that the attached documents are true copies of the records of the Louisiana Department of Pubic Safety and Corrections regarding Robert Clark DOC 611786.

_____
Custodian of Records

Sworn to and subscribed before me this ___8th___ day of _November_, 20_19_.

_____ # 155703
NOTARY

*Ex-officio Notary*

EXHIBIT B

```
10016D
```

| DATE: 11/05/19 | DPS&C CORRECTIONS SERVICES | TIME: 08:5 |
|---|---|---|
| AMENDED: 11/05/19 | MASTER RECORD | PAGE 1 |

-------------------------------- D E S C R I P T I O N --------------------------

```
DOC #..: 00611786      CURRENT LOC: LA STATE PEN
NAME: CLARK, ROBERT L JR                    B/M    DOB..... Redacted    1978

SID NUMBER: 002738017   FBI NUMBER: 653951AB8   SOC.SEC. Redacted 2594
DRIVER LIC:             -                       STRIKE.....: NO
HGT.......: 6`00        WEIGHT....: 205         HAIR.......: BLACK
EYES......: BROWN       COMPLEXION: FAIR/LIGHT  SHOE SIZE.: 110
******************** R E L E A S E   I N F O R M A T I O N ********************
DN                                              DNA: y
OFFENDER CLASS: 02      GT ACT.: ACT 150        TEST DATE: 01/21/2014
WRED: 01/04/2086
PED: NOTELG                                     FTD: 07/05/2086
ECC DATE:   /  /       DS  ...:   /  /
                       ADJUSTED.: NOTELG

PB ACTION..:                                    TOTAL SENTENCE
                       MS ON TOTAL LOSS OF GT    075YRS/ 00MTH/ 00DA
TYPE ACTION:           TO DATE: 0
ACTION DATE:           RESTORED:     0
                       CTRP Release Factor: 0   DAYS
COMMENTS:
          CHANGE RELIGION PER OFFENDER REQUEST

DETAINER: Y    DETAINER INFO: SHERIFF OFFICE
                              SHERIFF OFFICE
```

-------------------- O F F E N S E   I N F O R M A T I O N --------------------

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | AP JC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 189249 | BOS | NA | 01/07/14 | / | ARMED ROBBERY USE | 001 | 0750000 | NA | | | |

```
DOC #..: 00611786   NAME..: CLARK, R                        PG  2
------------------------------- A L I A S ------------------------------------
                    NONE FOUND
********************** E M E R G E N C Y   C O N T A C T **********************

  EMERGENCY CONTACT:                        RELATION.......:
  EMERGENCY ADDRESS:                        EMER.CITY/ST:
  EMERGENCY ZIPCODE: 75703                  EMERGENCY PHONE: (   )    -

----------------------- P E R S O N A L   D A T A -----------------------
  ADDRESS..:3030 BENBROOK ST   TYLER, TX  75703
  BIRTH CITY: SHREVEPORT        ,LOUISIANA            CITIZEN..: YES
  MARITAL ST: SINGLE            CHILDREN: 00          RELIGION..: RASTAFARIAN
  EDUCATION.: GC YRS.           ELOC....:             GOVT ASST.:
  OCCUPATION: NOT IN LABOR FORCE-UNEMPLOYED
  MOTHER`S NAME:                          FATHER`S NAME:

-------------------- S C A R S - M A R K S - T A T T O O S --------------------

  MARK/INFIRMITY.1:               LITERAL: PRAYING HANDS
  MARK/INFIRMITY.2:               LITERAL: MAN
  MARK/INFIRMITY.3:               LITERAL:
  MARK/INFIRMITY.4:               LITERAL:
  MARK/INFIRMITY.5:               LITERAL:

------------------- T R A N S F E R   I N F O R M A T I O N -----------------

                                             FROM    TYPE
  ASSIGNED  LOCATION    PHYSICAL  LOCATION    DATE    SUPV
  ====================  ====================  ======= ====
  SHREVEPORT DISTRICT   SHREVEPORT DISTRICT   05/24/13  I
  OAS/NORTH JAILS       BOSSIER MAX           01/07/14  A
  HUNT RECEPTION AND DI HUNT RECEPTION AND DI 01/21/14  A
  LA STATE PEN          LA STATE PEN          02/10/14  A


     LSP11
  --------------------------
    PRINTED BY                                 11/05/19
```

```
                    TIME COMPUTATION & JAIL CREDITS         PG: 1     OF  1
 NAME : CLARK, ROBERT                           DOC NUMBER : 00611786
 CAJ.II OFF.#             001
 OFF. DATE                05292011
 ---------------------------------------------------------------------------
   ARRESTED               07082011
   BONDED
   ARRESTED
   BONDED
   ARRESTED
   BONDED
   ARRESTED
   BONDED
   ARRESTED
   BONDED
   ARRESTED
   BONDED
   ARRESTED
   BONDED
   ARRESTED
   BONDED
   ARRESTED
   BONDED
   REMANDED
   SENT DATE              01072014
   SENT START             01072014
   PROB/BOND/ESC
   ARRESTED
   BONDED
   ARRESTED
   BONDED
   REMANDED
   REVOKED
   REV START
   STATUTE            14:64.3
   PAR & DKT#        BOS  189249
   SENT LENGTH(YYYMMDD)     0750000
   JAIL CREDIT             000914
   AWARD CREDIT           000000
   ACT 792
   BAL OWED           26479 07052086
   GT ACT                  0150
   MUST SERV          26479 07052086
   OFF.CLASS               02
   PAROLE ELG?               N
   PAROLE BAL.        26479 07052086
   CONSECUTIVE FLAG
 ---------------------------------------------------------------------------
              DBDS: 00000000  RAW DS: NOT ELIG   TOT.     RESTORATION
      FTD: 07052086  PED: NOT ELIG  ADJ. DS: NOT ELIG   LOSS:0000     0DAYS
 CONTROLL OFF:  01          01                  01
 GT CONTROLLING STACK: <DTA>          GT CREDIT...: 000000
 CTRP Release Factor:0000             DISASTER RELIEF: 000000
 CTRP GT Earned   :0000 DAYS   CUTOFF DATE..: **/**
 COMMENTS........: CORRECT STATUTE
 NOTE: ALL DATES (APPLICABLE) FOR ROLLOVER ARE ADJUSTED TO 00000000 TOT.ADJ.
 COMPUTED BY.....: C SHIPLEY            .          03/24/14      MS  26479
```

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
### CONDUCT REPORT

**NAME:** Robert Clark

**DOC:** 611786

**DATE:**

| No. | Incident Date | Rule No. | Hearing Date | REPORT Repri-mand | Extra Duty | Isol. | Loss of G.T. | Rec. Change (Job, Qtrs, Inst.) | Loss of Privileges/ Incentive Wages | Room Conf. | Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 10·22·16 | 5 | 10·25·16 | Combine Reports | | | | Another WCB | 6wk phone | | |
| 17 | 10·31·16 | 10 | 11·2·16 | | | | | | 4wk phone | | — |
| 18 | 11·8·16 | 1 | 11·16·16 | | | | | Sus 90 days Jman pro | | | |
| 19 | 12·1·16 | 3/5 | 12·13·16 | Combine Reports | | | | Camp J | | | |
| 20 | 12·11·16 | 1,3,5 | 12·13·16 | | | | | Camp J | | | |
| 21 | 12·2·17 | 14 | 12·5·17 12·7·17 | | | | | | 12 wks Phone | | 2½ |
| 22 | 2·1·18 | 5 | 2·5·18 | | | | | ext 40 sus 90 days Out camp WCB | | | |
| 23 | 2·13·18 | 14 | 2·23·18 2·25·18 | | | | | | 12 wks Canteen | | M¼ |
| 24 | 3·7·18 | 5 | 3·8·18 | | | | | Raise 1+2 | | | |
| | | | | Expunged per rehearing DBA LSP 2018-7477 ▨ | | | | | | | |
| 26 | 3·23·18 | 5 | 3·29·18 | | | | | Sus 90 days ext 40 | | | |
| 27 | 6·27·18 | 21c | 6·29·18 | | | | | | 6wk phone | | |
| 28 | 7·25·18 | 14 | 8·9·18 | | | | | See 90 days WCB | | | |
| 29 | 8·23·18 | 1 | 8·27·18 | | | | | | 6wk phone 6wk yd. | | |
| 30 | 8·19·18 | 11 | 9·7·18 | | | | | ext 40 | | | |
| 31 | 10·22·18 | 1/19 | 11·2·18 | | #1 10 day | | | | #19 12 wk yd | | |
| 32 | 10·12·18 | 3,5,11 | 11·2·18 | | | | | | #3 6wk yd #5 6wk yd #11 6wk yc | | |

1. Contraband
1A. Unauthorized Items (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)
7. Disrespect (A)
8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)
13. Deleted
14. Intoxication
15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)
19. Self-Mutilation (B)
20. Rescinded
21. Agg. Sex Offense (A)
22. Theft (B)
24. Unauth. Area (A)
25. Deleted
26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense (B)
29. Disturbance (B)
30. Gen. Prohibited Behavior (B)



# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CONDUCT REPORT

NAME: Robert Clark

DOC #: 411796

| REPORT No. | Incident Date | Rule No. | Hearing Date | BOARD ACTION Repri-mand | Extra Duty | Isol | Loss of GT | Rec Change (job,qtrs,inst) | Loss of Privileges/ Incentive Wages | Room Conf | Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2-5-14 | 1 | 2-26-14 | | | | | | 24 wks Smking Met | | |
| 2 | 2-21-14 | 1 | 2-25-14 | | | | | | 8 wks. phone | | |
| 3 | 5/8/14 | 21C | 5/2/14 5/21/14 | | | | | ✓ Management | | | |
| 4 | 5/10/14 | 15 | | | | | | | 4 wks canteen | | J |
| 5 | 5/11/14 | 1 | 5/13/14 5/19/14 | | | | | | 4 wks yard | | J |
| 6 | 3-28-15 | 1 | 3-31-15 | | | | | ext 4/D mp (CBB) | 24 wk canteen | | |
| 7 | 8-10-15 | 5 | 8-13-15 | | | | | WCB | 2 wk phone | | 4 |
| 8 | 9-8-15 | 15B | 9-10-15 | combine | | | | | 8 wk Phone | | 4 |
| 9 | 9-8-15 | 28 | 9-10-15 | Reports | | | | | 8 wk phone | | 4 |
| 10 | 11-9-15 | 1 | 11-12-15 | | | | | ext 4/D | 12 wk phone | | 4 |
| 11 | 11-13-15 | 1 | 11-17-15 | | | | | ext 4/D | 12 wk phone | | 4 |
| 12 | 12-15-15 | 5 | 12-21-15 | | | | | ext 4/D | 4 wk phone | | 4 |
| 13 | 3-14-16 | 1 | 3-16-16 | | | | | | 12 wk canteen | | 4 |
| 14 | 8-15-16 | 21C | 8-18-16 | | | | | mp WCB-CBC | | | 4 |
| 15 | 10-22-16 | 21C | 10-23-16 | combine reports | | | | Another WCB | 6 wk phone | | |

1. Contraband
1A. Unauthorized Items (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)

7. Disrespect (A)
8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)

13. Deleted
14. Intoxication
15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio TV Abuse (A)

19. Self-Mutilation (B)
30. Rescinded
21. Agg. Sex Offense (B)
22. Theft (B)
24. Unauth. Area (A)
25. Deleted

26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense (B)
29. Disturbance (B)
30. Gen Prohibited Behavior (B)

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CREDIT FOR DOC COMMITMENT*

Louisiana law provides that an offender shall receive credit for time spent in physical custody for a specific charge for which sentence is imposed. Begin with the original date of arrest for this offense. Other entries should include bond date – dates of re-arrest and bond related to this case, whether in your facility or another facility's custody. Booking information for unrelated charges is not required; however, if listed, must be labeled with the reason for arrest. If this charge remains under bond, jail time on unrelated charges does not apply. If bond on instant offense is recalled, indicate the date, charge reinstated and/or date of hold for the instant offense. If arrested in another jurisdiction, please indicate the date detainer/hold was placed for this charge and where subject was detained. DOC time and parish time shall not be served concurrent without an order of the court. Please indicate the dates credited toward parish sentence and the date of completion. Otherwise, please place detainer with the housing facility and note on this document.

PARISH __BOSSIER__      DOCKET # __189, 249__      DATE OF OFFENSE __5-29-11__

STATE POLICE RAP SID# __002738017__      AFIS BOOKING ATN# __0800114000 42__

COURT RECORDED OFFENDER NAME __ROBERT LEE CLARK JR.__      R/S __B/M__      DO Redacted __1978__

TRUE NAME/ALIASES _____

SENTENCE DATE __1-7-14__      RELEASED TO PROBATION _____      REVOCATION DATE _____

| ARREST DATE | CHARGE | RELEASE LOCATION | REASON FOR RELEASE | RELEASE DATE |
|---|---|---|---|---|
| 7-8-11 | ARMED ROBBERY | HOUSED AT | BOSSIER MAXIMUM | PRESENT |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

- ☐ Offender sentenced on more than one docket: _____
- ☐ Offender has served parish time. Parish time completion date/DOC time begins: _____
- ☐ Offender owes parish time. Parish of detainer and charge(s): _____
- ☒ Offender has open/pending charges. Place of detainer and charge(s): __BOSSIER S/O (PENDING CHARGES)__

Comment _____
_____
_____
_____

__[signature] Pool #108y  1-8-14__                    __318-306-4405__
Parish Official & Date                                Contact Phone Number

DEFINITION KEY

| ARREST DATE | CHARGE | RELEASE LOCATION | REASON FOR RELEASE | RELEASE DATE |
|---|---|---|---|---|
| Booking Date<br>Re-booking Date<br>Charge Added<br>Hold/Detainer Placed<br>Returned from other PJ | Booking Offense<br>Bench Warrant<br>Bond Recalled<br>P&P Hold<br>Your Detainer to Another Facility<br>Detainer Received | Street<br>Another Facility<br>P&P<br>State Custody<br>Federal Custody | Left Physical Custody<br>Bonded Out<br>Custody Transfer<br>Transferred to Another Facility<br>Detainer/Hold Lifted<br>Court Order<br>Escape | Date of Release |

*Must prepare one for each docket.





STATE OF LOUISIANA

VERSUS

ROBERT L. CLARK, Jr.
B/M DOB 08/01/1978
SID#: 002738017
ATN: N/A
CLASS: II

# AMENDED BILL OF INFORMATION

## CRIMINAL DOCKET NO. 189249

## ARMED ROBBERY

## STATE OF LOUISIANA-PARISH OF BOSSIER

### Twenty-Sixth Judicial District

I, the undersigned Assistant District Attorney of the Twenty-Sixth Judicial District of the State of Louisiana, who declared that

**ROBERT L. CLARK, Jr.**

on or about 5/29/2011, in the Parish, State and District aforesaid,

WHILE ARMED WITH A DANGEROUS WEAPON, SAID WEAPON BEING A FIREARM, ROBBED PHILLIP GULLO, DILLON LOPEZ, AND/OR BEST VALUE MINI-MART LLC, IN BOSSIER PARISH, LOUISIANA, IN VIOLATION OF THE PROVISIONS OF LRS 14:64 AND LRS 14:64.3;

**CONTRARY TO THE LAWS OF THE STATE OF LOUISIANA** and against the Peace and Dignity of the same.

Respectfully Submitted,

_____
ASSISTANT DISTRICT ATTORNEY
26TH Judicial District

FILED

FEB 1 2013

_____
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

**STATE OF LOUISIANA**

**VS**

**DOCKET #** 189 249

I HEREBY CERTIFY THAT THE FINGERPRINTS BELOW ARE THE FINGERPRINTS OF
THE DEFENDANT _Clark, Jr. Robert L._
AND THAT THEY WERE PLACED THEREON BY SAID DEFENDANT THIS _19_ DAY
OF _April_ 20 _13_.

SIGNED _____

```
FILED
        APR 1 9 2013
        DEPUTY CLERK
   26TH JUDICIAL DISTRICT COURT
    BOSSIER PARISH, LOUISIANA
```




PRINTED ON 1/8/2014 AT 8:17:40AM

## MINUTES REPORT
## 26TH JUDICIAL DISTRICT

**C-189249**

DEF. NAME: CLARK, ROBERT L, JR

JUDGE: JEFF COX

CHARGES:

05/29/2011 ARMED ROBBERY ***AMENDED BILL FILED 02-01-2013***

| | |
|---|---|
| 07/11/2011 | Robert Clark appeared via video, after having rights advised by the Court concerning the assistance of counsel either retained or Court appointed the Public Defender Office is appointed. Case is assigned to division "A". (Cox) |
| 08/30/2011 | Robert Clark, Jr. (incarcerated) no appearance, counsel John Bokenfohr is present. Motion for preliminary exam is reset for September 16, 2011. Randy Smith is present on behalf of the State. (Craig) |
| 09/06/2011 | The defendant, Robert L. Clark, Jr. via video for arraignment with counsel Mark Rogers standing in for John Bokenfohr conflict counsel, waived formal arraignment and entered a plea of not guilty. The Court advised the defendant of his rights as to method of trial. Case is set for status conference on September 16, 2011. Andrew Jacobs is present on behalf of the State. (Self) |
| 09/16/2011 | Defendant Robert Clark is present with John Bokenfohr. Status conference reset for November 15, 2011. Preliminary Examination to be reset. Randy Smith on behalf of the State. (Craig) |
| 11/15/2011 | Defendant Robert Clark is present with John Bokenfohr. Status conference reset for January 17, 2012. Randy Smith on behalf of the State. (Craig) |
| 01/17/2012 | Defendant Robert Clark is present with John Bokenfohr. Case is set for trial on May 21, 2012. Lane Pittard on behalf of the State. (Craig) |
| 07/23/2012 | Robert L. Clark, Jr (incarcerated) not present. Douglas Harville is present. Jury trial is reset for September 10, 2012 per filed motion. Randy Smith is present on behalf of the State. (Craig) |
| 08/14/2012 | Motion continued to November 4, 2012 as to Robert Clark. Randy Smith on behalf of the State. (Craig) |
| 09/04/2012 | Robert L. Clark, Jr. (incarcerated) present in open Court with Douglas Harville, Motion is reset at State's request with trial being upset and reset for October 22, 2012 at Defense request. Speedy Trials will begin to run on November 12, 2012 if case is not disposed of on the October 22, 2012 date. Randy Smith is present on behalf of the State. (Craig) |
| 10/16/2012 | Defendant Robert Clark incarcerated and present with Douglas Harville. Case is set for trial on October 22, 2012. Randy Smith on behalf of the State. (Craig) |
| 10/22/2012 | Robert L. Clark, Jr (incarcerated) present in open Court with counsel Douglas Harville, trial date is upset and reset for February 4, 2013 by agreement. Motions are set for December 18, 2012. Speedy trial motion shall not begin running until February 4, 2012. Court further ordered defendant is to have no contact of any kind with any witness or potential witness. Randy Smith is present on behalf of the State. (Craig) |
| 01/22/2013 | Douglas Harville, counsel for defendant Robert L. Clark, Jr (incarcerated). Counsel waived defendant's presence and Motion for Preliminary Examination is upset and reset for January 23, 2013 at 2:00 PM at defense request as to docket 189249A only. Randy Smith is present on behalf of the State. (Craig) |
| 01/23/2013 | Robert L. Clark, Jr. (incarcerated) present in open Court with counsel Douglas Harville. The Motion to Quash Defendant's Information and to Severe Charges is presented to the Court. The Motion is denied. Randy Smith is present on behalf of the State. (Craig) |
| 04/15/2013 | Robert L. Clark, Jr. (incarcerated) present in open Court with conflict counsel Douglas Harville waived formal arraignment and entered a plea of not guilty on the amended bill of information. Court advised defendant of rights as to method of trial. Defense elected a jury trial. Defense advised discovery is satisfied. Motion to Quash is deemed moot based on the filing of the amended bill. The 404B Hearing is deemed satisfied. Court advised the motions filed pro se on April 11, 2013 (Motion For Plea Agreement; Motion To Dismiss and Motion to Suppress) are deemed out of time motions and shall not be considered. State advised of the plea agreement offered. Defense rejected the plea agreement. Case is called for trial, Randy Smith on behalf of the State of Louisiana and Douglas Harville for the defense announce ready. Jury selection begins, a panel of 12 jurors are ordered to try the case. The following |

Page 1 of 3

are temporarily selected and sworn as a jury: Brian Lamb; Robert Cox; Cindy Wise; Robert Disotell; John Hawn; Kelly Rose; James Lilly; Jamie Williams; Marc James; Lakresha Marshall; Richard Jarrell; Aaron Webb; Lynda Davis; Joyce Sanderford; Elizabeth Vance. Outside the presence of the jury venire State moved for a Batson Challenge on Defense for the striking of three potential jurors. Defense advised of the reasons for the striking of the potential jurors. Court denied two of the Batson Challenges and granted one. Jury selection resumes with the following being temporarily selected and sworn as a jury: Kimberly Rich and Kelly May. Two alternates were ordered to try the case. The following are temporarily selected and sworn as alternate jurors: Karen Allen and Enray Haynes. The following are sworn in as a jury: Robert Disotell; Brian Lamb; Robert Cox; Aaron Webb; Kelly May; Cindy Wise; James Lilly; Richard Jarrell; Joyce Sanderford; Lynda Davis; Elizabeth Vance and Kimberly Rich. The following two alternates are sworn: Karen Allen and Enray Haynes. The Court read the Bill of Information to the jury. Reaching the hour of adjournment, trial will resume on Tuesday, April 16, 2013 at 9:00 AM. Outside the presence of the jury, defendant requested ruling on the Motion to Suppress. Court advised defendant that a ruling denying the motion had been made. Court denied the Motion to Suppress in open Court with the defendant and counsel present. (Craig)

| | |
|---|---|
| 04/16/2013 | Robert L. Clark, Jr. present in open Court with Conflict Counsel Douglas Harville. Court invoked the Rule of Sequestration. Trial resumes with opening statements by Randy Smith on behalf of the State of Louisiana and Douglas Harville on behalf of the defendant, Robert L. Clark, Jr. Outside the presence of the jury witnesses are sworn and placed under the Rule of Sequestration. Hearing is held as to the admissibility of a surveillance video. Court ruled the surveillance video is admissible based on authentication by the witness. Jury returned to the courtroom and trial resumes with testimony and evidence. Outside the presence of the jury, defense made a motion for mistrial with argument by the State and Defense. Court reserved the ruling on the motion based upon additional evidence by defense when trial reconvenes. Reaching the hour of adjournment trial will resume on Wednesday, April 17, 2013 at 9:00 AM. (Craig) |
| 04/17/2013 | Robert L. Clark, Jr. (incarcerated) present in open Court with Conflict Counsel Douglas Harville. Randy Smith is present on behalf of the State. Motion for Mistrial resumes outside the presence of the jury. Defense submitted cases to the Court. The Court sited additional cases on the record. Court ruled the Motion for Mistrial is denied. Defense made a new Motion for Mistrial based on a prejudice statement made. Court questioned alternate juror #2 as to a statement made. Alternate juror #2 was admonished, released from jury duty and excused by the Court. Each juror was questioned individually as to any knowledge of the statement. Based on the answers by each juror Defense withdrew the Motion for Mistrial based on a prejudice statement. Court ruled the jury was not tainted. Trial resumes. Reaching the hour of adjournment, trial will resume on Thursday, April 18, 2013 at 9:30 AM. (Craig) |
| 04/18/2013 | Robert L. Clark, Jr. (incarcerated) present in open Court with Conflict Counsel Douglas Harville. Randy Smith is present on behalf of the State. Trial resumes. State rest. Defense rest. Rebuttal by the State. State rest. Reaching the hour of adjournment, trial will resume Friday, April 19, 2013 at 9:30 AM. |
|  | Robert L. Clark, Jr. (incarcerated) present in open Court with Conflict Counsel Douglas Harville. Randy Smith is present on behalf of the State. Trial resumes with closing remarks by Randy Smith on behalf of the State and Douglas Harville, on behalf of the defendant, Robert L. Clark, Jr. Rebuttal closing remarks by Randy Smith on behalf of the State. The Charge is read to the jury by the Court. At 11:07 AM the jury retired to the jury room for deliberation on their verdict. At 11:29 AM the jury returned to the courtroom with a request to review certain evidence. At 11:58 AM the jury retired to the jury room for further deliberation on their verdict. At 12:28 PM the jury returned to the courtroom with the following verdict: ▓▓▓▓▓▓▓▓▓ find the defendant, GUILTY. James Lilly - Foreman. April 19, 2013. The jury was polled and the verdict was unanimous. Defendant is set for remand on May 28, 2013. Defendant is remanded to the custody of the Sheriff. (Craig) |
| 05/14/2013 | Douglas Lee Harville present on behalf of the defendant Robert L. Clark, Jr. (incarcerated). Court ordered a pre-sentence investigation. Defendant was found guilty by a jury on April 19, 2013. Remand date set for September 17, 2013. Randy Smith is present on behalf of the State. (Craig) |
| 09/17/2013 | Defendant Robert Clark incarcerated and not brought into courtroom. Douglas Harville waived the presence of the defendant. Remand is passed until December 3, 2013. Mr. Harville given 10 days to file motions and any motions |

filed and pending will be set for hearing on November 5, 2013. Randy Smith on behalf of the State. (Craig)

11/05/2013    Defendant Robert Clark incarcerated and present with Douglas Harville for Motion for New Trial.   Motion is called, held and argued by Mr. Harville and Randy Smith.  Based on the facts stipulated into the record, the Court denies the Motion for New Trial and Motion for Post Judgment Verdict of Acquittal. All other motions filed by Mr. Clark were set for rule to show cause on December 3, 2013.  Mr. Harville is not available on December 3, 2013 and all motions reset for January 7, 2014.  (Craig)

01/07/2014    Defendant Robert Clark incarcerated and present with Douglas Harville. Defendants pro-se Motion to Arrest Judgment and Speedy Trial is denied as being repetitive.  The Court explained for the record the considerations taken into account and the factual basis therefore in imposing the following sentence to-wit:  Defendant is sentenced to serve 75 years at hard labor in the Louisiana Department of Corrections, to be served without benefit of parole, probation or suspension of sentence.  Defendant is advised of 2 years to apply for post conviction relief and 30 days to appeal.  Objection is noted for the record by Douglas Harville and Mr. Harville gives notice to file appeal and post conviction relief. Randy Smith on behalf of the State. (Craig)

## CERTIFICATE OF CLERK

STATE OF LOUISIANA    )
                      :    OFFICE OF CLERK, 26TH DISTRICT COURT
PARISH OF BOSSIER     )

        I, Helen B. Bozeman, Deputy Clerk of the Twenty-Sixth Judicial District Court in and for the Parish of Bossier, State of Louisiana, DO HEREBY CERTIFY that the above and foregoing SIX (6) pages, do contain, in full, a true and correct transcript of the suit of

STATE OF LOUISIANA

VERSUS

ROBERT L. CLARK, JR.

Numbered 189249 on Criminal Docket of the Twenty-Sixth Judicial District Court, Bossier parish, Louisiana, and

        I DO HEREBY CERTIFY that there is contained herein a true and correct EXTRACT FROM COURT MINUTES had on the trial of said cause.

        GIVEN UNDER MYHAND AND SEAL, officially, at my office, in the Town of Benton, Bossier Parish, Louisiana, on this the 8THday of JANUARY, A.D. Two Thousand and Fourteen (2014).

                           _Helen Bozeman_
                           DEPUTY CLERK
                           TWENTY-SIXTH JUDICIAL DISTRICT
                           BOSSIER PARISH, LOUISIANA

**State of Louisiana Uniform Commitment Order**

Judicial District <u>26TH</u>                                        Division A

Parish of Commitment <u>Bossier</u>                        Docket Number <u>189249</u>

| Defendant/Case Identifiers: | | | |
|---|---|---|---|
| Name of Convicted | ROBERT L. CLARK, JR. | | |
| Race | **BLACK** | Date of Birth (MM/DD/YYYY) | Redacted1978 |
| Sex | **MALE** | State ID Number | 002738017 |

| Total Sentences (total length of incarceration imposed): | | | | |
|---|---|---|---|---|
| To be imprisoned at hard labor in the custody of the Department of Public Safety and Corrections for: | | | | |
| **75** | **Years** | **0** | **Months** | **0** | **Days** |

| Sentence Details: | | | |
|---|---|---|---|
| Convicted of: (Revised Statute Number) | Number of Counts: | Verdict/Plea: | Sentence Length: (Example: 2 year, 6 months, 30 days) |
| **14:64.3** | **1** | **GUILTY** | **75 YEARS HARD LABOR** |

| Sentence/Offense Dates (MM/DD/YYYY): | | | | | | |
|---|---|---|---|---|---|---|
| Offense Date(s) | 05/29/2011 | | | | | |
| Adjudication Date | | | | | | |
| Sentence Date | 01/07/2014 | | | | | |
| Revocation Date(s) | | | | | | |

| | | | | |
|---|---|---|---|---|
| Sentence Conditions: | | Docket Number | Parish, Judicial District of Docket Number | |
| Concurrent with: (list docket numbers, parish, and Judicial District) | | | | |

| | | |
|---|---|---|
| Consecutive to: (list docket numbers, parish, and Judicial District) | | |

| Special Comments or Instructions (such as suspended sentence or good time): |
|---|
| TRIED AND FOUND GUILTY - 75 YEARS HARD LABOR IN THE DEPARTMENT OF CORRECTIONS, WITHOUT BENEFIT OF PAROLE, PROBATION OR SUSPENSION OF SENTENCE |

| Involved Parties (Printed Names): | |
|---|---|
| Minute Clerk: **HELEN BOZEMAN** | Prosecutor: **RANDY SMITH** |
| Court Reporter: **RACHEL SCHOTH** | Defense Attorney: **DOUGLAS HARVILLE** |

The above sentence, handed down in Open Court, is the order of this Court and this shall be sufficient warrant for it execution. Thus done and signed this ___ day of _____ 20__

_____
Judge's Signature

Judge's Printed Name and Mailing Address:

MICHAEL O. CRAIG

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CREDIT FOR DOC COMMITMENT*

Louisiana law provides that an offender shall receive credit for time spent in physical custody for a specific charge for which sentence is imposed.  Begin with the original date of arrest for this offense. Other entries should include bond date – dates of re-arrest and bond related to this case, whether in your facility or another facility's custody. Booking information for unrelated charges is not required; however, if listed, must be labeled with the reason for arrest. If this charge remains under bond, jail time on unrelated charges does not apply.  If bond on instant offense is recalled, indicate the date, charge reinstated and/or date of hold for the instant offense.  If arrested in another jurisdiction, please indicate the date detainer/hold was placed for this charge and where subject was detained.  DOC time and parish time shall not be served concurrent without an order of the court.  Please indicate the dates credited toward parish sentence and the date of completion. Otherwise, please place detainer with the housing facility and note on this document.

PARISH __BOSSIER__ DOCKET # __189, 249__ DATE OF OFFENSE __5-29-11__

STATE POLICE RAP SID# __002738017__ AFIS BOOKING ATN# __080011400042__

COURT RECORDED OFFENDER NAME __ROBERT LEE CLARK JR.__ R/S __B/M__ DOB __1978__ Redacted

TRUE NAME/ALIASES _____

SENTENCE DATE __1-7-14__ RELEASED TO PROBATION _____ REVOCATION DATE _____

| ARREST DATE | CHARGE | RELEASE LOCATION | REASON FOR RELEASE | RELEASE DATE |
|---|---|---|---|---|
| 7-8-11 | ARMED ROBBERY | HOUSED AT | BOSSIER MAXIMUM | PRESENT |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ Offender sentenced on more than one docket: _____

☐ Offender has served parish time. Parish time completion date/DOC time begins: _____

☐ Offender owes parish time. Parish of detainer and charge(s): _____

☒ Offender has open/pending charges. Place of detainer and charge(s): __BOSSIER S/O (PENDING CHARGES)__

Comment _____

_____

_____

_____

__Austin Poole #1089  1-8-14__

Parish Official & Date

__318-306-4405__

Contact Phone Number

### DEFINITION KEY

| ARREST DATE | CHARGE | RELEASE LOCATION | REASON FOR RELEASE | RELEASE DATE |
|---|---|---|---|---|
| Booking Date<br>Re-booking Date<br>Charge Added<br>Hold/Detainer Placed<br>Returned from other PJ | Booking Offense<br>Bench Warrant<br>Bond Recalled<br>P&P Hold<br>Your Detainer to Another Facility<br>Detainer Received | Street<br>Another Facility<br>P&P<br>State Custody<br>Federal Custody | Left Physical Custody<br>Bonded Out<br>Custody Transfer<br>Transferred to Another Facility<br>Detainer/Hold Lifted<br>Court Order<br>Escape | Date of Release |

*Must prepare one for each docket.

**State of Louisiana Uniform Commitment Order**

Judicial District 26TH                                    Division A

Parish of Commitment Bossier                      Docket Number 189249

**Defendant/Case Identifiers:**

| Name of Convicted | ROBERT L. CLARK, JR. | | |
|---|---|---|---|
| Race | BLACK | Date of Birth (MM/DD/YYYY) | Redacte 1978 |
| Sex | MALE | State ID Number | 002738017 |

**Total  Sentences (total length of incarceration imposed):**

To be imprisoned at hard labor in the custody of the Department of Public Safety and Corrections for:

| 75 | Years | 0 | Months | 0 | Days |
|---|---|---|---|---|---|

**Sentence Details:**

| Convicted of: (Revised Statute Number) | Number of Counts: | Verdict/Plea: | Sentence Length: (Example: 2 year, 6 months, 30 days) |
|---|---|---|---|
| 14:64.3 | 1 | GUILTY | 75 YEARS HARD LABOR |

**Sentence/Offense Dates (MM/DD/YYYY):**

| Offense Date(s) | 05/29/2011 | | | | |
|---|---|---|---|---|---|
| Adjudication Date | | | | | |
| Sentence Date | 01/07/2014 | | | | |
| Revocation Date(s) | | | | | |

| Sentence Conditions: | Docket Number | Parish, Judicial District of Docket Number |
|---|---|---|
| Concurrent with: (list docket numbers, parish, and Judicial District) | | |
| Consecutive to: (list docket numbers, parish, and Judicial District) | | |

**Special Comments or Instructions (such as suspended sentence or good time):**

TRIED AND FOUND GUILTY - 75 YEARS HARD LABOR IN THE DEPARTMENT OF CORRECTIONS, WITHOUT BENEFIT OF PAROLE, PROBATION OR SUSPENSION OF SENTENCE

**Involved Parties (Printed Names):**

| Minute Clerk: HELEN BOZEMAN | Prosecutor: RANDY SMITH |
|---|---|
| Court Reporter: RACHEL SCHOTH | Defense Attorney: DOUGLAS HARVILLE |

The above sentence, handed down in Open Court, is the order of this Court and this shall be sufficient warrant for it execution. Thus done and signed this 8 day of JAN, 2014

_____
Judge's Signature

Judge's Printed Name and Mailing Address:

MICHAEL O. CRAIG





STATE OF LOUISIANA

VERSUS

ROBERT L. CLARK, Jr.
B/M DOB 08/01/1978
SID#: 002738017
ATN: N/A
CLASS: II

# AMENDED BILL OF INFORMATION

## CRIMINAL DOCKET NO. 189249

## ARMED ROBBERY

## STATE OF LOUISIANA-PARISH OF BOSSIER

### Twenty-Sixth Judicial District

I, the undersigned Assistant District Attorney of the Twenty-Sixth Judicial District of the State of Louisiana, who declared that

### ROBERT L. CLARK, Jr.

on or about 5/29/2011, in the Parish, State and District aforesaid,

WHILE ARMED WITH A DANGEROUS WEAPON, SAID WEAPON BEING A FIREARM, ROBBED PHILLIP GULLO, DILLON LOPEZ, AND/OR BEST VALUE MINI-MART LLC, IN BOSSIER PARISH, LOUISIANA, IN VIOLATION OF THE PROVISIONS OF LRS 14:64 AND LRS 14:64.3;

## CONTRARY TO THE LAWS OF THE STATE OF LOUISIANA and against the Peace and Dignity of the same.

Respectfully Submitted,

_Kandy Smith_

ASSISTANT DISTRICT ATTORNEY
26TH Judicial District

FILED
FEB 1 2013
_Jo Lynn Wilson_
DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA

STATE OF LOUISIANA

VS

DOCKET # 189 249

I HEREBY CERTIFY THAT THE FINGERPRINTS BELOW ARE THE FINGERPRINTS OF
THE DEFENDANT  Clark, Jr. Robert L.
AND THAT THEY WERE PLACED THEREON BY SAID DEFENDANT THIS  19  DAY
OF  April  20 13 .

SIGNED  _____



FILED

APR 19 2013

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA




PRINTED ON 1/8/2014   AT  8:17:40AM

**MINUTES REPORT**
**26TH JUDICIAL DISTRICT**

C-189249
DEF. NAME: CLARK, ROBERT L, JR
JUDGE:     JEFF COX
CHARGES:
05/29/2011 ARMED ROBBERY  ***AMENDED BILL FILED 02-01-2013***

| | |
|---|---|
| 07/11/2011 | Robert Clark appeared via video, after having rights advised by the Court concerning the assistance of counsel either retained or Court appointed the Public Defender Office is appointed. Case is assigned to division "A".  (Cox) |
| 08/30/2011 | Robert Clark, Jr. (incarcerated) no appearance, counsel John Bokenfohr is present.  Motion for preliminary exam is reset for September 16, 2011.  Randy Smith is present on behalf of the State.  (Craig) |
| 09/06/2011 | The defendant, Robert L. Clark, Jr. via video for arraignment with counsel Mark Rogers standing in for John Bokenfohr conflict counsel, waived formal arraignment and entered a plea of not guilty.  The Court advised the defendant of his rights as to method of trial.  Case is set for status conference on September 16, 2011.  Andrew Jacobs is present on behalf of the State.  (Self) |
| 09/16/2011 | Defendant Robert Clark is present with John Bokenfohr.  Status conference reset for November 15, 2011.  Preliminary Examination to be reset.  Randy Smith on behalf of the State.  (Craig) |
| 11/15/2011 | Defendant Robert Clark is present with John Bokenfohr.  Status conference reset for January 17, 2012.  Randy Smith on behalf of the State.  (Craig) |
| 01/17/2012 | Defendant Robert Clark is present with John Bokenfohr.  Case is set for trial on May 21, 2012.  Lane Pittard on behalf of the State.  (Craig) |
| 07/23/2012 | Robert L. Clark, Jr (incarcerated) not present.  Douglas Harville is present.  Jury trial is reset for September 10, 2012 per filed motion.  Randy Smith is present on behalf of the State.  (Craig) |
| 08/14/2012 | Motion continued to November 4, 2012 as to Robert Clark.  Randy Smith on behalf of the State.  (Craig) |
| 09/04/2012 | Robert L. Clark, Jr. (incarcerated) present in open Court with Douglas Harville, Motion is reset at State's request with trial being upset and reset for October 22, 2012 at Defense request.  Speedy Trials will begin to run on November 12, 2012 if case is not disposed of on the October 22, 2012 date.  Randy Smith is present on behalf of the State.  (Craig) |
| 10/16/2012 | Defendant Robert Clark incarcerated and present with Douglas Harville.  Case is set for trial on October 22, 2012.  Randy Smith on behalf of the State.  (Craig) |
| 10/22/2012 | Robert L. Clark, Jr (incarcerated) present in open Court with counsel Douglas Harville, trial date is upset and reset for February 4, 2013 by agreement. Motions are set for December 18, 2012.  Speedy trial motion shall not begin running until February 4, 2012.  Court further ordered defendant is to have no contact of any kind with any witness or potential witness.  Randy Smith is present on behalf of the State.  (Craig) |
| 01/22/2013 | Douglas Harville, counsel for defendant Robert L. Clark, Jr (incarcerated). Counsel waived defendant's presence and Motion for Preliminary Examination is upset and reset for January 23, 2013 at 2:00 PM at defense request as to docket 189249A only.  Randy Smith is present on behalf of the State.  (Craig) |
| 01/23/2013 | Robert L. Clark, Jr. (incarcerated) present in open Court with counsel Douglas Harville.  The Motion to Quash Defendant's Information and to Severe Charges is presented to the Court.  The Motion is denied.  Randy Smith is present on behalf of the State.  (Craig) |
| 04/15/2013 | Robert L. Clark, Jr. (incarcerated) present in open Court with conflict counsel Douglas Harville waived formal arraignment and entered a plea of not guilty on the amended bill of information.  Court advised defendant of rights as to method of trial.  Defense elected a jury trial.  Defense advised discovery is satisfied.  Motion to Quash is deemed moot based on the filing of the amended bill.  The 404B Hearing is deemed satisfied.  Court advised the motions filed pro se on April 11, 2013 (Motion For Plea Agreement; Motion To Dismiss and Motion to Suppress) are deemed out of time motions and shall not be considered.  State advised of the plea agreement offered.  Defense rejected the plea agreement.  Case is called for trial, Randy Smith on behalf of the State of Louisiana and Douglas Harville for the defense announce ready.  Jury selection begins, a panel of 12 jurors are ordered to try the case.  The following |

Page 1 of 3

are temporarily selected and sworn as a jury: Brian Lamb; Robert Cox; Cindy Wise; Robert Disotell; John Hawn; Kelly Rose; James Lilly; Jamie Williams; Marc James; Lakresha Marshall; Richard Jarrell; Aaron Webb; Lynda Davis; Joyce Sanderford; Elizabeth Vance. Outside the presence of the jury venire State moved for a Batson Challenge on Defense for the striking of three potential jurors. Defense advised of the reasons for the striking of the potential jurors. Court denied two of the Batson Challenges and granted one. Jury selection resumes with the following being temporarily selected and sworn as a jury: Kimberly Rich and Kelly May. Two alternates were ordered to try the case. The following are temporarily selected and sworn as alternate jurors: Karen Allen and Enray Haynes. The following are sworn in as a jury: Robert Disotell; Brian Lamb; Robert Cox; Aaron Webb; Kelly May; Cindy Wise; James Lilly; Richard Jarrell; Joyce Sanderford; Lynda Davis; Elizabeth Vance and Kimberly Rich. The following two alternates are sworn: Karen Allen and Enray Haynes. The Court read the Bill of Information to the jury. Reaching the hour of adjournment, trial will resume on Tuesday, April 16, 2013 at 9:00 AM. Outside the presence of the jury, defendant requested ruling on the Motion to Suppress. Court advised defendant that a ruling denying the motion had been made. Court denied the Motion to Suppress in open Court with the defendant and counsel present. (Craig)

04/16/2013    Robert L. Clark, Jr. present in open Court with Conflict Counsel Douglas Harville. Court invoked the Rule of Sequestration. Trial resumes with opening statements by Randy Smith on behalf of the State of Louisiana and Douglas Harville on behalf of the defendant, Robert L. Clark, Jr. Outside the presence of the jury witnesses are sworn and placed under the Rule of Sequestration. Hearing is held as to the admissibility of a surveillance video. Court ruled the surveillance video is admissible based on authentication by the witness. Jury returned to the courtroom and trial resumes with testimony and evidence. Outside the presence of the jury, defense made a motion for mistrial with argument by the State and Defense. Court reserved the ruling on the motion based upon additional evidence by defense when trial reconvenes. Reaching the hour of adjournment trial will resume on Wednesday, April 17, 2013 at 9:00 AM. (Craig)

04/17/2013    Robert L. Clark, Jr. (incarcerated) present in open Court with Conflict Counsel Douglas Harville. Randy Smith is present on behalf of the State. Motion for Mistrial resumes outside the presence of the jury. Defense submitted cases to the Court. The Court sited additional cases on the record. Court ruled the Motion for Mistrial is denied. Defense made a new Motion for Mistrial based on a prejudice statement made. Court questioned alternate juror #2 as to a statement made. Alternate juror #2 was admonished, released from jury duty and excused by the Court. Each juror was questioned individually as to any knowledge of the statement. Based on the answers by each juror Defense withdrew the Motion for Mistrial based on a prejudice statement. Court ruled the jury was not tainted. Trial resumes. Reaching the hour of adjournment, trial will resume on Thursday, April 18, 2013 at 9:30 AM. (Craig)

04/18/2013    Robert L. Clark, Jr. (incarcerated) present in open Court with Conflict Counsel Douglas Harville. Randy Smith is present on behalf of the State. Trial resumes. State rest. Defense rest. Rebuttal by the State. State rest. Reaching the hour of adjournment, trial will resume Friday, April 19, 2013 at 9:30 AM.

04/19/2013    Robert L. Clark, Jr. (incarcerated) present in open Court with Conflict Counsel Douglas Harville. Randy Smith is present on behalf of the State. Trial resumes with closing remarks by Randy Smith on behalf of the State and Douglas Harville, on behalf of the defendant, Robert L. Clark, Jr. Rebuttal closing remarks by Randy Smith on behalf of the State. The Charge is read to the jury by the Court. At 11:07 AM the jury retired to the jury room for deliberation on their verdict. At 11:29 AM the jury returned to the courtroom with a request to review certain evidence. At 11:56 AM the jury retired to the jury room for further deliberation on their verdict. At 12:28 PM the jury returned to the courtroom with the following verdict: "WE, THE JURY, find the defendant, GUILTY. James Lilly - Foreman. April 19, 2013. The jury was polled and the verdict was unanimous. Defendant is set for remand on May 28, 2013. Defendant is remanded to the custody of the Sheriff. (Craig)

05/14/2013    Douglas Lee Harville present on behalf of the defendant Robert L. Clark, Jr. (incarcerated). Court ordered a pre-sentence investigation. Defendant was found guilty by a jury on April 19, 2013. Remand date set for September 17, 2013. Randy Smith is present on behalf of the State. (Craig)

09/17/2013    Defendant Robert Clark incarcerated and not brought into courtroom. Douglas Harville waived the presence of the defendant. Remand is passed until December 3, 2013. Mr. Harville given 10 days to file motions and any motions

filed and pending will be set for hearing on November 5, 2013.  Randy Smith on behalf of the State. (Craig)

11/05/2013    Defendant Robert Clark incarcerated and present with Douglas Harville for Motion for New Trial.   Motion is called, held and argued by Mr. Harville and Randy Smith.  Based on the facts stipulated into the record, the Court denies the Motion for New Trial and Motion for Post Judgment Verdict of Acquittal.  All other motions filed by Mr. Clark were set for rule to show cause on December 3, 2013.   Mr. Harville is not available on December 3, 2013 and all motions reset for January 7, 2014.  (Craig)

01/07/2014    Defendant Robert Clark incarcerated and present with Douglas Harville. Defendants pro-se Motion to Arrest Judgment and Speedy Trial is denied as being repetitive.  The Court explained for the record the considerations taken into account and the factual basis therefore in imposing the following sentence to-wit:  Defendant is sentenced to serve 75 years at hard labor in the Louisiana Department of Corrections, to be served without benefit of parole, probation or suspension of sentence.  Defendant is advised of 2 years to apply for post conviction relief and 30 days to appeal.  Objection is noted for the record by Douglas Harville and Mr. Harville gives notice to file appeal and post conviction relief. Randy Smith on behalf of the State. (Craig)

## CERTIFICATE OF CLERK

STATE OF LOUISIANA      )
                        :    OFFICE OF CLERK, 26TH DISTRICT COURT
PARISH OF BOSSIER       )

        I, Helen B. Bozeman, Deputy Clerk of the Twenty-Sixth Judicial

District Court in and for the Parish of Bossier, State of Louisiana, DO HEREBY

CERTIFY that the above and foregoing SIX (6) pages, do contain, in full, a true and

correct transcript of the suit of

### STATE OF LOUISIANA

### VERSUS

ROBERT L. CLARK, JR.

Numbered 189249 on Criminal Docket of the Twenty-Sixth Judicial District Court,

Bossier parish, Louisiana, and

        I DO HEREBY CERTIFY that there is contained herein a true and correct

EXTRACT FROM COURT MINUTES had on the trial of said cause.

        GIVEN UNDER MY HAND AND SEAL, officially, at my office, in the Town

of Benton, Bossier Parish, Louisiana, on this the 8TH day of JANUARY, A.D. Two

Thousand and Fourteen (2014).

                                             *Helen Bozeman*
                                             DEPUTY CLERK
                                             TWENTY-SIXTH JUDICIAL DISTRICT
                                             BOSSIER PARISH, LOUISIANA

```
Reference: Unknown
Msg ID   :
Msg Key  : C5
Date/Time: 20160726120904
Ent Agy  :
Requester:
User     :
ORI      :
Source   : LEMS
Control  :
Summary  : CCHC Response
```

TXT: MSG 4759001524 CJANGO16 0034F8 CCHC    E44FA1 20160726 12:09:03
LA063155C.
CTL/
ATN/

C5.LA063155C..4759001524.. 07/26/2016 12:09:03
REQUESTED BY: BRUCE DODD

                    S T A T E   O F   L O U I S I A N A
            *FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
                (FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)

INVESTIGATIVE REPORT                                CONFIDENTIAL RECORDS
----------------------------------------------------------------------
CRIMINAL RECORD OF: CLERK, ROBERT L JR                  FBI: 653951AB8
STATE ID: 0002738017   BIRTH DATE Redacted 1978   PLACE: LA   DOC:
RACE: B        HEIGHT: 6' 1"      HAIR: BLK              DNA ON
FILE:YES
SEX: M         WEIGHT: 230        EYES: BRO
SSN: Redact 2594  OLS/OLN:                               III: MSO
STATUS:
----------------------------------------------------------------------
A L I A S E S                    SSN          OLS/OLN      ID THEFT
CLERK, ROBERT L JR           Redacted 2594                      NO
CLARK, ROBERT L JR               2594        XX                 NO
----------------------------------------------------------------------
S U M M A R Y
DATE        AGENCY                    TEXT
07/08/2011  BOSSIER, LA SO            ARRESTED, ATN: 080011102171
07/08/2011  BOSSIER, LA SO            DOCINCAR, LA-DOC INCARCERATION
BOSSIER PARISH
09/10/2012  BOSSIER, LA SO            ARRESTED, ATN: 080011202538
----------------------------------------------------------------------
ARREST DATE: 07/08/2011                     LID: 00065503
AGENCY: BOSSIER, LA SO (LA0080000)          AFIS ATN:
080011102171
    NAME: CLERK, ROBERT L JR

CHARGE 1                                    COUNTS 1
    CCRP 202 BOSSIER SO WARRANT #38038 ARMED ROBBERY
CHARGE 2                                    COUNTS 1
    CCRP 202 BOSSIER SO WARRANT #38039    ILLEGAL USE WEAPON
CHARGE 3                                    COUNTS 1
    CCRP 202 BOSSIER SO WARRANT #38040    AGGRAVATED ASSAULT
----------------------------------------------------------------------
ARREST DATE: 09/10/2012                     LID: 00065503
AGENCY: BOSSIER, LA SO (LA0080000)          AFIS ATN:
080011202538
    NAME: CLARK, ROBERT L JR

CHARGE 1                                    COUNTS 3
    R.S. 14:129.1 INTIMIDATING, IMPEDING OR INJURING WITNESSES/OFFICERS
----------------------------------------------------------------------
M I S C   D I S P O S I T I O N S
----------------------------------------------------------------------
DATE: 07/08/2011                            LID: 00065503
AGENCY: BOSSIER, LA SO                      AFIS ATN:
080011400042
    NAME: CLARK, ROBERT L JR
CHARGE 1                                    COUNTS 1
    CASE: R.S. DOCINCAR
    DISPOSITION: LA-DOC INCARCERATION BOSSIER PARISH DOCKET # 189,249    SENT
      DATE-01072014    CHARGE-ARMED ROBBERY    SENT-75 YEARS DOC (TO BE
      SERVED WITHOUT BENEFIT)    26TH JDC
```

CONFIDENTIAL

```
--------------------------------------------------------------------------------
THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS
BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS
DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A
LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.

                          ** END OF RAPSHEET **
TRACKING: 07/26/2016, 12:09:04
- MKE: C5
- Source: LEMS
- ISN: 04O4002VPM
- REF: UNKNOWN
```

CONFIDENTIAL

```
Reference: Unknown
Msg ID   :
Msg Key  : QR
Date/Time: 20160726120930
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NCIC
Control  :
Summary  : NCIC Response
```

TXT: MSG 4759001525 CJANGO16 0034FA NC2K     272791 20160726 12:09:28
LA063155C
CTL/
ATN/BRUCE DODD

EL0147590015252QR
LA063155C
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/653951AB8. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 TEXAS            - STATE ID/TX05499752

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END
TRACKING: 07/26/2016, 12:09:30
- MKE: QR
- Source: NCIC
- ISN: 0404002VSH
- REF: UNKNOWN

CONFIDENTIAL

```
Reference: Unknown
Msg ID   :
Msg Key  : CR
Date/Time: 20160726120932
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NLETS
Control  :
Summary  : NLETS Response
```

TXT: MSG 4759001525 CJANGO16 0034FB NLETS    12001B 20160726 12:09:30
LA063155C.
CTL/
ATN/BRUCE DODD

CR.TXIII0000
10:09 07/26/2016 65795
10:09 07/26/2016 14414 LA063155C
*4759001525
TXT
HDR/2L0147590015252QR
ATN/BRUCE DODD
******************* CRIMINAL HISTORY RECORD ***********************

Data As Of              2016-07-26

Triple I Status         Multi-source

*************************** Introduction ***************************

This rap sheet was produced in response to the following request:

State Id Number         05499752 (TX)
Purpose Code            C
Attention               BRUCE DODD

The information in this rap sheet is subject to the following caveats:

ADDITIONAL INFORMATION AVAILABLE FROM CORRECTION TRACKING SYSTEM (CTS)

THIS RECORD INCLUDES AT LEAST ONE FELONY CONVICTION.

UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS
RECORD MAY RESULT IN SEVERE CRIMINAL PENALTIES. SEE TEXAS GOVERNMENT
CODE SECTION 411.085.


*************************** IDENTIFICATION ***************************

Subject Name(s)

CLARK, ROBERT L
CLARK, ROBERT   (AKA)

Subject Description

FBI Number              State Id Number
653951AB8               05499752 (TX)

Social Security Number  Driver's License Number
Redacted 2594           06223339 (TX)


Sex                     Race                    Skin Tone
MALE                    BLACK                   UNKNOWN

Height                  Weight                  Date of Birth
6'00"                   195                     1978-Redacted

Hair Color              Eye Color               Fingerprint Pattern
Black                   BROWN                   WAARRLAALL (APC)

Scars, Marks, and Tattoos
Code                    Description, Comments, and Images
TAT CHEST               , NA


Place of Birth          Citizenship
```

CONFIDENTIAL

```
TX                      US                  UNKNOWN - CCH

Fingerprint Images

DNA Data
DNA Information Available    TEXAS DPS DNA CRIME LABORATORY AUSTIN TXDPS6900
(No DNA Detail Transmitted
Comment:DNA Available)


*************************  CRIMINAL HISTORY  *************************
================================= Cycle 001 =================================
Tracking Number         0016162366
Earliest Event Date     1995-08-03
-----------------------------------------------------------------------------
Arrest Date             1995-08-03
Arresting Agency        TX2120000 SMITH CO SO TYLER
Subject's Name          CLARK,ROBERT L
Arrest Type             Adult
Charge                  A001
        Charge Number   9508698
Charge Tracking Number  0016162366
        Charge Literal  AGG ROBBERY
        Charge Description  Date Of Offense: 1995-07-11
        Charge Description  Referred Agency: TX212015A - DISTRICT
                            ATTORNEY'S OFFICE TYLER
             Statute     (PC 29.03 )
        NCIC Offense Code  1299
        State Offense Code  12990002
             Severity    FELONY - 1ST DEGREE
             Disposition  DISPOSITION UNKNOWN
-----------------------------------------------------------------------------
Prosecutor Disposition  (Cycle 001)
Prosecutor Agency       TX212015A DISTRICT ATTORNEY'S OFFICE TYLER
Charge                  A001
Charge Tracking Number  0016162366
        Charge Literal  AGG ROBBERY
             Statute     (PC 29.03 )
        NCIC Offense Code  1299
        State Offense Code  12990002
             Severity    FELONY - 1ST DEGREE
             Disposition  (Unknown)
        Prosecution Comment  PRE-TRIAL DIVERSION WITH FILING
-----------------------------------------------------------------------------
Court Disposition       (Cycle 001)
Court Agency            TX212025J 7TH DISTRICT COURT TYLER
Charge                  A001
Charge Tracking Number  0016162366
        Charge Literal  AGG ROBBERY
        Charge Description  Agency Receiving Custody: TDCJ
        Charge Description  Court Sequence: 1
        Charge Description  Final Pleading: GUILTY
             Statute     (PC 29.03 )
        NCIC Offense Code  1299
        State Offense Code  12990002
             Severity    FELONY - 1ST DEGREE
             Disposition  ( 1995-09-01; CONVICTED)
-----------------------------------------------------------------------------
Sentencing              (Cycle 001)
Sentence Date           1995-09-01
Sentencing Agency
Court Case Number       7-95-661
Charge                  A001
Charge Tracking Number  0016162366
        Charge Literal  AGG ROBBERY
        Charge Description  Agency Receiving Custody: TDCJ
        Charge Description  Court Sequence: 1
        Charge Description  Final Pleading: GUILTY
             Statute     (PC 29.03 )
        NCIC Offense Code  1299
        State Offense Code  12990002
             Severity    FELONY - 1ST DEGREE
             Disposition  ( 1995-09-01; CONVICTED)
Confinement             to 10Y
Court Cost              125

*************************  INDEX OF AGENCIES  *************************

Agency                  SMITH CO SO TYLER; TX2120000
```
CONFIDENTIAL

```
--------------------------------------------------------------------
Agency                    DISTRICT ATTORNEY'S OFFICE TYLER; TX212015A;

--------------------------------------------------------------------
Agency                    7TH DISTRICT COURT TYLER; TX212025J;

*********************    ADDITIONAL INFORMATION   *************************
ORIGINATION DATE          1995-10-05T00:00:00.000000
DATE OF LAST UPDATE       2011-07-09T11:46:51.248876
Transaction

                          /BASED ON FBI NUMBER ONLY.ORT/ANGOLA STATE
                          PENITENTIARY.ATN/BRUCE DODD.CRIMINAL HISTORY
                          REQUESTEDNIC#

* * * END OF RECORD * * *
TRACKING: 07/26/2016, 12:09:32
- MKE: CR
- Source: NLETS
- ISN: 04O4002VSL
- REF: UNKNOWN
```

CONFIDENTIAL

```
Reference: Unknown
Msg ID   :
Msg Key  : C5
Date/Time: 20140210085909
Ent Agy  :
Requester:
User     :
ORI      :
Source   : LEMS
Control  :
Summary  : CCHC Response

TXT: MSG 4754003A81 CJANGO11 0086F4 CCHC     A75D7A 20140210 08:59:10
LA063105C.
CTL/
ATN/

C5.LA063105C..4754003A81.. 02/10/2014 08:59:10
REQUESTED BY: CHERYL WESTBROOK

                 S T A T E   O F   L O U I S I A N A
          *FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
                (FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)

  INVESTIGATIVE REPORT                                 CONFIDENTIAL RECORDS
--------------------------------------------------------------------------
CRIMINAL RECORD OF: CLERK, ROBERT L JR                       FBI: 653951AB8
STATE ID: 0002738017   BIRTH DATE Redacted 1978    PLACE: LA   DOC:
RACE: B       HEIGHT:  6' 1"        HAIR: BLK                DNA ON FILE:NO
SEX:  M       WEIGHT:  230          EYES: BRO
SSN: Redacte 2594   OLS/OLN:                                 III: MSO
STATUS:
--------------------------------------------------------------------------
A L I A S E S                      SSN        OLS/OLN        ID THEFT
CLERK, ROBERT L JR           Redacted  2594                      NO
CLARK, ROBERT L JR                     2594       XX             NO
--------------------------------------------------------------------------
S U M M A R Y
DATE        AGENCY                   TEXT
07/08/2011  BOSSIER, LA SO           ARRESTED, ATN: 080011102171
07/08/2011  BOSSIER, LA SO           DOCINCAR, LA-DOC INCARCERATION
BOSSIER PARISH
09/10/2012  BOSSIER, LA SO           ARRESTED, ATN: 080011202538
--------------------------------------------------------------------------
ARREST DATE: 07/08/2011                          LID: 00065503
AGENCY: BOSSIER, LA SO (LA0080000)               AFIS ATN:
080011102171
  NAME: CLERK, ROBERT L JR

CHARGE 1                                         COUNTS 1
  CCRP 202 BOSSIER SO WARRANT #38038 ARMED ROBBERY
CHARGE 2                                         COUNTS 1
  CCRP 202 BOSSIER SO WARRANT #38039    ILLEGAL USE WEAPON
CHARGE 3                                         COUNTS 1
  CCRP 202 BOSSIER SO WARRANT #38040    AGGRAVATED ASSAULT
--------------------------------------------------------------------------
ARREST DATE: 09/10/2012                          LID: 00065503
AGENCY: BOSSIER, LA SO (LA0080000)               AFIS ATN:
080011202538
  NAME: CLARK, ROBERT L JR

CHARGE 1                                         COUNTS 3
  R.S. 14:129.1 INTIMIDATING, IMPEDING OR INJURING WITNESSES/OFFICERS
--------------------------------------------------------------------------
M I S C   D I S P O S I T I O N S

DATE: 07/08/2011                                 LID: 00065503
AGENCY: BOSSIER, LA SO                           AFIS ATN:
080011400042
  NAME: CLARK, ROBERT L JR
CHARGE 1                                         COUNTS 1
  CASE: R.S. DOCINCAR
  DISPOSITION: LA-DOC INCARCERATION BOSSIER PARISH DOCKET # 189,249     SENT
    DATE-01072014    CHARGE-ARMED ROBBERY    SENT TO LA-DOC (TO BE
    SERVED WITHOUT BENEFIT)     26TH JDC
--------------------------------------------------------------------------
```

CONFIDENTIAL

THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS
BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS
DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A
LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.

**  END OF RAPSHEET  **
TRACKING: 02/10/2014, 08:59:09
- MKE: C5
- Source: LEMS
- ISN: 03Z7000W4L
- REF: UNKNOWN

CONFIDENTIAL

```
Reference: Unknown
Msg ID   :
Msg Key  : CR
Date/Time: 20140210085931
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NLETS
Control  :
Summary  : NLETS Response
```

TXT: MSG 4754003A82 CJANGO11 0086F7 NLETS    DD234A 20140210 08:59:31
LA063105C.
CTL/
ATN/CHERYL WESTBROOK

CR.TXIII0000
07:59 02/10/2014 30066
07:59 02/10/2014 03407 LA063105C
*4754003A82
TXT
HDR/2L014754003A822QR
ATN/CHERYL WESTBROOK
THIS RECORD IS BASED ON THE SID NUMBER IN YOUR REQUEST-
SID/TX05499752
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY
THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 05499752
ADDITIONAL INFORMATION AVAILABLE FROM CORRECTION TRACKING SYSTEM (CTS)
THIS RECORD INCLUDES AT LEAST ONE FELONY CONVICTION.
NAME(S)
CLARK,ROBERT L
CLARK,ROBERT (AKA)

| FBI NUMBER | DPS NUMBER | |
|---|---|---|
| 653951AB8 | TX 05499752 | |
| SOCIAL SECURITY | DRIVERS LICENSE | ID NUMBER |
| Redacted 2594 | 06223339 TX | |
| SEX | RACE | SKIN TONE |
| M | B | XXX |
| HEIGHT | WEIGHT | DATE OF BIRTH |
| 600 | 195 | Redacted 1978 |
| HAIR COLOR | EYE COLOR | FINGERPRINT PATTERN |
| BLK | BRO | |
| AFIS FINGERPRINT | RIDGE COUNT | PRIMARY CLASS |
| WAARRLAALL | | |
| PLACE OF BIRTH | CITIZEN | III CODE |
| TX | US | MULTI-STATE |
| SCARS, MARKS, AND TATTOOS | | ALIAS DOB |
| TAT CHEST | | |
| DNA | | |
| Y | | |
| DATE OF REPORT | ORIGINATION DATE | DATE OF LAST UPDATE |
| 02-10-2014 | 10-05-1995 | 07-09-2011 |

```
=========================================================================
   EVENT CYCLE 1
      TRACKING NUMBER      0016162366
      ARREST DATE          08-03-1995
      TYPE                 ADULT
      AGENCY               TX2120000 - SMITH CO SO TYLER
      NAME                 CLARK,ROBERT L
      -------------------------------------------------------------------
         TRACKING SUFFIX    A001
      -------------------------------------------------------------------
         OFFENSE DATA
            AGENCY CASE NUMBER  9508698
            OFFENSE DATE        07-11-1995
            OFFENSE             AGG ROBBERY
            CITATION            PC 29.03
            LEVEL & DEGREE      FELONY - 1ST DEGREE
            DISPOSITION         DISPOSITION UNKNOWN
            REFERRED            TX212015A - DISTRICT ATTORNEY'S OFFICE TYLER
      -------------------------------------------------------------------
         PROSECUTION DATA
            PROSECUTION AGENCY  TX212015A - DISTRICT ATTORNEY'S OFFICE TYLER
            ACTION              PRE-TRIAL DIVERSION WITH FILING
            OFFENSE             AGG ROBBERY
            CITATION            PC 29.03
            LEVEL & DEGREE      FELONY - 1ST DEGREE
      -------------------------------------------------------------------
         COURT DATA
```

CONFIDENTIAL

```
COURT AGENCY          TX212025J - 7TH DISTRICT COURT TYLER
COURT OFFENSE         AGG ROBBERY
CITATION              PC 29.03
LEVEL & DEGREE        FELONY - 1ST DEGREE
DISPOSITION           CONVICTED
DISPOSITION DATE      09-01-1995
SENTENCE DATE         09-01-1995
CAUSE NUMBER          7-95-661
FINAL PLEADING        GUILTY
CONFINEMENT           10Y
COURT COST            125
RECEIVING CUSTODY     TDCJ
```
================================================================================
   NO CUSTODY DATA AVAILABLE
UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES.
SEE TEXAS GOVERNMENT CODE SECTION 411.085.
END OF RECORD
 CRIME RECORDS SERVICE DPS AUSTIN TX 02/10/2014
* * * END OF RECORD * * *
TRACKING: 02/10/2014, 08:59:31
- MKE: CR
- Source: NLETS
- ISN: 03Z7000W6U
- REF: UNKNOWN

CONFIDENTIAL

```
Reference: Unknown
Msg ID   :
Msg Key  : QH
Date/Time: 20140116080900
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NCIC
Control  :
Summary  : NCIC Response
```

TXT: MSG 470600562F CJHUNT02 00C3FF NC2K    0F09A3 20140116 08:09:00
LA024825C
CTL/
ATN/BANDI K

3L01470600562F2QH
LA024825C
THIS NCIC INTERSTATE IDENTIFICATION INDEX MULTIPLE RESPONSE IS THE
RESULT OF YOUR INQUIRY ON NAM/CLARK,ROBERT SEX/M RAC/B DOB/1978Redact
 SOCRedact2594 PUR/C

| NAME | | FBI NO. | INQUIRY DATE |
|------|---|---------|--------------|
| CLARK,ROBERT | 61786 | 653951AB8 | 2014/01/16 |

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
 M   B    1978Redacted 600    181    BRO  BLK  Y

BIRTH PLACE
LOUISIANA

FINGERPRINT CLASS       PATTERN CLASS
DO 54 02 12 18          UC UC UC UC UC UC UC UC UC UC
12 AA AA 17 17          UC UC UC UC UC UC UC UC UC UC
                        UC UC UC UC UC UC UC UC UC UC

ALIAS NAMES
CLARK,ROBERT L                  CLARK,ROBERT L JR
CLERK,ROBERT L

SCARS-MARKS-
TATTOOS        SOCIAL SECURITY
TAT CHEST      Redacted2594

IDENTIFICATION DATA UPDATED 2014/01/09

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 LOUISIANA      - STATE ID/LA2738017
 TEXAS          - STATE ID/TX05499752

END - 1ST NCIC III RECORD FOR MULTIPLE RESPONSE

Redacted



Redacted

```
IDENTIFICATION DATA UPDATED 2013/07/05

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 GEORGIA          - STATE ID/GA00320683

END - LAST NCIC III RECORD FOR MULTIPLE RESPONSE

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END
TRACKING: 01/16/2014, 08:09:00
- MKE: QH
- Source: NCIC
- ISN: 03YI000RTZ
- REF: UNKNOWN
```



```
Reference: Unknown
Msg ID   :
Msg Key  : CR
Date/Time: 20140116080920
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NLETS
Control  :
Summary  : NLETS Response

TXT: MSG 4706005630 CJHUNT02 00C402 NLETS    D5BCA9 20140116 08:09:20
LA024825C.
CTL/
ATN/BANDI K

CR.TXIII0000
07:09 01/16/2014 23544
07:09 01/16/2014 06659 LA024825C
*4706005630
TXT
HDR/2L0147060056302QR
ATN/BANDI K
THIS RECORD IS BASED ON THE SID NUMBER IN YOUR REQUEST-
SID/TX05499752
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY
THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 05499752
ADDITIONAL INFORMATION AVAILABLE FROM CORRECTION TRACKING SYSTEM (CTS)
THIS RECORD INCLUDES AT LEAST ONE FELONY CONVICTION.
NAME(S)
CLARK,ROBERT L
CLARK,ROBERT (AKA)
FBI NUMBER          DPS NUMBER
653951AB8           TX 05499752
SOCIAL SECURITY     DRIVERS LICENSE     ID NUMBER
Redacted 2594       06223339 TX
SEX                 RACE                SKIN TONE
M                   B                   XXX
HEIGHT              WEIGHT              DATE OF BIRTH
600                 195                 Redacted .978
HAIR COLOR          EYE COLOR           FINGERPRINT PATTERN
BLK                 BRO
AFIS FINGERPRINT    RIDGE COUNT         PRIMARY CLASS
WAARRLAALL
PLACE OF BIRTH      CITIZEN             III CODE
TX                  US                  MULTI-STATE
SCARS, MARKS, AND TATTOOS               ALIAS DOB
TAT CHEST
DNA
Y
DATE OF REPORT      ORIGINATION DATE    DATE OF LAST UPDATE
01-16-2014          10-05-1995          07-09-2011
==============================================================================
     EVENT CYCLE 1
        TRACKING NUMBER      0016162366
        ARREST DATE          08-03-1995
        TYPE                 ADULT
        AGENCY               TX2120000 - SMITH CO SO TYLER
        NAME                 CLARK,ROBERT L
        ------------------------------------------------------------------
           TRACKING SUFFIX      A001
        ------------------------------------------------------------------
        OFFENSE DATA
           AGENCY CASE NUMBER 9508698
           OFFENSE DATE       07-11-1995
           OFFENSE            AGG ROBBERY
           CITATION           PC 29.03
           LEVEL & DEGREE     FELONY - 1ST DEGREE
           DISPOSITION        DISPOSITION UNKNOWN
           REFERRED           TX212015A - DISTRICT ATTORNEY'S OFFICE TYLER
        ------------------------------------------------------------------
        PROSECUTION DATA
           PROSECUTION AGENCY TX212015A - DISTRICT ATTORNEY'S OFFICE TYLER
           ACTION             PRE-TRIAL DIVERSION WITH FILING
           OFFENSE            AGG ROBBERY
           CITATION           PC 29.03
           LEVEL & DEGREE     FELONY - 1ST DEGREE
        ------------------------------------------------------------------
        COURT DATA
```

CONFIDENTIAL

```
COURT AGENCY          TX212025J - 7TH DISTRICT COURT TYLER
COURT OFFENSE         AGG ROBBERY
CITATION              PC 29.03
LEVEL & DEGREE        FELONY - 1ST DEGREE
DISPOSITION           CONVICTED
DISPOSITION DATE      09-01-1995
SENTENCE DATE         09-01-1995
CAUSE NUMBER          7-95-661
FINAL PLEADING        GUILTY
CONFINEMENT           10Y
COURT COST            125
RECEIVING CUSTODY     TDCJ
```
================================================================================
NO CUSTODY DATA AVAILABLE
UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES.
SEE TEXAS GOVERNMENT CODE SECTION 411.085.
END OF RECORD
 CRIME RECORDS SERVICE DPS AUSTIN TX 01/16/2014
* * * END OF RECORD * * *
TRACKING: 01/16/2014, 08:09:20
- MKE: CR
- Source: NLETS
- ISN: 03YI000RUS
- REF: UNKNOWN

CONFIDENTIAL

MSG 2BA7000943 SOBENT04 001210 CCHC    9D5AFD 20140110 08:32:39
LA0080004.
CTL/
ATN/

C5.LA0080004..2BA7000943.. 01/10/2014 08:32:39
REQUESTED BY: DBROWN CRIM HIST LOOKUP

### STATE OF LOUISIANA
### *FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
### (FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)

INVESTIGATIVE REPORT                    CONFIDENTIAL RECORDS
----------------------------------------------------------------
CRIMINAL RECORD OF: CLERK, ROBERT L JR              FBI: 653951AB8
STATE ID: 0002738017   BIRTH DATE Redacted 1978  PLACE: LA    DOC:
RACE: B    HEIGHT: 6' 1"    HAIR: BLK        DNA ON FILE:NO
SEX: M    WEIGHT: 230    EYES: BRO
SSN Redacted 2594 OLS/OLN:                III: MSO
STATUS:
----------------------------------------------------------------

ALIASES             SSN      OLS/OLN    ID THEFT
CLERK, ROBERT L JR       Redacted  2594            NO
CLARK, ROBERT L JR               2594    XX        NO
----------------------------------------------------------------
SUMMARY
DATE      AGENCY           TEXT
07/08/2011  BOSSIER, LA SO       ARRESTED, ATN: 080011102171
07/08/2011  BOSSIER, LA SO       DOCINCAR, LA-DOC INCARCERATION
BOSSIER PARISH
09/10/2012  BOSSIER, LA SO       ARRESTED, ATN: 080011202538
----------------------------------------------------------------
ARREST DATE: 07/08/2011            LID: 00065503
AGENCY: BOSSIER, LA SO (LA0080000)        AFIS ATN: 080011102171
  NAME: CLERK, ROBERT L JR

CHARGE 1                    COUNTS 1
  CCRP 202 BOSSIER SO WARRANT #38038 ARMED ROBBERY
CHARGE 2                    COUNTS 1
  CCRP 202 BOSSIER SO WARRANT #38039   ILLEGAL USE WEAPON
CHARGE 3                    COUNTS 1
  CCRP 202 BOSSIER SO WARRANT #38040   AGGRAVATED ASSAULT

----------------------------------------------------------------
ARREST DATE: 09/10/2012            LID: 00065503

CONFIDENTIAL

AGENCY: BOSSIER, LA SO (LA0080000)          AFIS ATN: 080011202538
  NAME: CLARK, ROBERT L JR

CHARGE 1                    COUNTS 3
  R.S. 14:129.1 INTIMIDATING, IMPEDING OR INJURING
WITNESSES/OFFICERS

---------------------------------------------------------------------

M I S C   D I S P O S I T I O N S

DATE: 07/08/2011              LID: 00065503
AGENCY: BOSSIER, LA SO          AFIS ATN: 080011400042
  NAME: CLARK, ROBERT L JR
CHARGE 1                    COUNTS 1
  CASE: R.S. DOCINCAR
  DISPOSITION: LA-DOC INCARCERATION BOSSIER PARISH DOCKET #
189,249    SENT
    DATE-01072014    CHARGE-ARMED ROBBERY    SENT-75 YEARS HL DOC
(TO BE .
    SERVED WITHOUT BENEFIT)    26TH JDC

---------------------------------------------------------------------
THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD
CHECK IS
BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY
RECORDS
DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A
RECORD IN A
LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.

        ** END OF RAPSHEET **

TRACKING
01/10/2014, 08:32:39 - MKE: C5 - Source: LEMS - ISN: 03YC000SRR - REF:
UNKNOWN



```
Reference: Unknown
Msg ID   :
Msg Key  : QR
Date/Time: 20140113102230
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NCIC
Control  :
Summary  : NCIC Response

TXT: MSG 4103000C0F CJDWCC05 001E7F NC2K      0D1369 20140113 10:22:31
LA014325C
CTL/
ATN/SF RIDDICK

EL014103000C0F2QR
LA014325C
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/653951AB8. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
  TEXAS         - STATE ID/TX05499752

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END
TRACKING: 01/13/2014, 10:22:30
- MKE: QR
- Source: NCIC
- ISN: 03YF0019P3
- REF: UNKNOWN

================================================================
```

CONFIDENTIAL

```
Reference: Unknown
Msg ID   :
Msg Key  : CR
Date/Time: 20140113102234
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NLETS
Control  :
Summary  : NLETS Response

TXT: MSG 4103000C0F CJDWCC05 001E80 NLETS    D459E6 20140113 10:22:34
LA014325C.
CTL/
ATN/SF RIDDICK

CR.TXIII0000
09:22 01/13/2014 48249
09:22 01/13/2014 08780 LA014325C
*4103000C0F
TXT
HDR/2L014103000C0F2QR
ATN/SF RIDDICK
THIS RECORD IS BASED ON THE SID NUMBER IN YOUR REQUEST-
SID/TX05499752
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY
THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 05499752
ADDITIONAL INFORMATION AVAILABLE FROM CORRECTION TRACKING SYSTEM (CTS)
THIS RECORD INCLUDES AT LEAST ONE FELONY CONVICTION.
NAME(S)
CLARK,ROBERT L
CLARK,ROBERT(AKA)
FBI NUMBER          DPS NUMBER
653951AB8           TX 05499752
SOCIAL SECURITY     DRIVERS LICENSE    ID NUMBER
Redacted 2594       06223339 TX
SEX                 RACE               SKIN TONE
M                   B                  XXX
HEIGHT              WEIGHT             DATE OF BIRTH
600                 195        Redacted 1978
HAIR COLOR          EYE COLOR          FINGERPRINT PATTERN
BLK                 BRO
AFIS FINGERPRINT    RIDGE COUNT        PRIMARY CLASS
WAARRLAALL
PLACE OF BIRTH      CITIZEN            III CODE
TX                  US                 MULTI-STATE
SCARS, MARKS, AND TATTOOS             ALIAS DOB
TAT CHEST
DNA
Y
DATE OF REPORT      ORIGINATION DATE   DATE OF LAST UPDATE
01-13-2014          10-05-1995         07-09-2011
==============================================================================
  EVENT CYCLE 1
      TRACKING NUMBER    0016162366
      ARREST DATE        08-03-1995
      TYPE               ADULT
      AGENCY             TX2120000 - SMITH CO SO TYLER
      NAME               CLARK,ROBERT L
      ------------------------------------------------------------------
      TRACKING SUFFIX    A001
      ------------------------------------------------------------------
         OFFENSE DATA
            AGENCY CASE NUMBER  9508698
            OFFENSE DATE        07-11-1995
            OFFENSE             AGG ROBBERY
            CITATION            PC 29.03
            LEVEL & DEGREE      FELONY - 1ST DEGREE
            DISPOSITION         DISPOSITION UNKNOWN
            REFERRED            TX212015A - DISTRICT ATTORNEY'S OFFICE TYLER
         ---------------------------------------------------------------
         PROSECUTION DATA
            PROSECUTION AGENCY  TX212015A - DISTRICT ATTORNEY'S OFFICE TYLER
            ACTION              PRE-TRIAL DIVERSION WITH FILING
            OFFENSE             AGG ROBBERY
            CITATION            PC 29.03
            LEVEL & DEGREE      FELONY - 1ST DEGREE
         ---------------------------------------------------------------
         COURT DATA
```

CONFIDENTIAL



```
COURT AGENCY          TX212025J - 7TH DISTRICT COURT TYLER
COURT OFFENSE         AGG ROBBERY
CITATION              PC 29.03
LEVEL & DEGREE        FELONY - 1ST DEGREE
DISPOSITION           CONVICTED
DISPOSITION DATE      09-01-1995
SENTENCE DATE         09-01-1995
CAUSE NUMBER          7-95-661
FINAL PLEADING        GUILTY
CONFINEMENT           10Y
COURT COST            125
RECEIVING CUSTODY     TDCJ
```



```
================================================================================
   NO CUSTODY DATA AVAILABLE
UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES.
SEE TEXAS GOVERNMENT CODE SECTION 411.085.
END OF RECORD
 CRIME RECORDS SERVICE DPS AUSTIN TX 01/13/2014
* * * END OF RECORD * * *
TRACKING: 01/13/2014, 10:22:34
- MKE: CR
- Source: NLETS
- ISN: 03YF0019PG
- REF: UNKNOWN

================================================================
```



CONFIDENTIAL

```
Reference: Unknown
Msg ID   :
Msg Key  : C5
Date/Time: 20140113101603
Ent Agy  :
Requester:
User     :
ORI      :
Source   : LEMS
Control  :
Summary  : CCHC Response
```

TXT: MSG 4103000C0B CJDWCC05 001E77 CCHC    9E380E 20140113 10:16:04
LA014325C.
CTL/
ATN/

C5.LA014325C..4103000C0B.. 01/13/2014 10:16:04
REQUESTED BY: SF RIDDICK

### S T A T E   O F   L O U I S I A N A
*FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
(FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)

INVESTIGATIVE REPORT                                    CONFIDENTIAL RECORDS

```
CRIMINAL RECORD OF: CLERK, ROBERT L JR                    FBI: 653951AB8
STATE ID: 0002738017    BIRTH DATE: Redacted 1978   PLACE: LA    DOC:
RACE: B         HEIGHT:  6' 1"          HAIR: BLK           DNA ON FILE: NO
SEX: M          WEIGHT: 230             EYES: BRO
SS Redacted 2594   OLS/OLN:                                III: MSO
STATUS:
```

```
A L I A S E S                         SSN          OLS/OLN      ID THEFT
CLERK, ROBERT L JR         Redacted   2594                       NO
CLARK, ROBERT L JR                    2594         XX            NO
```

```
S U M M A R Y
DATE        AGENCY                    TEXT
07/08/2011  BOSSIER, LA SO            ARRESTED, ATN: 080011102171
07/08/2011  BOSSIER, LA SO            DOCINCAR, LA-DOC INCARCERATION
BOSSIER PARISH
09/10/2012  BOSSIER, LA SO            ARRESTED, ATN: 080011202538
```

```
ARREST DATE: 07/08/2011                          LID: 00065503
AGENCY: BOSSIER, LA SO (LA008Q000)               AFIS ATN:
080011102171
   NAME: CLERK, ROBERT L JR

CHARGE 1                                          COUNTS 1
   CCRP 202 BOSSIER SO WARRANT #38038 ARMED ROBBERY
CHARGE 2                                          COUNTS 1
   CCRP 202 BOSSIER SO WARRANT #38039    ILLEGAL USE WEAPON
CHARGE 3                                          COUNTS 1
   CCRP 202 BOSSIER SO WARRANT #38040    AGGRAVATED ASSAULT
```

```
ARREST DATE: 09/10/2012                          LID: 00065503
AGENCY: BOSSIER, LA SO (LA0080000)               AFIS ATN:
080011202538
   NAME: CLARK, ROBERT L JR

CHARGE 1                                          COUNTS 3
   R.S. 14:129.1 INTIMIDATING, IMPEDING OR INJURING WITNESSES/OFFICERS
```

```
M I S C   D I S P O S I T I O N S

DATE: 07/08/2011                                 LID: 00065503
AGENCY: BOSSIER, LA SO                            AFIS ATN:
080011400042
   NAME: CLARK, ROBERT L JR
CHARGE 1                                          COUNTS 1
   CASE: R.S. DOCINCAR
   DISPOSITION: LA-DOC INCARCERATION BOSSIER PARISH DOCKET # 189,249    SENT
     DATE-01072014   CHARGE-ARMED ROBBERY   SENT-75 YEARS HL DOC (TO BE
     SERVED WITHOUT BENEFIT)   26TH JDC
```

CONFIDENTIAL

THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS
BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS
DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A
LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.

                          ** END OF RAPSHEET **
TRACKING: 01/13/2014, 10:16:03
- MKE: C5
- Source: LEMS
- ISN: 03YF0018ER
- REF: UNKNOWN

================================================================

CONFIDENTIAL

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

### Elayn Hunt Correctional Center
### Adult Reception & Diagnostic Center

### OFFENDER ADMISSION SUMMARY

| DOC Number | | Name | |
|---|---|---|---|
| | 611786 | | CLARK, ROBERT |

*(enter DOC number and press the "Tab" key to fill in name, race, etc)*

| | | | |
|---|---|---|---|
| Race | B | DOB | Redacted 1978 |
| Interview Date | 01/22/2014 | Interviewer | HRDC CLASSIFICATION |
| Arrival Date | 1/21/2014 | | ☐ Non Visit Child |

## Family Information

| Name | Relationship | Age | Address | Deceased |
|---|---|---|---|---|
| LISA WRIGHT | Mother | 56 | CO | |
| ROBERT CLARK | Father | 56 | Tyler, Tx | |
| RODERICK CLARK | Brother | 33 | LA | |
| CHAD CLARK | Brother | 28 | LA | |
| CHRISTOPHER MIMS | Brother | 26 | La | |
| JASON GILSTRAPE | Brother | 34 | LA | |
| RENA CARNEY | Sister | 32 | Tyler, Tx | |
| TAMIKA LAFOLLETTE | Sister | 39 | Tyler, TX | |
| FRANCIS HARDEN | Sister | 41 | Tyler, Tx | |
| BILLLY LANE | Grandfather | 65 | Tyler, Tx | |

| | |
|---|---|
| **Raised By:** Parents | **Residential Pattern:** Some Out-Of-State |
| **Age at First Arrest:** 16 | **Where:** Tx-8Years |
| | **Employed 12 months:** Yes |
| **Recreational Preference:** Reading | **Occupational Experience:** Librarian Law, Oil Field, Ged Tutor |
| | **Occupational Interest:** Oil Field |
| **Education:** 10 | **Vocational Training:** None Indicated |
| **Special Ed?** No | **Educational Interest:** Electrician, Computer |
| **Military History:** None | **Alcohol Use:** Light |
| **Type of Separation:** | **Narcotic Use:** Denies   **Type Narcotic:** |
| **If Other:** | |

**Clarified Arrests:** If any, See attached clarification sheet

**Detainer/Open Charge:** No

**Escape History:** None Indicated

**Enemies:**
1.) JOSHUA WRIGHT #599718 REL 1/19/13 (FIGHT)
2.) JOSHUA LOFTON #575676 BOS MAX 1/15/14 (AGG FIGHT)

**Prior Felonies:**

1.) 7/11/95 TX AGGRAVATED ROBBERY 9/1/95 10 YRS

**Crime:** ARMED ROBBERY

**Sentence:** 75 YRS

| | |
|---|---|
| **Offender Class:** 02 | **POV Point Total:** N/A |

**Evaluation and Recommendation:**

**Maintenance:** No  Nature of Offense, Length of sentence

**PCC:** No  Length of sentence

**Medium Security:** No    Length of sentence

**LSP:** Yes

**Adjustment Concern:** Nature of Offense, Length of sentence, Enemy Concerns, Nature of Criminal History, Conduct While Incarcerated, Other  OOS FAMILY

| Source Info: Interview, State Police Arrest Sheet, FBI Arrest Sheet, Arrest Information Sheet, Cajun 2 Database, Bill of Information, Court Minutes, Commitment Data | If Other : |
|---|---|

Medical/Dental/Mental Health History: The release of medical/dental/mental health information is restricted under LA R. S. 44:7 and Department Regulation No. 10-11. Such data is recorded on the ARDC Health Appraisal, Health Screening and Assessment and Intervention Forms. These forms are kept in each inmate's official medical/mental health records.

ARDC Classification Specialist

LOUISIANA RISK NEED ASSESSMENT II

**INMATE NAME:** CLARK, ROBERT                    **DOC#:** 00611786

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST<br>    16 YEARS OR YOUNGER | 2 | 8. CURRENT AGE<br>    21-40 | 01 |
| 2. HISTORY OF REVOCATIONS<br>    NO PAROLE OR PROBATION REVOCATIONS | 0 | 9. SECURITY THREAT GROUP MEMBERSHIP<br>    NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS<br>    YES - FUNCTIONAL | 1 | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM<br>    NO | 00 |
| 4. EMPLOYMENT HISTORY<br>    EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | 11. DISCIPLINARY CONDUCT<br>    3 TO 5 SCHEDULE B - PRIOR 12 MONTHS | 02 |
| 5. TYPE OF CRIMINAL RECORD<br>    CURRENT OR PRIOR OFFENSE - ECONOMIC GAIN | 2 | 12. CURRENT CUSTODY LEVEL<br>    MEDIUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE<br>    NONE | 0 | 13. CURRENT MENTAL HEALTH STATUS<br>    CURRENT MENTAL HEALTH PROBLEMS - IN TREATMENT | 1 |
| 7. FELONY CONVICTIONS<br>    ONE FELONY CONVICTION | 0 | | |
| TOTAL STATIC RISK SCORE: | 5 | TOTAL DYNAMIC RISK SCOR | 4 |

TOTAL RISK SCORE: 9 POINTS

OVERALL RISK LEVEL:
MODERATE RISK (7-11P

FORM COMPLETED BY: LINDSEY METZ                    DATE: 05152018


CONFIDENTIAL

LOUISIANA RISK NEED ASSESSMENT II

INMATE NAME:  CLARK, ROBERT                    DOC#:  00611786

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST<br>    16 YEARS OR YOUNGER | 2 | 8. CURRENT AGE<br>    21-40 | 01 |
| 2. HISTORY OF REVOCATIONS<br>    NO PAROLE OR PROBATION REVOCATIONS | 0 | 9. SECURITY THREAT GROUP MEMBERSHIP<br>    NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS<br>    YES - FUNCTIONAL | 1 | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM<br>    NO | 00 |
| 4. EMPLOYMENT HISTORY<br>    EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | 11. DISCIPLINARY CONDUCT<br>    1 TO 2 SCHEDULE B - PRIOR 12 MONTHS | 01 |
| 5. TYPE OF CRIMINAL RECORD<br>    CURRENT AND PRIOR OFFENSE - ECONOMIC GAIN | 4 | 12. CURRENT CUSTODY LEVEL<br>    MAXIMUM - DISCPLINARY | 02 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE<br>    NONE | 0 | 13. CURRENT MENTAL HEALTH STATUS<br>    NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS<br>    TWO FELONY CONVICTIONS | 1 | | |
| TOTAL STATIC RISK SCORE: | 8 | TOTAL DYNAMIC RISK SCOR | 4 |
| TOTAL RISK SCORE: 12  POINTS | | | |

OVERALL RISK LEVEL:
HIGH RISK (12 OR MOR

FORM COMPLETED BY: REGINALD LADMIRAULT                    DATE: 08212015

CONFIDENTIAL
RECEIVED
OCT 27 2015
LSP/RECORDS

LOUISIANA RISK NEED ASSESSMENT II

INMATE NAME:  CLARK, ROBERT                    DOC#:  00611786

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST<br>   16 YEARS OR YOUNGER | 2 | 8. CURRENT AGE<br>   21-40 | 01 |
| 2. HISTORY OF REVOCATIONS<br>   NO PAROLE OR PROBATION REVOCATIONS | 0 | 9. SECURITY THREAT GROUP MEMBERSHIP<br>   NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS<br>   NONE |  | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM<br>   NO | 00 |
| 4. EMPLOYMENT HISTORY<br>   EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | 11. DISCIPLINARY CONDUCT<br>   NO SCHEDULE B PRIOR 12 MONTHS | -1 |
| 5. TYPE OF CRIMINAL RECORD<br>   CURRENT AND PRIOR OFFENSE - ECONOMIC GAIN | 4 | 12. CURRENT CUSTODY LEVEL<br>   MAXIMUM | 01 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE<br>   NONE |  | 13. CURRENT MENTAL HEALTH STATUS<br>   NO CURRENT MENTAL HEALTH PROBLEMS |  |
| 7. FELONY CONVICTIONS<br>   TWO FELONY CONVICTIONS | 1 |  |  |
| TOTAL STATIC RISK SCORE: | 7 | TOTAL DYNAMIC RISK SCOR |  |
| TOTAL RISK SCORE: | POINTS |  |  |

OVERALL RISK LEVEL:
ASSESSMENT NOT COMPLETE

FORM CREATED BY: TYRAN RICHARD                    DATE: 01222014


CONFIDENTIAL

Form B-02-016-E
26 September 2011

## Louisiana Department of Public Safety and Corrections

## Reception and Diagnostic

## Admission Summary

Name: Robert Clark          DOC #    611786          Date:    02/10/2014

FAMILY:

| Name | Relationship | Age | Address |
|------|-------------|-----|---------|
| Lisa Lloyd | Mother | 55 | Colorado |
| Robert Clark | Father | 56 | Tyler, Tx. |
| Vanessa Clark | Step Mother | 53 | Tyler, Tx. |
| Billy Lloyd | Step Dad | | Colorado |
| Roderick Clark | Brother | 33 | Tyler, Tx. |
| Christopher Mims | Brother | 26 | Shreveport, La. |
| Frances Harden | Sister | 40 | Tyler, Tx. |
| Tamisha Lafallette | Sister | 37 | Tyler, Tx |
| Rena Carney | Sister | 32 | Tyler, Tx |
| Brittany Lloyd | Sister | 23 | Colorado |
| Matthew Lloyd | Brother(1) | 20 | Colorado |
| Billy Lane | Grand Father | 62 | Tyler, Tx |

Offender raised by:          Grandparents ( Paternal )

Residential Pattern:

☐ Entirely in Louisiana

☑ Some out-of-state

☐ Extensively out of state

CONFIDENTIAL

Form B-02-016-E
**Admission Summary**
**Page Two**

Recreational Preference: [ ] None Indicated

*Law Work*

Occupational Experience: [✓] None Indicated

*Oil Field, Library, GED Instructor*

Occupational Interest: [ ] None Indicated

*Library*

Educational:          Highest Grade Completed : _____ *11*

Vocational Training: _____ *None*

Educational Interest _____ *None*

Military History:

| | |
|---|---|
| [ ] Army | [ ] Type of Separation: |
| [ ] Navy | [ ] Honorable |
| [ ] Air Force | [ ] General |
| [ ] Marines | [ ] Dishonorable |
| [ ] Coast Guard | [ ] Medical |
| [ ] National Guard | [ ] Other: _____ |

Narcotic/Alcohol Usage:

| Alcohol | [ ] Habitual | [ ] Heavy | [ ] Moderate | [ ] Light | [✓] Denies |
|---|---|---|---|---|---|
| Narcotics | [ ] Habitual | [ ] Heavy | [ ] Moderate | [ ] Light | [✓] Denies |

Medical/Dental/Mental Health History:  The release of medical/dental/mental health information is restricted under La. R.S.44:7 and Department Regulation No. B-03-004 "Access to and Release of Active and Inactive offender Records."  Such data is recorded on Form HC-33-A "Authorization to Release Medical Information."  These forms are kept in each offender's official medical/mental health records.

Clarified Arrests:  If any, see attached Clarification Sheet.

Detainer/Open Charges: [ ] None Indicated
[ ] Detainer indicated in official record
[✓] Detainer/open charge indicated.  See attached Clarification Sheet

**Form B-02-016-E**
**Admission Summary**
**Page Three**

Escape History:                    ☑ None Indicated

1. _____

_____

2. _____

_____

Enemies                          ☑ None Indicated

1. _____

2. _____

3. _____

4. _____

5. _____

Prior Felonies              ☐ None Indicated

1. _____Agg Robbery_____8/3/95_____

_____

2. _____

_____

3. _____

_____

4. _____

_____

**Form B-02-016-E**
**Admission Summary**
**Page Four**

Crime: _Armed Robbery_

Sentence: _25 years_

Offender Class: _2_          JLDCC Eligible: [ ] Yes   [ ] No

Date of Birth: Redacted _7B_

**Evaluation and Recommendation – Eligible For:**

| | | | | |
|---|---|---|---|---|
| Maintenance | [ ] | Yes | [ ] | No |
| PCC | [ ] | Yes | [ ] | No |
| Medium Security | [ ] | Yes | [ ] | No |
| LSP | [x] | Yes | [ ] | No |
| TWP | [ ] | Yes | [ ] | No |

[ ] Subject should make an adequate adjustment

[ ] Subject could be a source of adjustment concern due to:

| | |
|---|---|
| [ ] Nature of offense | [ ] Physical appearance |
| [ ] Length of sentence | [ ] Age |
| [ ] Escape History | [ ] Medical Condition |
| [ ] Detainer/open charges | [ ] Employment history |
| [ ] Enemy concerns | [ ] Family's employment history |
| [ ] Attitude/behavior during interview | [ ] Conduct while incarcerated |
| [ ] Possible alien statue | [ ] Inability to communicate |
| [ ] Other: | |

_R. Hurt_                              _2/10/14_
ARDC Specialist's Signature          Date

**Source of Information:**

| | | |
|---|---|---|
| [ ] Interview | [ ] Post Sentence Investigation | [ ] Commitment Data |
| [ ] State Police Arrest Sheet | [ ] Cajun 2 Database | [ ] District Attorney's Statement |
| [ ] FBI Arrest Sheet | [ ] Clarification Data (Attached) | [ ] Statement of Facts |
| [ ] Arrest Information Sheet | [ ] Bill of Information | |
| [ ] Pre-Sentence Investigation | [ ] Court Minutes | |
| [ ] Other: | | |

Form B-01-004-B
03 January 2011

## LOUISIANA RISK NEED ASSESSMENT II (LARNA II)
### and Instruction Manual

Offender's Name:   **Robert Clark**          DOC #     **611786**

Instructions:  Circle the correct score for each item and compute the correct risk level designation using the Instruction Manual.

| Static Risk Factors | Pts | Dynamic Risk Factors | Pts |
|---|---|---|---|
| **1.  Age at First Arrest** | | **8.  Current Age** | |
| 26 years or older | 0 | 51 and above | -1 |
| 17 to 25 years | 1 | 41-50 | 0 |
| 16 years or younger | 2 | 21-40 | 1 |
| **2.  History Revocations** | | Under 21 | 2 |
| None | 0 | **9.  Security Threat Group Membership** | |
| One | 1 | No Active Membership | 0 |
| Two or more | 2 | Active Membership | 2 |
| **3.  History of Mental Health** | | **10.  Completed Certified Treatment and Rehabilitation Program** | |
| None | 0 | Yes | -2 |
| Yes – Functional | 1 | No | 0 |
| Yes – Dysfunctional | 2 | **11.  Disciplinary Conduct** | |
| **4.  Employment History** | | No Schedule B – Prior 12 months | -1 |
| Employed 12 consecutive months | 0 | 1 to 2 Schedule B – Prior 12 months | 1 |
| Unemployed for < 12 months | 2 | 3 to 5 Schedule B – Prior 12 months | 2 |
| **5.  Type of Criminal Record** | | 6 or more Schedule B – Prior 12 months | 3 |
| Current or prior offense – Economic Gain | 2 | **12.  Current Custody Level** | |
| Current and prior offense – Economic Gain | 4 | Minimum | -1 |
| All Other Offenses | 0 | Medium | 0 |
| **6.  History of Drug/Alcohol Abuse** | | Maximum | 1 |
| None | 0 | Maximum-Disciplinary | 2 |
| One | 1 | **13.  Current Mental Health Status** | |
| Two or more | 2 | No current Mental Health Problems | 0 |
| **7.  Felony Convictions** | | Current Mental Health Problem-In treatment | 1 |
| One | 0 | Current Mental Health Problem-Untreated | 2 |
| Two | 1 | | |
| Three or more | 2 | | |
| **Total Static Risk Score** | | **Total Dynamic Risk Score** | |

| Total Risk Score: (add static risk and dynamic risk scores): _____ Points | | |
|---|---|---|
| **Overall Risk Level : (Check Correct Risk Level)** | | |
| Low Risk (0-6pts) | Moderate Risk(7-11 pts) | High Risk (12 or more) |

Form Completed By: *Reginald Ladimirault*          Date:  2/10/2014

CONFIDENTIAL

Form C-01-022-D
28 June 2013

## PREA SCREENING CHECKLIST

**Identifying Data**
Offender Name (Print):     **Robert Clark**          DOC Number:     **611786**

Reason for Screening:     _____✔_____ New Admission     _____ Regular Review     _____ Special Referral

II.          **Possible Victim Factors**                                    **Yes/No**          **Source**

| | | |
|---|---|---|
| 1. | Former victim of prison rape or sexual assault – past ten years | N |
| 2. | Youthful age – under 18 | N |
| 3. | Elderly – 65 or older | N |
| 4. | Small physical stature– 5'6" or less and less than 140 lbs (males only) | N |
| 5. | Development disability/mental health LOC 1, 1F, 2, 2F | N |
| 6. | First incarceration or prior incarcerations less than 30 days | N |
| 7. | Homosexual/bi-sexual/LGBTI & Gender Nonconforming | Y |
| 8. | History of any sexual abuse – past 5 years | Y     _Self Report_ |
| 9. | History of correctional facility consensual sex – past 5 years (adult/juvenile) | N |
| 10. | History of protective custody – past 5 years (adult/juvenile) | N |

The above variables require documented evidence.

**Victim Designation Process:**
If "Yes" to item 1, enter"Known Victim" code
If "Yes" to two or more items other than item 1, enter offender as "Potential Victim"
Otherwise designate offender as "Non-Victim"

**Scored Designation:** _____ **Known Victim**     _____ **Potential Victim**     __✔__ **Non-Victim**

**Victim Over-Ride:**
__ **No** __ **Yes**     **(Cannot over-ride a known victim, ONLY a potential victim and non-victim)**
If "Yes", indicate change: ___ "Potential Victim" to "Non-Victim"     ___ "Non-Victim" to "Potential Victim"

Basis (why changed): _____

III.     Possible Predatory Factors:                                    **Yes/No**          **Source**

| | | |
|---|---|---|
| 1. | History of institutional predatory sexual behavior – past 10 years | N |
| 2. | Any history of sexual abuse or assault or physical abuse or domestic violence toward others – past 10 years (Please circle the behavior(s) noted) | N |
| 3. | Current gang affiliation or security threat group | N |
| 4. | History of strong-arming/assaults in prison – past 5 years | N |
| 5 | History of correctional facility consensual sex – past 5 years | N |

The above variables require documented evidence.

**Predator Designation Process:**
If "Yes" to item 1, enter"Known Predator" code
If "Yes" to two or more items other than item 1, designate offender as "Potential Predator"
Otherwise - designate offender as "Non-Predator"

**Scored Designation:** _____ **Known Predator**     _____ **Potential Predator**     __✔__ **Non-Predator**

_____ **No** _____ **Yes**          **(Cannot over-ride a known predator, "ONLY a potential predator and non-predator).**

**Predator Over-Ride:**
If "Yes", indicate change: _____ "Potential Predator" to "Non-Predator" _____ "Non-Predator" to "Potential Predator"

Basic (why changed): _____

Completed By: _R. Ladmirault_          Facility: __LSP__     Date Completed: __02/10/2014__
                (Print)                              (Print)

Form C-01-032
28 June 2013

PREA SCREENING CHECKLIST
Admission Date: 1/21/2014

## I. Identifying Data
Offender Name: CLARK, ROBERT    DOC Number: 611786
Reason for Screening:    ✓ New Admission ____ Regular Review ____ Special Referral

## II. Possible Victim Factors

| | | Yes/No | Source |
|---|---|---|---|
| 1. | Former victim of prison rape or sexual assault - past ten years | No | Self report |
| 2. | Youthful age - under 18 | No | |
| 3. | Elderly - 65 or older | No | |
| 4. | Small physical stature - 5'6" or less and less than 140 lbs(males only) | No | |
| 5. | Developmental disability/mental health LOC 1, 1F, 2, 2F | No | |
| 6. | First incarceration or prior incarcerations less than 30 days | No | |
| 7. | Homosexual/bi-sexual/LGBTI & Gender Nonconforming | No | |
| 8. | History of any sexual abuse - past 5 years | No | |
| 9. | History of correct. fac. consensual sex - past 5 years (adult/juvenile) | No | |
| 10. | History of protective custody - past 5 years (adult/juvenile) | No | |

The above variables require documented evidence.

### Victim Designation Process:
If "Yes" to item 1, enter "Known Victim" code
If "Yes" to two or more items other than item 1, enter offender as "Potential Victim"
Otherwise, designate offender as "Non-Victim"

**Scored Designation:** ____ Known Victim ____ Potential Victim ✓ Non-Victim

### Victim Over-Ride:
____ No ____ Yes (Cannot over-ride a known victim, ONLY a potential victim and non-victim.)
If "Yes", indicate change: ____ "Potential Victim" to "Non-Victim" ____ "Non-Victim" to "Potential Victim"

Basis (why changed): _____

## III. Possible Predatory Factors

| | | Yes/No | Source |
|---|---|---|---|
| 1. | History of institutional predatory sexual behavior - past 10 years | No | Rec |
| 2. | Any history of sexual abuse or assault or physical abuse or domestic violence toward others - past 10 years (Please circle the behavior(s) noted) | Yes | Rec |
| 3. | Current gang affiliation or security threat group | No | RA |
| 4. | History of strong-arming/assaults in prison - past 5 years | Yes/No | Rec |
| 5. | History of correct. facility consensual sex - past 5 years | No | Rec |

The above variables require documented evidence.

### Predator Designation Process:
If "Yes" to item 1, enter "Known Predator" code
If "Yes" to two or more items other than item 1, designate offender as "Potential Predator"
Otherwise – designate offender as "Non-Predator"

**Scored Designation:** ____ Known Predator ____ Potential Predator ✓ Non-Predator

### Predator Over-Ride:
____ No ____ Yes (Cannot over-ride a known predator, "ONLY" a potential predator and non-predator.)
If "Yes", indicate change: ____ "Potential Predator" to "Non-Predator" ____ "Non-Predator" to "Potential Predator"

Basis (why changed): _____

Completed By: **Desire' Mayard**    Facility: **HRDC**    Date Completed: **2/3/2014**

RECEIVED
MAR 11 2014
LSP/RECORDS

### LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Hunt Reception and Diagnostic Center
### Psychology Department

*James M. LeBlanc, Secretary*                                                                 *Howard Prince, Warden*

### Institutional Report
January 31, 2014

**NAME:** Clark, Robert                                          **DOC#:** 611786

**DOB:** Red acte '70                                            **R/S:** B/M

**LEVEL OF CARE: 3**

**SERVICE CODES:**                                              **READING:** 12.2
   **SHx**
   **DDx**
   **SAx**
   **SXx**
   **AXp (02: Major Depressive Disorder; 1/23/14)**
   **PMp**

**VIOLENT CRIME:** Yes

**SEX OFFENDER:** No

   **Meets Regulation B-06-002:** Not Applicable ................................*(Record Review)*
   **Wants Treatment Program:** Not Applicable................................*(Signed Consent/Refusal)*

**TREATMENT RECOMMENDATIONS:**
-Self-referral instructions provided
-Counseling/Social Services
-Psychiatric Consultation
-This offender is eligible for programs, housing, and job assignments consistent with the assigned Level of Care and Service Codes.

RECEIVED
FEB 2 4 2014
LSP/RECORDS

*Conclusions contained within this report are based on Examination and/or Clinical Interview, Psychological Testing and Review of the HRDC Psychological Archives.*

Desire' Mayard, M.A.                                  Kenneth R. Binns, Jr., Ph.D., HSPP
Associate 4 to a Psychologist.                        Supervising Psychologist
                                                      Louisiana License 764

Clinical Screening Report is located in the medical file. It is confidential under LA R.S. 37:2363.

Form C-01-022-D
05 April 2013

## PREA SCREENING CHECKLIST

**I. Identifying Data**
Offender Name (Print): ROBERT L CLARK JR.          DOC Number: 611786

Reason for Screening:    X New Admission    ____ Regular Review    ____ Special Referral

| **II. Possible Victim Factors** | Yes/No | Source |
|---|---|---|
| 1.  Former victim of prison rape or sexual assault - past ten years | NO | |
| 2.  Youthful age – under 18 | NO | |
| 3.  Elderly - 65 or older | NO | |
| 4.  Small physical stature - 5'6" or less and less than 140 lbs (males only) | NO | |
| 5.  Developmental disability/mental health LOC 1, 1F, 2, 2F | NO | |
| 6.  First incarceration or prior incarcerations less than 30 days | NO | |
| 7.  Homosexual/bi-sexual /LGBTI & Gender Nonconforming | YES | BISEXUAL |
| 8.  History of any sexual abuse - past 5 years | NO | |
| 9.  History of correct. fac. consensual sex - past 5 years (adult/juvenile) | NO | |
| 10. History of protective custody - past 5 years (adult/juvenile) | NO | |

The above variables require documented evidence.

**Victim Designation Process:**
If "Yes" to item 1. enter "Known Victim" code
If "Yes" to two or more items other than item 1. enter offender as "Potential Victim".
Otherwise, designate offender as "Non-Victim"

Scored Designation:    ____ Known Victim    ____ Potential Victim    X Non-Victim

**Victim Over-Ride:**
____ No   X Yes (Cannot over-ride a known victim, ONLY a potential victim and non-victim).
If "Yes", indicate change:   ____ "Potential Victim" to "Non-Victim"    X "Non-Victim" to "Potential Victim"

Basis (why changed): BECAUSE OF CIRCUMSTANCES PRIOR TO PAST TEN YEARS

| **III. Possible Predatory Factors** | Yes/No | Source |
|---|---|---|
| 1.  History of institutional predatory sexual behavior - past 10 years | NO | |
| 2.  Any history of sexual abuse or assault or physical abuse or domestic violence toward others - past 10 years (Please circle the behavior(s) noted) | NO | |
| 3.  Current gang affiliation or security threat group | NO | |
| 4.  History of strong-arming/assaults in prison - past 5 years | NO | |
| 5.  History of correct. facility consensual sex - past 5 years | NO | |

The above variables require documented evidence.

**Predator Designation Process:**
If "Yes" to item 1. enter "Known Predator" code
If "Yes" to two or more items other than item 1. designate offender as "Potential Predator"
Otherwise - designate offender as "Non-Predator"

Scored Designation:    ____ Known Predator    ____ Potential Predator    X Non-Predator

**Predator Over-Ride:**
X No   ____ Yes (Cannot over-ride a known predator, "ONLY a potential predator and non-predator).
If Yes indicate change:    ____ "Potential Predator" to "Non-Predator"    ____ "Non-Predator" to "Potential Predator"

Basis-(why changed): _____

Completed By: JUSTIN POOLE          Facility: BOSSIER MAXIMIA     Date Completed: 1-8-14
              (Print)                         (Print)                            (Print)



# BOSSIER SHERIFF'S OFFICE

## PARISH OF BOSSIER

## <u>DETAINER</u>

TO: <u>LA. DOC.</u>

DATE: <u>1/8/2014</u>

SUBJECT NAME: <u>ROBERT LEE CLARK   JR.</u>

DOCKET #'S: <u>189,249A / 189,251 /</u>

AKA: _____

<u>189,252</u>

D.O.I. <u>Redacted 1978</u>        R/S: <u>B/M</u>

CHARGE(S) <u>SEE COMMENTS SECTION BELOW</u>

BOSSIER SHERIFF'S OFFICE ID#: <u>65503</u>

DOC #: <u>611786</u>

COMMENTS: <u>PENDING CHARGES - (189,249A) - ARMED ROBBERY / INTIMIDATING WITNESSES;</u>

<u>(189,251) - ILL USE OF WEAPON; (189,252) - AGG ASSAULT</u>

**Please place a detainer, for this department on the above named subject who is reported to be in your custody, and advise this department of the release date in order that we may have our deputy on hand to take him into custody on our detainer.  Please contact jail records at 318-326-4405 ext. 2120.**

**If this subject is transferred from your custody before release to us is possible, please let us know the place of confinement and send this detainer on with your papers in the case.**

**Please acknowledge receipt of this detainer by completing the received by section and faxing it back to the number on the fax cover.**

**Thank you very much for your cooperation**

**Very Truly yours,**
**Julian C. Whittington**
**Sheriff**

By: _____

Print Name: <u>JUSTIN POOLE</u>

| Received by: |
| --- |
| Date: _____ |
| Printed Name: _____ |
| Signature: _____ |
| Title: _____ |



# BOSSIER SHERIFF'S OFFICE

## PARISH OF BOSSIER

## DETAINER

TO: LA. DOC. _____

DATE: 1/8/2014 _____

_____

SUBJECT NAME: ~~ROBERT LEE CLARK JUNIOR~~

DOCKET #'S: 189,249A / 189,251 / ___

AKA: _____

189,252 _____

D.O. <span style="color:red">Redacted</span> 1978 _____ R/S: B/M

CHARGE(S) SEE COMMENTS SECTION BELOW

BOSSIER SHERIFF'S OFFICE ID#: 65503 _____

_____

DOC #: 611786 _____

COMMENTS: PENDING CHARGES - (189,249A) - ARMED ROBBERY / INTIMIDATING WITNESSES;

(189,251) - ILL USE OF WEAPON; (189,252) - AGG ASSAULT

_____

_____

Please place a detainer, for this department on the above named subject who is reported to be in your custody, and advise this department of the release date in order that we may have our deputy on hand to take him into custody on our detainer.  Please contact jail records at 318-326-4405 ext. 2120.

If this subject is transferred from your custody before release to us is possible, please let us know the place of confinement and send this detainer on with your papers in the case.

Please acknowledge receipt of this detainer by completing the received by section and faxing it back to the number on the fax cover.

Thank you very much for your cooperation

Very Truly yours,
Julian C. Whittington
Sheriff

By: _____

Print Name: JUSTIN POOLE _____

| Received by: |
| --- |
| Date: _____ |
| Printed Name: _____ |
| Signature: _____ |
| Title: _____ |

```
DATE: 10/27/15              DPS&C CORRECTIONS SERVICES         TIME: 17:01
AMENDED: 10/27/15                MASTER RECORD                 PAGE 1

------------------------------- D E S C R I P T I O N -----------------------------

DOC #..: 00611786           CURRENT LOC: LA STATE PEN
NAME: CLARK, ROBERT L JR                   B/M    DOB......  Redacted   1978

 SID NUMBER: 002738017      FBI NUMBER: 653951AB8    SOC.SEC... Redacted  2594
 DRIVER LIC:                 -                        STRIKE.....: NO
 HGT.......: 6`00           WEIGHT....: 205          HAIR.......: BLACK
 EYES......: BROWN          COMPLEXION: FAIR/LIGHT   SHOE SIZE.: 110
******************** R E L E A S E    I N F O R M A T I O N ********************
DN                                               DNA: y
OFFENDER CLASS: 02          GT ACT.: ACT 150        TEST DATE: 01/21/2014
WRED: 01/04/2086
PED: NOTELG                 DS ...:   /  /                  FTD: 07/05/2086
                            ADJUSTED.: NOTELG

PB ACTION..:                                       TOTAL SENTENCE
                            MS ON TOTAL LOSS OF GT  075YRS/ 00MTH/ 00DAYS
TYPE ACTION:                TO DATE: 0
ACTION DATE:                    RESTORED:     0
                            CTRP Release Factor: 0   DAYS
COMMENTS:
        UPDATE RELIGION PER WRITTEN REQUEST

DETAINER: Y   DETAINER INFO: SHERIFF OFFICE


------------------- O F F E N S E    I N F O R M A T I O N --------------------
```

|  DOCKET  | PAR | HW | SENTENCE |        |          |     | TERM    | HW | REV | GT  | APP  |
|  NUMBER  | CON | CR | DATE     | MOD1&2 | STATUTE  | CNT | YYMMDD  | CR | FLG | ACT | JCR  |
|==========|=====|====|==========|========|==========|=====|=========|====|=====|=====|======|
| 189249   | BOS | NA | 01/07/14 |   /    | ARMED ROBBERY USE | 001 | 0750000 | NA |     |     |      |



```
DOC #..: 00611786   NAME..: CLARK, R                    PG  2
----------------------------------- A L I A S -----------------------------------
                NONE FOUND
********************* E M E R G E N C Y   C O N T A C T *********************

  EMERGENCY CONTACT:                    RELATION.......:
  EMERGENCY ADDRESS:                    EMER.CITY/ST:
  EMERGENCY ZIPCODE: 75703              EMERGENCY PHONE: (   )    -

-------------------- P E R S O N A L   D A T A --------------------------
  ADDRESS..:3030 BENBROOK ST    TYLER, TX  75703
  BIRTH CITY: SHREVEPORT          ,LOUISIANA          CITIZEN..: YES
  MARITAL ST: SINGLE         CHILDREN: 00             RELIGION..: RASTAFARIAN
  EDUCATION.: GC YRS.        ELOC....: 4              GOVT ASST.:
  OCCUPATION: NOT IN LABOR FORCE-UNEMPLOYED
  MOTHER`S NAME:                         FATHER`S NAME:

-------------------- S C A R S - M A R K S - T A T T O O S ----------------------

  MARK/INFIRMITY.1:           LITERAL: PRAYING HANDS
  MARK/INFIRMITY.2:           LITERAL: MAN
  MARK/INFIRMITY.3:           LITERAL:
  MARK/INFIRMITY.4:           LITERAL:
  MARK/INFIRMITY.5:           LITERAL:

-------------------- T R A N S F E R   I N F O R M A T I O N --------------------
```

|                       |                       | FROM     | TYPE |
| ASSIGNED   LOCATION   | PHYSICAL   LOCATION   | DATE     | SUPV |
| ===================== | ===================== | ======== | ==== |
| SHREVEPORT DISTRICT   | SHREVEPORT DISTRICT   | 05/24/13 | I    |
| OAS/NORTH JAILS       | BOSSIER MAX           | 01/07/14 | A    |
| HUNT RECEPTION AND DI | HUNT RECEPTION AND DI | 01/21/14 | A    |
| LA STATE PEN          | LA STATE PEN          | 02/10/14 | A    |

```
    LSP1X
    ---------------------------
    PRINTED BY                              10/27/15
```



```
DATE: 03/24/14              DPS&C CORRECTIONS SERVICES           TIME: 16:03
AMENDED: 02/10/14                MASTER RECORD                   PAGE 1
```

---------------------------- D E S C R I P T I O N ----------------------------

```
DOC #..: 00611786           CURRENT LOC: LA STATE PEN
NAME: CLARK, ROBERT L JR                   B/M    DOB......  Redacted   /1978

SID NUMBER: 002738017       FBI NUMBER: 653951AB8    SOC.SEC.. Redacted  2594
DRIVER LIC:                      -                   STRIKE.....: NO
HGT.......: 6`00            WEIGHT....: 205          HAIR.......: BLACK
EYES......: BROWN           COMPLEXION: FAIR/LIGHT   SHOE SIZE.: 110
```
******************** R E L E A S E    I N F O R M A T I O N ********************
```
DN                                              DNA: y
OFFENDER CLASS: 02         GT ACT.: ACT 150       TEST DATE: 01/21/2014
WRED: 01/04/2086
PED: NOTELG                DS  ...: NO/T /ELIG              FTD: 07/05/2086
                           ADJUSTED.: NOTELG

PB ACTION..:                                        TOTAL SENTENCE
                           MS ON TOTAL LOSS OF GT     075YRS/ 00MTH/ 00DAYS
TYPE ACTION:               TO DATE:
ACTION DATE:                   RESTORED:     0
                           CTRP Release Factor: 0   DAYS
COMMENTS: CORRECT STATUTE


DETAINER: Y   DETAINER INFO: SHERIFF OFFICE
```

-------------------- O F F E N S E   I N F O R M A T I O N --------------------

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 189249 | BOS | NA | 01/07/14 | / | ARMED ROBBERY USE | 001 | 0750000 | NA | | 150 | 0914 |

V O I D

```
DOC #..: 00611786   NAME..: CLARK, R                          PG  2
```

------------------------------- A L I A S -------------------------------
                    NONE FOUND
********************* E M E R G E N C Y   C O N T A C T *********************

```
 EMERGENCY CONTACT:                    RELATION.......:
 EMERGENCY ADDRESS:                    EMER.CITY/ST:
 EMERGENCY ZIPCODE: 75703              EMERGENCY PHONE: (   )   -
```

------------------------- P E R S O N A L   D A T A -------------------------
```
 ADDRESS..:3030 BENBROOK ST    TYLER, TX  75703
 BIRTH CITY: SHREVEPORT          ,LOUISIANA        CITIZEN..: YES
 MARITAL ST: SINGLE            CHILDREN: 00         RELIGION..: UNKNOWN
 EDUCATION.: GC YRS.           ELOC....: 4          GOVT ASST.: YES
 OCCUPATION: NOT IN LABOR FORCE-UNEMPLOYED
 MOTHER`S NAME:                        FATHER`S NAME:
```

------------------- S C A R S - M A R K S - T A T T O O S --------------------

```
 MARK/INFIRMITY.1:             LITERAL: PRAYING HANDS
 MARK/INFIRMITY.2:             LITERAL: MAN
 MARK/INFIRMITY.3:             LITERAL:
 MARK/INFIRMITY.4:             LITERAL:
 MARK/INFIRMITY.5:             LITERAL:
```

------------------- T R A N S F E R   I N F O R M A T I O N -------------------

| ASSIGNED   LOCATION | PHYSICAL   LOCATION | FROM DATE | TYPE SUPV |
|---|---|---|---|
| SHREVEPORT DISTRICT | SHREVEPORT DISTRICT | 05/24/13 | I |
| OAS/NORTH JAILS | BOSSIER MAX | 01/07/14 | A |
| HUNT RECEPTION AND DI | HUNT RECEPTION AND DI | 01/21/14 | A |
| LA STATE PEN | LA STATE PEN | 02/10/14 | A |

```
    LSP46
    --------------------------
    PRINTED BY                           03/24/14
```

V O I D

```
DATE: 01/13/14              DPS&C CORRECTIONS SERVICES           TIME: 10:36
AMENDED: 01/13/14                 MASTER RECORD                  PAGE 1

-------------------------- D E S C R I P T I O N --------------------------

 DOC #..: 00611786        CURRENT LOC: BOSSIER MAX
 NAME: CLARK, ROBERT L JR                  B/M      DOB.... Redacted  /1978

 SID NUMBER: 002738017    FBI NUMBER: 653951AB8   SOC.SEC... Redacted  2594
 DRIVER LIC:                 -                     STRIKE.....: NO
 HGT.......: 6`00         WEIGHT....: 205          HAIR.......: BLACK
 EYES......: BROWN        COMPLEXION: FAIR/LIGHT   SHOE SIZE.: 110
******************** R E L E A S E   I N F O R M A T I O N ********************
DN                                                 DNA:
OFFENDER CLASS: 02        GT ACT.: ACT 150         TEST DATE:
WRED: 01/04/2086
PED: NOTELG              DS  ...: NO/T /ELIG              FTD: 07/05/2086
                        ADJUSTED.: NOTELG

PB ACTION..:                                       TOTAL SENTENCE
                        MS ON TOTAL LOSS OF GT      075YRS/ 00MTH/ 00DAYS
TYPE ACTION:            TO DATE:
ACTION DATE:               RESTORED:      0
                        CTRP Release Factor: 0   DAYS
COMMENTS: 2ND CRIME OF VIOLENCE ACT 150


DETAINER: Y   DETAINER INFO: SHERIFF OFFICE

--------------------- O F F E N S E   I N F O R M A T I O N ---------------------
```

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 189249 | BOS | NA | 01/07/14 | / | ARMED ROBBERY | 001 | 0750000 | NA | | 150 | 0914 |

```
DOC #..: 00611786    NAME..: CLARK, R                        PG   2
```

------------------------------- A L I A S -------------------------------------
```
                    NONE FOUND
```
********************* E M E R G E N C Y   C O N T A C T *********************
```
 EMERGENCY CONTACT:                    RELATION.......:
 EMERGENCY ADDRESS:                    EMER.CITY/ST:
 EMERGENCY ZIPCODE: 75703              EMERGENCY PHONE: (   )    -
```

------------------------ P E R S O N A L   D A T A -------------------------
```
 ADDRESS..:3030 BENBROOK ST    TYLER, TX  75703
 BIRTH CITY: SHREVEPORT        ,LOUISIANA          CITIZEN..: YES
 MARITAL ST: SINGLE            CHILDREN: 00        RELIGION..: UNKNOWN
 EDUCATION.: GC YRS.           ELOC....:           GOVT ASST.: YES
 OCCUPATION: NOT IN LABOR FORCE-UNEMPLOYED
 MOTHER`S NAME:                        FATHER`S NAME:
```

-------------------- S C A R S - M A R K S - T A T T O O S -------------------
```
 MARK/INFIRMITY.1:            LITERAL: PRAYING HANDS
 MARK/INFIRMITY.2:            LITERAL: MAN
 MARK/INFIRMITY.3:            LITERAL:
 MARK/INFIRMITY.4:            LITERAL:
 MARK/INFIRMITY.5:            LITERAL:
```

-------------------- T R A N S F E R   I N F O R M A T I O N --------------------

| ASSIGNED LOCATION | PHYSICAL LOCATION | FROM DATE | TYPE SUPV |
|---|---|---|---|
| SHREVEPORT DISTRICT | SHREVEPORT DISTRICT | 05/24/13 | I |
| OAS/NORTH JAILS | BOSSIER MAX | 01/07/14 | A |

*HRDC*        *1-21-14*

```
   WCC47
   ----------------------------
   PRINTED BY                              01/13/14
```

RELEASE DATE COMPUTATION INFORMATION             PG 1

NAME: CLARK, ROBERT                                           DOC #: 00611786

RELEASE DATES

FTD: 07052086        PED: NOT ELIG        ORIGINAL DS DT: NOT ELIG
                                          ADJUSTED DS DT: NOT ELIG
CONTROLLING
SEQUENCE #:      01              01                    01
                                          TOTAL LOSS
CTRP GOOD TIME Release Factor: 0000 DAYS    OF GT (MS) : 0000
                                          RESTORATION :    0

Listed below is the information used to calculate your release dates. Your dates
are computed by the statuatory laws applicable to your case. If all the infor-
-mation listed is correct, your release dates are correct. If the listed infor-
-mation is incorrect, please contact the arresting agency and request that they
provide us with the correct information. The Good Time Act shown is the Good
Time Act that was in effect when your case was sentenced. If you qualify for
conversion to another Good Time Act, your release dates have been adjusted.

ESCAPE,APPEAL BOND, COURT RELEASE INFORMATION

SENTENCING INFORMATION
PARISH & DKT: BOS 189249                         OFFENSE SEQ#: 001
GT ACT: 0150      OFFENDER CLASS: 02    PAROLE ELIG.: N   CS PTR:
OFFENSE:      14:64            001            SENTENCE LENGTH: 0750000
DATE COMMITTED: 05292011

ARREST AND RELEASE INFORMATION:
-------------------------------------------
 ARRESTED                  07082011
 SENT DATE                 01072014
 SENT START                01072014

2ND CRIME OF VIOLENCE ACT 150

COMPUTED BY: S RIDDICK              DATE: 01/13/14
PRINTED BY.: S RIDDICK             DATE: 01/13/14

Print Form

Form B-02-018-A
01 July 2012

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### BASIC INFORMATION INTERVIEW FOR LOCAL JAIL FACILITIES

Date Jail Rec'd Clerk of Court/P&P Paperwork _1-9-14_          DNA Test Date _____

SID# _00273801.7_     AFIS Print Verified ☒Yes ☐No     Date Sent to DOC: _1-9-14_

_L11786_

| | |
|---|---|
| OFFENDER'S CONVICTION NAME: | |
| (LAST NAME, FIRST NAME, MIDDLE INITIAL, SUFFIX) | CLARK, Robert Lee Jr. |

TRUE NAME or KNOWN ALIASES

RACE _B_  SEX _M_   DOB (MMDDY) Redacted .1978  BIRTH CITY, STATE _SHREVEPORT, LA_  CITIZEN? ☒Yes ☐No

MARITAL STATUS _SINGLE_          RELIGION _CHRISTIAN_

FBI# _____  SS# Redacted _2594_  DRIVERS LIC# _N/A_   STATE _N/A_

HEIGHT _6'0"_   WEIGHT _205_

COMPLEXION _LIGHT_   EYE COLOR _BROWN_   HAIR COLOR _BLACK_

SHOE SIZE _11_   OCCUPATION _OILFIELD_   EMPLOYMENT HISTORY: Employed 12 consecutive months? ☒Yes ☐No

GOVERNMENT ASSISTANCE ☒Yes ☐No

NUMBER OF CHILDREN  _-0-_

MILITARY SERVICE _N/A_          RANK _N/A_          TYPE DISCHARGE _N/A_

SCARS, MARKS, TATTOOS  _- PRAYING HANDS ON UPPER RIGHT ARM; MAN ON UPPER LEFT ARM_

EDUCATION CLAIMED _10th; G.E.D._          AGE AT FIRST ARREST _16_

EMERGENCY CONTACT
NAME Redacted
Al
S

(If deceased, provide name(s) only and indicate "deceased")
M Redacted
AD
CI
PH

_7-8-11_

## SENTENCE INFORMATION

| PARISH & DKT # | DATE of PLEA | SENTENCE DATE | CRIME | OFFENSE DATE | TERM | JUDGE & SECTION |
|---|---|---|---|---|---|---|
| BOSSIER 189,249 | 4-19-13 | 1-7-14 | ARMED ROBBERY (14:64) | 5-29-11 | 75 YRS HLDOC TO BE SERVED W/OUT BENEFIT | CRAIG 26th JDC |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Form B-02-018-A
01 July 2012

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### BASIC INFORMATION INTERVIEW FOR LOCAL JAIL FACILITIES

Date Jail Rec'd Clerk of Court/P&P Paperwork __1-9-14__     DNA Test Date _____

SID# __00273801.7__     AFIS Print Verified ☒Yes ☐No     Date Sent to DOC: __1-9-14__

| | |
|---|---|
| OFFENDER'S CONVICTION NAME: | |
| (LAST NAME, FIRST NAME, MIDDLE INITIAL, SUFFIX) | CLARK, Robert Lee Jr. |

TRUE NAME or KNOWN ALIASES

RACE _B_   SEX _M_   DOB (MMDD) Redacted  1978   BIRTH CITY, STATE _SHREVEPORT, LA_   CITIZEN? ☒Yes ☐No

MARITAL STATUS _SINGLE_     RELIGION _CHRISTIAN_

FBI# _____   SS# Redacted 2594   DRIVERS LIC# _N/A_   STATE _N/A_

HEIGHT _6'0"_   WEIGHT _205_

COMPLEXION _LIGHT_   EYE COLOR _BROWN_   HAIR COLOR _BLACK_

SHOE SIZE _11_   OCCUPATION _OILFIELD_   EMPLOYMENT HISTORY: Employed 12 consecutive months? ☒Yes ☐No

GOVERNMENT ASSISTANCE ☒Yes ☐No

NUMBER OF CHILDREN _-0-_

MILITARY SERVICE _N/A_     RANK _N/A_     TYPE DISCHARGE _N/A_

SCARS, MARKS, TATTOOS - _PRAYING HANDS ON UPPER RIGHT ARM; MAN ON UPPER LEFT ARM_

EDUCATION CLAIMED _10th; G.E.D._     AGE AT FIRST ARREST _16_

EMERGENCY CONTACT
NAME   Redacted

ADDRESS

STATE

(If deceased, provide name(s) only and indicate "deceased")
MOTHER   Redacted

ADDRESS

CITY, STATE, Z

PHONE#

## SENTENCE INFORMATION

7-8-11

| PARISH & DKT # | DATE of PLEA | SENTENCE DATE | CRIME | OFFENSE DATE | TERM | JUDGE & SECTION |
|---|---|---|---|---|---|---|
| BOSSIER 189,249 | 4-19-13 | 1-7-14 | ARMED ROBBERY (14:64) | 5-29-11 | 75 YRS HLDOC (TO BE SERVED W/OUT BENEFIT) | CRAIG 26th JDC |
| | | | | | | |
| | | | | | | |
| | | | | | | |

LEAVE BLANK

STATE USAGE

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

STATE USAGE

**AU Date**
2/10/2014

SIGNATURE OF PERSON FINGERPRINTED

X

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Clark          Robert

SOCIAL SECURITY NO.

456612594

LEAVE BLANK

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---------|---------------------------|---------------------------|-----|------|--------|--------|------|------|
| | DOC #    611786 | Redacted 1978 | Male | Black | 6' | 200 ~~205~~ | Brown | Black |



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

Case 3:06-cv-00504-JJB-DLD Document 20-2 01/17/09 Page 71 of 250

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 (PL. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI |
|---|---|---|
| SUBMISSION          YES ☐ | MM   DD   YY | CONTRIBUTOR   **LA063015C** |
| | | ADDRESS   **ST PEN** |
| TREAT AS ADULT      YES ☐ | | **ANGOLA, LA** |
| | | REPLY   YES ☐ |
| | | DESIRED? |

| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE    MM   DD   YY | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|

MISCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

RESIDENCE/COMPLETE ADDRESS      CITY      STATE

| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE?   YES ☐ |
|---|---|---|
| | | PALM PRINTS TAKEN?   YES ☐ |

EMPLOYER   IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

FD-249 (Rev. 5-11-99)



# Louisiana State Penitentiary

### *Identification Department*

**611786**          **Robert  Clark**



**AU Date:** 2/10/2014          **Race:**    Black          **Date of Bir**<span style="color:red">Redacted</span> 978

**Shoe Size:** 11                **Height:**  6'            **Weight:**   200

**Hair Color:** Black          **Eye Color:** Brown

---

**Photo Date:** 4/27/2017          **Printed On:** Friday, May 26, 2017 12:04:16 PM

**INMATE LOCATION SHEET**

NAME: Robert Clark                    DOC#: 611786

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 3·22·18 ½ | D Raw ²/L | L·27 | Young |
| 3·23·18 ½ | D Hwk¹/R | adm | Young |
| 3·27·18 ½ | D Raw ²/L | L·27 | Young |
| 3·29·18 ½ | D Hwk¹/R | Adm | Young |
| 4·10·18 | D Eagl | Jan/clean    MED | King |
| 7·25·18 ½ | D Hwk¹¹/R | Adm | Tolliva |
| 7·25·18 ½ | D Eagl | Jan/clean | Janes |
| 8·19·18 ½ | D Hwk¹/R | Adm | Davis |
| 9·7·18 ½ | D Ret D | ext CCR | Young |
| 9·10·18 ½ | DR Etier | 4/0 CCR    MAX | Oubre |
| 10·12·18 ½ | TU ⁴/e | adm | Millett |
| 11·8·18 ½ | DR ext/e | ext | Webb |
| 12·21·18 | TU ⁴/e | adm | Barton |
| 12·21·18 ½ | DR etier | ext/CCR | Reed |
| 2·5·19 ½ | CBD ²/R | adm | Davis |
| 2·5·19 ½ | TU ⁴/e | adm | Webb |
| 2·10·19 ½ | DR ext/e | ext | Webb |
| 2·10·19 ½ | TU ⁴/e | adm | Webb |
| 2·28·19 PW | DR Ext E | Ext CCR | MHRTO Webb |
| 3·6·19 PW | TU ⁴/e | adm | Anderson |
| 3·14·19 ½ | DR E | ext | Webb |
| 5·28·19 JR | TU ⁴/e | ADM | MHSW Webb |
| 5·31·19 DB | DR ext/e | ext ccr | Webb |
| | | | |
| | | | |

## INMATE LOCATION SHEET

**NAME:** Robert Clark                                          **DOC#:** 611786

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 11-8-16 UL | DHwk'1R | Adm | Adams |
| 11-18-16 UL | Raw 3/R | L-28 | Pupe |
| 12-9-16 UL | Raw 4/L | L-28 | James |
| 12-11-16 UL | Hwk'1R | Adm | Adams |
| 1-23-17 PW | J Cuda 4/L | Ext | OBBL Young |
| 1-26-17 PW | J Cuda 3/L | Adm | Tolliver |
| 1-27-17 UL | Cuda 3/R | ext | Franklin |
| 3-17-17 PW | J Gtr 4/R | Ext | Barton |
| 3-27-17 UL | J Cuda 3/L | Adm | Armond |
| 3-28-17 UL | J Cuda 3/R | ext | Tolliver |
| 4-14-17 PW | J Cuda 1/R | Ext | Tolliver |
| 7-12-17 ML | Raw 1/L | L-26 | Matthews |
| 11-29-17 UL | Hwk 4/R | Adm | Adams |
| 11-30-17 UL | D 7al2 | L-24 | Adams |
| 12-2-17 UL | CBB 4/R | Adm | Reed |
| 12-7-17 PW | D 7al2 | L-24 | DBELO Carter |
| 12-15-17 UL | D 7al1 | L-24    MED | Matthews |
| 1-11-18 ML | D Hwk1/L | Adm | Dorsey |
| 1-26-18 UL | CBC 4/L | L-8    **MAX** | Young |
| 2-1-18 UL | CBD 4/R | Adm | Brown |
| 2-6-18 UL | D Raw 2/L | L-27 | Brown |
| 2-6-18 UL | D Raw 3/R | L-27 | Young |
| 3-7-18 ML | D Hwk1/L | Adm | King |
| 3-20-18 UL | D Raw 2/L | L-27 | Young |
| 3-20-18 UL | CBD 4/R | Adm | Seals |

## INMATE LOCATION SHEET

**NAME:** Robert Clark    **DOC#:** 611786

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 11·9·15 | CBD 4/R | Adm | Smith |
| 12-1-15 UZ | Jag 1/L | ext | Jane |
| 12-11-15 UZ | C Tig 1/R | Adm | Mental Health |
| 12-11-15 UZ | C Jag 1/L | ext | Johnson |
| 12-11-15 UZ | C. Jag 2R | ext | Johnson |
| 12-15-15 UZ | Jag 1/L | ext | Franklin |
| 12-15-15 UZ | Tig 1/R | Adm | Morgan |
| 12·17·15 UZ | C Tig 1/L | Adm | Wilson |
| 2-16-16 UZ | TU 4/C | ext | Johnson |
| 3-14-16 UZ | TU 4/C | Adm | Foster |
| 3·15·16 UZ | TU 4/C | ext | Foster |
| 4·29·16 UZ | D Raw 1/L | L·26 | Clark |
| 5-8-16 UZ | Raw 4/L | L-28 | Payne |
| 5-8-16 UZ | Raw 1/L | L-26 | Payne |
| 5-8-16 UZ | Raw 2/L | L·27 | Payne |
| 5-26-16 PW | D Hwk 1/R | Adm | 3BW Payne |
| 6-6-16 PW | D Raw 4/R | L-28 | Davis |
| 8-1-16 UZ | Eag 1 | T/W/KR Nurse aided ED | Mathews |
| 8-15-16 PW | D Hwk 1/R | Adm | 2L Matthews |
| 8-19-16 UZ | CBD 4/R | Adm | Jenkins |
| 8·24·16 UZ | CBD 4/L | Adm | Williams |
| 9-2-16 UZ | CBC 4/R | L·8    **MAX** | Lavalain |
| 10·22-16 UZ | CBB 4/L | Adm | Green |
| 11-7-16 UZ | Raw 1/R | L·26 | Adams |
| 11-7-16 | Raw 3/R | L·28 | Jenkins |

**INMATE LOCATION SHEET**

NAME: Robert Clark                                DOC#: 611784

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 2\|10\|14 | AU | IDLE | |
| 2\|10\|14 | CBC | Line-8    **MAX** | JCB |
| 3-22-14 | TU u/e | adm | Foster |
| 3-26-14 | CBB 4/R | Adm | Tolliver |
| 4-23-14 um | CBA 4R | UO | Broussard |
| 5-4-14 PW | CBB u/R | adm | #22 Brown |
| 5-8-14 PW | CBD L/R | Adm | 21 Tillory |
| 5.9-14 | TU 4/e | Adm | Webb |
| 5-14-14 UL | CBB 2/L | DO NOT +or- L-9 | ROSS |
| 5-19-14 PW | CBB u/R | adm | DC McDowell |
| 5-21-14 PW | Gtr 1L | Ext | DBBL Carter |
| 8-27-14 PW | Gtr 4/L | Ext | CBRB Tolliver |
| 11-21-14 Rg | CBB L/R | L-9 | Franklin |
| 2-8-15 | CBD 4/k | Adm | Smith |
| 3-10-15 PW | Raw 2/L | L-27 | DBBL Payne |
| 3-28-15 | CBB 4/L | Adm | Jones |
| 3-30-15 | Raw 3/R | DO NOT +gr 28 Present | Allen |
| 4-9-15 | CJag 2/R | ext | Hull |
| 7-14-15 ch | CBA 4/R | L-10 | Bibbens |
| 7-14-15 ch | CBB 4/L | Adm | Bibbens |
| 7-16-15 ch | CBA L/R | DO NOT +or L-10 Presently in CBB | Hamilton |
| 8-21-15 ch | CBB 4/L | L-9 | Nancy |
| 9-17-15 ch | CBD 4/k | Adm | Knight |
| 10-2-15 ch | CBB 4/L | L-9 | Davis |
| 10-2-15 ch | CBB L/R | L-9 | Hollins |



# Louisiana State Penitentiary
## Chaplain Department
Angola, LA 70712
Telephone #: (225) 655 - 2912          Fax Number: (225) 655 - 2337

**Darrel Vannoy**
**Warden**

To:      **Offender Records**

From:    **Chaplain Bernadine St. Cyr, CPE 1**
         **Staff Chaplain - Main Prison**

Date:    **October 29, 2019**

Re:      **Approval of Religious Exemption.**

This letter is in reference to offender **Robert Clark  #611786    Death Row**
who has recently been approved to receive a **Religious Exemption**, in accordance with his religious faith.

This offender is authorized to receive **Rastafarian** diet, as indicated on the approved **Response to Religious Exemption Request** form attached.

Thank you for your help.

In the Master's Service,

**Chaplain Bernadine St. Cyr, CPE 1**
**Staff Chaplain - Main Prison**

enclosure

xc: Chaplain's file

RECEIVED

NOV 0 4 2019

LSP/RECORDS



Form B-08-005-A
12 December 2018
Page 3 of 5

### Response to Religious Exemption Request

This request for a religious exemption to the provisions of the above-mentioned Department regulation and/or offender policy has been reviewed for the above-named offender and the request has been:

_____✓_____ **Approved.**

_____ **Disapproved.**

**Comments on this Decision:**

This is in response to your request for approval to receive a **Religious Exemption**, in accordance with your current religious faith.

The Chaplain Department has reviewed your request for a Religious Exemption. This is to notify you regarding the Disposition of your request. As indicated below, you have been **APPROVED** to receive the following Religious Exemption:

**RELIGION: Rastafarian**          **DATE DOCUMENTED IN RECORD: October 27, 2015**

**DIETARY CONSIDERATION:  No Meats.**

**ADDITIONAL RELIGIOUS EXEMPTION(S):  Dreadlocks allowed** *(loosely worn)*. **Hair must be groomed in a manner which does not pose a threat to security, or present the ability to conceal contraband.**

Please sign and date the acknowledgment section of this **Response to Religious Exemption Request** form. The form must be returned to the Chaplain Department promptly, so that we can complete the process of approving your request.

This Request for a Religious Exemption was Reviewed and the Decision Rendered by:

Name: **Dr. Rick Sharkey**                     Title:  **Chaplain Supervisor**

Signature: _Dr. Rick Sharkey_               Date: **October 18, 2019**

I, acknowledge that I have received the above response to my request for religious exemption and the Head Chaplain of my institution has explained it to me.

Offender Name: **Robert Clark**          DOC #: **#611786**     Location: **Death Row**

Offender Signature: _Rob. L. Clark_

Date Offender Received Response to Request: _10 - 25 -19_

RECEIVED

OCT 1 7 2019

LSP/RECORDS

**10/22**

RECEIVED

OCT 1 7 2019

Deputy Warden/Security

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

ROBERT CLARK (#611786)                         CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                          NO.: 19-00512-BAJ-RLB

### ORDER

IT IS ORDERED that the United States Marshals Service shall serve the Court's Order (Doc. 11) upon Secretary James LeBlanc, Warden Darrel Vannoy, and the Louisiana Attorney General.

IT IS FURTHER ORDERED that the hearing described in the Court's Order (Doc. 11) is RESET for 11:30 a.m. on the 22nd day of October, 2019.

IT IS FURTHER ORDERED that Plaintiff Robert Clark #611786, an inmate housed at Louisiana State Penitentiary, Angola, LA 70712, be produced in person for the hearing to take place on the 22nd day of October, at 11:30 a.m. in Courtroom Two of the Russell B. Long Federal Building and United States Courthouse, 777 Florida Street, Baton Rouge, Louisiana, 70801.

RECEIVED
USMS / MLA
2019 OCT 15 PM 3: 28

USM - Certified

IT IS FURTHER ORDERED that the United States Marshals Service shall serve this Order upon Secretary James LeBlanc, Warden Darrel Vannoy, and the Louisiana Attorney General.

Baton Rouge, Louisiana, this 15th day of October, 2019.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LOCKDOWN REVIEW SUMMARY

DATE:10/2/19
(30 DAY BOARD)

DOC# 611786      NAME: ROBERT  CLARK
LOCATION: DR/EXT E
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 8/19/18

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION        ____ OWN REQUEST
_✓_ RULE VIOLATION #11                ____ INVESTIGATION
____ INCIDENT REPORT                  ____ INITIAL CLASSIFICATION
==============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____ WHY:_____
_____

_✓_ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

____ Inmate's Protection:(explain)_____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

____ Psychiatric Evaluations    ____ Self-Mutilation
____ Serious Rule Infractions   ____ Other_____
____ Pattern of Violence        _____

____ Continuing Investigation. By Whom:_____
For:_____
==============================================================================
REVIEWED BY:_____
NAME T. Geoffis           TITLE ARDC Spec.
_____
_____
==============================================================================
COMMENTS:

RECEIVED

OCT 0 4 2019

LSP/RECORD

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

Form C-05-001-W-1
28 September 2018



## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

### INSTITUTION: L.S.P.

| NAME<br>Robert Clark | NUMBER<br>611786 | DORM OR CELLBLOCK<br>Death Row/E-Tier/Cell-1 | DATE OF INCIDENT<br>09/05/19 | TIME OF INCIDENT<br>Approx. 12:25 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Death Row/E-Tier | | WITNESSES<br>N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death other than from natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening injury
  - [ ] Offender on staff
  - [ ] Offender on offender
  - [ ] Staff on offender
- [ ] Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- [ ] Other
  - [ ] Significant property damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - [ ] Large scale evacuation of all or significant part of the facility
  - [ ] Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault resulting in significant injury
  - [ ] Offender on staff
  - [ ] Offender on offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide attempts
- [ ] Hunger strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrests
  - [ ] Not job-related employee arrests
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of Rule No. 21, Sex Offenses
  - [ ] 21.A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21.B Abusive sexual act (offender-on-offender)
  - [ ] 21.C Sexual misconduct (offender-on-offender)
  - [ ] 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21.E Obscenity
  - [ ] 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21.G Overt display of affection
  - [ ] 21.H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of substance (offender-on-offender)
  - [ ] Throwing of substance (offender-on-staff)
  - [ ] Other assault (offender-on-offender)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [x] Suicide Gesture
- [ ] Hunger strike (both individual and organized)
- [ ] Use of Force
  - [ ] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser®
  - [ ] Chemical agents

**Form C-05-001-W-1**
**24 July 2018**
**Page Two**

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I Capt. Bonita Scott was informed via radio that beeper #30 had been activated on D & E Tiers.  Upon arrival on E-Tier offender Robert Clark #611786 had a piece from his paper gown tied around his neck (offender Clark was on a standard suicide watch) and the other end tied to the handicap bar in his cell.  The beeper was cleared with Control Center that offender Clark had tied a piece of paper gown around his neck to the handicap bar.  An ambulance was called and EMT's Cowan and Tucker arrived on the unit and triaged offender Clark.  Offender Clark was not transported to the Treatment Center per Dr. Crook.  Offender Clark was also seen by Social Worker Atkins and the incident was ruled a suicide gesture.  Offender Clark standard suicide watch was continued.  Asst. Wdn. Chad Oubre and Col. Paul Smith was notified of the situation, and reported to the unit.  This is for your information and further handling.

REPORTING OFFICER          DATE COMPLETED  09/05/19        TIME COMPLETED

Form C-05-001-W-1
28 September 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

**INSTITUTION:**

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Robert Clark | 611786 | Death Row E-Tier 1 | 09/05/19 | Approx. 12:35p |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| Death Row/E-Tier | N/A |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death other than from natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening injury
  - [ ] Offender on staff
  - [ ] Offender on offender
  - [ ] Staff on offender
- [ ] Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- [ ] Other
  - [ ] Significant property damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - [ ] Large scale evacuation of all or significant part of the facility
  - [ ] Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault resulting in significant injury
  - [ ] Offender on staff
  - [ ] Offender on offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide attempts
- [ ] Hunger strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrests
  - [ ] Not job-related employee arrests
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of Rule No. 21, Sex Offenses
  - [ ] 21.A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21.B Abusive sexual act (offender-on-offender)
  - [ ] 21.C Sexual misconduct (offender-on-offender)
  - [ ] 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21.E Obscenity
  - [ ] 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21.G Overt display of affection
  - [ ] 21.H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of substance (offender-on-offender)
  - [ ] Throwing of substance (offender-on-staff)
  - [ ] Other assault (offender-on-offender)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [x] Suicide Gesture
- [ ] Hunger strike (both individual and organized)
- [ ] Use of Force
  - [ ] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser®
  - [ ] Chemical agents

Form C-05-001-W-1
24 July 2018
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I Capt. Bonita Scott was informed via radio that beeper #30 had been activated on D&E Tiers. Upon arrival on E-Tier offender Robert Clark #611786 had a piece from his paper gown tied around his neck (offender Clark was on a standard suicide watch) and the other end tied to the handicap bar in his cell. The beeper was cleared with Control Center that offender Clark had tied a piece of paper gown around his neck to the handicap bar. An ambulance was called and EMT's Cowan and Tucker arrived on the unit and triaged offender Clark. Offender Clark was not transported to the Treatment Center per Dr. Crook. Offender Clark was also seen by Social Worker Atkins and the incident was ruled a suicide gesture. Offender Clark standard suicide watch was continued. Asst. Wdn. Chad Dubre and Col. Paul Smith was notified of the situation and reported to the units. This is for your information and further handling.

REPORTING OFFICER

DATE COMPLETED    9-3-15

TIME COMPLETED

R 08/14/08

Penitentiary Directive No. 09.042
FORM B

## LOUISIANA STATE PENITENTIARY
# PERSONAL PROPERTY STORAGE DOCUMENTATION

DATE: 8-26-19

TIME: 1:38p

OFFENDER'S NAME: Robert Clark

DOC # 611786

TRANSFERRED FROM: ECR-E-tier     TO  E-tier Storage

NUMBER OF LOCKERS STORED: (2) Green bag, mattress, pillow   TAMPER PROOF SEAL #: 182441-182442

**FOR OFFENDER'S SIGNATURE:**
I, the undersigned, hereby acknowledge that my personal property has been placed in my locker and that the locker has been sealed with a tamper proof seal.

OFFENDER'S SIGNATURE: Robt. Clk

DATE: 8-26-19    TIME: 1:38p

EMPLOYEE WITNESS Msgt Matthew

☐     OFFENDER REFUSED TO SIGN          ☐     OFFENDER NOT PRESENT TO SIGN

**NOTE:** If the offender refuses to sign or the offender is not present to sign, the placement of the tamper proof seal on the locker must be witnessed by two employees and their signatures must be noted below.

We, the undersigned, hereby acknowledge that the above named offender's personal property was secured in the locker, sealed with a tamper proof seal and placed in storage.

EMPLOYEES: _____   DATE: _____   RECEIVED

_____   TIME: _____   SEP 1 1 2019
LSP/RECORDS

PROPERTY WAS PLACED IN STORAGE AT:

PROPERTY WAS RECEIVED BY:

DATE AND TIME RECEIVED:     Date:                    Time:

I, the undersigned, hereby acknowledge receipt of my property and acknowledge that the tamper proof seal which was placed on my property at the time of storage was intact and had not been broken at the time the property was returned to me.

RECEIVED BY: Mr. R. Clark    9-9-19
OFFENDER'S SIGNATURE DATE

DELIVERED BY: Msgt Darren Tolliver    9-9-19
EMPLOYEE                    DATE

Offender's Keep on Person (KOP) medication has been sent to the Pill Officer of the area to which the offender has been assigned.

N/A

Supervisor's Signature

**NOTE:** If the seal is broken, damaged or there is alleged missing property, the Security Officer returning the property to the offender will document this on this form and will complete an Unusual Occurrence Report documenting the incident and listing the items which the offender claims are missing.

ORIGINAL:  Offender Records
cc:            Unit Property Room
               Offender

Form C-05-001-W-1
28 September 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

**INSTITUTION: L.S.P.**

| NAME Robert Clark | NUMBER 611786 | DORM OR CELLBLOCK Death Row/E-Tier/Cell-4 | DATE OF INCIDENT 08/26/19 | TIME OF INCIDENT Approx. 1:25 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT Death Row/E-Tier | | WITNESSES N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death other than from natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening injury
  - [ ] Offender on staff
  - [ ] Offender on offender
  - [ ] Staff on offender
- [ ] Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- [ ] Other
  - [ ] Significant property damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - [ ] Large scale evacuation of all or significant part of the facility
  - [ ] Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault resulting in significant injury
  - [ ] Offender on staff
  - [ ] Offender on offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide attempts
- [ ] Hunger strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrests
  - [ ] Not job-related employee arrests
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of Rule No. 21, Sex Offenses
  - [ ] 21.A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21.B Abusive sexual act (offender-on-offender)
  - [ ] 21.C Sexual misconduct (offender-on-offender)
  - [ ] 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21.E Obscenity
  - [ ] 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21.G Overt display of affection
  - [ ] 21.H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of substance (offender-on-offender)
  - [ ] Throwing of substance (offender-on-staff)
  - [ ] Other assault (offender-on-offender)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [x] Suicide Gesture
- [ ] Hunger strike (both individual and organized)
- [ ] Use of Force
  - [ ] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser®
  - [ ] Chemical agents

RECEIVED

AUG 30 2019

LSP/RECORDS

**Form C-05-001-W-1**
**24 July 2018**
**Page Two**

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I Capt. Bonita Scott was informed via radio that beeper #30 had been activated on D & E Tiers.  Upon arrival on E-Tier offender Robert Clark #611786 had a sheet in his hands and attempting to tie it around his cell bars.  He stated he wanted to commit suicide.  The beeper was cleared with Control Center as a suicide gesture.  Offender Clark was seen by Social Worker Atkins, and placed on a standard suicide watch.  Offender Clark was also seen by Medical 3 EMT Tucker. Asst. Wdn. Chad Oubre was notified of the situation.  This is for your information and further handling.

_Capt. B. Scott_
REPORTING OFFICER

_8/26/19_
DATE COMPLETED

_2:32pm_
TIME COMPLETED

Form C-05-001-W-1
28 September 2018



## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

**INSTITUTION:**

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Robert Clark | 611786 | Death Row/E-Tier/Cell-4 | 08/26/19 | Approx. 1:25p |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| Death Row/E-Tier | N/A |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death other than from natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening injury
  - [ ] Offender on staff
  - [ ] Offender on offender
  - [ ] Staff on offender
- [ ] Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- [ ] Other
  - [ ] Significant property damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - [ ] Large scale evacuation of all or significant part of the facility
  - [ ] Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault resulting in significant injury
  - [ ] Offender on staff
  - [ ] Offender on offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide attempts
- [ ] Hunger strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrests
  - [ ] Not job-related employee arrests
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of Rule No. 21, Sex Offenses
  - [ ] 21.A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21.B Abusive sexual act (offender-on-offender)
  - [ ] 21.C Sexual misconduct (offender-on-offender)
  - [ ] 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21.E Obscenity
  - [ ] 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21.G Overt display of affection
  - [ ] 21.H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of substance (offender-on-offender)
  - [ ] Throwing of substance (offender-on-staff)
  - [ ] Other assault (offender-on-offender)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [X] Suicide Gesture
- [ ] Hunger strike (both individual and organized)
- [ ] Use of Force
  - [ ] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser®
  - [ ] Chemical agents

**Form C-05-001-W-1**
**24 July 2018**
**Page Two**

DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Capt. Bonita Scott was informed via radio that beeper #30 had been activated on D+E Tiers. Upon arrival on E-Tier offender Robert Clark #611786 had a sheet in his hands and attempting to tie it around his cell bars. He stated he wanted to committ suicide. The beeper was cleared with Control Center as a suicide gesture. Offender Clark was seen by Social Worker Atkins, and placed on a standard suicide watch. Offender Clark was also seen by medical 3/EMT Tucker. Asst. Wdn. Chad Oubre was notified of the situation. This is for your information and further handling.

| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |
|---|---|---|
| Capt. B. Scott | 8/26/19 | 2:32 pm |

R 08/14/08

Penitentiary Directive No. 09.042
FORM B

## LOUISIANA STATE PENITENTIARY
# PERSONAL PROPERTY STORAGE DOCUMENTATION

| | | |
|---|---|---|
| **DATE:** 8-6-19 | **TIME:** 5 25/a | |
| **OFFENDER'S NAME:** Robert Clark | **DOC #** 611786 | |
| **TRANSFERRED FROM:** E Tier Cell #4 | **TO** E-Tier Storage | |
| **NUMBER OF LOCKERS STORED:** 2 Boxes 1 Grn Bag 2 brown bags | **TAMPER PROOF SEAL #:** LSP 182450 182482 | |

**FOR OFFENDER'S SIGNATURE:**
I, the undersigned, hereby acknowledge that my personal property has been placed in my locker and that the locker has been sealed with a tamper proof seal.

**OFFENDER'S SIGNATURE:** _Rob J. Clark_    **DATE:** 8/6/19    **TIME:** 5 25/a

**EMPLOYEE WITNESS** _signature_

☐    **OFFENDER REFUSED TO SIGN**    ☐    **OFFENDER NOT PRESENT TO SIGN**

**NOTE:** If the offender refuses to sign or the offender is not present to sign, the placement of the tamper proof seal on the locker must be witnessed by two employees and their signatures must be noted below.

We, the undersigned, hereby acknowledge that the above named offender's personal property was secured in the locker, sealed with a tamper proof seal and placed in storage.

**EMPLOYEES:** _N/A_    **DATE:** _N/A_

**TIME:** _____

| | |
|---|---|
| **PROPERTY WAS PLACED IN STORAGE AT:** | DR E-Tier storage |
| **PROPERTY WAS RECEIVED BY:** | Capt. H. Lavergne |
| **DATE AND TIME RECEIVED:** | Date: 8-6-19    Time: 5 30/A |

I, the undersigned, hereby acknowledge receipt of my property and acknowledge that the tamper proof seal which was placed on my property at the time of storage was intact and had not been broken at the time the property was returned to me.

**RECEIVED BY:** _Rob J. Clark_    _8-10-19_
OFFENDER'S SIGNATURE DATE

**DELIVERED BY:** _M/J Mey_    _8-11-19_
EMPLOYEE    DATE

Offender's Keep on Person (KOP) medication has been sent to the Pill Officer of the area to which the offender has been assigned.

_N/A_
Supervisor's Signature

**NOTE:** If the seal is broken, damaged or there is alleged missing property, the Security Officer returning the property to the offender will document this on this form and will complete an Unusual Occurrence Report documenting the incident and listing the items which the offender claims are missing.

ORIGINAL:    Offender Records
cc:    Unit Property Room
    Offender

LOCKDOWN REVIEW SUMMARY                DATE:6/7/2019

DOC#:611786    NAME: ROBERT  CLARK
LOCATION: DR/EXT E
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: **8/19/18**

REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
✓ RULE VIOLATION  \ (                _____ INVESTIGATION
_____ INCIDENT REPORT                _____ INITIAL CLASSIFICATION
================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____  WHY:_____
_____

✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request             _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
      _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence        _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
================================================================
REVIEWED BY: _____   _____
             NAME                         TITLE
             _____   _____

             _____   _____

================================================================
COMMENTS:

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

Print Form

Form C-01-022-O
10 October 2017

RECEIVED
JUN 17 2019
SP/RECORDS

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Reassessment for Offenders Identifying as Intersex or Transgender or Offenders Diagnosed with Gender Dysphoria Disorder

Offender's Name: Robert Clark                DOC#: 611786

Review Date: 6/5/19                Last Review Date: _____

Current Housing Assignment: DR/EXT E-Tier

Have you experienced any concerns in your current housing assignment: ☐ Yes  ☑ No

Additional Comments: Would like to see Mental Health without it being a Medical Emergency / outside normal rounds

Educational Assignment: NO

Have you experienced any concerns with your educational assignment: ☐ Yes  ☑ No

Additional Comments: N/A

Programming Participation: N/A

Have you experienced any concerns during any programming: ☐ Yes  ☑ No

Additional Comments: N/A

Have you been afforded the opportunity to shower separately: ☑ Yes  ☐ No

Additional Comments: N/A

Staff Recommendation: address concerns with Mental Health

Offender Signature: _Robert Clark_                Date: 6/5/19

Staff Signature/Title: T Graffia ARDC Spec - Panel SD  Date: 6/5/19

R 08/14/08

Penitentiary Directive No. 09.042
FORM B

LOUISIANA STATE PENITENTIARY
# PERSONAL PROPERTY STORAGE DOCUMENTATION

DATE: 5/28/19                TIME: 2⁵⁹p

OFFENDER'S NAME: Robert Clark         DOC # 661786

TRANSFERRED FROM: Death Row E-Tier    TO E-Tier Property Room

NUMBER OF LOCKERS STORED: 2 (1) Laundry Sack    TAMPER PROOF SEAL #: 182412 / 182413

**FOR OFFENDER'S SIGNATURE:**
I, the undersigned, hereby acknowledge that my personal property has been placed in my locker and that the locker has been sealed with a tamper proof seal.

OFFENDER'S SIGNATURE:            DATE:            TIME:

EMPLOYEE WITNESS

☐       OFFENDER REFUSED TO SIGN        ☑ OFFENDER NOT PRESENT TO SIGN

**NOTE:** If the offender refuses to sign or the offender is not present to sign, the placement of the tamper proof seal on the locker must be witnessed by two employees and their signatures must be noted below.

We, the undersigned, hereby acknowledge that the above named offender's personal property was secured in the locker, sealed with a tamper proof seal and placed in storage.

EMPLOYEES:        DATE: 5-28-19
                  TIME: 30?

PROPERTY WAS PLACED IN STORAGE AT: E-Tier Property Room
PROPERTY WAS RECEIVED BY: Msgt. J. Muney
DATE AND TIME RECEIVED:    Date: 5/28/19    Time: 2⁵⁹p

I, the undersigned, hereby acknowledge receipt of my property and acknowledge that the tamper proof seal which was placed on my property at the time of storage was intact and had not been broken at the time the property was returned to me.

RECEIVED BY: Mr. R. Clark 5/31/19
OFFENDER'S SIGNATURE DATE

DELIVERED BY: M. Muney  5-3-19
EMPLOYEE  DATE

Offender's Keep on Person (KOP) medication has been sent to the Pill Officer of the area to which the offender has been assigned.

N/A
Supervisor's Signature

**NOTE:** If the seal is broken, damaged or there is alleged missing property, the Security Officer returning the property to the offender will document this on this form and will complete an Unusual Occurrence Report documenting the incident and listing the items which the offender claims are missing.

ORIGINAL: Offender Records
cc:     Unit Property Room
        Offender

Form C-05-001-W-2
01 November 2018



## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)

**INSTITUTION:  LSP**

| NAME<br>Robert Clark | NUMBER<br>611786 | DORM OR CELLBLOCK<br>Death Row E Tier | DATE OF INCIDENT<br>5/28/19 | TIME OF INCIDENT<br>2:35 pm approx. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Death Row E Tier Cell # 4 | | WITNESSES<br>N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

- [ ] Accidents
    - [ ] Employee Accident
    - [ ] Offender Accident
    - [ ] Vehicle Accident
- [x] Contraband
    - [x] Inside Facility
    - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance
- [ ] Use of Body Camera or other RMD
- [ ] Request to Remove Service Dog

- [x] Medical
- [x] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [ ] Shakedowns
    - [ ] Routine
        - [ ] Staff   [ ] Visitor   [ ] Offender
    - [ ] Target
        - [ ] Staff   [ ] Visitor   [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside assistance

- [ ] Other:

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and time, I Captain Alan Bohannon was notified by an Offender who was on his tier hour on E Tier that Offender Robert Clark # 611786 had cut himself. I then had the Offender put into his cell and entered the tier. Upon arriving to Cell # 4 Offender Clark's Cell I observed that he had a cut on his left forearm. Offender Clark was then shookdown, restrained and placed in the shower. Upon shaking down Offender Clark's Cell 2 razor blades were found on his sink. Mental Health was notified and Offender Clark was placed on a Standard Suicide Watch, Medical was notified to come and evaluate Offender Clark. A Brief moment later Emergency Medical Technician Shannon Gallien arrived and triaged Offender Clark. Offender Clark was then transported to the treatment center for further evaluation and or treatment. Offender Clark was then transferred to TU. Warden Chad Oubre and Colonel Paul Smith were notified of the incident. This is for your information and further handling.

REPORTING OFFICER
Captain Alan Bohannon

DATE COMPLETED
5/28/19

TIME COMPLETED
4:00 p

Form C-05-001-W-2
01 November 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Miscellaneous)**

**INSTITUTION:**

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| | | | | |

| LOCATION OF INCIDENT | WITNESSES |
|----------------------|-----------|
| | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

- [ ] Accidents
    - [ ] Employee Accident
    - [ ] Offender Accident
    - [ ] Vehicle Accident
- [ ] Contraband
    - [ ] Inside Facility
    - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance
- [ ] Use of Body Camera or other RMD
- [ ] Request to Remove Service Dog

- [ ] Medical
- [ ] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [ ] Shakedowns
    - [ ] Routine
        - [ ] Staff  [ ] Visitor  [ ] Offender
    - [ ] Target
        - [ ] Staff  [ ] Visitor  [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside assistance

- [ ] Other:

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and time, I Captain Alan Robinson was notified by an offender who was on his tier. He was on E tier that Offender Robert Clark #611786 had cut himself. I then had the offender put into his cell and entered the tier. Upon arriving to cell #4 Offender Clark's cell I observed that he had cut up his left forearm. Offender Clark was then shakedown, restrained and placed in the shower. Upon looking down Offender Clark's cell I saw razor blades were found on the sink. Mental Health was notified and Offender Clark was placed on suicide watch. Medical was notified to come, and private Offender Clark. A brief moment later, Emergency Medical Technician Sgt. Shannon Trelloy arrived and triaged Offender Clark. Offender Clark was then transported to the treatment center for further evaluation and or treatment. Offender then transferred to TU Warden Chad Olive and Colonel Paul Smith were notified of the incident. This is for your information and further handling.

REPORTING OFFICER _____

DATE COMPLETED  5-28-19

TIME COMPLETED  4:00 p





# *Louisiana State Penitentiary*

## *Legal Programs Department*

---

### *MEMORANDUM*

**DATE:**      *5/16/2019*

**TO:**       *Unit Wardens, Classification, Inmate Records, Front*
*Gate Visiting, "A" Building Visiting,*
*ROBERT CLARK - 611786 - DR/EXT E*

**FROM:**     *Nyesha Kelly, Legal Programs Director*

**SUBJECT:**   *Visiting Suspension*
*ROBERT CLARK - 611786 - DR/EXT E*
*Physical Location:*

*The above named offender appeared before the Disciplinary Board on  5/7/2019*
*regarding a rule violation on  5/3/2019      which involved cellphones,*
*cellphone accessories, illegal drugs, intoxication or assault on staff.*

*Pursuant to Unit Specific Posted Policies #007 and #030, an administrative suspension*
*of visiting privileges is being imposed. All visits with the exception of the offender's*
*attorney or members of the attorney's staff and his religious advisor are prohibited*
*during the period of this suspension. This suspension is effective from:*

### *5/3/2019 to 8/5/2019*

*Please mark your records accordingly. If you have any questions, please contact the*
*Legal Programs Department.*

R 08/14/08

Penitentiary Directive No. 09.042
FORM B

(B)

### LOUISIANA STATE PENITENTIARY
## PERSONAL PROPERTY STORAGE DOCUMENTATION

DATE: 5-3-19                              TIME: 8 29/p

OFFENDER'S NAME: Robert Clark          DOC # 611786

TRANSFERRED FROM: Death Row D #6   TO Otin Slongl

NUMBER OF LOCKERS STORED: 2 Boxes 1 Bag   TAMPER PROOF SEAL #: LSP 182907 LSP 182908

**FOR OFFENDER'S SIGNATURE:**

I, the undersigned, hereby acknowledge that my personal property has been placed in my locker and that the locker has been sealed with a tamper proof seal.

OFFENDER'S SIGNATURE:          DATE: 5-3-19       TIME: 8 29/p

**EMPLOYEE WITNESS**

☐          OFFENDER REFUSED TO SIGN          ☒ OFFENDER NOT PRESENT TO SIGN

**NOTE:** If the offender refuses to sign or the offender is not present to sign, the placement of the tamper proof seal on the locker must be witnessed by two employees and their signatures must be noted below.

We, the undersigned, hereby acknowledge that the above named offender's personal property was secured in the locker, sealed with a tamper proof seal and placed in storage.

EMPLOYEES:                              DATE: 5-3-19

                                        TIME: 9 00/p

PROPERTY WAS PLACED IN STORAGE AT:

PROPERTY WAS RECEIVED BY:

DATE AND TIME RECEIVED:          Date: 5-3-19       Time: 8 35/p

I, the undersigned, hereby acknowledge receipt of my property and acknowledge that the tamper proof seal which was placed on my property at the time of storage was intact and had not been broken at the time the property was returned to me.

RECEIVED BY: _____  5/7/19
OFFENDER'S SIGNATURE DATE

DELIVERED BY: _____  5-7-19
EMPLOYEE          DATE

Offender's Keep on Person (KOP) medication has been sent to the Pill Officer of the area to which the offender has been assigned.

N/A
_____
Supervisor's Signature

**NOTE:** If the seal is broken, damaged or there is alleged missing property, the Security Officer returning the property to the offender will document this on this form and will complete an Unusual Occurrence Report documenting the incident and listing the items which the offender claims are missing.

ORIGINAL:   Offender Records
cc:         Unit Property Room
            Offender

H/C.
Walli

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### DISCIPLINARY REPORT

**INSTITUTION:** LOUISIANA STATE PENITENTIARY

| 1. Name of Offender **Robert Clark** | 2. Number **# 611786** | 3. Date of Incident **5/3/19** | 4. Time of Incident **Approx. 7:35 PM** |
|---|---|---|---|
| 5. Place of Incident **Death Row E-Tier** | 6. Job Assignment (Offender) **Extended Lockdown** | 7. Housing Assignment (Offender) **Death Row CCR E-Tier Cell-4** | |
| 8. Rule Violated **Contraband** | | 9. Rule Number **# 1** | |

10. Description of Incident (include all relevant information- "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force.") Use Other side, if necessary.

On the above date and approximate time while making rounds on E-Tier, I, Master Sergeant Raymond Laurent, observed offender Robert Clark 611786 possibly intoxicated, foaming from the mouth, and with an unsteady gait. Upon shaking down offender R. Clark I found 4 razors, 4 Benadryl, 6 Wellbutrin pills, 1 can of Kayak dip, and 3 rolled up cigarettes each containing a white strip of paper that tested positive for morphine. Captain Hilton Lavergne was notified.

| 11. Offender Placed in Adm. Seg | Yes | No x | **Placed on House Arrest** |
|---|---|---|---|

| 12. Signature of Reporting Employee Msgt Raymond Laurent | 13. Name, Title, Assignment (Print) **Raymond Laurent, Master Sergeant, Death Row D-Team** |
|---|---|
| 14. Date of Report **5/3/19** | 15. Time of Report **11:30 PM** | 16. Report (copy) given to above offender by: | 17. Offender's Signature. |

| 18. Plea by Offender: | Not Guilty | Guilty ✓ | 19. Verdict: | Not Guilty | Guilty |
|---|---|---|---|---|---|

| 20. Date of Hearing: **5-7-19** | 21. Counsel Substitute DOC# **124957** |
|---|---|

22. Motions: Defer for Copies (as)

23. Reasons for Disposition:
- ✓ Report is clear and precise. ☐ Lack of a credible defense/little or no defense. ☐ Based on offender's statement.
- ✓ The officer's version is determined to be more credible than the offender's ☐ Pled guilty/accepted guilty plea
- ☐ Only defense is denying contents of report. ☐ The offender presented no evidence to refute the charges.
- ☐ The investigative officer's testimony was deemed more truthful and accurate than the offender's ☐ Plea bargain.
- ☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
- ☐ Other

24. Reasons for Sentence:
- ✓ Seriousness of offense ☐ The need to protect the institution, employees or other.
- ☐ Poor conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
- ☐ Other

| 25. Sentence: | Suspended | Imposed ____ Days | 26. Sentence: | Suspended | Imposed ____ Days |
|---|---|---|---|---|---|

12 weeks loss of yard, 4 weeks loss of canteen

27. DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Dept Reg. No. B-05-003 "Imposition of Restitution."

CHAIRMAN (DISCIPLINARY OFFICER) _____    MEMBER _____

RECEIVED

MAY 0 9 2019

LSP/RECORDS

# LOUISIANA STATE PENITENTIARY

## INVESTIGATIVE SERVICES

**CASE#:** *AIS-19-D-0727*

**DATE OF INCIDENT:** *5/4/19*　　　　　　　　　　**REASON:** *Contraband*

**INVESTIGATOR:** *Lt. Tammy McDonald*　　　**SEARCH OFFICER:** *Lt. Hill*

**SUBJECT'S NAME/DOC:** *Robert Clark #611786*　　**HOUSING:** *DR E-Tier*

**LOCATION OF INCIDENT:** *DR E-Tier*

**DESCRIPTION:** *Thin strips of paper containing an unknown substance.*

**WEIGHT: 0.0 grams**　　　　　　　　　**TEST RESULTS: Positive for Morphine**

**TEST USED: 902 Marquis Reagent Test kit used.  If findings of guilty, a fee of $2.43 for each use of 902 Marquis Reagent Test kit may be applicable.**

### THIS CONTRABAND WILL BE PLACED IN EVIDENCE



Tammy McDonald, Lt.
Investigative Services

CC:　Warden Darrel Vannoy
　　　DW Joseph Lamartiniere
　　　DW Stephanie Lamartiniere
　　　AW Carl Delaney
　　　File

RECEIVED

MAY 06 2019

Disciplinary Office
LSP



page 2 of 2



Robert Clark 611786
5-3-19

TO: DISCIPLINARY BOARD

FROM:

RE:  ROBERT CLARK                    MAX
     DOC# 611786           DR/EXT E  L/D CCR

DATE: 06/28/2018      May 6, 2019

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| MARK ISSAX | 178927 | SEX OFFENSE | 6/27/18 | HIC 2 |
| ANTHONY HARDAWAY | 98121 | SIMPLE FIGHT | 10-31-16 | C TIG 4/L |
| TERRY CALLAHAN | 453106 | SEX OFFENSE | 10/22/16 | C JAG 2/R |
| DERRICK WOODBERRY | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| SAMUEL SCOTT | 454509 | CLAIM PCT HRNG | 3/25/14 | D FAL 1 |
| | NONE | | | |
| HARACE ARDOIN | 125674 | AGG FIGHT/LIQ SUB | 10/12/18 | D EAG 1 |
| CAMERON WILSON | 125600 | VERBAL ALTERCATION | 8/23/18 | HIC 2 |
| DOLAN FRANKLIN | 93892 | AGG FIGHT/WEAPON | 8/19/18 | |

Form C-05-001-W-2
01 November 2018

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Miscellaneous)

INSTITUTION:   LSP

| NAME<br>Robert Clark | NUMBER<br>661786 | DORM OR CELLBLOCK<br>Death Row, E-Tier | DATE OF INCIDENT<br>5-3-19 | TIME OF INCIDENT<br>Approx. 7:35 PM |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>E-Tier, Cell #4 | | WITNESSES<br>N/A | | |

## TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

- [ ] Accidents
  - [ ] Employee Accident
  - [ ] Offender Accident
  - [ ] Vehicle Accident
- [x] Contraband
  - [x] Inside Facility
  - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance
- [ ] Use of Body Camera or other RMD
- [ ] Request to Remove Service Dog

- [ ] Medical
- [ ] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [x] Shakedowns
  - [x] Routine
    - [ ] Staff   [ ] Visitor   [x] Offender
  - [ ] Target
    - [ ] Staff   [ ] Visitor   [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside assistance

- [ ] Other:

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time; I, Msgt. Raymond Laurent was making rounds on E-Tier and noticed offender Robert Clark #661786 Possibly Intoxicated, foaming from his mouth with an Un-steady Gait.  Upon Shaking down offender R. Clark #661786 cell #4; I found 4-Benadryl Pills, 4-Razors, 6-Wellbutrin Pills, 3-rolled-up cigarettes and 1-can of Kayak Dip.  Capt. Lavergne was notified.  This is for your information and further handling.

RECEIVED

MAY 0 - 2019

LSP/RECORDS

| Msgt. R. Laurent | 5-3-19 | 10:25/pm |
|---|---|---|
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |

Form C-05-001-W-2
01 November 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)

**INSTITUTION:  LSP**

| NAME<br>Robert Clark | NUMBER<br>661786 | DORM OR CELLBLOCK<br>Death Row, E-Tier | DATE OF INCIDENT<br>5-3-19 | TIME OF INCIDENT<br>Approx. 7:35 PM |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>E-Tier, Cell #4 | | WITNESSES<br>N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

- [ ] Accidents
  - [ ] Employee Accident
  - [ ] Offender Accident
  - [ ] Vehicle Accident
- [x] Contraband
  - [x] Inside Facility
  - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance
- [ ] Use of Body Camera or other RMD
- [ ] Request to Remove Service Dog

- [ ] Medical
- [ ] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [x] Shakedowns
  - [x] Routine
    - [ ] Staff   [ ] Visitor   [x] Offender
  - [ ] Target
    - [ ] Staff   [ ] Visitor   [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside assistance

- [ ] Other:

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

ON the above date and approximate time; I, Msgt. RAYMOND LAURENT was making rounds on E-TieR and noticed offender Robert Clark # 661786 Possibly Intoxicated, foaming from his mouth with an Un-steady Gait. Upon Shaking down offender R. Clark 661786 cell; I, Msgt. Laurent Found 4 Razors, 4 Benadryl Pills, 6 Wellbutrin Pills, 3 Rolled-up Cigarettes, and 1 can of Kayak Dip. Capt. Lavergne was Notified. This is For your information and further handling.

| M̲s̲g̲t̲.̲ ̲R̲.̲ ̲L̲a̲u̲R̲e̲n̲t̲<br>REPORTING OFFICER | 5-3-19<br>DATE COMPLETED | 10:25/pm<br>TIME COMPLETED |
|---|---|---|

**Form C-05-001-W-2**
**01 November 2018**

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)

**INSTITUTION: LSP**

| NAME<br>Robert Clark | NUMBER<br>661786 | DORM OR CELLBLOCK<br>Death Row, E-Tier | DATE OF INCIDENT<br>5-3-19 | TIME OF INCIDENT<br>Approx. 7:35 PM |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>E-Tier, Cell #4 | | WITNESSES<br>N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

- [ ] Accidents
  - [ ] Employee Accident
  - [ ] Offender Accident
  - [ ] Vehicle Accident
- [x] Contraband
  - [x] Inside Facility
  - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance
- [x] Use of Body Camera or other RMD
- [ ] Request to Remove Service Dog

- [x] Medical
- [ ] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [x] Shakedowns
  - [x] Routine
    - [ ] Staff  [ ] Visitor  [x] Offender
  - [ ] Target
    - [ ] Staff  [ ] Visitor  [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside assistance

- [ ] Other:

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time; I, Capt Hilton Lavergne was notified by Msgt. Raymond Laurent while making rounds on E-Tier he noticed offender Robert Clark #661786 Possibly Intoxicated, foaming from his mouth with an Un-steady Gait. I, Capt. Lavergne then entered E-Tier and found offender R. Clark #661786 appeared to be Intoxicated foaming from his mouth with slurred speech. Body Camera #ACD-0749 was activated. Med.-4 was dispatched via radio to send an ambulance to Death Row. Lt. Plauche` and Sgt. Taylor arrived a short while later to evaluate Offender R. Clark. Offender R. Clark #661786 was then transported to the Treatment Center for further evaluation. Shookdown offender R. Clark #661786 cell #4 and found 4-Benadryl Pills, 4-Razors, 6-Wellbutrin Pills, 3-rolled-up cigarettes that contained an Un-Known skinny-strip of paper in it and 1-can of Kayak Dip. (IS-5) Lt. Tammy McDonald was notified of the Un-known substance, she stated she will pick it up on Saturday morning. Un-Known substance tested Positive for MORPHINE. A/W Chad Oubre' was notified. This is for your information and further handling.

RECEIVED

MAY 0 - 2019

LSP/RECORDS

| REPORTING OFFICER | DATE COMPLETED<br>5-3-19 | TIME COMPLETED<br>1045PM |
|---|---|---|

Form C-05-001-W-2
01 November 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Miscellaneous)**

**INSTITUTION:** LSP

| NAME<br>Robert Clark | NUMBER<br>661786 | DORM OR CELLBLOCK<br>Death Row, E-Tier | DATE OF INCIDENT<br>5-3-19 | TIME OF INCIDENT<br>Approx. 7:35 PM |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>E-Tier, Cell #4 | | WITNESSES<br>Msgt. Raymond Laurent | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

- [ ] Accidents
    - [ ] Employee Accident
    - [ ] Offender Accident
    - [ ] Vehicle Accident
- [x] Contraband
    - [x] Inside Facility
    - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance
- [x] Use of Body Camera or other RMD
- [ ] Request to Remove Service Dog

- [x] Medical
- [ ] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [x] Shakedowns
    - [x] Routine
        - [ ] Staff  [ ] Visitor  [x] Offender
    - [ ] Target
        - [ ] Staff  [ ] Visitor  [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside assistance

- [ ] Other:

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date & approx. time: I, Capt. Hilton Lavergne was notified by Msgt. Raymond Laurent while making rounds on E-Tier he notice offender Robert Clark #661786 Possibly Intoxicated, foaming from his mouth with an Unsteady Gait. I, Capt. Lavergne then entered E-Tier and found offender R. Clark #661786 appeared to be intoxicated foaming from his mouth with slurred speech. Body Camera #ACD-0749 was activated. Med. Serves dispatched via radio to send an ambulance to Death Row. Lt. Plauche & Sgt. Taylor arrived a short while later to evaluate offender R. Clark. Offender R. Clark #661786 was then transported to the Treatment Center for further Evaluation. Shakedown offender R. Clark #661786 cell # 4 and found 4-Benadryl Pills, 4-Rozas, 6-Wellbutrin pills, 3-rolled up cigarettes that contained an Unknown stingy strip of paper in it and 1-can of Kayak Dip. (Ts.5) Lt. Tammy McDonald was notied of the Unknown substance, she stated she will pick it up on Saturday morning. Mr. Dubue was notied. This is for your information and further handling. Unknown substance tested Positive for MORPHEINE.

_Capt. Hilton Lavergne (HL)_
REPORTING OFFICER

5-3-19
DATE COMPLETED

1045p
TIME COMPLETED

<u>LOCKDOWN REVIEW SUMMARY</u>                DATE:03/14/2019

DOC#:611786      NAME: ROBERT   CLARK
LOCATION: DR/EXT E      ,TU UPPER E 0
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  9/10/18

<u>REASON FOR ORIGINAL LOCKDOWN</u>

\_\_\_\_ DISCIPLINARY BOARD ACTION        \_\_\_\_ OWN REQUEST
\_\_\_\_ RULE VIOLATION                    \_\_\_\_ INVESTIGATION
\_\_\_\_ INCIDENT REPORT                   \_\_\_\_ INITIAL CLASSIFICATION
=================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

\_\_\_\_ RELEASED TO _____    WHY:_____
_____

_V_ NOT RELEASED     REASONS:

\_\_\_\_ Nature of Commitment Offense \_\_\_\_ Escape Risk

\_\_\_\_ Inmate's Request            \_\_\_\_ New Rule Infractions Since Last Review

\_\_\_\_ Pending Felony Charges

_V_ Nature of Original Reason for Lockdown

\_\_\_\_ Inmate`s Protection:(explain)_____
_____

\_\_\_\_ Physically Dangerous to Himself or Others as Evidence by:

        \_\_\_\_ Psychiatric Evaluations   \_\_\_\_ Self-Mutilation
        \_\_\_\_ Serious Rule Infractions  \_\_\_\_ Other_____
        \_\_\_\_ Pattern of Violence            _____

\_\_\_\_ Continuing Investigation. By Whom:_____
        For:_____
=================================================================
REVIEWED BY:_____
            NAME                            TITLE
        Classification:_____

        Security:_____

=================================================================
COMMENTS:


The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.



Form C-01-022-O
10 October 2017

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Reassessment for Offenders Identifying as Intersex or Transgender or Offenders Diagnosed with Gender Dysphoria Disorder

Offender's Name: **Robert Clark**          DOC#: **61786**

Review Date: **03/18/2019**          Last Review Date: _____

Current Housing Assignment: **DR/CCR E**

Have you experienced any concerns in your current housing assignment: ☑ Yes    ☐ No

Additional Comments: **Orderlies & Tier Walks coming on the tier while showering.**

Educational Assignment: **Applied for Thinking for A Change & 100 hours**

Have you experienced any concerns with your educational assignment: ☐ Yes    ☑ No

Additional Comments: **Not assigned yet**

Programming Participation: **N/A**

Have you experienced any concerns during any programming: ☐ Yes    ☑ No

Additional Comments: **N/A**

Have you been afforded the opportunity to shower separately: ☑ Yes    ☐ No

Additional Comments: **Hormone Therapy & Female Gender Conforming Products Would like to be addressed as "Offender Clark".**

Staff Recommendation: **Will address issues with showering, classes, & being addressed as "Offender Clark".**

Offender Signature: **Robert Clark**          Date: **03/18/19**

Staff Signature/Title: **Tailer Cox    APRS Spec.**          Date: **03/18/19**

R 08/14/08

Penitentiary Directive No. 09.042
FORM B

## LOUISIANA STATE PENITENTIARY
# PERSONAL PROPERTY STORAGE DOCUMENTATION

DATE: 3-5-19                                          TIME: 11:00

OFFENDER'S NAME: Robert Clark          DOC # 661786

TRANSFERRED FROM: Death Row E-Tier Cell-4    TO Death Row E-Tier Property Room

NUMBER OF LOCKERS STORED: 2 Boxes (1 Green Bag)    TAMPER PROOF SEAL #: (163558)
                                                                          (163560)

**FOR OFFENDER'S SIGNATURE:**
I, the undersigned, hereby acknowledge that my personal property has been placed in my locker and that the locker has been sealed with a tamper proof seal.

OFFENDER'S SIGNATURE: _(signed)_          DATE: 3-5-19        TIME: 11:05pm

EMPLOYEE WITNESS: Msg Raymond Laurent

☐        OFFENDER REFUSED TO SIGN                ☐        OFFENDER NOT PRESENT TO SIGN

**NOTE:** If the offender refuses to sign or the offender is not present to sign, the placement of the tamper proof seal on the locker must be witnessed by two employees and their signatures must be noted below.

We, the undersigned, hereby acknowledge that the above named offender's personal property was secured in the locker, sealed with a tamper proof seal and placed in storage.

EMPLOYEES: _N/A_          DATE: _N/A_

_____          TIME: _____

PROPERTY WAS PLACED IN STORAGE AT: Death Row, E-Tier storage room

PROPERTY WAS RECEIVED BY: Capt. H. Laurent

DATE AND TIME RECEIVED:          Date: 3-5-19          Time: 1110pm

I, the undersigned, hereby acknowledge receipt of my property and acknowledge that the tamper proof seal which was placed on my property at the time of storage was intact and had not been broken at the time the property was returned to me.

RECEIVED BY: _(signed)_  3/14/19
           OFFENDER'S SIGNATURE DATE

DELIVERED BY: _(signed)_          3/14/19
           EMPLOYEE          DATE

Offender's Keep on Person (KOP) medication has been sent to the Pill Officer of the area to which the offender has been assigned.

Supervisor's Signature

**NOTE:** If the seal is broken, damaged or there is alleged missing property, the Security Officer returning the property to the offender will document this on this form and will complete an Unusual Occurrence Report documenting the incident and listing the items which the offender claims are missing.

ORIGINAL: Offender Records
cc:       Unit Property Room
          Offender

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 3/15/19

DOC#:611786     NAME: ROBERT  CLARK
LOCATION: DR/EXT E     ,TU UPPER E 0
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 8-19-18

<u>REASON FOR ORIGINAL LOCKDOWN</u>

X DISCIPLINARY BOARD ACTION              ____ OWN REQUEST
X RULE VIOLATION                         ____ INVESTIGATION
____ INCIDENT REPORT        # 11         ____ INITIAL CLASSIFICATION
==================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

____ RELEASED TO _____ WHY:_____
_____
X NOT RELEASED     REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

X Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence        _____

____ Continuing Investigation.  By Whom:_____
     For:_____
==================================================================
REVIEWED BY:_____ _____
            NAME                        TITLE
                                        _____
A. Vittorio-Class.                      _____

==================================================================
COMMENTS:




The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

R 08/14/06

Penitentiary Directive No. 09.042
FORM B

## LOUISIANA STATE PENITENTIARY
# PERSONAL PROPERTY STORAGE DOCUMENTATION

DATE: 2/10/19                              TIME: 327 pm

OFFENDER'S NAME: Robert Clark          DOC # 661786

TRANSFERRED FROM: D/R CCR ETTeR Cell #4 TO D/R CCR ETTeR Property Room

NUMBER OF LOCKERS STORED (2) Locker (1) Sacks   TAMPER PROOF SEAL #: # 163550
                                                             # 163551

FOR OFFENDER'S SIGNATURE:

I, the undersigned, hereby acknowledge that my personal property has been placed in my locker and that the locker has been sealed with a tamper proof seal.

OFFENDER'S SIGNATURE:                  DATE:              TIME:

EMPLOYEE WITNESS  Jmn O'Veal

☐       OFFENDER REFUSED TO SIGN       ☑       OFFENDER NOT PRESENT TO SIGN

NOTE: If the offender refuses to sign or the offender is not present to sign, the placement of the tamper proof seal on the locker must be witnessed by two employees and their signatures must be noted below.

We, the undersigned, hereby acknowledge that the above named offender's personal property was secured in the locker, sealed with a tamper proof seal and placed in storage.

EMPLOYEES:  Jmn O'Veal              DATE:  2/10/19

             Cynthia Blr             TIME:  327 pm

PROPERTY WAS PLACED IN STORAGE AT:  D/R CCR ETTeR Property Room

PROPERTY WAS RECEIVED BY:  Jmn O'Veal

DATE AND TIME RECEIVED:     Date: 2/28/19       Time: 1140/A

I, the undersigned, hereby acknowledge receipt of my property and acknowledge that the tamper proof seal which was placed on my property at the time of storage was intact and had not been broken at the time the property was returned to me.

RECEIVED BY: Robt Clark  2/28/19
            OFFENDER'S SIGNATURE DATE

DELIVERED BY: Jmn O'Veal  2/28/19
            EMPLOYEE          DATE

Offender's Keep on Person (KOP) medication has been sent to the Pill Officer of the area to which the offender has been assigned.

N/A

Supervisor's Signature

NOTE: If the seal is broken, damaged or there is alleged missing property, the Security Officer returning the property to the offender will document this on this form and will complete an Unusual Occurrence Report documenting the incident and listing the items which the offender claims are missing.

ORIGINAL:  Offender Records
cc:         Unit Property Room
            Offender

# LOUISIANA STATE PENITENTIARY
## Results of Protection Concern Review Board

**611786  ROBERT CLARK**           and       **453106  TERRY CALLAHAN**
DR/EXT E                                      C JAG 2/R

✓
_____        **Will remain on each other's Protection Concern List.**

**Because:**
_Nature of original reason_
_____
_____
_____

_____        **Will be removed from each other's Protection Concern List.**
_____
_____
_____
_____

**Board Members:**

_T W_____   ARDC Specialist            12/10/18
Name & Title                                   Date

_Paul Smith Bol____                            12-10-18
Name & Title                                   Date

Master Prison Records  611786  &  453106
lassification Files  611786  &  453106

# LOUISIANA STATE PENITENTIARY

## Results of Protection Concern Review Board

611786  ROBERT CLARK            and        178927  MARK ISSAC
DR/EXT E                                             C WOLF 1

_____  ✓   **Will remain on each other's Protection Concern List.**

Because:  Nature of original reason

_____

_____  **Will be removed from each other's Protection Concern List.**

_____

**Board Members:**

_____ ARDC Specialist          12/10/18
       Name & Title                                    Date

_____                          12-10-18
       Name & Title                                    Date

LOCKDOWN REVIEW SUMMARY                DATE: 12/7/18

DOC#:611786      NAME: ROBERT  CLARK
LOCATION: DR/EXT E      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  8/19/18

REASON FOR ORIGINAL LOCKDOWN

_φ_ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
     RULE VIOLATION #11                 ____ INVESTIGATION
     INCIDENT REPORT                    ____ INITIAL CLASSIFICATION
================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____  RELEASED TO _____    WHY:_____
_____

_φ_ NOT RELEASED    REASONS: NET

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          _φ_ New Rule Infractions Since Last Review

____ Pending Felony Charges        10/12/18 #3,5,11

_φ_ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
     _____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions   ____ Other_____
          ____ Pattern of Violence        _____

____ Continuing Investigation.  By Whom:_____
     For:_____
================================================================
REVIEWED BY: _Paul Smith_____   _Col_____
             NAME                 TITLE ARDC Spec
     _____    _____

     _____    _____
================================================================
COMMENTS:

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.



# *Louisiana State Penitentiary*

### *Legal Programs Department*

RECEIVED
NOV 2 9 2018
LSP/RECORDS

## *MEMORANDUM*

**DATE:**     *11/29/2018*

**TO:**     *Unit Wardens, Classification, Inmate Records, Front
Gate Visiting, "A" Building Visiting,
ROBERT CLARK - 611786 - DR/EXT E*

**FROM:**     *Nyesha Kelly, Legal Programs Director*

**SUBJECT:**     *Visiting Suspension*

*ROBERT CLARK - 611786 - DR/EXT E*

*Physical Location:*

*The above named offender appeared before the Disciplinary Board on  11/2/2018
regarding a rule violation on  10/12/2018    which involved cellphones,
cellphone accessories, illegal drugs, intoxication or assault on staff.*

*Pursuant to Unit Specific Posted Policies #007 and #030, an administrative suspension
of visiting privileges is being imposed. All visits with the exception of the offender's
attorney or members of the attorney's staff and his religious advisor are prohibited
during the period of this suspension. This suspension is effective from:*

## **10/12/2018 to 1/31/2019**

*Please mark your records accordingly. If you have any questions, please contact the
Legal Programs Department.*

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: LSP

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 10-12-18 | approx. 6 am |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| Death Row E-Tier | Idle | Death Row E-Tier cell #4 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Disobedience Defience Aggfighting | 3, 5, 11 |

**10. Description of Incident** (Include all relevant information - "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On 10-12-18 approx 6am I Capt. Leslie Dupont observed offender Robert Clark #611786 throw smth on the tier walking #1 name and im #185604. I gave offender clark several direct verbal orders to stop which he defied did threw more smth at me, he was then issued with a two second burst of chemical agent. he then complied with orders & was placed in wrguh. Both offenders clark + Graham were examined by medical, offender clark was placed back in his cell. This is for your information + further handling.

| 11. Inmate Placed in Adm. Seg. | ☒ Yes | ☐ No |
|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Leslie Dupont | Leslie Dupont - Capt - Death Row - A-Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| 10-12-18 | 8am | Leslie Dupont | Robert Clark |

| 18. Plea by Inmate: | ☒ Not Guilty | ☐ Guilty | 19. Verdict: | ☐ Not Guilty | ☒ Guilty |
|---|---|---|---|---|---|

| 20. Date of Hearing: 11-2-18 | 21. Counsel Substitute: Wesley Dyson |
|---|---|
| 10/16/18 | DOC# 110202 170607 |

22. Motions: Deferred to Investigative Services for a full and Complete Investigation. Deferred for a full and complete Investigation by colonel Paul Smith

**23. Reasons for Disposition:**

☐ Report is clear and precise.　☐ Lack of a credible defense/little or no defense.　☐ Based on his statement.

☐ The officer's version is determined to be more credible than the inmate's.　☐ Pled guilty/accepted guilty plea.

☐ Only defense is denying contents of report.　☐ The inmate presented no evidence to refute the charges.

☐ The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.　☐ Plea bargain.

☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.

☐ Other

**24. Reasons for Sentence:**

☐ Seriousness of offense.　☐ The need to protect the institution, employees, or other.

☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____

A total of _____ # _____ rule violations since _____

☐ Other _____

RECEIVED
NOV 15 2018
LSP/RECORDS

**25. Sentence:**
#3 6 Week Lost of yard

| Suspended ☐ | Days |
|---|---|
| Imposed ☒ | |

**26. Sentence:**
#5 6 Week Lost of yard
#11 6 Week Cost of Yard

| Suspended ☒ | Days |
|---|---|
| Imposed ☒ | |

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who is so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures

CHAIRMAN (DISCIPLINARY OFFICER)

TO:        **Disciplinary Board**

FROM:    **Captain. Leslie DuPont,**
           **Death Row / A-Team Supervisor**

DATE:    **November 9, 2018**

RE:       **Robert Clark #611786**
-----------

   After a full and thorough investigation regarding the above referenced offender;
I, Capt. Leslie DuPont offer the following.

   I observed offender R. Clark throw milk out of his cell onto offender Horace
Ardoin #125604. I went onto the tier and gave offender Clark several direct verbal
orders to stop. offender Clark refused all orders given and started to throw milk at me.
I than retrieved a can of chemical agent from my holster and sprayed the minimum
amount into offender Clark's cell to gain compliance with my orders. He was restrained
and escorted to the shower and triage by medical.


   This is for your information and further handling.



*Capt. Leslie DuPont*
Captain. Leslie DuPont
CAMP F / DR Supervisor



# RECEIVED

**NOV 0 9 2018**

Disciplinary Office
LSP

TO:         **Disciplinary Board**

FROM:     **Colonel. Paul Smith,**
            **Death Row Supervisor**

DATE:     **November 1, 2018**

RE:         **Robert Clark #611786**

-----------

I am requesting more time to complete the investigation on offender Clark.

This is for your information and further handling.


**Colonel. Paul Smith**
**CAMP F / DR Supervisor**

# RECEIVED

## NOV 0 1 2018

**Disciplinary Office**
**LSP**

# DISCIPLINARY BOARD OFFICE

## 1st Notice Date 10-7-18   2nd Notice Date 10/23/18

| TO: DR Supervisors | LOCATION: DR |
|---|---|
| FROM: Disciplinary Board Office | |

You have been assigned to submit information on the below referenced incident by the Disciplinary Board.

| OFFENDER NAME: Robert Clark | DOC# 611786 | RULE# 3-5-11 |
|---|---|---|

### The Disciplinary Board has asked that you provide the documents regarding the attached disciplinary report(s):

| ☐ COPY OF EVIDENCE/CONTRABAND | ☒ THOROUGH INVESTIGATION |
|---|---|
| ☐ CONFIDENTIAL INFORMANT SHEETS | ☐ NARCO LAB WORKSHEET |
| ☐ OTHER | |

### Please submit your findings to the Disciplinary Board Office no later than

10/22/18          , 10/25/18          (only if 2nd notice is required).

Investigative officers must conduct their own investigations as well as sign their own investigative reports. If you are unable to submit the requested information, you must submit a written report stating your reason(s) for being unable to do so. Either report must be turned into the Disciplinary Board Office **no later** than the date specified above. If for any reason you require more time to gather the requested information, please *promptly* notify this office so that the necessary personnel can be notified of the delay.

As always, your cooperation is appreciated.

**PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS**
**Phone: 225•655•2057 / 225•655•2080 / 225•655•2570**
**Fax: 225•655•2798**

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM:


RE:   ROBERT CLARK              MAX
      DOC# 611786       DR/EXT E TU UPPER E 0 L/D CCR

DATE: 06/28/2018      October 15, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|----------------------------|------------------|
| MARK ISSAX | 178927 | SEX OFFENSE | 6/27/18 | C WOLF 1 |
| ANTHONY HARDAWAY | 98121 | SIMPLE FIGHT | 10-31-16 | C TIG 1/L |
| TERRY CALLAHAN | 453106 | SEX OFFENSE | 10/22/16 | CBA L/R |
| DERRICK WOODBERRY | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| SAMUEL SCOTT | 454509 | CLAIM PCT HRNG | 3/25/14 | WAL 2 |
| | NONE | | | |
| HARACE ARDOIN | 125674 | AGG FIGHT/LIQ SUB | 10/12/18 | D EAG 1 |
| CAMERON WILSON | 125600 | VERBAL ALTERCATION | 8/23/18 | D EAG 1 |
| DOLAN FRANKLIN | 93892 | AGG FIGHT/WEAPON | 8/19/18 | |

R 7-9-10

Department Regulation No. B-05-001

# LOUISIANA STATE PENITENTIARY
# REQUEST FOR INVESTIGATION

| INVESTIGATING OFFICER: | WORK ASSIGNMENT: |
|---|---|
| DR Supervisors | DR |

**RE:  Disciplinary Board Hearing of:**

| Offender Name: | DOC# | Housing Assignment: |
|---|---|---|
| Robert Clark | 611786 | Death Row E-Tier Cell #4 |

You (Investigating Officer) have been assigned to investigate the following issues regarding the attached disciplinary report(s):

| STATE SPECIFICALLY WHAT YOU WISH TO BE INVESTIGATED: |
|---|
| Full and Complete Investigation |

| DISCIPLINARY BOARD CHAIRMAN: | DATE OF HEARING: |
|---|---|
| Major | 10/16/ |

R 7-9-10                                                    Department Regulation No. B-05-001

# LOUISIANA STATE PENITENTIARY
# REQUEST FOR INVESTIGATION

| INVESTIGATING OFFICER: | WORK ASSIGNMENT: |
|---|---|
| Col. Paul Smith | DR |

**RE:  Disciplinary Board Hearing of:**

| Offender Name: | DOC# | Housing Assignment: |
|---|---|---|
| Robert Clark | 611786 | TU u/e |

You (Investigating Officer) have been assigned to investigate the following issues regarding the attached disciplinary report(s):

| STATE SPECIFICALLY WHAT YOU WISH TO BE INVESTIGATED: |
|---|
| Full and complete investigation |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

| Maj. Ricky Jackson | 11/2/18 |
|---|---|
| DISCIPLINARY BOARD CHAIRMAN: | DATE OF HEARING: |

# DISCIPLINARY BOARD OFFICE

**1st Notice Date** 10/16/18   **2nd Notice Date** 10/23/18

| TO: Death Row Supervisors | LOCATION: |
|---|---|
| FROM: **Disciplinary Board Office** | |

You have been assigned to submit information on the below referenced incident by the Disciplinary Board.

| OFFENDER NAME: Robert Clark | DOC# 611786 | RULE# 29/24 |
|---|---|---|

## The Disciplinary Board has asked that you provide the documents regarding the attached disciplinary report(s):

| ☐ COPY OF EVIDENCE/CONTRABAND | ☑ THOROUGH INVESTIGATION |
|---|---|
| ☐ CONFIDENTIAL INFORMANT SHEETS | ☐ NARCO LAB WORKSHEET |
| ☐ OTHER | |

## Please submit your findings to the Disciplinary Board Office no later than

10/19/18                    / 10/25/18          **(only if 2nd notice is required).**

Investigative officers must conduct their own investigations as well as sign their own investigative reports. If you are unable to submit the requested information, you must submit a written report stating your reason(s) for being unable to do so. Either report must be turned into the Disciplinary Board Office **no later** than the date specified above. If for any reason you require more time to gather the requested information, please *promptly* notify this office so that the necessary personnel can be notified of the delay.

As always, your cooperation is appreciated.

**PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS**
**Phone: 225•655•2057 / 225•655•2080 / 225•655•2570**
**Fax: 225•655•2798**

R 7-9-10                                                                    Department Regulation No. B-05-001

## LOUISIANA STATE PENITENTIARY
# REQUEST FOR INVESTIGATION

| INVESTIGATING OFFICER: | WORK ASSIGNMENT: |
|---|---|
| *Death Row Supervisors* | *Death Row* |

### RE:  Disciplinary Board Hearing of:

| Offender Name: | DOC# | Housing Assignment: |
|---|---|---|
| *Robert Clark* | *611786* | *DR-CCR-E Tier Cell #4* |

You (Investigating Officer) have been assigned to investigate the following issues regarding the attached disciplinary report(s):

| STATE SPECIFICALLY WHAT YOU WISH TO BE INVESTIGATED: |
|---|
| *full and Complete Investigation* |
| |
| |
| |
| |
| |
| |
| |
| |

| DISCIPLINARY BOARD CHAIRMAN: | DATE OF HEARING: |
|---|---|
| *[signature]* | *10/5/18* |

RECEIVED
SEP 05 2018

WEST FELICIANA PARISH
APPEARANCE BOND RECEIPT

Deputy Warden/Security

St. Francisville, LA _____ *August 31* _____ 20 *18*

Received from _____ *N/A* _____ Surety

_____ dollars $ _____

Cash
Property ) Bond for _____ *Robert Clark Jr* _____ Principal.

Surety assumes responsibility of principal's appearance in court at

9 A.M. on _____ *November 15* _____ ,20 *18* and until case is

finally disposed of. Failure to appear will result in bond forfeiture.

RECEIVED

NOV 1 3 2019

LSP/RECORDS

J. Austin Daniel, Sheriff

By _____ Dy.

# THINKING FOR A CHANGE

## *Robert Clark #611786*

Has successfully completed Maximum Security Program
Thinking For A Change
at Louisiana State Penitentiary.

Presented
July 15, 2019

Chad Oubre,
Assistant Warden, Death Row

Jodie Sturgeon
Transition Specialist

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 11/02/18

DOC#:611786      NAME: ROBERT  CLARK
LOCATION: DR/EXT E    ,TU UPPER E 0
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

<u>REASON FOR ORIGINAL LOCKDOWN</u>

\_\_\_\_ DISCIPLINARY BOARD ACTION        \_\_\_\_ OWN REQUEST
\_\_\_\_ RULE VIOLATION                   \_\_\_\_ INVESTIGATION
\_\_\_\_ INCIDENT REPORT                  \_\_\_\_ INITIAL CLASSIFICATION
=================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

\_\_\_\_ RELEASED TO _____     WHY:_____
_____

_x_\_\_ NOT RELEASED    REASONS:

\_\_\_\_ Nature of Commitment Offense \_\_\_\_ Escape Risk

\_\_\_\_ Inmate's Request              \_\_\_\_ New Rule Infractions Since Last Review

\_\_\_\_ Pending Felony Charges

_x_\_\_ Nature of Original Reason for Lockdown

\_\_\_\_ Inmate`s Protection:(explain)_____
_____

\_\_\_\_ Physically Dangerous to Himself or Others as Evidence by:

          \_\_\_\_ Psychiatric Evaluations    \_\_\_\_ Self-Mutilation
          \_\_\_\_ Serious Rule Infractions   \_\_\_\_ Other_____
          \_\_\_\_ Pattern of Violence                _____

\_\_\_\_ Continuing Investigation.  By Whom:_____
     For:
=================================================================
REVIEWED BY:
          NAME                          TITLE
          R. Johnson                    Major

                                              RECEIVED
=================================================================
COMMENTS:                                     NOV 1 4 2018
                                              LSP/RECORDS


The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

JOHN BEL EDWARDS
Governor
Secretary

JAMES M. Le BLANC

# State of Louisiana
## Department of Public Safety and Corrections

### DISCIPLINARY BOARD APPEAL

RECEIVED
NOV 1 3 2018
LSP/RECORDS

**Appeal Number:** LSP-2018-0329

**Offender's Name:** ROBERT CLARK #611786

**Offender's Counsel:** HUNTER

**Board Chairman:** SLATER

**Rule Violation:** 08/19/2018

**Disciplinary Board Action:** 08/21; 09/07/2018

**Appeal Decided:** OCT 2 9 2018

**Decision of the Secretary:** 01-DENIED    **Inst:** LSP

The offender was convicted of violating Rule #11 (Aggravated Fight). The Board sentenced him to Custody Change to Extended Lockdown. The Board ordered the offender to pay restitution in the amount of $106.00 for medical fees.

The offender states his 14th Amendment Right to a fair hearing was denied. Appellant argues there was insufficient evidence for the finding of guilt.

We have considered the appellant's argument and the decision rendered by the Warden. Upon review, we find the disciplinary report to be clear, concise and to provide convincing evidence of the violation charged. The offender has not provided any evidence within this appeal to refute the charge. The offender's claims on appeal have no merit. The officer's written account of the camera review provides sufficient evidence for the finding of guilt. The offender received an allowable sanction that followed the Department of Correction's guideline for Adult Offenders. The offender was provided with a full hearing and was afforded due process in both the hearing and the sentencing phases of the proceeding. Based on the seriousness of the offense and the need to protect the institution, employees and other the sanction imposed was appropriate. For the forgoing reasons, we agree with the decision of the Disciplinary Board and the Warden.

Appeal is Denied.

James M. LeBlanc, Secretary
Public Safety and Corrections

Post Office Box 94304, Baton Rouge, Louisiana 70804-9304 • (225) 342-9711 • Fax (225) 342-6363
www.doc.la.gov
An Equal Opportunity Employer

## 𝔇epartment of 𝔓ublic 𝔖afety & 𝔆orrections
### 𝔖tate of 𝔏ouisiana
Louisiana State Penitentiary

**JOHN BEL EDWARDS**
GOVERNOR



**JAMES M. LE BLANC**
SECRETARY

November 8, 2018

To: Robert Clark #611786
   DR Ext E

From: Nyesha K. Davis
   Legal Programs

Re: Restoration of Visiting Privileges

Due to the recent changes of the Unit Specific Posted Policy #030, which changes the suspension of visits to a 90-day suspension, in which you have completed. Your visiting privileges have been restored. Please contact your visitors and inform them of these changes. Please continue to remain positive, stay out of trouble, and enjoy your visits!

Nyesha K. Davis
Legal Programs Director

cc: Visiting
   Offender Records

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**

**DISCIPLINARY REPORT**

**INSTITUTION:** L.S.P.

| 1. Name of Offender<br>Robert Clark | 2. Number<br>611786 | 3. Date of Incident<br>October22, 2018 | 4. Time Of Incident<br>Approx. 6:30 pm |
|---|---|---|---|
| 5. Place of Incident<br>TU Upper Time Out Cell B | | 6. Job Assignment (Inmate)<br>Ext. Lockdown | 7. Housing Assignment (Inmate)<br>TU Upper E |
| 8. Rule Violated<br>Contraband, Self Multilation | | | 9. Rule Number<br>#1,19 |

10. Description Of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and approximate time I Captian David Perkins while making rounds was notified by Offender Robert Clark # 611786 housed in Upper Time Out Cell B, that he had intentionally cut his testicals with a razor. Offender Clark had blood in his groin area. Medical was notified and Offender Clark was escorted to the treatment center to be evaulated by medical. Offender Clark's cell was shookdown and a razor blade with blood was found on his sink area. Mental health was notified and offender Clark was placed on Standard Suicide Watch and given an paper sheet and gown this is for your information and future handling.

| 11. Inmate Placed in Adm. Seg. | ☐ Yes | ☑ No | |
|---|---|---|---|
| 12. Signature of reporting employee: | | 13. Name, Title, Assignment (Print)<br>David Perkins, Captain TU/C-Team | |
| 14. Date of Report<br>October 22, 2018 | 15. Time of Report<br>7:45 pm | 16. Report (copy) given to above inmate by: DP | 17. Inmate's Signature<br>REFUSED |

| 18. Plea by Inmate | Not Guilty ☐  Guilty ☑ | 19. Verdict: | Not Guilty ☐  Guilty ☑ |
|---|---|---|---|
| 20. Date of Hearing: 10-24-18  10-29-18 RJ  11-2-18 RJ | | | 21. Counsel Substitute  110202<br>DOC#: 110202 (170677) |

22. Motions: Defer +0 Next Court + offeNdefoN  Stalada] Watch.
Defer to MeNtal Health for EValuation.

23. Reasons for Disposition:

☑ Report is clear and precise.　　☐ Lack of a credible defense/little or no defense.　　☐ Based on his statement.

☐ The officer's version is determined to be more credible than the inmate's.　　☑ Pled guilty/accepted guilty plea.

☐ Only defense is denying contents of report.　　☐ The inmate presented no evidence to refute the charges.

☐ The investigative officer's testimony was deemed more truthful and accurate than the inmate's.　　☑ Plea bargain.

☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.

☐ Other

24. Reasons for Sentence:

☑ Seriousness of offense.　　☐ The need to protect the institution, employees, or other.

☐ Poor Conduct record　A total of _____ rule violations(s). A total of _____ Schedule B violations since _____

　　　A total of _____ # _____ rule violations since _____

☐ Other

25. Sentence:

(1) 10 Disciplinary Detention  Suspended ☐ _____ Days  Imposed ☑

26. Sentence:

(19) 12-Week loss of Yard  Suspended ☐ _____ Days  Imposed ☑

27. DISCIPLINARY BOARD:

Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN/DISCIPLINARY OFFICER)

MEMBER

**RECEIVED**

NOV 07 2018

**LSP/RECORDS**

LSP-13.084-A
March 29, 2010

LOUISIANA STATE PENITENTIARY
## RESPONSE TO DISCIPLINARY BOARD
## REGARDING OFFENDER'S ABILITY TO
## PARTICIPATE IN DISCIPLINARY PROCESS

TO:    DISCIPLINARY BOARD

FROM:  MENTAL HEALTH DEPARTMENT

RE:

| OFFENDER'S NAME: | DOC # |
|---|---|
| Robert Clark | 611786 |
| RULE VIOLATION #: | REPORT DATE: |
| 1, 19 | 10/22/18 |

Is the offender competent at the present time to participate in the disciplinary process?

☑ Yes    ☐ No

Does the offender have a mental disorder that should be considered from a mitigating circumstances perspective?

☐ Yes    ☑ No

Are there mental health considerations that should be considered from a sentencing perspective?

☐ Yes    ☑ No

If yes, describe: _____

_____

_____

_Walter R. Ander_
Mental Health Clinician

_11/1/18_
Date

RECEIVED
NOV 0 1 2018
Disciplinary Office
LSP

Original:    Disciplinary Board
cc:          Medical Record
             File

TO:  DISCIPLINARY BOARD                                    PAGE 1 OF

FROM:

RE:   ROBERT CLARK                    MAX
      DOC# 611786           DR/EXT E TU UPPER E 0 L/D CCR

DATE: 06/28/2018         October 23, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| MARK ISSAX | 178927 | SEX OFFENSE | 6/27/18 | C WOLF 1 |
| ANTHONY HARDAWAY | 98121 | SIMPLE FIGHT | 10-31-16 | C TIG 1/L |
| TERRY CALLAHAN | 453106 | SEX OFFENSE | 10/22/16 | CBA L/R CBD L/ |
| DERRICK WOODBERRY | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| SAMUEL SCOTT | 454509 | CLAIM PCT HRNG | 3/25/14 | WAL 2 |
| | NONE | | | |
| HARACE ARDOIN | 125674 | AGG FIGHT/LIQ SUB | 10/12/18 | D EAG 1 |
| CAMERON WILSON | 125600 | VERBAL ALTERCATION | 8/23/18 | D EAG 1 |
| DOLAN FRANKLIN | 93892 | AGG FIGHT/WEAPON | 8/19/18 | |

R 08/14/08

*L-3*

Penitentiary Directive No. 09.042
FORM B

LOUISIANA STATE PENITENTIARY
# PERSONAL PROPERTY STORAGE DOCUMENTATION

| DATE: 10-22-18 | TIME: 11.25R |
|---|---|
| OFFENDER'S NAME: Robert Clark | DOC # 611886 |
| TRANSFERRED FROM: TU upper UtoCB | TO TU upper Property Room |
| NUMBER OF LOCKERS STORED: 1 Bag | TAMPER PROOF SEAL #: 176848 |

**FOR OFFENDER'S SIGNATURE:**

I, the undersigned, hereby acknowledge that my personal property has been placed in my locker and that the locker has been sealed with a tamper proof seal.

OFFENDER'S SIGNATURE:                              DATE:                     TIME:

EMPLOYEE WITNESS

| ☑ | OFFENDER REFUSED TO SIGN | ☐ | OFFENDER NOT PRESENT TO SIGN |
|---|---|---|---|

**NOTE:** If the offender refuses to sign or the offender is not present to sign, the placement of the tamper proof seal on the locker must be witnessed by two employees and their signatures must be noted below.

We, the undersigned, hereby acknowledge that the above named offender's personal property was secured in the locker, sealed with a tamper proof seal and placed in storage.

EMPLOYEES: *H David Johnson*        DATE: 10-22-18

*X signature*                        TIME: 11:25 Pm

| PROPERTY WAS PLACED IN STORAGE AT: | |
|---|---|
| PROPERTY WAS RECEIVED BY: | |
| DATE AND TIME RECEIVED: | Date:                        Time: |

I, the undersigned, hereby acknowledge receipt of my property and acknowledge that the tamper proof seal which was placed on my property at the time of storage was intact and had not been broken at the time the property was returned to me.

RECEIVED BY: X *Robert Clark*
OFFENDER'S SIGNATURE DATE

DELIVERED BY: *Andrie Harris*        10-25-18
EMPLOYEE                            DATE

Offender's Keep on Person (KOP) medication has been sent to the Pill Officer of the area to which the offender has been assigned.

_____
Supervisor's Signature

**NOTE:** If the seal is broken, damaged or there is alleged missing property, the Security Officer returning the property to the offender will document this on this form and will complete an Unusual Occurrence Report documenting the incident and listing the items which the offender claims are missing.

ORIGINAL:   Offender Records
cc:              Unit Property Room
                 Offender



Form C-05-001-W-1
24 July 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

### INSTITUTION: L.S.P.

| NAME<br>ROBERT CLARK | NUMBER<br>611786 | DORM OR CELLBLOCK<br>DEATH ROW | DATE OF INCIDENT<br>10/12/18 | TIME OF INCIDENT<br>APPROX. 6:35 A/M |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>DEATH ROW / E-TIER | | WITNESSES<br>CAPT. LESLIE DUPONT | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death other than from natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening injury
  - [ ] Offender on staff
  - [ ] Offender on offender
  - [ ] Staff on offender
- [ ] Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- [ ] Other
  - [ ] Significant property damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - [ ] Large scale evacuation of all or significant part of the facility
  - [ ] Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault resulting in significant injury
  - [ ] Offender on staff
  - [ ] Offender on offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide attempts
- [ ] Hunger strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrests
  - [ ] Not job-related employee arrests
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.
  - [ ] Self-mutilation which resulted in significant injury

**Category C Incidents:**
- [ ] Violation of Rule No. 21, Sex Offenses
  - [ ] 21.A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21.B Abusive sexual act (offender-on-offender)
  - [ ] 21.C Sexual misconduct (offender-on-offender)
  - [ ] 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21.E Obscenity
  - [ ] 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21.G Overt display of affection
  - [ ] 21.H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [x] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [x] Throwing of substance (offender-on-offender)
  - [x] Throwing of substance (offender-on-staff)
  - [ ] Other assault (offender-on-offender)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger strike (both individual and organized)
- [x] Use of Force
  - [x] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser®
  - [x] Chemical agents

RECEIVED

OCT 25 2018

LSP/RECORDS

Form C-05-001-W-1
24 July 2018
Page Two



### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On October 12, 2018, at approx. 6:35 A.M. I Capt. Leslie Dupont observed offender Robert Clark 3611786 throw milk on the tier walker offender Horace Ardain 3125604. I gave offender Clark several direct verbal orders to stop throwing milk and he refused all orders given and proceeded to throw milk on me. I then retrived a can of phantom OC Sabre from my holster and sprayed the minimum amount into the offender Clark's cell until he complied with my orders. I then gave him a direct verbal order to come to the bars to be restrained, he complied and was given a shower, a clean jumpsuit, and was triaged by EMT Dallas Holiday then placed in adm. seg. The starting weight of the chemical agent can #3 was 136 grams and the ending weight was 40 grams. Capt. Leslie Dupont and Offender Ardain #125604 were transported to the treatment center to be examined by medical. This is for your information and further handling.

RECEIVED

OCT 25 2018

LSP/RECORDS

| Capt. Leslie Dupont | 10-12-18 | 11:00 am |
|---|---|---|
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |

Form C-05-001-W-1
24 July 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

### INSTITUTION: L.S.P.

| NAME<br>ROBERT CLARK | NUMBER<br>611786 | DORM OR CELLBLOCK<br>DEATH ROW | DATE OF INCIDENT<br>10/12/18 | TIME OF INCIDENT<br>APPROX. 6:35 A/M |
|---|---|---|---|---|

| LOCATION OF INCIDENT<br>DEATH ROW/ E-TIER | WITNESSES<br>CAPT. LESLIE DUPONT |
|---|---|

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death other than from natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening injury
  - [ ] Offender on staff
  - [ ] Offender on offender
  - [ ] Staff on offender
- [ ] Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- [ ] Other
  - [ ] Significant property damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - [ ] Large scale evacuation of all or significant part of the facility
  - [ ] Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault resulting in significant injury
  - [ ] Offender on staff
  - [ ] Offender on offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide attempts
- [ ] Hunger strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrests
  - [ ] Not job-related employee arrests
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.
  - [ ] Self-mutilation which resulted in significant injury

**Category C Incidents:**
- [ ] Violation of Rule No. 21, Sex Offenses
  - [ ] 21.A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21.B Abusive sexual act (offender-on-offender)
  - [ ] 21.C Sexual misconduct (offender-on-offender)
  - [ ] 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21.E Obscenity
  - [ ] 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21.G Overt display of affection
  - [ ] 21.H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [x] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [x] Throwing of substance (offender-on-offender)
  - [x] Throwing of substance (offender-on-staff)
  - [ ] Other assault (offender-on-offender)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger strike (both individual and organized)
- [x] Use of Force
  - [ ] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser®
  - [x] Chemical agents

Form C-05-001-W-1
24 July 2018
Page Two

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On October 18, 2018, at approx. 6:35 A/m I Capt. Leslie Dupont observed offender Robert Clark #611786 throw milk on the tier walker offender Horace Ardain #125604. I gave offender Clark several direct orders to stop throwing milk & refused all orders given & proceeded to throw milk on me. Offender Clark was then sprayed with just enough chemical agent to gain compliance with my orders. Offender Clark was allowed to shower & be examined by medical then placed in admn. seg. The tier walker, offender Ardain #125604 was transported to the treatment center to be examined by medical. This is for your information & further handling.

RECEIVED

OCT 25 2018

LSP/RECORDS

REPORTING OFFICER: Capt Leslie Dupont
DATE COMPLETED: 10-18-18
TIME COMPLETED: +1:00am

# LOUISIANA STATE PENITENTIARY
## ANGOLA, LOUISIANA

### APPEAL DECISION

### DISCIPLINARY BOARD APPEAL NUMBER:

#### L S P - 2 0 1 8 - 0 3 2 9

| | |
|---|---|
| OFFENDER: | ROBERT CLARK          611786 |
| HOUSING: | DR/CCR EXTENDED E TIER |
| COURT DATE: | 09/07/2018 |
| DATE OF REPORT: | 08/19/2018 |
| RULE VIOLATED: | RULE #11, AGGRAVATED FIGHTING |
| PLEA: | NOT GUILTY |
| FOUND GUILTY OF: | RULE #11, AGGRAVATED FIGHTING |
| SENTENCE: | CUSTODY CHANGE TO MAXIMUM EXTENDED LOCKDOWN |
| IMPOSED / SUSPENDED: | IMPOSED |
| RESTITUTION: | $106.00 – MEDICAL |
| DECISION DATE: | 09/25/2018 |
| APPEAL DECISION: | DENIED |

Appellant argues on appeal that he was denied his 14th Amendment Right to a fair and impartial hearing.

The arguments raised by Appellant are without merit. Appellant has provided no evidence to refute the charges against him. The record reveals Appellant was clearly identified by the reporting employee. The report clearly describes Appellant's actions as witnessed by the reporting employee. Appellant's actions are in clear violation of Rule #11 as defined in the Disciplinary Rules and Procedures for Adult Offenders in pertinent part as, "No offender shall intentionally inflict serious injury or death upon another offender." A review of the digital record reveals Appellant was afforded all opportunities to present any defense. The Disciplinary Board found the report to be clear and precise and the reporting employee's account of the incident appropriately supports the violations and provides sufficient evidence to warrant the guilty verdict. There is nothing to indicate that the Board abused its' discretionary authority in this case. Further review of the record reveals Appellant was afforded due process in both the hearing and the sentencing phases of the proceeding. The sanctions imposed appropriately falls within the sentencing guidelines specified in the Disciplinary Rules and Procedures for Adult Offenders for Schedule B Violations. The sentence imposed is not excessive or unduly harsh. The Disciplinary Board decision is deemed appropriate as to the finding of guilt and the sentence imposed. The argument regarding violation of Appellant's 14th Amendment Rights will not be addressed as it falls under other avenues of relief.

The issues raised by Appellant in this matter have been reviewed. The decision of the Disciplinary Board is deemed appropriate. Appellant has presented nothing which would justify reversal or modification of the decision rendered through the disciplinary proceedings.

The appeal is denied.

Joseph F.G. Lamartiniere
Deputy Warden

Darrel Vannoy
Warden

DV: cwm

**INSTRUCTIONS TO OFFENDER:** You may appeal this decision to the Secretary of Corrections in accordance with the procedures outlined in Disciplinary Rules and Procedures for Adult Offenders. The Secretary will only consider appeals from the Warden, which resulted in the imposed or suspended sentences of one or more of the following penalties: 1) Disciplinary Detention; 2) Loss of Good Time; 3) Custody change from Minimum to Medium only if it involves transfer to another institution; 4) Custody Change to Maximum; or 5) Failure to Earn Incentive Wages.

If you are dissatisfied with this decision, indicate your desire to appeal below, date and sign the document and return the **WHITE** copy to the DISCIPLINARY APPEALS OFFICE within five (5) days of receipt of this decision.

☐          I am not satisfied with the decision of the Warden and wish to appeal to the Secretary.

DATE: _____          OFFENDER'S SIGNATURE: _____

R 9-25/09

Department Regulation NO. B-05-001
Department Regulation NO. B-05-003

## Louisiana State Penitentiary
### IMPOSITION OF RESTITUTION

| | |
|---|---|
| TO: | OFFENDER BANKING |
| FROM: | DISCIPLINARY OFFICE |
| DATE: | 9-18-18 |
| RE: | OFFENDER'S NAME: Robert Clark    DOC# 617786    LOCATION DR |

The above offender was found guilty of a disciplinary violation through a formal

administrative hearing on ___9-7-18___ and, in accordance with Department Regulation

NO. B-05-003, the Disciplinary Board assessed restitution in the amount of

$ 106⁰⁰ ___ for __Medical- ambulance (inside/outside)__

Please take the necessary steps to withdraw the stipulated amount from the offenders

account.

Laney Foster, Msgt.

**DISCIPLINARY OFFICE**

RECEIVED
SEP 2 0 2018
LSP/RECORDS

cc:    Offender Records
       Offender – According to LSP Directive 02.014 you have 5 days upon receipt of this notice to
       appeal the amount.

REVISED 9-17-09

## LOUISIANA STATE PENITENTIARY
# REQUEST FOR RESTITUTION

| OFFENDER'S NAME | DOC# | DATE OF HEARING: |
|---|---|---|
| Robert Clark | 6117816 | 9.7.18 |

| REPORT DATE (S): | RULE NUMBER (S) |
|---|---|
| 8.19.18 | #11 |

**DISCIPLINARY BOARD CHAIRMAN:**
Major Harvey Slater

**INDIVIDUAL TO WHOM CASE IS TO BE REFERRED FOR DETERMINATION OF COST:**

X   ASSISTANT WARDEN/MEDICAL SERVICES

☐   BUSINESS OFFICE

☐   _____

| ITEMS FOR WHICH RESTITUTION IS IMPOSED | COST: $ |
|---|---|
| All Medical for offender Dolan Franklin #93892 | |
| Ambulanc Run - inside | $25.00 |
| outside | $50.00 |
| Asst & Tx | $25.00 |
| Medications x 3 | 6.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL COST TO BE CHARGED FOR RESTITUTION:** | $ 106.00 |

| BY: | DATE: 9/17/18 |
|---|---|

Original -- Offender Accounts
Copy   -- Offender Records

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: _L.S.P._   D Hwk 1/R

| 1. Name of Offender | | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|---|
| Robert Clark | | 611786 | 08-19-18 | 5:39am |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Eagle 1 Dorm | Janitor Clerck | Eagle 1 Bed #67 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Fighting aggravated | #11 |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approximate time, I Major Chad Hardy was reviewing the camera's in Eagle 1 dorm and observed Offender Robert Clark #611787 approached Offender Dejan Franklin #93892 with a padlock, and begun stumping offender Franklin in the head. Offender Franklin did not retaliate. Nothing futher.

11. Offender Placed in Adm. Seg.   ☐ Yes   ☒ No

12. Signature of reporting employee   _Maj Chad Hardy_

13. Name, Title, Assignment (Print)   Chad Hardy, Major   Cap D/A-Team

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 8/19/18 | 1:00 pm | CW | Not Agent to sign |

18. Plea by Offender:  ☐ Not Guilty  ☒ Guilty    19. Verdict:  ☐ Not Guilty  ☒ Guilty

20. Date of Hearing:  9-11-  8-21-18

21. Counsel Substitute: DOC#   127754  111799

22. Motions:  Defe to investgation Serving

23. Reasons for Disposition:
☒ Report is clear and precise.   ☒ Lack of a credible defense/little or no defense.   ☐ Based on his statement.
☐ The officer's version is determined to be more credible than the Offender's.   ☐ Pled guilty/accepted guilty plea.
☒ Only defense is denying contents of report.   ☒ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   ☐ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☒ Seriousness of offense.   ☒ The need to protect the institution, employees, or other
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____
☐ Other

25. Sentence:  Custody change to Extend    Suspended ☐ _____ Days    Imposed ☒

26. Sentence:  Restriction Rec all Media    Suspended ☐ _____ Days    Imposed ☒

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who is causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

*HC/CH*

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## DISCIPLINARY REPORT

INSTITUTION: *L.S.P.*   *D HWK 1/R*

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 08-19-18 | 5:39am |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Eagle / Dorm | Janitor Clerk | Eagle / Bed #67 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Fighting aggravated | #11 |

**10. Description of Incident** (include all relevant information - "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approximate time, I Major Chad Hardy was reviewing the camera's in Eagle 1 dorm and observed Offender Robert Clark #611787 punched offender Dylan Franklin #93898 with a padlock, and begin stumping offender Franklin in the head. Offender Franklin did not retaliate. Nothing further.

**11. Offender Placed in Adm. Seg.** ☐ Yes ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| *Maj Chad Hard* | Chad Hardy, Major Camp D/A-Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 8/19/18 | 1:00pm | CW | Not agree to sign |

| 18. Plea by Offender: | 19. Verdict: |
|---|---|
| ☑ Not Guilty ☐ Guilty | ☐ Not Guilty ☑ Guilty |

**20. Date of Hearing:** 9-7-18  8-21-18

**21. Counsel Substitute: DOC#** 127754 111799

**22. Motions:** Defer to investigation Denied

**23. Reasons for Disposition:**
☑ Report is clear and precise.  ☑ Lack of a credible defense/little or no defense.  ☐ Based on his statement.
☑ The officer's version is determined to be more credible than the Offender's.  ☐ Pled guilty/accepted guilty plea.
☑ Only defense is denying contents of report.  ☑ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.  ☐ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

**24. Reasons for Sentence:**
☑ Seriousness of offense.  ☑ The need to protect the institution, employees, or other
☐ Poor Conduct record. A total of ____ rule violation(s). A total of ____ Schedule B violations since ____.
A total of ____ # ____ rule violations since ____.
☐ Other

**25. Sentence:** Custody change to Ext.Work   ☐ Suspended ____ Days  ☑ Imposed

**26. Sentence:** Restitution for all Medical   ☐ Suspended ____ Days  ☑ Imposed

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)
MEMBER

TO:    DISCIPLINARY BOARD                                              PAGE 1 OF

FROM:


RE:    ROBERT CLARK                    MED
       DOC# 611786          D EAG 1 D HWK 1/R 0 JANITOR/CLEAN

DATE: 06/28/2018          August 20, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| MARK ISSAX | 178927 | SEX OFFENSE | 6/27/18 | C WOLF 1 |
| ANTHONY HARDAWAY | 98121 | SIMPLE FIGHT | 10-31-16 | C TIG 1/L |
| TERRY CALLAHAN | 453106 | SEX OFFENSE | 10/22/16 | C WOLF 2 |
| DERRICK WOODBERRY | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| SAMUEL SCOTT | 454509 | CLAIM PCT HRNG | 3/25/14 | CBB L/R |
| | NONE | | | |
| DOLAN FRANKLIN | 93892 | AGG FIGHT/WEAPON | 8/19/18 | D EAG 1 |



**Fw: Public Records Request**
CARMEN SHIPLEY    to: Aftin Gaddy                                    09/07/2018 12:03 PM
Cc:  JAINE BABEL

Aftin, please pull file and send requested documentation to Heather Hood.  You can actually scan these
and send, she works for the Department

cc Jaine and I when complete

Carmen C. Shipley
Corrections ARDC Supervisor
Offender Records Department
Louisiana State Penitentiary
Phone - (225) 655-2587
Fax - (225) 655-2295

*Robert Clark*
*Doc#611786*

----- Forwarded by CARMEN SHIPLEY/LSP/CORRECTIONS on 09/07/2018 12:02 PM -----



STEPHANIE
LAMARTINIERE/LSP/CORRE          To   JAINE BABEL/LSP/CORRECTIONS@CORRECTIONS,
CTIONS                                CARMEN SHIPLEY/LSP/CORRECTIONS@CORRECTIONS
09/07/2018 11:37 AM             cc   Heather Hood/CORRECTIONS@CORRECTIONS, DARREL
                                     VANNOY/LSP/CORRECTIONS@CORRECTIONS
                          Subject   Re: Fw: Public Records Request

Jaine/Carmen - Please see below - send requested information to Heather Hood.

Heather:  FYI - the incident between these 2 offenders is still under investigation by the West Feliciana
Parish Sheriff's Office

Thanks

SHARON AUGUSTINE    Sharon Augustine  Human Resources                09/07/2018 11:29:47 AM

From:       SHARON AUGUSTINE/LSP/CORRECTIONS
To:         STEPHANIE LAMARTINIERE/LSP/CORRECTIONS@CORRECTIONS
Date:       09/07/2018 11:29 AM
Subject:    Fw: Public Records Request

Sharon Augustine
Human Resources
Louisiana State Penitentiary
225-655-2056 telephone
225-655-2610 fax
email:saugusti@doc.la.gov

*mailed &*
*scanned*
*9/7/18 AG*

----- Forwarded by SHARON AUGUSTINE/LSP/CORRECTIONS on 09/07/2018 11:26 AM -----



Heather
Hood/CORRECTIONS                To   SHARON
09/07/2018 11:09 AM                  AUGUSTINE/LSP/CORRECTIONS@CORRECTIONS
                                cc
                          Subject   Public Records Request



Sharon,

Can you please pull and send me the disciplinary reports for Dolan Franklin and Robert Clark from August 19, 2013 to August 19, 2018?  We received a public records request regarding this information.

Thank you,

Redacted



**Fw: Public Records Request**
CARMEN SHIPLEY    to: Aftin Gaddy                                    09/07/2018 01:46 PM
Cc:  JAINE BABEL

Please make this e-mail a part of the file when you pull it?

Carmen C. Shipley
Corrections ARDC Supervisor
Offender Records Department
Louisiana State Penitentiary
Phone - (225) 655-2587
Fax - (225) 655-2295
----- Forwarded by CARMEN SHIPLEY/LSP/CORRECTIONS on 09/07/2018 01:45 PM -----



Heather                            To   STEPHANIE
Hood/CORRECTIONS                        LAMARTINIERE/LSP/CORRECTIONS@CORRECTIONS
09/07/2018 01:14 PM                cc   CARMEN
                                        SHIPLEY/LSP/CORRECTIONS@CORRECTIONS, DARREL
                                        VANNOY/LSP/CORRECTIONS@CORRECTIONS, JAINE
                                        BABEL/LSP/CORRECTIONS@CORRECTIONS
                              Subject   Re: Fw: Public Records Request

Thank you.  We will not release any information with regards to the incident because the criminal
investigation is ongoing.  Thanks for your help.

Best regards,

Redacted

Ph.: 225-342-9033      Fax: 225-342-3278

| STEPHANIE LAMARTINIERE    Jaine/Carmen - Please see below - s...    09/07/2018 11:37:36 AM |
| --- |

| From: | STEPHANIE LAMARTINIERE/LSP/CORRECTIONS |
| To: | JAINE BABEL/LSP/CORRECTIONS@CORRECTIONS, CARMEN SHIPLEY/LSP/CORRECTIONS |
| Cc: | Heather Hood/CORRECTIONS@CORRECTIONS, DARREL VANNOY/LSP/CORRECTIONS@CORRECTIONS |
| Date: | 09/07/2018 11:37 AM |
| Subject: | Re: Fw: Public Records Request |

Jaine/Carmen - Please see below - send requested information to Heather Hood.

Heather:  FYI - the incident between these 2 offenders is still under investigation by the West Feliciana
Parish Sheriff's Office

Thanks

SHARON AUGUSTINE    Sharon Augustine  Human Resources    09/07/2018 11:29:47 AM

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: _D-S-P_   D HUK 1/R

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 08-19-18 | 5:39am |

5. Place of Incident _Eagle 1 Dorm_  6. Job Assignment (Offender) _Janitor Clerk_  7. Housing Assignment (Offender) _Eagle 1 Bed #67_

8. Rule Violated _Fighting aggravated_  9. Rule Number _#11_

10. Description of Incident: On the above date and approximate time, I Major Chad Hardy was reviewing the cameras in Eagle 1 dorm and observed Offender Robert Clark #611787 approached Offender Dylan Franklin #93892 with a padlock, and began stomping offender Franklin in the head. Offender Franklin did not retaliate. Nothing futher.

11. Offender Placed in Adm. Seg. ☒ Yes ☐ No

12. Signature: _Maj Chad Hardy_  13. Name, Title, Assignment: Chad Hardy, Major Cap D/A-Team

14. Date of Report 8/19/18  15. Time of Report 1:00pm  16. Report (copy) given to above Offender by: CH  17. Offender's Signature: Not Present to sign

18. Plea by Offender: ☒ Not Guilty ☐ Guilty  19. Verdict: ☐ Not Guilty ☒ Guilty

20. Date of Hearing: 9-7-18 6-21-18  21. Counsel Substitute: DOC# 127754 111799

22. Motions: Defer to investigation Sermino

23. Reasons for Disposition:
☒ Report is clear and precise. ☒ Lack of a credible defense/little or no defense. ☐ Based on his statement.
☒ The officer's version is determined to be more credible than the Offender's. ☐ Pled guilty/accepted guilty plea.
☒ Only defense is denying contents of report. ☒ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's. ☐ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

RECEIVED SEP 10 2018 SPIRECORDS

24. Reasons for Sentence:
☒ Seriousness of offense. ☒ The need to protect the institution, employees, or other
☐ Poor Conduct record. A total of ___ rule violation(s). A total of ___ Schedule B violations since___

25. Sentence: Custody change to Ext ... Suspended ___ Days  Imposed ☒
26. Sentence: ... Suspended ___ Days  Imposed ☒

27. DISCIPLINARY BOARD: Cost may be imposed for any property loss, damage, or medical expense...
CHAIRMAN (DISCIPLINARY OFFICER)
MEMBER

REVISED 9-17-09

# LOUISIANA STATE PENITENTIARY
# REQUEST FOR RESTITUTION

| OFFENDER'S NAME | DOC# | DATE OF HEARING: |
|---|---|---|
| Robert Clark | 611786 | 9.7.18 |

| REPORT DATE (S): | RULE NUMBER (S) |
|---|---|
| 8.19.18 | # 11 |

**DISCIPLINARY BOARD CHAIRMAN:**
Major Harvey Slater

**INDIVIDUAL TO WHOM CASE IS TO BE REFERRED FOR DETERMINATION OF COST:**

☒ **ASSISTANT WARDEN/MEDICAL SERVICES**

☐ **BUSINESS OFFICE**

☐ _____

| ITEMS FOR WHICH RESTITUTION IS IMPOSED | COST: |
|---|---|
| All Medical for offender Dolan Franklin #93892 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL COST TO BE CHARGED FOR RESTITUTION:** | |

| BY: | DATE: |
|---|---|
| | |

Original -- Offender Accounts
  Copy   -- Offender Records

# DISCIPLINARY BOARD OFFICE

## 1st Notice Date 8/22/18  2nd Notice Date 8/27/18

| TO: Investigative Services | LOCATION: |
|---|---|
| FROM: Disciplinary Board Office | |

You have been assigned to submit information on the below referenced incident by the Disciplinary Board.

| OFFENDER NAME: Robert Clark | DOC# 611786 | RULE# #11 |
|---|---|---|

### The Disciplinary Board has asked that you provide the documents regarding the attached disciplinary report(s):

| ☐ COPY OF EVIDENCE/CONTRABAND | ☒ THOROUGH INVESTIGATION |
|---|---|
| ☐ CONFIDENTIAL INFORMANT SHEETS | ☐ NARCO LAB WORKSHEET |
| ☐ OTHER | |

### Please submit your findings to the Disciplinary Board Office no later than

___8-27-18___ / ___immediately___ (only if 2nd notice is required).

Investigative officers must conduct their own investigations as well as sign their own investigative reports. If you are unable to submit the requested information, you must submit a written report stating your reason(s) for being unable to do so. Either report must be turned into the Disciplinary Board Office **no later** than the date specified above. If for any reason you require more time to gather the requested information, please *promptly* notify this office so that the necessary personnel can be notified of the delay.

As always, your cooperation is appreciated. K. Smith, Sgt.

### PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS
**Phone: 225•655•2057 / 225•655•2080 / 225•655•2570**
**Fax: 225•655•2798**

TO: DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK                MED
      DOC# 611786        D EAG 1 D HWK 1/R 0 JANITOR/CLEAN

DATE: 06/28/2018      August 20, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROB- LEM SITUATION | CURRENT LOCATION |
|---|---|---|---|---|
| MARK ISSAX | 178927 | SEX OFFENSE | 6/27/18 | C WOLF 1 |
| ANTHONY HARDAWAY | 98121 | SIMPLE FIGHT | 10-31-16 | C TIG 1/L |
| TERRY CALLAHAN | 453106 | SEX OFFENSE | 10/22/16 | C WOLF 2 |
| DERRICK WOODBERRY | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| SAMUEL SCOTT | 454509 | CLAIM PCT HRNG | 3/25/14 | CBB L/R |
|  | NONE |  |  |  |
| DOLAN FRANKLIN | 93892 | AGG FIGHT/WEAPON | 8/19/18 | D EAG 1 |

Witness FORM C-02-003-A
30 JULY 2008

RELEASE TO CUSTODY OF LOCAL LAW ENFORCEMENT AUTHORITY

RECEIVED
SEP 05 2018

Deputy Warden/Security

OFFENDER'S NAME # 611786 Robert Clark

I,_____, a commissioned officer for
_____
Referenced offender for the purpose of _____, agree to accept custody of the above

_____

The offender will remain in the _____
Parish Jail when not under security escort. All reasonable security precautions
taken, including but not limited to, being escorted at all times by at least one law
enforcement Officer.

By my signature below, I agree to all of the above conditions, in addition to the
requirements of Department Regulation No. c-03-003 and to return the offender no
later than the date and time indicated below.

Date and time released: _____

Date and time to be returned: _____

Comments: _____

_____

Name and title of escorting officer: _____

_____

Signature _____

_____

RECEIVED
SEP 0 6 2018
LSP/RECORDS

RECEIVED

AUG 3 0 2018

Deputy Warden/Security

20TH JUDICIAL DISTRICT
PARISH OF WEST FELICIANA
STATE OF LOUISIANA

ITEM NUMBER: 18-004137          WARRANT NUMBER:

AFFIDAVIT FOR ARREST WARRANT

RECEIVED
AUG 3 1 2018
LSP/RECORDS

STATE OF LOUISIANA
VERSUS
ROBERT L CLARK JR, BLACK/AFRICAN
AMERICAN MALE
17544 Tunica Tr , Angola, LA, 70712
DORedact 1978, SSNRedacte 2594
Height: , Weight:
Eye Color: , Hair Color:
D/M:

I, David Hidalgo , with the West Feliciana Parish Sheriff's Office, certify under oath based on the
information outlined below, that there is probable cause to believe ROBERT L CLARK JR on or
about 08/19/2018 did commit:

1 Count of RS14:30.1--Second Degree Murder-- (FELONY)

within this State and Parish at: and the jurisdiction of the 20TH Judicial District Court, contrary to
the form of the statutes of the State of Louisiana in such case made and provided, and against the
peace and dignity of the same, in that the following did occur:
I Sgt David Hidalgo, an investigator with the West Feliciana Sheriff Office received notification
on 08/19/2018 at approximately 0700 hrs of an incident at Louisiana State Penitentiary. The
incident was described to me as a fight between inmate Robert Clark DOC#611786 ( above
listed defendant), and Doland Franklin DOC#93892 . Doland Franklin had received what were
described as life threatening injuries and had been taken to Our Lady of the Lake Hospital in
Baton Rouge, Louisiana. I made contact with L.S.P. investigators and was informed that they
had documented the scene of the incident and also had video of it recorded from in house
surveillance cameras.

On the following day, 08/20/2018 was notified that Doland Franklin had been removed from
life support and died from injuries he received. I contacted LSP investigators and informed them
that I would be conducting the investigation and requested any information they had gathered.
On 08/22/2018 I received documents, photographs, video of the incident, and clothing belonging
to Robert Clark that L.S.P. had secured. Upon viewing the video, I observed Robert Clark
moving about in the Camp D Eagle 1 dormitory during the early morning hours of 08/19/2018.

Saturday, August 25, 2018 17:26

His bunk area was located in the back of the dormitory and adjacent to the bunk of Doland Franklin. Doland can be seen several times sitting on the metal box at the foot of his bed and moving about as well. Robert Clark and Doland Franklin do not appear to interact until around 0535 hrs. Robert Clark sits on the metal box at the foot of his bed while Doland is sitting on his box to Roberts left. They appear to be talking to one another and at 5:38 AM Robert Clark appears to pick up something and strike Doland Franklin in the head and face area. This strike knocks Doland Franklin over and out of view of the camera. Robert Clark then goes to where its believe Doland Franklin is lying and delivers five kicks / strikes with his foot before being pulled away by another unidentified inmate. Robert Clark then returns about a minute later going to where Doland Franklin is, but out of view from the camera. This is believed to be the second attack against Doland Franklin. The time stamp on the video shows Robert Clark come back into view 15 seconds later where he pauses a moment before delivering a 3rd attack. This time Robert Clark remains in view and can be seen using his foot to kick/stomp Doland Franklin 4 more times. At 05:40:30 Robert Clark leaves the area going to the front of the dormitory. Doland Franklin is still lying just out of view from the camera. At 05:41:28 Robert Clark returns to the area of the attack and appears to be held back by an unidentified inmate. Robert Clark is eventually able to get to Doland Franklin for the 4th attack where he disappears out of screen at 05:42:14. Based on bystanders reactions it is believed Robert Clark continued his attack until 05:42:50 where he is seen being encouraged by other inmates to stop. This would be the last assault documented by the cameras. Robert Clark was later detained by L.S.P. staff and found to have suspected blood on his pants and shoes. Upon viewing reports turned over I found one document where corrections recorded Robert Clark stating to them after being detained that "he got what he deserved".

On 08/23/2018 a autopsy was performed at the East Baton Rouge Coroners office on Doland Franklin. The results of the autopsy showed he had a fractured skull and cause of death was a result of traumatic brain injury from blunt force impact to the head.
I hereby certify under oath the information contained herein to be true and correct, to the best of my knowledge, under penalties of perjury, so help me God.

David Hidalgo

David Hidalgo
Affiant

Saturday, August 25, 2018 17:26

THUS DONE AND PASSED on the 25 day of August, 2018.

William Carmichael

Judge William Carmichael State of Louisiana

Saturday, August 25, 2018 17:26

LSP/RECORDS

AUG 3 0 2018

RECEIVED

RECEIVED

AUG 28 2018

Deputy Warden/Security

Do you appear
Transpot to WF Jail
for Booking? 8-31

# 20TH JUDICIAL DISTRICT COURT
## PARISH OF WEST FELICIANA
## STATE OF LOUISIANA

ITEM NUMBER: 18-004137          WARRANT NUMBER:

### ARREST WARRANT

State of Louisiana          611786
Versus
ROBERT L CLARK JR, BLACK/AFRICAN AMERICAN MALE
17544 Tunica Tr , Angola, LA, 70712
DOB Redac 1978, SSN Redact 2594
Height: , Weight: , Eye Color: , Hair Color:
D/M:

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me, upon the sworn affidavit of David Hidalgo , with
the West Feliciana Parish Sheriff's Office, charging one ROBERT L CLARK JR with:
1 Count of RS14:30.1—Second Degree Murder— (FELONY)

Committed on or about 08/19/2018.

Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest and
book the said accused to answer the said complaint. You are further commanded to keep the said
accused in safe custody until released according to law, and this shall be your warrant.

Given under my official signature, this 25 day of August, 2018.

William Carmichael

**William Carmichael.**
20TH Judicial District
State of Louisiana

Saturday, August 25, 2018 17:26



**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 8-23-18 | Approx. 10:30 P.M. |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Treatment Center | | Hawk 1-Right Cell#8 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband | #1 |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approximate time I Lt. Jerry Stout along with Camp C Patrol, transported offender Robert Clark #611786, to the treatment center to be medically evaluated for a sore ear. Upon arriving at the treatment center, offender Clark stated to EMT MSgt. Norwood a "My ear hurts because I stuck a joint in it." MSgt. Norwood then examined offender Clark's ear, and determined that he did have a joint in it. Dr. Poce and Major Donnesseaut were notified of the situation.

11. Offender Placed in Adm. Seg.  [✓] Yes  [ ] No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Lt. Jerry Stout | Jerry Stout, Lt. Camp D/C Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 8-23-18 | 11:50 p.m. | Refused copy JS | Refused to sign. JS |

| 18. Plea by Offender: [ ] Not Guilty [✓] Guilty | 19. Verdict: [ ] Not Guilty [✓] Guilty |
|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: |
|---|---|
| 8-27-18 | DOC# 127754 |

22. Motions: _____

23. Reasons for Disposition:
- [✓] Report is clear and precise.
- [ ] Lack of a credible defense/little or no defense.
- [ ] Based on his statement?
- [✓] The officer's version is determined to be more credible than the Offender's.
- [✓] Pled guilty/accepted guilty plea.
- [ ] Only defense is denying contents of report.
- [ ] The Offender presented no evidence to refute the charges.
- [ ] The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.
- [✓] Plea bargain.
- [ ] The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
- [ ] Other _____

24. Reasons for Sentence:
- [ ] Seriousness of offense.
- [ ] The need to protect the institution, employees, or other.
- [✓] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
- A total of _____ # _____ rule violations since _____
- [ ] Other _____

RECEIVED
AUG 29 2818
LSP/RECORDS

25. Sentence: Cust 6 Weeks there
Suspended [ ] _____ Days
Imposed [✓]

26. Sentence: Cust 6 Weeks Gym
Suspended [ ] _____ Days
Imposed [✓]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

Form C-05-001-W-2
15 July 2011

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)

INSTITUTION: <u>Louisiana State Penitentiary</u>

| NAME Robert Clark | NUMBER 611786 | DORM OR CELLBLOCK Camp D Hawk 1-Right Cell #8 | DATE OF INCIDENT 8-23-18 | TIME OF INCIDENT Approx. 10:30 P.M. |
|---|---|---|---|---|
| LOCATION OF INCIDENT Treatment Center | | WITNESSES N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
    ☐ Employee Accident
    ☐ Offender Accident
    ☐ Vehicle Accident
☒ Contraband
    ☐ Inside Facility
    ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☒ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
    ☐ Routine
        ☐ Staff  ☐ Visitor  ☐ Offender
    ☐ Target
        ☐ Staff  ☐ Visitor  ☐ Offender
☐ Use of Tact Team and Chase Team as outside assistance

☐ Other:

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time I Lt. Jerry Stout notified Medical 3 that offender Robert Clark #611786 on Hawk 1-Right wanted to make a medical emergency for his left ear hurting. Shortly thereafter EMT Sgt. Cleveland arrived on the unit and after examining offender Clark, he informed me that offender Clark would have to go to the treatment center for further evaluation. Offender Clark was then transported to the treatment center via Camp C Patrol, and upon his arrival he stated to Msgt. Norwood "I shoved a joint in my ear." Msgt. Norwood then examined offender Clark's ear and determined that he did have a joint in his left ear. Dr. Poce was then notified of the situation by Msgt. Norwood, and Major Douresseaux was notified of the situation by I Lt. Stout.

REPORTING OFFICER
Lieutenant Jerry Stout

    8-23-18
DATE COMPLETED

    11:45 P.M.
TIME COMPLETED

TO:   DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK              MED
      DOC# 611786        D EAG 1 D HWK 1/R 0 JANITOR/CLEAN

DATE: 06/28/2018      August 24, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| MARK ISSAX | 178927 | SEX OFFENSE | 6/27/18 | C WOLF 1 CBD U/R |
| ANTHONY HARDAWAY | 98121 | SIMPLE FIGHT | 10-31-16 | C TIG 1/L |
| TERRY CALLAHAN | 453106 | SEX OFFENSE | 10/22/16 | C WOLF 2 CBD U/L |
| DERRICK WOODBERRY | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| SAMUEL SCOTT | 454509 | CLAIM PCT HRNG | 3/25/14 | CBB L/R |
| | NONE | | | |
| CAMERON WILSON | 125600 | VERBAL ALTERCATION | 8/23/18 | D EAG 1 |
| DOLAN FRANKLIN | 93892 | AGG FIGHT/WEAPON | 8/19/18 | |



**Form C-05-001-W-1**
**15 July 2011**

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
#### (Category A, B, C Incidents)

### INSTITUTION: <u>Louisiana State Penitentiary</u>

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Robert Clark | 611786 | Camp D Eagle 1 Dorm | | |
| Cedric Boston | 306988 | Camp D Eagle 3 Dorm | 8-27-18 | Approx. 12:00 am |

| LOCATION OF INCIDENT | WITNESSES: |
|---|---|
| Camp D Hawk-1 Right | N/A |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured in Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team/Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self-Mutilation with Significant Injury
- [ ] Hunger Strike – Individual
- [ ] Hunger Strike – Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation – Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Warden
- [ ] Use of Body Camera

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [x] PREA-Allegation (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [ ] Use of Force
  - [ ] Immediate
  - [ ] Planned
  - [ ] Chemical Agents on Single Offender
  - [ ] Use of Taser
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [ ] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike
- [ ] Use of Body Camera

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Captain Roy J. Farve III, was notified via telephone by M/Sgt John Orr that Offender Robert Clark # 611786 wanted to make a PREA allegation against Offender Cedric Boston # 306988. I then went down to Hawk-1 Right and spoke with Offender R. Clark and he claimed he wanted to file PREA and he did not want to talk to anyone. I then swapped out Tier Walkers and immediately notified EMT Captain Logan Darbonne and On-Call Investigator Colonel Mike Vaughn about the PREA allegation. Captain Darbonne then stated that she will come and see Offender Clark on rounds and Investigator Vaughn said that he will have PREA Investigators to see Offender Clark in the morning around 8:00am.Major Donald Lamana notified of this incident.

_CAPT. Roy J. Farve III_
Captain Roy J. Farve III
Camp D / D- Team

8-27-18
DATE COMPLETED

Approx. 3:07 am
TIME COMPLETED



Form C-05-001-W-1
15 July 2011



## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
#### (Category A, B, C Incidents)

INSTITUTION: **Louisiana State Penitentiary**

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Robert Clark / Dolan Franklin | 611786/ 93892 | Camp D Eagle 1 | 19 August 19, 2018 | Approx. 5:39 a.m. |

| LOCATION OF INCIDENT | WITNESSES: |
|---|---|
| Camp D Eagle 1 Bed # 67 & #65 | Capt. Davis, Lt. Ashley, Lt. Smith, Lt. Young, Msgt. Wilson |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☒ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☒ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured in Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team/Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☒ Use of Body Camera

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self-Mutilation with Significant Injury
- ☐ Hunger Strike – Individual
- ☐ Hunger Strike – Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation – Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Warden
- ☐ Use of Body Camera

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☐ Use of Force
  - ☐ Immediate
  - ☐ Planned
  - ☐ Chemical Agents on Single Offender
  - ☐ Use of Taser
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☐ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike
- ☐ Use of Body Camera

\* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Captain John S. Reed responded to a beeper activation on Eagle unit dorm 1. Upon my arrival I was directed to the rear of the dormitory where I observed offender Dolan Franklin # 93892 unconscious and unresponsive laying on his back in a pool of blood. Lt. D. Ashley was already on scene. Lt. Ashley stated to me it appeared offender Franklin had been assaulted and requested EMS. My Body camera was then activated. Maj. C. Hardy arrived on scene and requested LSP EMS support immediately.

Capt. John S. Reed
Camp D / A Team

August 19, 2018
DATE COMPLETED

Approx. 3:00 p.m.
TIME COMPLETED

| Name: Robert Clark / Dolan Franklin | Number: 611786/ 93892 | Dorm or Cellblock: Camp D Eagle 1 | Date of Incident: 19 August 19, 2018 | Time of Incident: Approx. 5:39 a.m. |
|---|---|---|---|---|
| Location of Incident: Camp D Eagle 1 Bed # 67 & #65 | | Witnesses: Capt. Davis, Lt. Ashley, Lt. Smith, Lt. Young, Msgt. Wilson | | |

**(Description of Incident Continued)**

A short time later the AED which I removed from its case and prepared for use as well as the unit first aid kit arrived at which time I broke the seal (#588185) to the unit first aid kit and removed the Ambu-bag. Offender Franklin stop breathing and pulse was lost. Lt. Ashley secured the Ambu-bag to the facial area of offender Franklin and I began chest compressions. Maj. C. Hardy advised Control Center that Cardio Pulmonary Resuscitation (CPR) was in progress. Capt. A. Cowan with LSP EMS arrived at approximately 5:47 a.m. along with Lt. C. Straughter, Cdt. C. Lee, Cdt. A. Dupont. The EMS team began to triage and treat offender Franklin. I continued CPR until a pulse was detected. Offender Franklin was secured onto a back board and stretcher then transported to Robert E. Barrow Treatment Center Via LSP EMS. Maj. C. Hardy requested control center notify the Warden Vannoy, LSP Duty Warden, Camp D Assistant Warden, and Investigative Services. This report is for your information and further handling.

Capt. John S. Reed
Camp D / A- Team

August 19, 2018
DATE COMPLETED

Approx. 3:00 p.m.
TIME COMPLETED

Form C-05-001-W-2
01 January 2009

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
#### (Miscellaneous)

### INSTITUTION: L.S.P.

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Robert Clark / Dolan Franklin | 611786 / 93892 | Camp D Eagle 1 Bed #67 & #65 | 19 August 19, 2018 | Approx. 5:39 a.m. |

| LOCATION OF INCIDENT | WITNESSES |
|----------------------|-----------|
| Camp D Eagle Dormitory | See attached Cat, A,B,C UOR |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
    ☐ Employee Accident
    ☐ Offender Accident
    ☐ Vehicle Accident
☐ Contraband
    ☐ Inside Facility
    ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☐ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
    ☐ Routine
        ☐ Staff   ☐ Visitor   ☐ Offender
    ☐ Target
        ☐ Staff   ☐ Visitor   ☐ Offender
☐ Use of Tact Team and Chase Team as outside Assistance
☐ Use of Body Camera

☒ Other: Aggravated Fight on Eagle Unit AED 176393 prep for use.

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Captain John S. Reed responded to a beeper activation on Eagle unit dorm 1. Upon my arrival I was directed to the rear of the dormitory where I observed offender Dolan Franklin # 93892 unconscious and unresponsive laying on his back in a pool of blood. Lt. D. Ashley was already on scene. Lt. Ashley stated to me it appeared offender Franklin had been assaulted and requested EMS. My Body camera was then activated. Maj. C. Hardy arrived on scene and requested LSP EMS support immediately.

A short time later the AED as well as the unit first aid kit arrived at which time I broke the seal (#588185) to the unit first aid kit and removed the Ambu-bag. Offender Franklin stop breathing and pulse was lost. Lt. Ashley secured the Ambu-bag to the facial area of offender Franklin and I began chest compressions. Maj. C. Hardy advised Control Center that Cardio Pulmonary Resuscitation (CPR) was in progress. Capt. A. Cowan with LSP EMS arrived at approximately 5:47 a.m. along with Lt. C. Straughter, Cdt. C. Lee, Cdt. A. Dupont. The EMS team began to triage and treat offender Franklin. I continued CPR until a pulse was detected. Offender Franklin was secured onto a back board and stretcher then transported to Robert E. Barrow Treatment Center Via LSP EMS. Maj. C. Hardy requested control center notify the Warden Vannoy, LSP Duty Warden, Camp D Assistant Warden, and Investigative Services. This report is for your information and further handling.

Captain John S. Reed
Camp D / A - Team

19 August 19, 2018
DATE COMPLETED

Approx. 2:00 p.m.
TIME COMPLETED





# *Louisiana State Penitentiary*

*Legal Programs Department*

## *MEMORANDUM*

*DATE:*       *8/15/2018*

*TO:*         *Unit Wardens, Classification, Inmate Records, Front*
             *Gate Visiting, "A" Building Visiting,*
             *ROBERT CLARK -  611786 - D EAG 1*

*FROM:*       *Nyesha Kelly, Legal Programs Director*

*SUBJECT:*    *Visiting Suspension*
             *ROBERT CLARK -  611786 - D EAG 1*
             *Physical Location:*

*The above named offender appeared before the Disciplinary Board on*  **8/9/2018**
*regarding a rule violation on*  **7/25/2018**      *which involved cellphones,*
*cellphone accessories, illegal drugs, intoxication or assault on staff.*

*Pursuant to Unit Specific Posted Policies #007 and #030, an administrative suspension*
*of visiting privileges is being imposed. All visits with the exception of the offender's*
*attorney or members of the attorney's staff and his religious advisor are prohibited*
*during the period of this suspension. This suspension is effective from:*

## **7/25/2018 to 8/9/2019**

*Please mark your records accordingly. If you have any questions, please contact the*
*Legal Programs Department.*

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 011786 | 7.25.18 | 12:30pm |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Eagle 1 (Bed 67) | Janitor Cleaner | Eagle 1 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Intoxication | #14 |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approximate time while making rounds I, Cadet J. White observed offender Robert Clark #611786 sitting on his locker box leaned over. I Cdt J. White gave him a direct order to stand up so he can be search. Offender Robert Clark was unable to comply with my order because he appeared intoxicated. Beeper was activated and Cpt Turner, Major Hardy, and Cpt Fraud took over the situation.

11. Offender Placed in Adm. Seg. ☒Yes ☐No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Janel White | Janel White, Cadet, Camp D A-Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 1.25.18 | 2:00pm | J.W | Refused |

18. Plea by Offender: ☐Not Guilty ☒Guilty   19. Verdict: ☐Not Guilty ☒Guilty

20. Date of Hearing: 7-27-18    21. Counsel Substitute: DOC# 411299

22. Motions: Defer for copy

23. Reasons for Disposition:
☒ Report is clear and precise.  ☐ Lack of a credible defense/little or no defense.  ☒ Based on his statement.
☒ The officer's version is determined to be more credible than the Offender's.  ☒ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.  ☐ The Offender presented no evidence to refute the charges.
☒ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.  ☒ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☒ Seriousness of offense.  ☒ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____
☐ Other _____

RECEIVED
AUG 09 2018
LSP/RECORDS

25. Sentence: _____    Suspended ☒ 90 Days   Imposed ☐

26. Sentence: _____    Suspended ☐ _____ Days   Imposed ☒

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

# LOUISIANA STATE PENITENTIARY

## ASSIGNMENT OF MEDICAL INVESTIGATION

| TO: | MEDICAL DIRECTOR | | |
|---|---|---|---|
| FROM: | DISCIPLINARY BOARD OFFICE | | |
| DATE: | 7.26.18 | | |
| RE: | Offender's Name: Robert Clark | DOC # 611786 | |
| | Rule Violation(s): 14 | Location: Eagl | |
| | □ 1ST NOTICE   □ 2ND NOTICE | | |

**To Whom It May Concern:**

In accordance with Penitentiary Directive 09.037; you have been assigned to investigate/review the medical record of the above referenced offender. Your investigation must be submitted to the Disciplinary Board Office within 3 days of receipt.

The above-named offender has received a disciplinary report on

___7.25.18___ @ _12:30_ (p m) due to:

**Please review the medical record and answer the following question:**

— A positive urinalysis test

| YES | NO | Is there any medical reason that may result in a false positive reading in the drug testing devices? |

Above offender has exhibited signs of intoxication by expressing; slurred speech, redness of eyes, odor of alcohol, elation, boisterous behavior, hysteria, being in a daze or trance, or an unsteady gate.

| YES | NO ✓ | Is there a medical reason or medications prescribed to this offender that may result in the offender's physical or mental state to exhibit signs of being intoxicated as would the influence of an intoxicating substance? |

_Rody Lang_
**Signature of Approved Medical Personnel**

**DISCIPLINARY BOARD OFFICE**
**MELISSA BUTLER, CAPTAIN**
**PHONE: 225•655•2570 • FAX: 225•655•2798**

AGE 1 OF

TO: DISCIPLINARY BOARD

FROM:

RE:    ROBERT CLARK                    MED
       DOC# 611786         D EAG 1   JANITOR/CLEAN

DATE: 06/28/2018      July 26, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|----------------------------|------------------|
| MARK ISSAX | 178927 | SEX OFFENSE | 6/27/18 | C WOLF 1 |
| ANTHONY HARDAWAY | 98121 | SIMPLE FIGHT | 10-31-16 | C TIG 1/L |
| TERRY CALLAHAN | 453106 | SEX OFFENSE | 10/22/16 | C WOLF 2 |
| DERRICK WOODBERRY | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| SAMUEL SCOTT | 454509 | CLAIM PCT HRNG | 3/25/14 | CBB L/R |
| | | NONE | | |



**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Miscellaneous)**

INSTITUTION: <u>LOUISIANA STATE PENITENTIARY CAMP D</u>

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Robert Clark | 611786 | Camp D Eagle 1 | July 25, 2018 | 12:40 pm |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| Eagle 1 Dorm | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
  ☐ Employee Accident
  ☐ Offender Accident
  ☐ Vehicle Accident

☐ Contraband
  ☐ Inside Facility
  ☐ Outside Facility

☐ Drug Screen
☐ Maintenance

☒ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
  ☐ Routine
    ☐ Staff    ☐ Visitor    ☐ Offender
  ☐ Target
    ☐ Staff    ☐ Visitor    ☐ Offender

☐ Use of Tact Team and Chase Team as outside assistance
☒ Use of Body Camera

☒ Other: Possible Intoxication

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Major Chad Hardy, responded to a beeper activated on Eagle Unit. When I arrived on the Unit, Cdt. Janel White informed me that offender Robert Clark, #611786, in Eagle 1 Dorm, appeared to be intoxicated. When I entered the dorm offender Clark was sitting on his locker box slumped over and, when questioned, spoke in an extremely slurred voice. Offender Clark was restrained and escorted to Administrative Segregation. Medical 3 was notified and offender Clark was seen by EMTs on Hawk Unit, but was not transported to the Treatment Center. Asst. Warden Antonio Whitaker was notified.

Chad Hardy, Major
Camp D / A-Team

July 25, 2018
Date Completed

1:05 pm
Time Completed

Jon Jones
A/C Walkin

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION:

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 6/27/18 | 2:30 a.m |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Eagle 1- Game Room | Janitor Cleaner | Eagle 1 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| 21c Agg. Sex offense | 21c |

**10. Description of Incident** (include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approx. time, while making rounds in Eagle 1 game room, I cdt Smith observed offender Robert Clark DOC# 611786 on his knees with offender Mark Issac DOC# 178927 penis in his mouth, I cdt Smith then notified Lt Colonell Franklin of the situation

**11. Offender Placed in Adm. Seg.**  ☑ Yes   ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Criontee Smith | Cadet Criontee Smith    Camp D D Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 6/27/18 | 2:30 a.m | | Refused to sign |

| 18. Plea by Offender: ☐ Not Guilty ☑ Guilty | 19. Verdict: ☐ Not Guilty ☑ Guilty |
|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: DOC# |
|---|---|
| 6-29-18 | 600482 |

**22. Motions:**

**23. Reasons for Disposition:**
☑ Report is clear and precise.   ☐ Lack of a credible defense/little or no defense.   ☐ Based on his statement.
☑ The officer's version is determined to be more credible than the Offender's.   ☑ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.   ☐ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   ☑ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

**24. Reasons for Sentence:**
☑ Seriousness of offense.   ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record.  A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
     A total of _____ # _____ rule violations since _____
☐ Other _____

RECEIVED
JUL 09 2018
LSP/RECORDS

| 25. Sentence: | | |
|---|---|---|
| 6 wks Loss of Phone | Suspended ☐ _____ Days   Imposed ☑ | |

| 26. Sentence: | | |
|---|---|---|
| | Suspended ☐ _____ Days   Imposed ☐ | |

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

TO:    DISCIPLINARY BOARD

FROM:

RE:    ROBERT CLARK              MED
       DOC# 611786        D EAG 1   JANITOR/CLEAN

DATE: 06/28/2018       July 2, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| MARK ISSAX | 178927 | SEX OFFENSE | 6/27/18 | D EAG 1 D HWK 1 |
| ANTHONY HARDAWAY | 98121 | SIMPLE FIGHT | 10-31-16 | C TIG 1/L |
| TERRY CALLAHAN | 453106 | SEX OFFENSE | 10/22/16 | C WOLF 2 |
| DERRICK WOODBERRY | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| SAMUEL SCOTT | 454509 | CLAIM PCT HRNG | 3/25/14 | CBB L/R |

NONE

Results of Protection Concern Review Board

611786  ROBERT CLARK            and     595808  HENNESSY CHRISTOF
   D EAG 1                                      C JAG 4/L

_____     Will remain on each other's Protection Concern List.

                Because:   _____

                          _____

                          _____

                          _____

                          _____

     ✓          Will be removed from each other's Protection Concern List.


Board Members:

_____              11-28-18
       Name & Title                              Date

_____              11-28-18
       Name & Title                              Date


cc: Master Prison Records  611786   &   595808
    Classification Files   611786   &   595808

LOUISIANA STATE PENITENTIARY
Results of Protection Concern Review Board

611786   ROBERT CLARK          and    343051   ERNEST ALLEN
   D EAG 1                                    C WOLF 1

_____   Will remain on each other's Protection Concern List.

                Because: _____

                _____

                _____

                _____

                _____

   ✓
_____   Will be removed from each other's Protection Concern List.


Board Members:

_____        5-30-18
         Name & Title                          Date

_____        5-30-18
         Name & Title                          Date


cc:  Master Prison Records  611786  &  343051
     Classification Files   611786  &  343051

Results of Protection Concern Review Board

611786  ROBERT CLARK                    and        378188  AHMAD MORNING
    D EAG 1                                                 TU LOWER E

_____     Will remain on each other's Protection Concern List.

                Because: _____

                _____

                _____

                _____

                _____

_____     Will be removed from each other's Protection Concern List.

Board Members:

_____        ____5-16-18_____
         Name & Title                              Date

_____        ____5-16-18_____
         Name & Title                              Date

cc: Master Prison Records  611786  &  378188
    Classification Files   611786  &  378188

Print Form

**Form C-01-022-D**
**26 February 2016**

## PREA SCREENING CHECKLIST

### I.   Identifying Data
Offender's Name (Print): ROBERT CLARK 611786          DOC Number: _____
Reason for Screening: ☐ New Admission   ☑ Regular Review   ☐ Special Referral

### II.   Possible Victim Factors (A – Automatic; B – 2 points each; C – 1 point each)

| # | Factor | Yes/No | Source |
|---|--------|--------|--------|
| A1 | Victim of prison rape or sexual assault? | N | |
| B1 | Physical disability, developmental disability? | N | |
| C1 | Mental disability (LOC 1, 1F, 2, 2F)? | N | |
| C2 | History of past sexual abuse? | N | |
| C3 | First time incarcerated? | N | |
| C4 | Are you, or do others perceive you to be lesbian, gay, bisexual, transgender, intersex or gender non-conforming? | N | |
| C5 | Do you consider yourself vulnerable to sexual assault? | N | |
| C6 | Youthful age – under 18? | N | |
| C7 | Elderly – age 65 or older? | N | |
| C8 | Small/slight physical stature (see instructions)? | N | |
| C9 | Detained solely for civil immigration purposes? | N | |
| C10 | Has an exclusively non-violent criminal history? | N | |
| C11 | Has a previous conviction of a sex offense against an adult or child? | N | |

Automatic ☐          Total Points   0

### III.   Possible Predatory Factors (A – Automatic; B – 1 point each)

| # | Factor | Yes/No | Source |
|---|--------|--------|--------|
| A1 | History of predatory sexual behavior or sexual intimidation in institutional setting? | N | |
| B1 | Current conviction for sex offense against an adult or child? | N | |
| B2 | Prior conviction for sex offense against an adult or child? | N | |
| B3 | Current conviction for non sexual violent offense against an adult or child? | Y | Armed robbery |
| B4 | Prior conviction for non sexual violent offense against an adult or child? | N | |
| B5 | History of institutional violence? (see instructions) | N | |

Automatic ☐          Total Points   1

### IV.   Scored Designation:
☐ HRSV (BLUE) Automatic, or 4 or more pts.
☐ HRSP (RED) Automatic, or 4 or more pts
☐ No significant risk indicated (GREEN)

Override Comments: _____

Warden's Signature for override: _____

**Completed By**          LSP          5-15-18
Original:    Offender's Medical Record      **Facility**      **Date Completed**
Copy:        Offender's Master Record

```
DATE:05/15/18            DPS&C CORRECTIONS SERVICES          CRANNUAL
TIME:09:23      CAJUN II - OFFENDER ANNUAL ASSESSMENT        PAGE:1


  DOC#: 00611786   NAME: CLARK, ROBERT        BIRTH DAT Redacted  1978

  RACE/SEX: B/M   RELEASING LOCATION: LA STATE PEN

  SID#..: 002738017  WRED: 01/04/2086        OFFENDER CLASS: 02

  PED...: NOTELG     GTD.: NOTELG    DGTD: NOTELG    FTD.: 07/05/2086
  SERVED:    4              LOSS GOOD TIME:     DAYS

  LIVING ASSIGN:     <LIVE>  RELEASING FROM MEDICAL OR
                                      MENTAL HEALTH UNIT:
  JOB ASSIGNMENT...: JANITOR/CLEANER

  VIOLENT OFFENSES.:  1                   SEX OFFENSES:  0

  GANG:

  MARTIAL STATUS...: SINGLE           # OF CHILDREN.......: 00

  ASSESSMENT DATE..: 05/15/2018       NEXT ASSESSMENT DATE: 05/15/2019

  LARNA II SCORE...:  9 - MODERATE      LARNA II DATE.......: 05/15/2018

  SOAP DATE/DECISION:        /    -
```

R E E N T R Y

```
  FAMILY SUPPORT.........:            SEX OFFENDER TREATMENT...: N/A

  ANGER MANAGEMENT.......: REFUSED    VOCATIONAL SKILLS........:

  SUBSTANCE ABUSE TRMNT..: N/A        12 STEP PROGRAM .........:
```

P R E R E L E A S E

```
  PROBATION & PAROLE PREP......: NEEDS    EMPLOYMENT PLAN.........: NO

  RESIDENCE PLAN...............: NO       DISCHARGE PLAN..........: NO

  INTERSTATE COMPACT INITIATION: NO       PRE RELEASE PROGRAMMING :
```

LARNA II (RISK ASSESSMENT) DETAILS

| ASSESS DATE | ASMT LOC | Q 1 | Q 2 | Q 3 | Q 4 | Q 5 | Q 6 | Q 7 | STA TIC | Q 8 | Q 9 | Q 10 | Q 11 | Q 12 | Q 13 | DYNA MIC | OVERALL RISK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20180515 | 6400 | 2 | 0 | 1 | 0 | 2 | 0 | 0 | 5 | 01 | 0 | 00 | 00 | 00 | 1 | 4 | MODERATE |

```
DOC #..: 00611786   NAME..: CLARK, ROBERT                    PG:  2
```

```
                          I D  F O R M S
                              Date          Date
SSN.................: NEEDS    APPLIED:          RECEIVED:
BIRTH CERT/CARD.....: NEEDS    APPLIED:          RECEIVED:
DRIVERS LIC/STATE ID: NEEDS    APPLIED:          RECEIVED:
OSHA...............: N/A       OTHER..: NOT APPLICABLE
```

```
              E D U C A T I O N / V O C A T I O N A L

EDUCATION CLAIMED AT INTAKE:  GED
       .                      .        .     .E.COMP .READ .MATH .LANG .
CLASS .LITERAL                .BEG DATE.END DATE.R.EXIT .EXIT .EXIT .EXIT .
======.=============================.========.========.=.=====.=====.=====.=====.

    LITERACY............:          ADULT BASIC ED:
    SPECIAL EDUCATION...:          GED..........:
    EDUCATION REFERRAL..:

*ER CODES -- D = DROP, T = TRANSFER  G = GRADUATE, C = COMPLETE
```

```
P R O G R A M  P A R T I C I P A T I O N / O T H E R  S K I L L S  A Q U I R E D

                            .COMPLETE. PARTICIPATION
CTRP PROGRAM                .  DATE  .BEGIN DT. END DT
=====================================.========.========.========
```

DOC #..: 00611786    NAME..: CLARK, ROBERT                          PG:  3

---

V O C A T I O N A L   S K I L L S   O B T A I N E D

---

I N C A R C E R A T E D   W O R K   H I S T O R Y / S K I L L S

CLAIMED AT INTAKE
OTHER

CAREER SCOPE: NONE

INSTITUTIONAL JOBS
 2013
 =========================
 JANITOR/CLEANER
 MAXIMUM CUST FIELD LN
 MEDIUM CUST FIELD LN

I N S T I T U T I O N A L   C O N D U C T

  LOSS OF GOOD TIME IN LAST 90 DAYS:  000 DAYS

|                              | YEAR | # OF CONVICTIONS |
|------------------------------|------|------------------|
| # SCHEDULE B VIOLATIONS:     | 2016 -- |               |
|   (MORE SERIOUS)             | 2017 -- |               |
|                              | 2018 -- | 003           |
|                              |      |                  |
| # POSITIVE DRUG SCREENS:     | 2016 -- |               |
|                              | 2017 -- |               |
|                              | 2018 -- | 000           |
|                              |      |                  |
| # SCHEDULE A VIOLATIONS:     | --   |                  |
|                              | --   |                  |
|                              | --   |                  |

```
DOC #..: 00611786   NAME..: CLARK, ROBERT                    PG:  4
```

FAITH BASED PROGRAM PARTICIPATION

```
2016
2017        OCCASIONAL
2018        OCCASIONAL

    (ACTIVE=55%,OCCASIONAL=<55%,NON-PARTICIPATION)
```

RELATION RECORD SUMMARY

| FIRST NAME | LAST NAME | REL CODE | PHONE NUMBER | EMER FLAG | SEQ NUM |
|------------|-----------|----------|--------------|-----------|---------|
| ============ | =============== | ==== | ========== | ==== | === |

FAMILY SUPPORT / VISITS

```
2016
2017        OCCASIONAL
2018        OCCASIONAL

 (FREQUENT = 6-12 ANNUAL, OCCASIONAL = 3-5 ANNUAL, SELDOM = <3 ANNUAL)
```

INMATE CLUBS AND ORGANIZATIONS

```
PREPARED BY
CLASSIFICATION
OFFICER:        _____    DATE: 5-15-18 _____
                SIGNATURE

                _____          _____
                PRINTED NAME/TITLE               OFFENDER
```

STATE OF LOUISIANA       CRIMINAL DOCKET NO.: 189,249

VERSUS       26TH JUDICIAL DISTRICT COURT

ROBERT CLARK       BOSSIER PARISH, LOUISIANA

**ORDER**

Petitioner, Robert Clark, was convicted on April 19, 2013, of Armed Robbery. Petitioner was sentenced on January 7, 2014, to serve seventy-five (75) years at hard labor in the Louisiana Department of Corrections, without the benefit of parole, probation, or suspension of sentence. On November 5, 2013 the Court denied Defendant's Motion for New Trial and Motion for Post Judgment Verdict of Acquittal, filed on October 18, 2013. On September 2, 2014, Defendant filed a pro se Motion for Appeal and Designation of Record. On September 30, 2015, the Second Circuit rendered a judgment and affirmed the sentence and conviction of this Court. On December 12, 2016, the Supreme Court of Louisiana denied Defendant's application for writ of certiorari.

On March 6, 2018, Petitioner filed a *pro se* "Application for Post-Conviction Relief."

Considering the foregoing, and pursuant to La. C.Cr.P. Art. 927:

**IT IS HEREBY ORDERED** that the District Attorney file with the Clerk of Court any procedural objections or an Answer on the merits if there are no procedural objections, to the Application for Post-Conviction Relief filed Robert Clark, within 30 days or show cause on the 22 day of May, 2018, why he should not be compelled to file an Answer.

If procedural objections are timely filed, no Answer on the merits of the claim need be filed until such objections have been considered and rulings thereon have become final.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this Order upon the Petitioner, his Custodian, and the District Attorney, and that upon filing an Answer, the District Attorney provide the undersigned Judge with a copy of said Answer.

**THUS DONE AND SIGNED** this 5 day of April, 2018, in Benton, Bossier Parish, Louisiana.

HON. MICHAEL O. CRAIG
DISTRICT JUDGE

**PLEASE SERVE:**

Defendant
Address

Custodian
Address

J. Schuyler Marvin, District Attorney
26th Judicial District Court

Address:
Robert Clark # 611786
Louisiana State Prison
Angola, LA 70712

**RECEIVE**

APR 1 2 2018

LSP/RECOR

# LSP Records Department

To: Robert Clark
DOC: 611786
Date: June 4, 2018
From: A. Gaddy

Mr. Clark

I have resent the message to insure you get incentive pay. As far as your questions about canteen restrictions that needs to be addressed through classifications. If you are having issues withdrawing money from your account that needs to be addressed with inmate banking.

Sincerely,

A Gaddy
Offender Records

Robert Clark 611
Eagle L bed 17
La State Pen
Angola, LA 70712
Date: 5-30-18

Dear Recipient:

Please tell me:

1) Why I don't receive good time or incinitave pay?

2) Why am I on canteen restrictions when my disciplinary was overturned.

3) Why can't I withdraw money from my account to send home or to the "club" at camp D?

# LOUISIANA STATE PENITENTIARY

## Results of Protection Concern Review Board

611786  ROBERT CLARK            and      454509   SAMUEL SCOTT
   D EAG 1                                        CBB L/R

✓ _____    Will remain on each other's Protection Concern List.

Because: Nature of original reason
_____
_____
_____
_____

_____    Will be removed from each other's Protection Concern List.


Board Members:

_____         4-25-18
        Name & Title               Date

_____         4-25-18
        Name & Title               Date


cc: Master Prison Records **611786**  &  454509
    Classification Files  **611786**  &  454509

RECEIVED
APR 27 2018
LSP/RECORDS

# LOUISIANA STATE PENITENTIARY

Results of Protection Concern Review Board

611786  ROBERT CLARK          and    355771  DERRICK WOODBERRY
   D EAG 1                             PINE 2

✓

_____    Will remain on each other's Protection Concern List.

            Because:  Nature of original reason
            _____

            _____

            _____

            _____


_____    Will be removed from each other's Protection Concern List.


Board Members:

_____         4-25-18
        Name & Title                        Date

_____         4-25-18
        Name & Title                        Date


cc: Master Prison Records 611786  &  355771
    Classification Files  611786  &  355771

RECEIVED
APR 27 2018
LSP/RECORDS

# LOUISIANA STATE PENITENTIARY

## Results of Protection Concern Review Board

611786  ROBERT CLARK          and     453106   TERRY CALLAHAN
    D EAG 1                              C BEAR 4

✓
_____  Will remain on each other's Protection Concern List.

Because: Nature of original reason
_____
_____
_____
_____

_____  Will be removed from each other's Protection Concern List.

Board Members:

_____          4-25-18
      Name & Title                      Date

_____          4-25-18
      Name & Title                      Date

cc: Master Prison Records 611786  &  453106
    Classification Files  611786  &  453106

RECEIVED
APR 27 2018
LSP/RECORDS

# LOUISIANA STATE PENITENTIARY

## Results of Protection Concern Review Board

611786   ROBERT CLARK                    and        343051   ERNEST ALLEN
   D EAG 1                                                   C WOLF 1

Will remain on each other's Protection Concern List.

Because:

Homosexual Activity

Will be removed from each other's Protection Concern List.

Board Members:

_____        _____
            Name & Title                        4/16/18
                                                    Date

_____        _____
      Name & Title  ARDC Specialist            4/16/18
                                                    Date

cc: Master Prison Records **611786**  &  **343051**
    Classification Files  **611786**  &  **343051**

# Department of Public Safety & Corrections
## State of Louisiana
Louisiana State Penitentiary

**JOHN BEL EDWARDS**
Governor



**JAMES M. LE BLANC**
Secretary

April 17, 2018

To:    Anthony Whitaker, Asst Warden 2/Camp D
       Melissa Butler, Captain/DB Office/Backlogs
       Theresa Sterling, Major/Offender Canteen
       Nyesha Kelly, Supervisor/Legal Programs
       Camp D Classification
       Patty Tubbs/Phone System

From:  Melissa Butler, Captain
       Disciplinary Appeals

RE:    Robert Clark       611786
       DBA # LSP-2018-0127 (Re-Hearing)

Offender Clark was issued a disciplinary report on 03/20/18, for violation of Rule #1, Contraband.  He appeared before the Disciplinary Board on 03/22/18, found guilty and received a sentence of 12 weeks loss of canteen and 12 weeks loss of phone privileges. Based on the overall review, the Warden's decision was to remanded the case for a re-hearing, requesting photo copies of the contraband described in the report per policy.

Offender Clark's rehearing was held on 04/16/18. Offender Clark pled not guilty and the Board ruled to find him not guilty and dismiss the report.

Camp D Classification:Please take the necessary steps to return offender Clark to housing, custody, and job similar to that he held at the time of the incident, considering his subsequent conduct history.

Legal Programs: Please take the necessary steps to reinstate offender Clark's visiting and remove him from G-57 as a result of this incident, considering his subsequent conduct history.

Major Sterling:        Please take the necessary steps to restore offender Clark's canteen privileges.

Ms. Tubbs:    Please take the necessary steps to restore offender Clark's telephone privileges.

Libby Roblin, Lt.

Disciplinary Appeals

cc:    Offender Record 611786

# LOUISIANA STATE PENITENTIARY

## DISCIPLINARY BOARD APPEALS

| | | |
|---|---|---|
| APPELLANT: | ROBERT CLARK | 611786 |
| AUTHORIZATION: | DBA #LSP-2018-0127 | COPY OF SIGNED APPEAL ATTACHED |
| RULE(S) VIOLATED: | Rule #1, Contraband | |
| REPORT DATE: | 03/20/2018 | |

### REASON FOR REHEARING:
Based on an overall review of the record; the case is remanded for a re-hearing for photo copies of the contraband described in the report.

### INSTRUCTIONS TO DISCIPLINARY BOARD:
This case is remanded for a re-hearing. In accordance to Directive No. 09.015/A, the Board is instructed to defer the case to Captain Herman Holmes, to provide photo copies of the contraband described in the report. Appellant will be provided a re-hearing during which he may reiterate any motions raised at his initial hearing and raise any relevant new motions. Please ensure the hearing is held by a different Disciplinary Board to avoid the appearance of biased. The Disciplinary Board will rule on each motion and proved reasons for the ruling and document the decisions on the Summary of Motions Presented during Disciplinary Hearing Form provided.

## DECISION OF THE DISCIPLINARY BOARD ON REHEARING:
(PLEASE ENSURE ALL INFORMATION IS COMPLETED AND LEGIBLE)

PLEASE ENSURE THAT ALL MOTIONS AND/OR DEFERRALS ARE DOCUMENTED ON THE ATTACHED FORM

### REHEARING DISPOSITION:

| Plea: | ☐ Guilty | ☒ Not Guilty | Date: 4-16-18 | Counsel DOC #: 117199 |
|---|---|---|---|---|
| Verdict: | ☐ Guilty | ☒ Not Guilty | Motions: ☒ Yes ☐ No | (SEE ATTACHED MOTION FORM) |

### DISCIPLINARY REHEARING DEFERRAL:

| Date Deferred: | Reason: |
|---|---|
| Date Deferred: | Reason: |

### REASONS FOR DISPOSITION:

| | |
|---|---|
| ☐ Plea Bargain | ☐ Pled guilty / accepted guilty plea |
| ☐ Report is clear and precise. | ☐ Lack of credible defense / Little or no defense |
| ☐ Based on offender's statement. | ☐ Only defense is denying the contents of the report. |
| ☐ The officer's version is determined to be more credible. | ☐ The offender presented no evidence to refute the charges. |
| ☐ The Investigative Officer's report/testimony was deemed more truthful and accurate than the offender's. | |
| ☐ The offender's demeanor led the Board to believe that the offender's testimony was untrue. | |
| ☐ Other: | |

### REASONS FOR SANCTIONS:

| | |
|---|---|
| ☐ Seriousness of the offense. | ☐ The need to protect the institution, employees, or other. |
| ☐ Poor conduct record: A total of _____ rule violation(s) in conduct record. | A total of _____ Schedule B Violations since _____. A total of _____ # _____ rule violations since _____. |
| ☐ Other: | |

PLEASE ENSURE ALL SIGNATURES ARE LEGIBLE

Sanction:
☐ Uphold Original

☒ Amend Original

Not guilty

☑ Imposed
☐ Suspended; _____ Days

Disciplinary Board Members

Chairman: NAME/RANK
Member: NAME/AREA

Form B-05-001-B
20 August 2013

## DISCIPLINARY COURT MOTIONS

Offender's Name & DOC #: Robert Clark #611786

Rule # Date of RVR: #1, Contraband    DOI: 3/20/18

**Motion to Face Accuser:**
☐ Repetitious          ☐ Not Relevant          ☐ Other
☐ Poses Substantial Risk or Danger    ☐ Undue Burden on Institution

Explanation: _Unable to testify_    _Granted_

**Motion to Call Witnesses:**
☐ Repetitious          ☐ Not Relevant
☐ Poses Substantial Risk or Danger    ☐ Undue Burden on Institution

Explanation: _____

Stipulated Testimony: _____

**Motion to Continue:**
☐ Inadequate Notice          ☐ Retain Counsel      ☐ Charge Amended
☐ Further Investigation Warranted    ☐ Board member involved in the investigation

Explanation: _____

Other Motions: _____

Decision & Explanation of Ruling: _____




H/C:
Adm.Seg.

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

CRDY12

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | March 20, 2018 | 7:40am |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| Hawk 1 Right Cell 12 | ADM/SEG | Camp D Hawk 1 Right Cell 12 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband | #1 |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary )

**On the above date and time while shaking down offender Robert Clark #611786 on Hawk 1 Right Cell 12, I Capt. Herman Holmes found (1) Black Alcatel Cell Phone, 1 charger and a set of ear buds in a sock inside a pillow case lying on his bed in his cell. Investigative Services was notified and a Chain of Evidence was filled out. Warden Whitaker and Major Sanders were also notified.**

RECEIVED
MAR 26 2018
LSP/RECORDS

| | x | Yes | | No | | | | |
|---|---|---|---|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Capt Herman Holmes | Herman Holmes Capt. Camp D B-Team |

| 14. Date of Report | 15. Time of Report | 16.Report (copy) given to above inmate by: HH | 17. Inmate's Signature: |
|---|---|---|---|
| March 20, 2018 | 8:30am | | refused to sign |

| 18. Plea by Inmate: | Not Guilty | Guilty | 19. Verdict: | Not Guilty | Guilty |
|---|---|---|---|---|---|

20. Date of Hearing: 3/22/18.     4-6-18     21. Counsel Substitute: new DOC#: 112760  111794

22. Motions:

23. Reasons for Disposition:
[X] Report is clear and precise.  [X] Lack of a credible defense/little or no defense.  [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.  [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..  [X] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.  [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

24. Reasons for Sentence:
[X] Seriousness of offense.  [X] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____
[ ] Other _____

25. Sentence:
(12) weeks loss of Canteen   Suspended [ ]  Imposed [X] _____ Days

26. Sentence:
(12) weeks loss of Telephone   Suspended [ ]  Imposed [X] _____ Days

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

Form B-05-001-B
20 August 2013

DISCIPLINARY COURT MOTIONS

Offender's Name & DOC #: _Robert Clark # 611786_

Rule # Date of RVR: _# 1 - 3-20-18_

**Motion to Face Accuser:**
☐ Repetitious            ☐ Not Relevant            ☐ Other
☐ Poses Substantial Risk or Danger    ☐ Undue Burden on Institution

Explanation: _____

_____

_____

**Motion to Call Witnesses:**
☐ Repetitious            ☐ Not Relevant
☐ Poses Substantial Risk or Danger    ☐ Undue Burden on Institution

Explanation: _____

_____

_____

Stipulated Testimony: _____

_____

_____

**Motion to Continue:**
☐ Inadequate Notice            ☐ Retain Counsel        ☐ Charge Amended
☐ Further Investigation Warranted    ☐ Board member involved in the investigation

Explanation: _____

_____

Other Motions: _Defued for camand myn defise_

Decision & Explanation of Ruling: _Denied - Bds 16:17 - Rept_

_is den,_

PAGE 1 OF

TO:    DISCIPLINARY BOARD

FROM:

RE:    ROBERT CLARK          MAX
       DOC# 611786      D RAV 2/L CBD L/R 0 L 27

DATE: 11/01/2016      March 21, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|---------------------------|------------------|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | D RAV 4/R D HWK |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | C BEAR 4 |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | C WOLF 2 |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | TU LOWER E |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C WOLF 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | WAL 2 |
| | | NONE | | | |

# LOUISIANA STATE PENITENTIARY
## ANGOLA, LOUISIANA

### APPEAL DECISION

#### DISCIPLINARY BOARD APPEAL NUMBER:

##### LSP-2018-0127

| | | |
|---|---|---|
| OFFENDER: | ROBERT CLARK | 611786 |
| HOUSING: | D HAWK 1/R | |
| COURT DATE: | 03/22/2018 | |
| DATE OF REPORT: | 03/20/2018 | |
| RULE VIOLATED: | RULE #1, CONTRABAND | |
| PLEA: | NOT GUILTY | |
| FOUND GUILTY OF: | RULE #1, CONTRABAND | |
| SENTENCE: | 12 WEEKS LOSS OF CANTEEN; 12 WEEKS LOSS OF PHONE PRIVILEGES | |
| IMPOSED / SUSPENDED: | IMPOSED | |
| RESTITUTION: | NONE | |
| DECISION DATE: | 04/10/2018 | |
| APPEAL DECISION: | REHEARING | |

Based on an overall review of the record; the case is remanded for a re-hearing for photo copies of the contraband described in the report.

This case is remanded for a re-hearing. In accordance to Directive No. 09.015/A, the Board is instructed to defer the case to Captain Herman Holmes, to provide photo copies of the contraband described in the report. Appellant will be provided a re-hearing during which he may reiterate any motions raised at his initial hearing and raise any relevant new motions. Please ensure the hearing is held by a different Disciplinary Board to avoid the appearance of biased. The Disciplinary Board will rule on each motion and proved reasons for the ruling and document the decisions on the Summary of Motions Presented during Disciplinary Hearing Form provided.

Darrel Vannoy
Warden

DV: llr

INSTRUCTIONS TO OFFENDER: Since you have been granted, a re-hearing in this case, this decision does not reflect the final administrative decision of the agency. Therefore, your administrative remedies are not exhausted. When your rehearing is completed, you may again appeal that decision to the Warden if you are dissatisfied with the re-hearing decision.

# LOUISIANA STATE PENITENTIARY



TO:       Melissa Butler, Captain
          Disciplinary Board Office / Backlogs

FROM:     Libby Roblin, Lieutenant
          Disciplinary Board Office / Appeals

DATE:     April 10, 2018

RE:       Appellant:            ROBERT CLARK           611786
          Authorization:        DBA-LSP-2018-0127
          Rule(s) Violated:     Rule #1, Contraband
          Report Date:          03/20/2018
          Hearing Date:         03/22/2018


Captain Butler:

The above named offender has been granted a re-hearing regarding the above captioned matter. Please schedule this re-hearing as soon as possible. When the re-hearing has been completed, please send me a completed copy of the paperwork so that I can document the rehearing files.

Please ensure the re-hearing is held by a different Disciplinary Board to avoid the appearance of bias.

Your assistance in this matter is greatly appreciated. If you have any questions, please let me know.

Libby Roblin, Lieutenant
Disciplinary Board Office / Appeals

SPECIAL HANDLING REQUIRED BY DISCIPLINARY APPEALS OFFICE
AFTER THE REHEARING IS COMPLETED

LIBBY ROBLIN, LIEUTENANT
DISCIPLINARY BOARD OFFICE / APPEALS
PHONE: 225 • 655 • 2783

# LOUISIANA STATE PENITENTIARY
## ANGOLA, LOUISIANA

### APPEAL DECISION

#### DISCIPLINARY BOARD APPEAL NUMBER:

#### LSP-2018-0127

| | | |
|---|---|---|
| OFFENDER: | ROBERT CLARK | 611786 |
| HOUSING: | D HAWK 1/R | |
| COURT DATE: | 03/22/2018 | |
| DATE OF REPORT: | 03/20/2018 | |
| RULE VIOLATED: | RULE #1, CONTRABAND | |
| PLEA: | NOT GUILTY | |
| FOUND GUILTY OF: | RULE #1, CONTRABAND | |
| SENTENCE: | 12 WEEKS LOSS OF CANTEEN; 12 WEEKS LOSS OF PHONE PRIVILEGES | |
| IMPOSED / SUSPENDED: | IMPOSED | |
| RESTITUTION: | NONE | |
| DECISION DATE: | 04/10/2018 | |
| APPEAL DECISION: | REHEARING | |

Based on an overall review of the record; the case is remanded for a re-hearing for photo copies of the contraband described in the report.

This case is remanded for a re-hearing. In accordance to Directive No. 09.015/A, the Board is instructed to defer the case to Captain Herman Holmes, to provide photo copies of the contraband described in the report. Appellant will be provided a re-hearing during which he may reiterate any motions raised at his initial hearing and raise any relevant new motions. Please ensure the hearing is held by a different Disciplinary Board to avoid the appearance of biased. The Disciplinary Board will rule on each motion and proved reasons for the ruling and document the decisions on the Summary of Motions Presented during Disciplinary Hearing Form provided.

Darrel Vannoy
Warden

DV: llr

**INSTRUCTIONS TO OFFENDER:** Since you have been granted, a re-hearing in this case, this decision does not reflect the final administrative decision of the agency. Therefore, your administrative remedies are not exhausted. When your rehearing is completed, you may again appeal that decision to the Warden if you are dissatisfied with the re-hearing decision.

RECEIVED
APR 1 1 2018
LSP/RECORD

LOCKDOWN REVIEW SUMMARY          DATE:

DOC#:611786     NAME: ROBERT   CLARK
LOCATION: D RAV 2/L    ,D HWK 1/R 0
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

____  DISCIPLINARY BOARD ACTION            ____  OWN REQUEST
____  RULE VIOLATION                       ____  INVESTIGATION
____  INCIDENT REPORT                      ____  INITIAL CLASSIFICATION
==============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____   RELEASED TO _____    WHY:_____
_____

__✓__ NOT RELEASED    REASONS:

____  Nature of Commitment Offense ____ Escape Risk

____  Inmate's Request          __✓__ New Rule Infractions Since Last Review

____  Pending Felony Charges          3-23-18 5   2-13-18 14
                                      3-20-18 1   2-1-18 1
____  Nature of Original Reason for Lockdown
                                      3-7-18 5
____  Inmate`s Protection:(explain)_____
       _____

____  Physically Dangerous to Himself or Others as Evidence by:

            ____  Psychiatric Evaluations     ____  Self-Mutilation
            ____  Serious Rule Infractions     ____  Other_____
            ____  Pattern of Violence                _____

____  Continuing Investigation.  By Whom:_____
      For:_____
==============================================================================
REVIEWED BY:_____
      NAME                              TITLE
_____
_____
==============================================================================
COMMENTS:

doesn't have 90 days

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

H/C
Adm Seg

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### DISCIPLINARY REPORT

INSTITUTION: LSP                    Hwk 1 R

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 3-23-18 | 4:00 pm |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Raven 2 Left | Lockdown | Raven 2 Left |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Aggravated Disobedience | 5 |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force, use other side, if necessary)

On the above date and time Offender Robert Clark #611786 who lives on Raven 2 Left pushed his boxes out on the tier stating he was not going back in his cell. I Capt Holmes gave offender Robert Clark several direct verbal orders to place his boxes back in his cell and to go back in his cell and he flatly refused. Offender Robert Clark was escorted to Adm. Seg. on Hawk Unit.

RECEIVED
APR 03 2018
LSP/RECORDS

11. Offender Placed in Adm. Seg.  ☑ Yes   ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Capt Herman Holmes | Capt Herman Holmes |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: HH. | 17. Offender's Signature: |
|---|---|---|---|
| 3-23-18 | 5:00 pm. | | refused to sign |

18. Plea by Offender:  ☐ Not Guilty  ☑ Guilty     19. Verdict:  ☐ Not Guilty  ☑ Guilty

20. Date of Hearing: 3-29-18         21. Counsel Substitute: Davone/ smith
                                         DOC# 127754

22. Motions: Defer for 27 HC + copy OB

23. Reasons for Disposition:
☑ Report is clear and precise.   ☐ Lack of a credible defense/little or no defense.   ☐ Based on his statement.
☐ The officer's version is determined to be more credible than the Offender's.   ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.   ☐ The Offender presented no evidence to refute the charges.
☑ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   ☑ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☐ Seriousness of offense.   ☐ The need to protect the institution, employees, or other.
☑ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
      A total of _____ # _____ rule violations since _____.
☐ Other

25. Sentence: Quarter Charge to Extended         Suspended _____ 90 Days
                                                    Imposed ☐

26. Sentence:                                       Suspended ☐ _____ Days
                                                    Imposed ☐

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures

TO:   'DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK                    MAX
      DOC# 611786        D RAV 2/L D HWK 1/R 0 L 27

DATE: 11/01/2016      March 26, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|---|---|---|---|---|---|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | D RAV 4/R D HWK |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | C BEAR 4 |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | C WOLF 2 |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | TU LOWER E |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C WOLF 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | WAL 2 |
| NONE | | | | | |

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 3/7/18 | 8:30 AM |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Raun 3-Right tier | L-28 | Raun 3-Right Cell #3 |

**8. Rule Violated** DEFIANCE, Aggravated disobediance
**9. Rule Number** 8, 5

**10. Description of Incident** (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

ON above date and time I, Sgt. R. Gaines let offender Robert Clark #611786 out of his cell to shower. Offender Clark pushed his things onto the hallway. I Sgt. R. Gaines gave offender R. Clark several verbal direct orders to push his stuff back in, offender clark said "fuck you" I'm not going back in the cell to get the supervisors down here because he cannot live on the tier or in that cell anymore. Offender flatly refused all orders given. Capt. Bohana was notied. This is for your information and further handling. END of statement. Sgt. R. Gaines

**11. Offender Placed in Adm. Seg.** ☑ Yes ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Raeondo Gains | Raeondo Gaines, Sgt. |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 3/7/18 | 10:66 AM | | |

**18. Plea by Offender:** ☐ Not Guilty ☑ Guilty
**19. Verdict:** ☐ Not Guilty ☑ Guilty
**20. Date of Hearing:** 3-15-18 3-9-18

**21. Counsel Substitute** DOC# 1799

**22. Motions:**

**23. Reasons for Disposition:**
☑ Report is clear and precise. ☐ Lack of a credible defense/little or no defense. ☐ Based on his statement.
☐ The officer's version is determined to be more credible than the Offender's. ☐ Pled guilty/accepted guilty plea
☑ Only defense is denying contents of report. ☐ The Offender presented no evidence to refute the charge.
☑ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

**24. Reasons for Sentence:**
☑ Seriousness of offense. ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of ___ rule violation(s). A total of ___ Schedule B violations since ___
A total of ___ # ___ rule violations since ___
☐ Other

**25. Sentence:** #3 Dismissal
Suspended ☐ Days / Imposed ☑

**26. Sentence:** #5 Quarters Change to Revel 1+2
Suspended ☐ Days / Imposed ☑

**27. DISCIPLINARY BOARD:** Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures

CHAIRMAN (DISCIPLINARY OFFICER)
MEMBER

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK            MAX
      DOC# 611786      D RAV 3/R D HWK 1/R 0 L 27

DATE: 11/01/2016      March 8, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|---|---|---|---|---|---|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | D RAV 4/R D HWK |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | C BEAR 4 |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | C WOLF 2 |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | TU LOWER E |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C WOLF 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | WAL 2 |
| | | NONE | | | |



# *Louisiana State Penitentiary*

## *Legal Programs Department*

---

## *MEMORANDUM*

| | |
|---|---|
| *DATE:* | *3/8/2018* |
| *TO:* | *Unit Wardens, Classification, Inmate Records, Front Gate Visiting, "A" Building Visiting,* *ROBERT CLARK - 611786 - D RAV 3/R* |
| *FROM:* | *Nyesha Kelly, Legal Programs Director* |
| *SUBJECT:* | *Visiting Suspension* |
| | *ROBERT CLARK - 611786 - D RAV 3/R* |
| | *Physical Location:* |

*The above named offender appeared before the Disciplinary Board on 2/28/2018 regarding a rule violation on 2/13/2018 which involved cellphones, cellphone accessories, illegal drugs, intoxication or assault on staff.*

*Pursuant to Unit Specific Posted Policies #007 and #030, an administrative suspension of visiting privileges is being imposed. All visits with the exception of the offender's attorney or members of the attorney's staff and his religious advisor are prohibited during the period of this suspension. This suspension is effective from:*

### **2/13/2018 to 2/28/2019**

*Please mark your records accordingly. If you have any questions, please contact the Legal Programs Department.*

Major Jones
H/C

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### DISCIPLINARY REPORT

INSTITUTION: LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 2-13-18 | 8:34p |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Raven 3 Right | Rav 3 | Rav 3 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Intoxication | 14 |

**10. Description of Incident** (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and time, I, Sgt. P. Williams was making rounds on Raven 3 Right, when I noticed the above offender under intoxication in cell. I, immediately hit my beeper & notified supervisors. Major Jones & Capt. Favre responded to beeper activation & took control of situation.

**11. Offender Placed in Adm. Seg.** ☐ Yes ☑ No    House arrest

**12. Signature of reporting employee**

**13. Name, Title, Assignment (Print)** P. Williams Cpt

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 2-13-18 | 9:15p | PW | Refused to sign |

**18. Plea by Offender:** ☑ Not Guilty ☐ Guilty    **19. Verdict:** ☐ Not Guilty ☑ Guilty

**20. Date of Hearing:** 2-28-18  2-15-18    **21. Counsel Substitute:** DOC# 11799 12775 #1 Paronshel Smith

**22. Motions:** Defr for Mental Health

**23. Reasons for Disposition:**
- ☑ Report is clear and precise.
- ☐ Lack of a credible defense/little or no defense.
- ☐ Based on his statement.
- ☑ The officer's version is determined to be more credible than the Offender's.
- ☑ Pled guilty/accepted guilty plea.
- ☑ Only defense is denying contents of report.
- ☐ The Offender presented no evidence to refute the charges.
- ☑ Plea bargain.
- ☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.
- ☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
- ☐ Other

**24. Reasons for Sentence:**
- ☑ Seriousness of offense.
- ☐ The need to protect the institution, employees, or other.
- ☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
- A total of _____ # _____ rule violations since _____
- ☐ Other _____

**25. Sentence:** Susp 12 Week Canteen    Suspended ☐ Days    Imposed ☑

**26. Sentence:** Suspended ☐ Days    Imposed ☐

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

# LOUISIANA STATE PENITENTIARY

## ASSIGNMENT OF MEDICAL INVESTIGATION

| TO: | MEDICAL DIRECTOR | |
|---|---|---|
| FROM: | DISCIPLINARY BOARD OFFICE | |
| DATE: | 2/14/18 | |
| RE: | Offender's Name: Robert Clark | DOC # 411786 |
| | Rule Violation(s): 14 | Location: Rav 3 |
| | ☑ 1ST NOTICE    ☑ 2ND NOTICE | |

**To Whom It May Concern:**

In accordance with Penitentiary Directive 09.037; you have been assigned to investigate/review the medical record of the above referenced offender. Your investigation must be submitted to the Disciplinary Board Office **within 3 days of receipt.**

The above-named offender has received a disciplinary report on

2/13/18 @ 8.34 ( ℓ m) due to:

Please review the medical record and answer the following question:

— A positive urinalysis test

| YES | NO |
|---|---|
| | |

Is there any medical reason that may result in a false positive reading in the drug testing devices?

↓ Above offender has exhibited signs of intoxication by expressing; slurred speech, redness of eyes, odor of alcohol, elation, boisterous behavior, hysteria, being in a daze or trance, or an unsteady gate.

| YES | NO |
|---|---|
| | ✓ |

Is there a medical reason or medications prescribed to this offender that may result in the offender's physical or mental state to exhibit signs of being intoxicated as would the influence of an intoxicating substance?

_____
**Signature of Approved Medical Personnel**

RECE...
FEB 26 2018
Disciplinary C...
LSP

**DISCIPLINARY BOARD OFFICE**
**MELISSA BUTLER, CAPTAIN**
**PHONE: 225•655•2570 • FAX: 225•655•2798**

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK              MAX
      DOC# 611786        D RAV 3/R  L 27

DATE: 11/01/2016      February 14, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|---|--------|-------------------|---------------------------|------------------|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | D RAV 4/R D HWK |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | C BEAR 4 |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | HIC 3 |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | TU LOWER E |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C WOLF 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | WAL 2 |
| | | NONE | | | |

# LOUISIANA STATE PENITENTIARY
## ANGOLA, LOUISIANA

### APPEAL DECISION

#### DISCIPLINARY BOARD APPEAL NUMBER:

RECEIVED
FEB 28 2018
LSP/RECORDS

#### LSP-2018-0065

| | |
|---|---|
| OFFENDER: | ROBERT CLARK          611786 |
| HOUSING: | D RAVEN 3/R |
| COURT DATE: | 02/05/2018 |
| DATE OF REPORT: | 02/01/2018 |
| RULE VIOLATED: | RULE #5, AGGRAVATED DISOBEDIENCE |
| PLEA: | NOT GUILTY |
| FOUND GUILTY OF: | RULE #5, AGGRAVATED DISOBEDIENCE |
| SENTENCE: | QUARTERS CHANGE TO WORKING CELLBLOCK (OUTCAMP); QUARTERS CHANGE TO EXTENDED LOCK DOWN (SUSPENDED) |
| IMPOSED / SUSPENDED: | IMPOSED / SUSPENDED 90 DAYS |
| RESTITUTION: | NONE |
| DECISION DATE: | 02/26/2018 |
| APPEAL DECISION: | DENIED |

Appellant argues on appeal that he was not disobeying any orders, he was in concerned for his safety.

The arguments raised by Appellant are without merit. Appellant has provided no evidence to refute the charges against him. The report clearly describes Appellant's actions as witnessed by the reporting employee. Appellant's actions are in clear violation of Rule #5 as defined in the Disciplinary Rules and Procedures for Adult Offenders. Appellant provided nothing to refute the credibility of the reporting employee. Appellant's only defense was to deny the contents of the report. The Disciplinary Board found the report to be clear and precise and the reporting employee's account of the incident appropriately supports the violation and provides sufficient evidence to warrant the guilty verdict. The sanctions imposed appropriately fall within the sentencing guidelines specified in the Disciplinary Rules and Procedures for Adult Offenders for Schedule B Violations. The sentence imposed is not excessive or unduly harsh. The Disciplinary Board decision is deemed appropriate as to the finding of guilt and the sentence imposed. There is nothing to indicate the Board abused its' discretionary authority in this case.

The issues raised by Appellant in this matter have been reviewed. Appellant was provided a due process hearing by the Disciplinary Board. The decision of the Disciplinary Board is deemed appropriate. Appellant has presented nothing which would justify reversal or modification of the decision rendered through the disciplinary proceedings.

The appeal is denied.

Darrel Vannoy
Warden

DV: llr

**INSTRUCTIONS TO OFFENDER:** This decision constitutes the final administrative decision of the agency. The Secretary will only consider appeals from decisions which resulted in the imposed or suspended sentences of one or more of the following penalties: 1) Disciplinary Detention; 2) Forfeiture of good time; 3) Custody change from minimum to medium only if it involves a transfer to another institution; 4) Custody change from minimum or medium to maximum custody; and 5) Failure to earn incentive wages.
**Since none of these penalties were imposed, this decision can not be appealed to the Secretary.**

Robert Clark 611786

Date: 2/19/18

I need some sort of "official documentation showing my sentence and crime for which I have been convicted to include in my Post Conviction Relief form.

Robert Clark

**RECEIVED**

FEB 2 2 2018

**LSP/RECORD**

Sent Copies of Master summary and committment papers

2-22-18

Form C-05-001-W-2
15 July 2011




### DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)

**INSTITUTION: Louisiana State Penitentiary**

| Ricky Johnson<br>Robert Clark | 567473<br>611786 | DORM OR CELLBLOCK<br>Camp D Raven 3 Right | DATE OF INCIDENT<br>02-13-2018 | TIME OF INCIDENT<br>8:34 P.M. approx. |
|---|---|---|---|---|
| **LOCATION OF INCIDENT**<br>Raven 3 Right Tier | | **WITNESSES**<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

☐ Accidents
   ☐ Employee Accident
   ☐ Offender Accident
   ☐ Vehicle Accident
☐ Contraband
   ☐ Inside Facility
   ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☒ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
   ☐ Routine
      ☐ Staff   ☐ Visitor   ☐ Offender
   ☐ Target
      ☐ Staff   ☐ Visitor   L Offender
☒ Use of Body Camera

☒ Other: Offenders intoxicated on Raven 3 Right Tier

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time I, Captain Roy J. Farve III, responded to a beeper activation on Raven 3 Right. Upon my arrival I was informed by Sgt Phillip Williams that Offenders Robert Clark # 611786 and Ricky Johnson# 562473 were possibly intoxicated in Cell # 13. I immediately activated my Body Camera and proceeded to Cell# 13. I then noticed Offenders Clark and Johnson slumped over with vomit all over their clothes and floor of the cell. I ordered for a set of restraints and cleared the beeper via radio with Camp D E-building and Control Center. I then placed both offenders in full restraints. I escorted them to Camp D Sallyport to be seen by Medical. Shortly afterwards EMT's Major Griffin and Lt Giroir arrived to triage both offenders. Offender Johnson was transported via Ambulance and Offender Clark was transported via Camp C Patrol to the treatment Center for Medical Evaluation and Treatment. Both offenders Clark and Johnson were given a Drug Screen by Medical and tested negative and returned later to Camp D.
Lt Col Linden Franklin, Major Kenny Jones and Investigative Services M/SGT Tammy Thompson were notified of this situation.

_Sig. C. Aft. Ray J. Farve III_
REPORTING OFFICER
**Captain Roy J. Farve III**

**02-13-2018**
DATE COMPLETED

**9:30 p.m. approx.**
TIME COMPLETED



LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: LSP    CBD UR

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 2-1-18 | 600 Am |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| CBC U/L | L-8 | CBC U/L Cell 7 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Disobedience, Aggravated | 5 |

10. Description of Incident (Include all relevant information – "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the Above date and Approximate time I, SGT D. Mills gave offender Robert Clark # 611786 a direct verbal order to return to his cell. Offender Robert Clark # 611786 Refused all orders and Capt. Hueing was notified. Offender Robert Clark # 611786 was escorted to Adm Seg by Capt. Hueing. End of statement.

11. Offender Placed in Adm. Seg.    ☒ Yes    ☐ No

12. Signature of reporting employee    Dg Mills

13. Name, Title, Assignment (Print)    D. Mills, SGT, MPW

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 2-1-18 | 10 00 Am | Dm | [signature] |

| 18. Plea by Offender: ☒ Not Guilty ☐ Guilty | 19. Verdict: ☐ Not Guilty ☐ Guilty |
|---|---|

| 20. Date of Hearing: 2/5/18 . | 21. Counsel Substitute: MT    DOC# 351810 |
|---|---|

22. Motions: _____

23. Reasons for Disposition:
☒ Report is clear and precise.    ☒ Lack of a credible defense/little or no defense.    ☐ Based on his statement.
☒ The officer's version is determined to be more credible than the Offender's.    ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.    ☒ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.    ☐ Plea bargain.
☒ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☒ Seriousness of offense.    ☒ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
A total of _____ # _____ rule violations since _____.
☐ Other _____

25. Sentence:    Qutrs of to Out Camp WCB3    Suspended ☐ _____ Days    Imposed ☒

26. Sentence:    Qutrs of to Ext. 40    Suspended ☒ 90 Days    Imposed ☐

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)    [signature]

MEMBER    [signature] AKW

Form B-05-001-B
20 August 2013

## DISCIPLINARY COURT MOTIONS

Offender's Name & DOC #: _Robert Clark #611786_

Rule # Date of RVR: _- #5 -_

**Motion to Face Accuser:**
☐ Repetitious                         ☐ Not Relevant              ☐ Other
☐ Poses Substantial Risk or Danger    ☐ Undue Burden on Institution

Explanation: _____

_____

_____

**Motion to Call Witnesses:**
☐ Repetitious                         ☐ Not Relevant
☐ Poses Substantial Risk or Danger    ☐ Undue Burden on Institution

Explanation: _____

_____

_____

Stipulated Testimony: _____

_____

_____

**Motion to Continue:**
☐ Inadequate Notice              ☐ Retain Counsel           ☐ Charge Amended
☒ Further Investigation Warranted ☐ Board member involved in the investigation

Explanation: _to officer to see if thats what happened_
_Denied - Rept is clear and officers credibilty_

Other Motions: _____

Decision & Explanation of Ruling: _____

_____

_____

TO:   DISCIPLINARY BOARD                                          PAGE 1 OF

FROM:

RE:   ROBERT CLARK                    MAX
      DOC# 611786             CBC U/L CBD U/R 0 L 8

DATE: 11/01/2016          February 2, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|---------------------------|------------------|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | CBA L/R **CBB U/** |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | C BEAR 4 |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | HIC 3 |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | TU LOWER E |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C WOLF 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | WAL 2 |

                              **NONE**

## LOUISIANA STATE PENITENTIARY

### LOCKDOWN REPORT

**OFFENDER REQUEST FOR PORTECTION AND/OR ADMINISTRATIVE REQUEST FOR CUSTODY/QUARTERS REVIEW AND/OR MENTAL HEALTH MANAGEMENT ORDER**                HWK'IR

OFFENDER: Robert Clark   # 611786   LOCATION: Camp V, Fal #7

DATE: 1-25-18   TIME: 700 pm

The above named offender has been placed is Administrative Segregation for the following reasons:

☐ The offender has signed a written request for portection as indicated below.

☐ The offender has enemies in his current area of assignment and has refused to sign a request for protection. A review of custody and/or quarters assignment is requested. Enemies are: _____

☑ Mental Health Management order _____

☑ Other: There was same information Descieved that Offan _this stayed at camp D and Would Be Hurt or killed_

By: _Jerry Peter Meya_ (Employee Initiating Report)   _James Tate My_ (Supervisor)

**********************************************************************************

### OFFENDER REQUEST FOR PROTECTION

**If the offender has _REQUESTED PROTECTION_ he must sign below and must make a statement as to the reason(s) for the need for protection.**

**I am in need of protection for the reasons outlined in the attached statement. I understand that I may be placed in administrative Segregation pending review of my case and that I may be transferred to maximun custody if this is found to be necessary.**

NAME_____ DOC # _____
        (Offender's Signature)

**********************************************************************************

### OFFENDER REQUEST FOR TRANSFER TO MAXIMUN CUSTODY

**I hereby request to be transferred to maximun custody for the reasons defined in the attached statement.**

NAME_____ DOC # _____
        (Offender's Signature)
**********************************************************************************

_Quarter Change M.T. Working_   **DISPOSITION**
ACTION TAKEN  to M.T. Working   Cell Block _____

_____

DATE: 1-25-18   BY: _____
                    NAME AND TITLE

TO:   DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK          MED
      DOC# 611786           D FAL 1 D HWK 1/R 0 L 24

DATE: 11/01/2016      January 25, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|----------------------------|------------------|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | CBA L/R |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | C BEAR 4 |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | HIC 3 |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | TU LOWER E |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C WOLF 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | WAL 2 |

NONE



# *Louisiana State Penitentiary*

### *Legal Programs Department*

## *MEMORANDUM*

*DATE:*       *12/21/2017*

*TO:*       *Unit Wardens, Classification, Inmate Records, Front Gate Visiting, "A" Building Visiting, ROBERT CLARK - 611786 - D FAL 1*

*FROM:*       *Nyesha Kelly, Legal Programs Director*

*SUBJECT:*   *Visiting Suspension*
*ROBERT CLARK - 611786 - D FAL 1*
*Physical Location:*

*The above named offender appeared before the Disciplinary Board on  12/7/2017 regarding a rule violation on  12/2/2017     which involved cellphones, cellphone accessories, illegal drugs, intoxication or assault on staff.*

*Pursuant to Unit Specific Posted Policies #007 and #030, an administrative suspension of visiting privileges is being imposed. All visits with the exception of the offender's attorney or members of the attorney's staff and his religious advisor are prohibited during the period of this suspension. This suspension is effective from:*

## **12/2/2017 to 12/7/2018**

*Please mark your records accordingly. If you have any questions, please contact the Legal Programs Department.*

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: LSP    CBB UP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 61786 | 12/2/17 | 0115 |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Falcon 2 | 2-26 | Falcon 2 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Intoxication | #14 |

**10. Description of Incident** (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

While on an ambulance run for offender Clark he was found sitting @ a table asleep. At another facility, had mild slurred speech, unsteady gait and his pupils were dilated with a sluggish response to light. There were no medical findings to support these actions

**11. Offender Placed in Adm. Seg.** ☑ Yes  ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) James Summers Major EMS |
|---|---|

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 12/2/17 | 0145 | JS | refused to sign |

| 18. Plea by Offender: ☐ Not Guilty ☑ Guilty | 19. Verdict: ☐ Not Guilty ☑ Guilty |
|---|---|

**20. Date of Hearing:** 12-5-17  12-7-17    **21. Counsel Substitute:** Melvin Thornton  **DOC#** 351810

**22. Motions:** Defer for Medical Investigation

**23. Reasons for Disposition:**
☑ Report is clear and precise.  ☐ Lack of a credible defense/little or no defense.  ☑ Based on his statement.
☐ The officer's version is determined to be more credible than the Offender's.  ☑ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.  ☐ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.  ☑ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

**24. Reasons for Sentence:**
☑ Seriousness of offense.  ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
☐ A total of _____ # _____ rule violations since _____.
☐ Other

**25. Sentence:** 12 WKS loss of Telephone    Suspended ☐ _____ Days   Imposed ☑

**26. Sentence:**    Suspended ☐ _____ Days   Imposed ☐

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER



# LOUISIANA STATE PENITENTIARY

## ASSIGNMENT OF MEDICAL INVESTIGATION

| TO: | MEDICAL DIRECTOR | |
|---|---|---|
| FROM: | DISCIPLINARY BOARD OFFICE | |
| DATE: | 12.4.17 | |
| RE: | Offender's Name: Robert Clark | DOC # 611786 |
| | Rule Violation(s): 14 | Location: CAMP.D |
| | ☑ 1ST NOTICE   ☐ 2ND NOTICE | |

**To Whom It May Concern:**

In accordance with Penitentiary Directive 09.037; you have been assigned to investigate/review the medical record of the above referenced offender. Your investigation must be submitted to the Disciplinary Board Office within 3 days of receipt.

**The above-named offender has received a disciplinary report on**

____12.2.17____ @ __0115__ (__ m) due to:

**Please review the medical record and answer the following question:**

- A positive urinalysis test

| YES | NO |
|---|---|
| | |

Is there any medical reason that may result in a false positive reading in the drug testing devices?

Above offender has exhibited signs of intoxication by expressing; slurred speech, redness of eyes, odor of alcohol, elation, boisterous behavior, hysteria, being in a daze or trance, or an unsteady gate.

| YES | NO |
|---|---|
| | ✓ |

Is there a medical reason or medications prescribed to this offender that may result in the offender's physical or mental state to exhibit signs of being intoxicated as would the influence of an intoxicating substance?

Wellbutrin
Seroquel

_R. Langin_
**Signature of Approved Medical Personnel**

**DISCIPLINARY BOARD OFFICE
MELISSA BUTLER, CAPTAIN
PHONE: 225•655•2570 • FAX: 225•655•2798**

TO:  · DISCIPLINARY BOARD                                  AGE 1 OF

FROM:

RE:   ROBERT CLARK            MED
      DOC# 611786         D FAL 2 CBB L/R 0 L 24

DATE: 11/01/2016      December 4, 2017

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|---|---|---|---|---|---|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | CBA L/R |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | C BEAR 4 |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | CBC U/L CBD L/ |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C WOLF 2 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | C TIG 3/L |
| | | NONE | | | |



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Miscellaneous)

INSTITUTION: LOUISIANA STATE PENITENTIARY CAMP D

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|-------------------|
| Robert Clark | 611786 | Camp D, Falcon # 2 | 12-2-17 | Approx. 1:05 am |
| LOCATION OF INCIDENT | | WITNESSES | | |
| Camp D, Falcon # 2 Game Room | | None | | |

TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
   ☐ Employee Accident
   ☐ Offender Accident
   ☐ Vehicle Accident

☐ Contraband
   ☐ Inside Facility
   ☐ Outside Facility

☐ Drug Screen
☐ Maintenance

☒ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
   ☐ Routine
      ☐ Staff   ☐ Visitor   ☐ Offender
   ☐ Target
      ☐ Staff   ☐ Visitor   ☐ Offender

☐ Use of Tact Team and Chase Team as outside assistance

☒ Other: Possible Intoxication

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, while I, Captain William Holmes was making rounds in Falcon # 2 Dorm, I observed Offender Robert Clark # 611786 in Falcon # 2 game room sitting at the table unresponsive but breathing. I, Captain William Holmes called offender Robert Clark by his name and offender Robert Clark look up at me and started swaying back and forth. I, Captain Holmes immediately called Medical 4 via radio to send me an ambulance to Falcon # 2 dorm and called for a full set of restraints. I, Captain Holmes then placed the restraints on offender Robert Clark. Shortly after EMT'S Major Summers and Lieutenant Cashio arrived on the unit and triage offender Robert Clark. Offender Robert Clark was then transported to the Treatment Center by patrol for further medical evaluation. I was later advised by Medical Personnel that Offender Robert Clark was deemed Intoxicated. Offender Robert Clark was placed in Administration Segregation. The Body Camera was used in this incident. Lieutenant Colonel Paul Smith was notified of this incident. This is for your information and further handling.

REPORTING OFFICER
**Captain William Holmes**
Camp D, D-Team Supervisor

12-2-17
DATE COMPLETED

1:35 AM
TIME COMPLETED

Form C-05-001-W-2
01 January 2009

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Miscellaneous)**

**INSTITUTION: L.S.P.**

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Robert Clark | 611786 | Camp D Falcon2 | 12-2-17 | Approx 1105A |

| LOCATION OF INCIDENT | WITNESSES |
|----------------------|-----------|
| Camp D, Falcon #2 Game Room | None |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

☐ Accidents
  ☐ Employee Accident
  ☐ Offender Accident
  ☐ Vehicle Accident
☐ Contraband
  ☐ Inside Facility
  ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☒ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
  ☐ Routine
    ☐ Staff   ☐ Visitor   ☐ Offender
  ☐ Target
    ☐ Staff   ☐ Visitor   ☐ Offender
☐ Use of Body Camera

☐ Other: Possible Intoxication

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and Approximate time, While I, Capt. W. Holmes we making rounds
Floor 2 Dorm, I observed offender Robert Clark #611786 in Falcon #2 Game Room
sitting at the table unresponsive but breathing. I, Capt. W. Holmes called offender
Robert Clark by his name and offered Robert Clark look up at me and started
swaying back and forth. I, Capt. Holmes immediately called Medical 4
via radio to send me an ambulance to Falcon #2 Dorm and called for a full
of restraints to I, Capt Holmes then placed the restraints on offender Robert c
Shortly after EMT's van. Summons and Lt. Cashio arrived on the van and tran
offender Robert Clark offender Robert Clark was then transported to the
Treatment Center who patrol for further medical evaluation, I was later
advised by Medical Personnel that offender Robert Clark was deemed
Intoxicated. offender Robert Clark was placed in Adm Seg. The Body Came
was used in this incident. Lt. Col. P. Smith was notified of the Incid

Capt. W. Holmes
Captain William Holmes
Camp D / D- Team

DATE COMPLETED: 12-2-17

Approx. 1:35A
TIME COMPLETED

# LOUISIANA STATE PENITENTIARY

## LOCKDOWN REPORT

### OFFENDER REQUEST FOR PORTECTION AND/OR ADMINISTRATIVE REQUEST FOR CUSTODY/QUARTERS REVIEW AND/OR MENTAL HEALTH MANAGEMENT ORDER

OFFENDER: Robert Clark    # 611786    LOCATION: Raven 1 Left

DATE: 11-29-17    TIME: 4:50pm

The above named offender has been placed is Administrative Segregation for the following reasons:

☐ The offender has signed a written request for portection as indicated below.

☐ The offender has enemies in his current area of assignment and has refused to sign a request for protection. A review of custody and/or quarters assignment is requested. Enemies are: _____

☐ Mental Health Management order _____

☑ Other: Asst. Warden Whittaker received two letters stating offender Robert Clark wife was in danger. She attached copies.

By: Lt. Tyrone Kilbourne    My Chad Nu
(Employee Initiating Report)        (Supervisor)

*************************************************************************

### OFFENDER REQUEST FOR PROTECTION

If the offender has *REQUESTED PROTECTION* he must sign below and must make a statement as to the reason(s) for the need for protection.

I am in need of protection for the reasons outlined in the attached statement. I understand that I may be placed in administrative Segregation pending review of my case and that I may be transferred to maximun custody if this is found to be necessary.

NAME _____ DOC # _____
(Offender's Signature)

*************************************************************************

### OFFENDER REQUEST FOR TRANSFER TO MAXIMUN CUSTODY

I hereby request to be transferred to maximun custody for the reasons defined in the attached statement.

NAME _____ DOC # _____
(Offender's Signature)
*************************************************************************

ACTION TAKEN _____ NOB    DISPOSITION Action Taken

DATE: 11-30-17    BY: _____ Mauge mj
NAME AND TITLE

Dear Warden Whitaker.

I. am Writing Yo **RECEIVED** letter
out of fear that someone NOV 27 2017 going
to Jet hurt. For the Past ASST WARDEN CAMB-D weeks
Cell #7 has Been causing a lot
trouble by Picking and having
fights with several inmates,
And Jumping on the Punk
In the cell with him about
mojo. This a every Day
ISSue. Could You
Please help!

A Concern
Inmate

Asst Warden
FYI:

Offender Rober Clark life is in danger of
being killed by several other offenders for
homo sexual games with them. Other offendas
at Camp-D agree and i heard while on the yard
offenders buy hand made Knives.

**RECEIVED**

NOV 27 2017

ASST. WARDEN
CAMP-D

TO:  DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK              MAX
      DOC# 611786         D RAV 1/L D HWK 1/R 0 L 26

DATE: 11/01/2016     November 30, 2017

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|---|--------|---------|--------------|----------|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | CBA L/R |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | C BEAR 4 |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | PINE 2 |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | CBC U/L CBD L/ |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C WOLF 2 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | C TIG 3/L |

**NONE**

LOCKDOWN REVIEW SUMMARY         DATE:OCT 2, 2017

DOC#:611786      NAME: ROBERT  CLARK
LOCATION: D RAV 1/L     ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                    ____ INITIAL CLASSIFICATION
================================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____    WHY:_____
_____

_✓_ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions   ____ Other_____
          ____ Pattern of Violence        _____

____ Continuing Investigation.  By Whom:_____
     For:_____
==============================================================================
REVIEWED BY:_____    _____
          NAME                                 TITLE

          _____
==============================================================================
COMMENTS:



The PREA Assesments have been reviewed on all of the above offenders before
reassignments were made.

Print Form

Form C-01-022-D
26 February 2016

## PREA SCREENING CHECKLIST

### I.    Identifying Data
Offender's Name (Print): Robert Clark                DOC Number: 611786
Reason for Screening: ☐ New Admission   ☑ Regular Review   ☐ Special Referral

### II.    Possible Victim Factors (A – Automatic; B – 2 points each; C – 1 point each)

| # | Factor | Yes/No | Source |
|---|--------|--------|--------|
| A1 | Victim of prison rape or sexual assault? | N | |
| B1 | Physical disability, developmental disability? | N | |
| C1 | Mental disability (LOC 1, 1F, 2, 2F)? | N | |
| C2 | History of past sexual abuse? | N | |
| C3 | First time incarcerated? | N | |
| C4 | Are you, or do others perceive you to be lesbian, gay, bisexual, transgender, intersex or gender non-conforming? | N | |
| C5 | Do you consider yourself vulnerable to sexual assault? | N | |
| C6 | Youthful age – under 18? | N | |
| C7 | Elderly – age 65 or older? | N | |
| C8 | Small/slight physical stature (see instructions)? | N | |
| C9 | Detained solely for civil immigration purposes? | N | |
| C10 | Has an exclusively non-violent criminal history? | N | |
| C11 | Has a previous conviction of a sex offense against an adult or child? | N | |

Automatic ☐              Total Points _____

### III.    Possible Predatory Factors (A – Automatic; B – 1 point each)

| # | Factor | Yes/No | Source |
|---|--------|--------|--------|
| A1 | History of predatory sexual behavior or sexual intimidation in institutional setting? | N | |
| B1 | Current conviction for sex offense against an adult or child? | N | |
| B2 | Prior conviction for sex offense against an adult or child? | N | |
| B3 | Current conviction for non sexual violent offense against an adult or child? | Y | |
| B4 | Prior conviction for non sexual violent offense against an adult or child? | N | |
| B5 | History of institutional violence? (see instructions) | N | |

Automatic ☐              Total Points _____

### IV.    Scored Designation:
☐ HRSV (BLUE) Automatic, or 4 or more pts.
☐ HRSP (RED) Automatic, or 4 or more pts
☐ No significant risk indicated (GREEN)

Override Comments: _____

Warden's Signature for override: _____

**RECEIVED**

**AUG 2 1 2017**

**LSP/RECORDS**

Completed By                              Facility                    Date Completed

Original:    Offender's Medical Record
Copy:      Offender's Master Record

The PREA Assesments have been reviewed on all of the above offenders before any reassignments were made.

EVALUATION SUMMARY
DATE:05/09/2017

DOC #:611786    NAME:ROBERT        CLARK            LOCATION\LEVEL: J CUDA 1

Date of original placement in extended lockdown:

Date of placement at current level:                   4-12-17

Reasons for Original Lockdown:

        Rule Violation                              Incident Report

        Other (explain):

---

                        RESULTS OF EVALUATION

_____ Reasigned to _____

Why? _____

_____ Not Reasigned - Reasons:
        _____ Nature of original reason for lockdown
        _____ Escape risk
        _____ Rule infractions since last evaluation
        _____ Physically dangerous to self or others as evidenced by:
                _____ Serious rule infractions
                _____ Pattern of Violence
                _____ Not Enough Time on Current Level
                _____ Other: (explain) _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMITTEE MEMBERS: _____          _____
                        NAME                            TITLE

                    _P. Bradley_                    _____

                    _Chris Daney, LMSW_             _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:


                                    RECEIVED

                                    JUN 2 0 2017

                                    LSP/RECORDS

The PREA Assesments have been reviewed on all of the above offenders before any reassignments were made.

EVALUATION SUMMARY
DATE:06/07/2017

DOC #:611786    NAME:ROBERT        CLARK        LOCATION\LEVEL: J CUDA 1

Date of original placement in extended lockdown:    4-12-17

Date of placement at current level:

Reasons for Original Lockdown:

       Rule Violation                    Incident Report

       Other (explain):

---

RESULTS OF EVALUATION

_____ Reasigned to    _____

Why? _____

_____ Not Reasigned - Reasons:
       _____ Nature of original reason for lockdown
       _____ Escape risk
       _____ Rule infractions since last evaluation
       _____ Physically dangerous to self or others as evidenced by:
              _____ Serious rule infractions
              _____ Pattern of Violence
              _____ Not Enough Time on Current Level
              _____ Other: (explain)

COMMITTEE MEMBERS:    _____    _____
                   NAME            TITLE

                 F.Brunkton    _____

                 elisDavis, LMSW    _____

---

COMMENTS:

RECEIVED

JUN 2 0 2017

LSP/RECORDS

The PREA Assesments have been reviewed on all of the above offenders before any reassignments were made.

EVALUATION SUMMARY
DATE:04/12/2017

DOC #:611786   NAME:ROBERT            CLARK          LOCATION\LEVEL: J CUDA 3

Date of original placement in extended lockdown:

Date of placement at current level:        1-23-17

Reasons for Original Lockdown:

          Rule Violation                              Incident Report

          Other (explain):

_____

                         RESULTS OF EVALUATION

_____   Reasigned to      L-3

Why? _____

_____   Not Reasigned - Reasons:
          _____  Nature of original reason for lockdown
          _____  Escape risk
          _____  Rule infractions since last evaluation
          _____  Physically dangerous to self or others as evidenced by:
                    _____  Serious rule infractions
                    _____  Pattern of Violence
                    _____  Not Enough Time on Current Level
                    _____  Other: (explain)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMITTEE MEMBERS:    _____       _____
                              NAME                          TITLE

                      P. Bradford

                      x Jessi James, LMSW

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:


                              RECEIVED

                              MAY 0 8 2017

                              LSP/RECORDS

## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary

**JOHN BEL EDWARDS**
Governor



**JAMES M. LE BLANC**
Secretary

To:       Robert Clark #611786
          Camp J Cuda 1/R

Date:     May 3, 2017

Re:       Visiting Suspension

You received a disciplinary report on 11/8/16 that involved illegal drugs, a cell phone, assault on an officer, intoxication or a related charge and found guilty. Your visiting privileges were suspended on 11/8/16 and were tentatively scheduled to be reinstated on 11/16/17. However, you received another disciplinary report on 12/11/16 that involved illegal drugs, a cell phone, assault on an officer, intoxication or a related charge and found guilty. Your visiting privileges were suspended again on 12/11/16 and are tentatively scheduled to be reinstated on 12/13/17.

In accordance with the Adult rules and regulations for adult offenders, I have reviewed your situation and your visiting privileges will not be reinstated at this time due to the seriousness of your disciplinary report. Your visiting status will be reviewed every six months during your suspension to consider reinstatement of your visiting privileges.

You are encouraged to maintain a good conduct record!

Amber Vittorio
ARDC Manager
Classification Department

xc:       Master Prison Record
          Offender Visiting File
          Visiting Suspension file

RECEIVED

MAY 0 4 2017

LSP/RECORD

The PREA Assesments have been reviewed on all of the above offenders before any reassignments were made.

EVALUATION SUMMARY
DATE:03/02/2017

DOC #:611786    NAME:ROBERT        CLARK              LOCATION\LEVEL: J CUDA 3

Date of original placement in extended lockdown:

Date of placement at current level:                  1-23-17

Reasons for Original Lockdown:

          Rule Violation                          Incident Report

          Other (explain):

RESULTS OF EVALUATION

_____  Reasigned to _____

Why? _____

_____  Not Reasigned - Reasons:
              Nature of original reason for lockdown
        _____  Escape risk
        _____  Rule infractions since last evaluation
        _____  Physically dangerous to self or others as evidenced by:
                  _____  Serious rule infractions
                  _____  Pattern of Violence
                  _____  Not Enough Time on Current Level
                  _____  Other: (explain) _____

-------------------------------------------------------------------------
COMMITTEE MEMBERS: _____          _____
                          NAME                               TITLE
                   _____          _____
                   _____          _____
-------------------------------------------------------------------------

COMMENTS:

RECEIVED

MAY 0 2 2017

LSP/RECORDS

The PREA Assesments have been reviewed on all of the above offenders before any reassignments were made.

EVALUATION SUMMARY
DATE:02/01/17

DOC #:611786   NAME:ROBERT          CLARK              LOCATION\LEVEL: J CUDA 3

Date of original placement in extended lockdown:

Date of placement at current level:                    *1-23-16*

.Reasons for Original Lockdown:

          Rule Violation                              Incident Report

          Other (explain):

---

RESULTS OF EVALUATION

_____  Reasigned to _____

Why? _____

_____  Not Reasigned - Reasons:
          _____  Nature of original reason for lockdown.
          _____  Escape risk
          _____  Rule infractions since last evaluation
          _____  Physically dangerous to self or others as evidenced by:
                    _____  Serious rule infractions
                    _____  Pattern of Violence
                    _____  Not Enough Time On Current Level
                    _____  Other: (explain) _____

--------------------------------------------------------------------------

COMMITTEE MEMBERS:    _____       _____
                            NAME                         TITLE

                      _____       _____

                      _____       _____

--------------------------------------------------------------------------

COMMENTS:

RECEIVED

FEB 2 4 2017

LSP/RECORDS

# LOUISIANA STATE PENITENTIARY

RE: _Robert Clark_          DOC#: _611786_

TYPE OF REPORT:          ____ **PROTECTION REPORT**

                         _✓_ **DISCIPLINARY REPORT**

RECEIVED
DEC 22 2016
LSP/RECORDS

NATURE OF REPORT:    _3, 5, , 1, 3, 5_

THE ABOVE NAMED AND NUMBERED OFFENDER APPEARED BEFORE THE
DISCIPLINARY BOARD ON _12-13-16_ .   HE WAS FOUND GUILTY
AND SANCTIONED TO: _Camp J Management Program_ .

_NC_

COMMITTEE'S DECISION: THE TRANSFER TO:

_C-J. Man. Program._ .

REASON FOR THE DECISION: THE VIOLATION FALLS WITHIN THE
ESTABLISHED GUIDELINE FOR THE TRANSFER.

REVIEWED & APPROVED BY:

_[signature]_          DATE: _12-20-16_

_Amber Vittorio_

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: L, S, P

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | December 11, 2016 Approx. 1:56pm | |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Raven 3+4 yard | | |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband, Defiance, Disobedience aggravated | 1, 3, 5 |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above and approximate time I, Capt. Gabriel Hebert responded to beeper activation on Raven Hd. Upon arriving on Raven unit I, observed another offender was out on Raven 3+4 yard. Myself and Lt. Tyrone Kilbourne proceeded to Raven 3+4, once on the yard, we observed offender Robert Clark #611786 was lying on the ground possibly intoxicated. We gave offender Robert Clark #611786 several direct orders to get up to be restrained. After several more orders offender

11. Offender Placed in Adm. Seg. ☑ Yes ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| [signature] Capt | Gabriel Hebert, Captain Camp-D/A-Te |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by | 17. Offender's Signature: |
|---|---|---|---|
| 12/11/16 | 4:10pm | [signature] | Refused to sign |

| 18. Plea by Offender: ☐ Not Guilty ☑ Guilty | 19. Verdict: ☐ Not Guilty ☑ Guilty |
|---|---|

| 20. Date of Hearing: 12-13-16 | 21. Counsel Substitute: Anthony Johnson DOC# 600482 |
|---|---|

22. Motions: _____

23. Reasons for Disposition:
☑ Report is clear and precise.  ☐ Lack of a credible defense/little or no defense.  ☐ Based on his statement.
☐ The officer's version is determined to be more credible than the Offender's.  ☑ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.  ☐ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.  ☐ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other_____

24. Reasons for Sentence:
☑ Seriousness of offense.  ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
          A total of _____ # _____ rule violations since _____.
☐ Other_____

25. Sentence:
Quarters Changes to Camp J

Suspended ☐ _____ Days
Imposed ☑

26. Sentence:
Contra Reports

Suspended ☐ _____ Days
Imposed ☐

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures.

[signature] Col. R. Roll
CHAIRMAN (DISCIPLINARY OFFICER)
[signature]

★★★ TO BE USED AS ADDITIONAL PAGE FOR DISCIPLINARY REPORTS ONLY WHEN NEEDED ★★★

LOUISIANA STATE PENITENTIARY
DISCIPLINARY REPORT

ADDITIONAL PAGE NO. _____2_____

OFFENDER'S
NAME: _Robert Clark_   NUMBER: _611786_

DATE: _12/11/16_   TIME: _1:56 pm_ (Approx.)

===============================================================

Offender Robert Clark #611786 then became combative
by getting up charging and swinging at us, Myself
and Lt. Tyrone Kilbourne took offender Robert
Clark #611786 to the ground and had to physically
put restraints on him. Upon putting restraints on
Offender Robert Clark #611786, I did a pat search,
in his right front pocket I found a little plastic
ball containing a green leafy substance. Offender
Robert Clark #611786 was then escorted to Hawk
1R to be placed in Adm. Seg. Assistant Warden
Joseph Lamartiniere, Assistant Warden Chad Menzina
Duty Warden Tim Delaney, Assistant Warden
Lacy Vittorio and Major Leon Jenkins were notified
The green leafy substance was turned over
to investigation services (Lt.Col. Eli Wilson) and
tested positive for 0.7 grams of synthetic
Marijuana. Myself, Lt Tyrone Kilbourne and
offender Robert Clark #611786 were sent to the
treatment center. This is for your information
and further handling.

COPY GIVEN TO INMATE BY:
_8/ Refused to Sign_

REPORTING OFFICER:
_[signature]_

A15-16-L-2007

# CRIME SCENE SEARCH
## EVIDENCE REPORT

Name of Subject Robert, Clark #611786

Offense Contraband

Date of Incident 12/11/16   Time 2:10   am/pm

Search Officer Capt. Gabriel Rebeat

Evidence Description 1 small package with

Green leafy substance

Location Rover 3/4 yard.

## CHAIN OF POSSESSION

Received From Rebeat, Capt

By Major Jean Jenkins

Date 12/11/16   Time 2:13   am/pm

Received From Major Jean Jenkins

By M. Celibert, Kcrt

Date 12/11/16   Time 3:40   am/pm

Received From _____

By _____   Time _____ am/pm

Date _____

12·11·2016  17:31



12.11.2016 17:30

PAGE 1 OF

TO: DISCIPLINARY BOARD

FROM:

RE: ROBERT CLARK                    MAX
    DOC# 611786          D RAV 4/L D HWK 1/R 0 L 28

DATE: 11/01/2016       December 12, 2016

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|---------------------------|------------------|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | CBB L/R  CBD L/ |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | CBA U/L |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | C TIG 4/L |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1  CBB U/ |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | CBB L/L |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | J GTR 1/L |
| | | NONE | | | |

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

Hwk/R

**INSTITUTION:** LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 12-11-16 | 13:56 |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Raven 3+4 yArd | Line 28 | RAven 3 R |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Defiance, Aggravated D.S. | 3 + 5 |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approx. time while I Lt. Tymre Kilburne was responding to a bugger on Raven 1+2 yard. Upon my arrival I Lt. Kilburne and Capt. Herbert notice offender Robert Clark #611786 laying on the ground on Raven 3+4 yard. Myself an Capt. Herbert went to offender Clark #611786, and gave him several direct verbal orders to get up in which he flatly refused. Offender Clark #611786 appeared to be intoxicated. Offender Clark #611786 then got up and complied with my orders. I Lt. Kilburne then proceeded to place offender Clark #611786 in handcuffs at this time he became Combative taking a swing at me and charging

11. Offender Placed in Adm. Seg. [X] Yes [ ] No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| | Tymre Kilburne CT CAMP D |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 12-11-46 | 3:00 P | TK | refused to sign |

| 18. Plea by Offender: [ ] Not Guilty [✓] Guilty | 19. Verdict: [ ] Not Guilty [✓] Guilty |
|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: Anthony Johnson |
|---|---|
| 12-13-16 | DOC# 600482 |

22. Motions: _____

23. Reasons for Disposition:
[✓] Report is clear and precise.  [ ] Lack of a credible defense/little or no defense.  [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the Offender's.  [✓] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report.  [ ] The Offender presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.  [✓] Plea bargain.
[ ] The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
[ ] Other_____

24. Reasons for Sentence:
[✓] Seriousness of offense.  [ ] The need to protect the institution, employees, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
A total of _____ # _____ rule violations since _____
[ ] Other_____

25. Sentence:    Quarters Changes to Camp J      Suspended [ ] _____ Days
                                                Imposed [✓]

26. Sentence:    Custody Reports                Suspended [ ] _____ Days
                                                Imposed [ ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures

CHAIRMAN (DISCIPLINARY OFFICER)



★★★ TO BE USED AS ADDITIONAL PAGE FOR DISCIPLINARY REPORTS ONLY WHEN NEEDED ★★★

LOUISIANA STATE PENITENTIARY
DISCIPLINARY REPORT

ADDITIONAL PAGE NO. _____1_____

OFFENDER'S
NAME: Robert Clark     NUMBER: 611786

DATE: 12-11-16     TIME: (Approx.) 1356

===============================================================

myself and Capt Herbert we than took offender Clark # 611786
to the ground to gain Control of situation one offender Clark
611786 was taking to ground and control was gain handcuffs was
placed on offender. Major Jenkins was advised of situation
offender was placed in holding cell

COPY GIVEN TO INMATE BY:

_____

REPORTING OFFICER:

_____

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK              MAX
      DOC# 611786        D RAV 4/L D HWK 1/R 0 L 28

DATE: 11/01/2016        December 12, 2016

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|---------------------------|------------------|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | CBB L/R **CBD L/** |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | CBA U/L |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | C TIG 4/L |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 **CBB U/** |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | CBB L/L |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | J GTR 1/L |

NONE



# *Louisiana State Penitentiary*

*Legal Programs Department*

## *MEMORANDUM*

*DATE:*    *12/15/2016*

*TO:*    *Unit Wardens, Classification, Inmate Records, Front Gate Visiting, "A" Building Visiting, ROBERT CLARK - 611786 - D RAV 4/L*

*FROM:*    *Trish Foster, Legal Programs Director*

*SUBJECT:*    *Visiting Suspension*
    *ROBERT CLARK - 611786 - D RAV 4/L*
    *Physical Location:*    **D HWK 1/R 0**

*The above named offender appeared before the Disciplinary Board on* **12/13/2016** *regarding a rule violation on* **12/11/2016** *which involved cellphones, cellphone accessories, illegal drugs, intoxication or assault on staff.*

*Pursuant to Unit Specific Posted Policies #007 and #030, an administrative suspension of visiting privileges is being imposed. All visits with the exception of the offender's attorney or members of the attorney's staff and his religious advisor are prohibited during the period of this suspension. This suspension is effective from:*

## **12/11/2016 to 12/13/2017**

*Please mark your records accordingly. If you have any questions, please contact the Legal Programs Department.*

RECEIVED
DEC 1 5 2016
LSP/RECORDS



# *Louisiana State Penitentiary*

*Legal Programs Department*

## *MEMORANDUM*

*DATE:*     *12/15/2016*

*TO:*       *Unit Wardens, Classification, Inmate Records, Front
            Gate Visiting, "A" Building Visiting,
            ROBERT CLARK - 611786 - D RAV 4/L*

*FROM:*     *Trish Foster, Legal Programs Director*

*SUBJECT:*  *Visiting Suspension*
            *ROBERT CLARK - 611786 - D RAV 4/L*
            *Physical Location:*   **D HWK 1/R 0**

*The above named offender appeared before the Disciplinary Board on*  **12/13/2016**
*regarding a rule violation on*  **12/11/2016**   *which involved cellphones,
cellphone accessories, illegal drugs, intoxication or assault on staff.*

*Pursuant to Unit Specific Posted Policies #007 and #030, an administrative suspension
of visiting privileges is being imposed. All visits with the exception of the offender's
attorney or members of the attorney's staff and his religious advisor are prohibited
during the period of this suspension. This suspension is effective from:*

## **12/11/2016 to 12/13/2017**

*Please mark your records accordingly. If you have any questions, please contact the
Legal Programs Department.*

RECEIVED
DEC 1 5 2016
LSP/RECORDS

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: L.S.P.

HWK1/R

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | December 11, 2016 | Approx. 1:56pm |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Raven 3+4 yard | | |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband, Defiance, Disobedience aggravated | 1, 35 |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above and approximate time I, Capt. Gabriel Hebert responded to beeper activation on Raven Hd. Upon arriving on Raven unit I, observed another offender was out on Raven 3+4 yard. Myself and Lt. Tyrone Kilbourne proceeded to Raven 3+4, once on the yard, we observed offender Robert Clark #611786 was lying on the ground possibly intoxicated. We gave offender Robert Clark #611786 several direct orders to get up to be restrained. After several more orders offen

11. Offender Placed in Adm. Seg. ☑ Yes ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Hebert, Capt | Gabriel Hebert, Captain Camp-O/A Tea |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by | 17. Offender's Signature: |
|---|---|---|---|
| 12/11/16 | 4:10pm | | Refused to sign |

| 18. Plea by Offender: ☐ Not Guilty ☑ Guilty | 19. Verdict: ☐ Not Guilty ☑ Guilty |
|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: Anthony Johnson |
|---|---|
| 12-13-16 | DOC# 600487 |

22. Motions: _____

23. Reasons for Disposition:

☑ Report is clear and precise.　☐ Lack of a credible defense/little or no defense.　☐ Based on his statement.

☐ The officer's version is determined to be more credible than the Offender's.　☑ Pled guilty/accepted guilty plea.

☐ Only defense is denying contents of report.　☐ The Offender presented no evidence to refute the charges.

☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.　☐ Plea bargain.

☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.

☐ Other

24. Reasons for Sentence:

☑ Seriousness of offense.　☐ The need to protect the institution, employees, or other.

☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.

A total of _____ # _____ rule violations since _____

☐ Other _____

25. Sentence:
Quarters Change to Camp J

Suspended ☐ _____ Days
Imposed ☑

26. Sentence:
Contraband Reports

Suspended ☐ _____ Days
Imposed ☐

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER) Col. R. Rett

MEMBER Courtney Sloan

★★★ TO BE USED AS ADDITIONAL PAGE FOR DISCIPLINARY REPORTS ONLY WHEN NEEDED ★★★

LOUISIANA STATE PENITENTIARY
DISCIPLINARY REPORT

ADDITIONAL PAGE NO. _____2_____

OFFENDER'S NAME: _Robert Clark_     NUMBER: _611786_

DATE: _12/11/16_     Approx. TIME: _1.56 pm_

Offender Robert Clark #611786 then became combative by getting up charging and swinging at us. Myself and Lt. Tyrone Kilbourne took offender Robert Clark #611786 to the ground and had to physical put restraints on him. Upon putting restraints on Offender Robert Clark #611786, I did a pat search, in his right front pocket I found a little plastic ball containing a green leafy substance. Offender Robert Clark #611786 was then escorted to the IR to be placed in Adm. Seg. Assistant Warden Joseph Lamartiniere, Assistant Warden Chad Menzina Duty Warden Tim Delaney, Assistant Warden Ray Vittorio and Major Leon Jenkins were notified. The green leafy substance was turned over to Investigation services (Lt. Col. Eli Wilson) and tested positive for 0.7 grams of synthetic marijuana. Myself, Lt Tyrone Kilbourne and offender Robert Clark #611786 were sent to the treatment center. This is for your information and further handling.

COPY GIVEN TO INMATE BY:
8/ Refused to sign

REPORTING OFFICER:
8/ [signature] Cpl

A15-16-L-2001

## CRIME SCENE SEARCH
### EVIDENCE REPORT

Name of Subject Robert Clark #611786

Offense Contraband

Date of Incident 12/11/16    Time 2:10    am/pm

Search Officer Capt. Gabriel Rebout

Evidence Description 1 Small package with

Green leafy substance

Location Raven 3/4 yard

### CHAIN OF POSSESSION

Received From Rebout, Capt

By Major Leona Jenkins

Date 12/11/16    Time 2:13    am/pm

Received From Major Leona Jenkins

By Lt. Colbert Wilt

Date 12/11/16    Time 3:40    am/pm

Received From _____

By _____    Time _____    am/pm

Date _____

No. ZTE10



12.11.2016 17:30

TO.: DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK          MAX
      DOC# 611786           D RAV 4/L D HWK 1/R 0 L 28

DATE: 11/01/2016      December 12, 2016

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|---|---|---|---|---|---|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | CBB L/R CBD L/ |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | CBA U/L |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | C TIG 4/L |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 CBB U/ |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | CBB L/L |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | J GTR 1/L |
| | | NONE | | | |

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

HWK C1/R

INSTITUTION: LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 12-11-16 | 13:56 |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Raven 3+4 yard | Line 28 | Raven 3 R |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Defiance, Aggravated D.S. | 3 + 5 |

**10. Description of Incident** (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approx. time while I Lt. Tyrone Kilbourne was responding to a bigger on Raven 1 + 2 yard. Upon my arrival I Lt Kilbourne and Capt. Herbert noticed offender Robert Clark # 611786 laying on the ground on Raven 3+4 yard. Myself and Capt. Herbert went to offender Clark # 611786 and gave him several direct verbal orders to get up in which he flatly refused. Offender Clark # 611786 appeared to be intoxicated. Offender Clark # 611786 then got up and complied not my orders. I Lt. Kilbourne then proceeded to place offender Clark # 611786 in handcuffs at this time he became combative taking a swing at me and charging

**11. Offender Placed in Adm. Seg.** ☒ Yes  ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| | Tyrone Kilbourne   Lt  Camp D |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 12-11-16 | 3:00 P | TK | refused to sign |

| 18. Plea by Offender: ☐ Not Guilty  ☒ Guilty | 19. Verdict: ☐ Not Guilty  ☒ Guilty |
|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: Anthony Johnson |
|---|---|
| 12-13-16 | DOC# 600482 |

**22. Motions:**

**23. Reasons for Disposition:**
☒ Report is clear and precise.  ☐ Lack of a credible defense/little or no defense.  ☐ Based on his statement.
☐ The officer's version is determined to be more credible than the Offender's.  ☒ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.  ☐ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.  ☒ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

**24. Reasons for Sentence:**
☒ Seriousness of offense.  ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
A total of _____ # _____ rule violations since _____
☐ Other

**25. Sentence:**
Quarters Changed to Camp J
Suspended ☐ _____ Days
Imposed ☐

**26. Sentence:**
Counselor Reports
Suspended ☐ _____ Days
Imposed ☐

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER



LOUISIANA STATE PENITENTIARY
DISCIPLINARY REPORT

ADDITIONAL PAGE NO. _____1_____

OFFENDER'S NAME: Robert Clark    NUMBER: 611786

DATE: 12-11-16    TIME (Approx.): 1356

===================================================================

Myself and Capt Herbert we than took offender Clark # 611786 to the ground to gain control of situation one offender Clark 611786 was taking to ground and control was gain handcuffs was placed on offender. Major Jenkins was advised of situation offender was placed in holding/??

COPY GIVEN TO INMATE BY:

REPORTING OFFICER: