TO:    DISCIPLINARY BOARD

FROM:

RE:    ROBERT CLARK                    MAX
       DOC# 611786        D RAV 4/L D HWK 1/R 0 L 28

DATE: 11/01/2016        December 12, 2016

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|---------------------------|-------------------|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | CBB L/R **CBD L/** |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | CBA U/L |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | C TIG 4/L |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 **CBB U/** |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | CBB L/L |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | J GTR 1/L |

**NONE**



# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

## INSTITUTION: LOUISIANA STATE PENITENTIARY / CAMP D

| NAME Robert Clark | NUMBER 611786 | DORM OR CELLBLOCK Raven 4 left 4 | DATE OF INCIDENT 12/11/2016 | TIME OF INCIDENT 1:56 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT Raven 3&4 yard | | WITNESSES Captain Gabriel Hebert, Lt. Tyrone Kilbourne | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured in Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team/Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike – Individual
- ☐ Hunger Strike – Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation – Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Warden
- ☐ Use of Body Camera

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☒ Assault With No Significant Injury
  - ☒ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☐ Use of Force
  - ☐ Immediate
  - ☐ Planned
  - ☐ Chemical Agents on Single Offender
  - ☐ Use of Taser
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☐ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike
- ☐ Use of Body Camera

RECEIVED

DEC 13 2016

LSP/RECORDS

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time I, Capt. Gabriel Hebert responded to beeper activation on Raven 1&2. Upon arriving on Raven unit, I, observed another offender was laying out on Raven 3&4 yard. Myself and Lt. Tyrone Kilbourne proceeded to Raven 3&4. Once on the yard, we observed offender Robert Clark #611786 lying on the ground possibly intoxicated. We gave offender Robert Clark #611786 several direct orders to get up to be restrained. After several more orders, offender Robert Clark #611786 then became combative by getting up charging and swinging at us. Myself and Lt. Tyrone Kilbourne took offender Robert Clark #611786 to the ground and had to physically put restraints on him.

REPORTING OFFICER

DATE COMPLETED 12/11/16

TIME COMPLETED 3:35pm

UOR/Page 2

| NAME<br>Robert Clark | NUMBER<br>611786 | DORM OR CELLBLOCK<br>Raven 4 left 4 | DATE OF INCIDENT<br>12/11/2016 | TIME OF INCIDENT<br>12/11/2016 |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Raven 3&4 yard | | WITNESSES<br>Captain Gabriel Hebert, Lt. Tyrone Kilbourne | | |

**(Description of Incident Continued)**

Upon putting restraints on offender Robert Clark #611786 I did a pat search of his right front pocket, and found a little plastic ball containing a green leafy substance. Offender Robert Clark #611786 was then escorted to Hawk 1 right to be place in adm. seg. Assistant Warden Joseph Lamartiniere, Assistant Warden Chad Mezina, Duty Warden Tim Delaney, Assistant Warden Ray Vittorio and Major Jenkins were notified. the green leafy substance was turned over to investigative services (Lt. Col. Eli Wilson) and tested positive for .7 grams of synthetic marijuana. Myself, Lt. Tyrone Kilbourne and offender Robert Clark #611786 were sent to the treatment center. This is for your information and further handling.

REPORTING OFFICER

DATE COMPLETED
12/11/16

TIME COMPLETED
3:35pm

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

$\mu V$

### INSTITUTION: Louisiana State Penitentiary

| NAME Robert Clark | number 611786 | DORM OR CELLBLOCK Raven 3-4 yard | DATE OF INCIDENT 12-11-2016 | TIME OF INCIDENT Approx.13:56 |
|---|---|---|---|---|

| LOCATION OF INCIDENT Raven yard 3-4 | WITNESSES: Capt. Hebert |
|---|---|

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured in Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team/Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike – Individual
- ☐ Hunger Strike – Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation – Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Warden

RECEIVED

DEC 13 2016

LSP/RECORDS

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☐ Use of Force
  - ☐ Immediate
  - ☐ Planned
  - ☐ Chemical Agents on Single Offender
  - ☐ Use of Taser
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☐ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☐ Individual Hunger Strike

* Copy to Investigations

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approx. time while I Lt.Tyrone Kilbourne was responding to a beeper on raven I-2 yard. Upon my arrival I Lt. Kilbourne and Capt. Hébert noticed offender Robert Clark#611786 laying on the ground on raven 3-4 yard, myself and Capt. Hebert went to offender Clark #611786 and gave him several direct verbal orders to get up in which he flatly refused. Offender Clark#611786 appeared to be intoxicated, offender Clark#611786 than got up and complied for my orders. I Lt.Kilbourne than proceeded to place offender in handcuffs, at this time he became combative taking a swing at me and charging myself and Capt. Hebert then took offender Clark#611786 to the ground to gain control of situation once offender Clark#611786 was taken to the ground and control was gained handcuffs were placed on offender. Asst.Warden J.Lamartieiere,Asst.Warden Menzina duty Warden Delaney Asst.warden R.Vittorio and Major Jenkins were all notified offender was sent to treatment center to been seen by medical

Tyrone Albourne
REPORTING OFFICER

12-11-2016
DATE COMPLETED

13.00 pm
TIME COMPLETED



# *Louisiana State Penitentiary*

## *Legal Programs Department*

### *MEMORANDUM*

*DATE:*      *12/1/2016*

*TO:*        *Unit Wardens, Classification, Inmate Records, Front*
             *Gate Visiting, "A" Building Visiting,*
             *ROBERT CLARK - 611786 - D RAV 3/R*

*FROM:*      *Trish Foster, Legal Programs Director*

*SUBJECT:*   *Visiting Suspension*
             *ROBERT CLARK - 611786 - D RAV 3/R*
             *Physical Location:*

*The above named offender appeared before the Disciplinary Board on* **11/16/2016**
*regarding a rule violation on* **11/8/2016**      *which involved cellphones,*
*cellphone accessories, illegal drugs, intoxication or assault on staff.*

*Pursuant to Unit Specific Posted Policies #007 and #030, an administrative suspension*
*of visiting privileges is being imposed. All visits with the exception of the offender's*
*attorney or members of the attorney's staff and his religious advisor are prohibited*
*during the period of this suspension. This suspension is effective from:*

### **11/8/2016 to 11/16/2017**

*Please mark your records accordingly. If you have any questions, please contact the*
*Legal Programs Department.*

RECEIVED
DEC 0 1 2016
LSP/RECORDS

9-25-09

Department Regulation NO. B-05-001
Department Regulation NO. B-05-003

## Louisiana State Penitentiary
## IMPOSITION OF RESTITUTION

*& corrected Copy &*

| TO: | OFFENDER BANKING |
|---|---|
| FROM: | DISCIPLINARY OFFICE |
| DATE: | 11-29-16 |
| RE: | OFFENDER'S NAME: Robert Clark | DOC# 611786 | LOCATION Raw 3 R AWK |

The above offender was found guilty of a disciplinary violation through a formal

administrative hearing on __11-2-16__ and, in accordance with Department Regulation

NO. B-05-003, the Disciplinary Board assessed restitution in the amount of

$ __0__ for __Medical__ .

Please take the necessary steps to withdraw the stipulated amount from the offenders
account.

*Laney Foster, Msgt*

RECEIVED

NOV 3 0 2016

LSP/RECORDS

DISCIPLINARY OFFICE

cc:    Offender Records
Offender – According to LSP Directive 02.014 you have 5 days upon receipt of this notice to
appeal the amount.

REVISED 2-31-11

LOUISIANA STATE PENITENTIARY
REQUEST FOR RESTITUTION

RECEIVED

NOV 0 3 2016

LSP

| OFFENDER'S NAME | DOC# | DATE OF HEARING: ☐ WARDEN/MEDICAL |
|---|---|---|
| Robert Clark | 611786 | 11-2-16 |

| REPORT DATE (S): | RULE NUMBER (S) |
|---|---|
| 10-31-16 | 0 |

DISCIPLINARY BOARD CHAIRMAN:

MAjor William Rosso

INDIVIDUAL TO WHOM CASE IS TO BE REFERRED FOR DETERMINATION OF COST:

☑ ASSISTANT WARDEN/MEDICAL SERVICES

☐ BUSINESS OFFICE

☐ OTHER _____

RETURN COMPLETED FORM TO THE DB OFFICE BY: _____

| ITEMS OF WHICH RESTITUTION IS PROPOSED | COST |
|---|---|
| medical - OWM | |
| medical for Robert Clark #611786 | |
| ~ refused treatment | Ø |
| | |
| Medical for Anthony Frederick #73 | |
| ~ Acrolinical | |
| ~ ~ | |
| | Total # |

TOTAL COST TO BE CHARGED FOR RESTITUTION:



BY: _____    DATE: _____



MUST BE COMPLETED AND RETURNED TO THE DB
OFFICE WITH 5 DAYS OF RECEIPT BY YOUR
DEPARTMENT.

LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION LSP

| Name of Inmate | 2. Number | Date of Incident | Time |
|---|---|---|---|
| Robert Clark | 611786 | 10-31-16 | Approx 5:40 p.m. |
| Place of Incident | 6. Job Assignment (Inmate) | Housing Assignment | |
| CBB upper left | Idle | CBD L/L # 5 | |
| 8. Rule Violated | | Item Number | |
| Simple Fight | | #10 | |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence, & disposition, immediate action including use of force"; use other side if necessary)

On the above date and approx. time I, Lieutenant Elliot Beauchamp was notified by Control Center via radio of a beeper being activated on CBB Unit. A short time later after arriving on the unit I, Lieutenant Beauchamp was informed by Cadet Frank Lindsey that he observed Offender Anthony Hardaway #98121 with blood on the left side of his lip and Offender Robert Clark #611786 with blood on the front of his jumpsuit I, Lieutenant Elliot Beauchamp immediately went to the Upper Left tier and had Offender Anthony Hardaway #98121 restrained and escorted to the Lower Right shower. After talking to both offenders they both admitted to being involved in a physical altercation.

| 11. Inmate Placed in Admin Seg. | X | YES | | NO |
|---|---|---|---|---|

12. Signature of reporting employee
Elliot Beauchamp

13. Name, Title, Assignment (Print)
Elliott Beauchamp, Lt., MP Cellblocks D-Team

| 14. Date of Report | 15. Time of Report | 16. Report Read by Offender | Time |
|---|---|---|---|
| 10-31-16 | 11:25 p.m. | By Whom (Print) Lt. E. Beauchamp | |

| 18. Plea (Inmate) | Not Guilty | Guilty | PLEA (Judge) | Not Guilty |
|---|---|---|---|---|

20. Date Heard
11/02/2016.

21. Counsel Substitute (Print)
DOC # 343052  LAwrence KeLLy

22. Verdict

23. Plea and/or Disposition
☑ Reporter clear and precise.    ☐ Lack of credible defense in evidence.    ☐ Lowest level justifiable action
☐ The officer's version is determined to be more credible than the inmate's.    ☐ Accused guilty accepted, guilty plea
☐ Truly defense is driving contents of report.    ☐ The inmate presented no evidence to refute the charges
☐ The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    ☐ Dismissed
☐ The inmate's declaration led the board to believe that the inmate's testimony was untrue.
☐ Other

24. Reason for Sentence
☑ Seriousness of offense    ☐ The need to protect the institution, employee, or other
☐ Poor Conduct record:  A total of _____ rule violation(s), A total of _____ Schedule B violations since _____
                          A total of _____ # _____ rule violations since _____

☐ Other _____

Sentence: Restitution for own Medical

| Suspended | | Date |
| Imposed | |

6 weeks loss of telephone priviledges

| Suspended | | Date |
| Imposed | |

25. DISCIPLINARY BOARD
Cost to be imposed for any property loss, damage or medical expense occasioned through the fault of an inmate, where an accompanying loss, damage, or medical expenses also is found, guilty through the disciplinary process and nothing else applies, as the offender set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN, DISCIPLINARY OFFICER
MEMBER



R 9-25-09

Department Regulation NO. B-05-001
Department Regulation NO. B-05-003

## Louisiana State Penitentiary
## IMPOSITION OF RESTITUTION

| TO: | OFFENDER BANKING | | |
|---|---|---|---|
| FROM: | DISCIPLINARY OFFICE | | |
| DATE: | 11-16-16 | | |
| RE: | OFFENDER'S NAME:<br>Robert Clark | DOC#<br>611786 | LOCATION<br>nwkllR |

The above offender was found guilty of a disciplinary violation through a formal

administrative hearing on __11-2-16__ and, in accordance with Department Regulation

NO. B-05-003, the Disciplinary Board assessed restitution in the amount of

$ __50⁰⁰__ for __medical__ .


Please take the necessary steps to withdraw the stipulated amount from the offenders
account.

Laney Foster, Msgt

Laney Foster, Msgt.
DISCIPLINARY OFFICE

**RECEIVED**
NOV 17 2016
LSP/RECORDS

cc:     Offender Records
        Offender – According to LSP Directive 02.014 you have 5 days upon receipt of this notice to
        appeal the amount.

REVISE 1-21-11

LOUISIANA STATE PENITENTIARY
REQUEST FOR RESTITUTION

**RECEIVED**

NOV 0 3 2016

LSP

| OFFENDER'S NAME | DOC# | DATE OF HEARING ASST WARDEN/MEDICAL |
|---|---|---|
| Robert Clark | 611786 | 11-2-16 |

| REPORT DATE (S): | RULE NUMBER (S) |
|---|---|
| 10-31-16 | O |

DISCIPLINARY BOARD CHAIRMAN:

MAJor William Rosso

INDIVIDUAL TO WHOM CASE IS TO BE REFERRED FOR DETERMINATION OF COST:

☑ ASSISTANT WARDEN/MEDICAL SERVICES

☐ BUSINESS OFFICE

☐ OTHER _____

RETURN COMPLETED FORM TO THE DB OFFICE BY: _____

| ITEMS FOR WHICH RESTITUTION IS IMPOSED | COST |
|---|---|
| medical | |
| medical for Robert Clark #611786 | |
| ⁓ refused treatment | ∅ |
| | |
| | |
| Medical for Anthony Hardaway # 98121 | |
| ⁓ Assessment + treatment | $25.00 |
| ⁓ X-ray | 25.00 |
| | |
| Total | $50.00 |
| TOTAL COST TO BE CHARGED FOR RESTITUTION | |

BY: _____  DATE: _____

MUST BE COMPLETED AND RETURNED TO THE DB
OFFICE WITH 5 DAYS OF RECEIPT BY YOUR
DEPARTMENT.



LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION E.S.P. ANGOLA

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 10-31-16 | Approx.5:40 p.m. |
| 5. Place of Incident | 6. Job Assignment (Inmate) | | Housing Assignment |
| CBB upper left | Idle | | CBD C/L # 8 |
| 8. Rule Violated | | 9. Rule Number | |
| Simple Fight | | #10 | |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and approx. time I, Lieutenant Elliot Beauchamp was notified by Control Center via radio of a beeper being activated on CBB Unit. A short time later after arriving on the unit I, Lieutenant Beauchamp was informed by Cadet Frank Lindsey that he observed Offender Anthony Hardaway #98121 with blood on the left side of his lip and Offender Robert Clark #611786 with blood on the front of his jumpsuit I, Lieutenant Elliot Beauchamp immediately went to the Upper Left tier and had Offender Anthony Hardaway #98121 restrained and escorted to the Lower Right shower. After talking to both offenders they both admitted to being involved in a physical altercation.

| 11. Inmate Placed in Admin. Seg. | X | YES | | NO | |
|---|---|---|---|---|---|

| 12. Signature of reporting employee | | 13. Name, Title, Assignment (Print) |
|---|---|---|
| *Elliott Beauchamp* | | Elliott Beauchamp, Lt., MP Cellblocks D-Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to the above inmate by: | 17. Inmate's Signature |
|---|---|---|---|
| 10-31-16 | 11:25 p.m. | Lt. E. Beauchamp | |

| 18. Plea by Inmate: | Not Guilty | | Guilty | 19. Verdict: | Not Guilty | |
|---|---|---|---|---|---|---|

| 20. Date / Hearing | | 21. Counsel Substitute | |
|---|---|---|---|
| 11/02/2016, | | DOC# 343052 LAwrence Kelly | |

22. Motions

23. Reasons for Disposition:
[✓] Report is clear and precise.    [ ] Lack of credible defense little or no defense    [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.    [✓] Plea guilty accepted guilty plea.
[ ] Only defense is denying contents of report.    [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's    [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

24. Reasons for Sentence:
[ ] Seriousness of offense.    [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____

[ ] Other _____

25. Sentence *Restitution for own Medical*    Suspended [ ] _____ Days
Imposed [ ]

26. Sentence: *6 weeks loss of telephone privlds*    Suspended [ ] _____ Days
Imposed [ ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: L.S.P.    HWK1R    NE

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 11-8-16 | 7:15 AM |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Raven-1-Lobby | Line-28 | Raven 3R-8 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband | #2 |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approximate time while I, Msgt Wilson was shaking down offender Robert Clark #611786 laundry bag prior to giving it to him on Raven 3, I, Msgt Wilson found 1 Verizon cellphone and charger. Major Jenkins, LT Aymond Capt. Duncan and LT Kilbourne were on the unit at the time making rounds.

11. Offender Placed in Adm. Seg. [✓] Yes [ ] No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| MSgt Nikki Wilson | MSgt NIKKI WILSON Raven 2 |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 1-8-16 | 1730 AM | NW | Refused to sign |

| 18. Plea by Offender: | 19. Verdict: |
|---|---|
| [✓] Not Guilty [✓] Guilty | [ ] Not Guilty [✓] Guilty |

| 20. Date of Hearing: | 21. Counsel Substitute: DOC# 11799 | Eric Hinton |
|---|---|---|
| 11/10/16  11/16/16 | | |

22. Motions: _____ 11-10-16 Improper Hearing

23. Reasons for Disposition:
[✓] Report is clear and precise. [ ] Lack of a credible defense/little or no defense. [ ] Based on his statement.
[✓] The officer's version is determined to be more credible than the Offender's. [ ] Pled guilty/accepted guilty plea.
[✓] Only defense is denying contents of report. [ ] The Offender presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the Offender's. [✓] Plea bargain.
[ ] The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
[ ] Other _____

24. Reasons for Sentence:
[✓] Seriousness of offense. [ ] The need to protect the institution, employees, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____
[ ] Other _____

RECEIVED
NOV 17 2016
LSP/RECORDS

25. Sentence: Reduced chrge to CqJ Mmy Prv    Suspended [✓] 90 Days    Imposed [ ]

26. Sentence: Loss 12 wekb skp    Suspended [ ] _____ Days    Imposed [ ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN/DISCIPLINARY OFFICER

MEMBER

# LOUISIANA STATE PENITENTIARY
## INVESTIGATIVE SERVICES

**DATE OF INCIDENT:** November 8, 2016

**INVESTIGATOR:** Lieutenant Cameron Miller

**OFFENDER NAME:** Robert Clark

**DOC #:** 611786

**HOUSING:** Camp D Raven 1

**REASON:** Contraband

**DESCRIPTION:** Cell phone and charger

**WEIGHT:** N/A

**TEST USED:** N/A

**RESULTS:** Contraband



Lieutenant Cameron Miller
Investigator's Signature

RECEIVED

NOV 14 2016

Disciplinary Office
LSP

**Form B-05-001-B**
**20 August 2013**

## DISCIPLINARY COURT MOTIONS

Offender's Name & DOC #: Robert Clark # 611786

Rule # Date of RVR: # 1    11-8-16

**Motion to Face Accuser:**
☐ Repetitious                          ☐ Not Relevant                    ☐ Other
☐ Poses Substantial Risk or Danger     ☐ Undue Burden on Institution

Explanation: _____

_____

_____

**Motion to Call Witnesses:**
☐ Repetitious                          ☐ Not Relevant
☐ Poses Substantial Risk or Danger     ☐ Undue Burden on Institution

Explanation: _____

_____

_____

Stipulated Testimony: _____

_____

_____

**Motion to Continue:**
☐ Inadequate Notice                    ☐ Retain Counsel        ☐ Charge Amended
☐ Further Investigation Warranted      ☐ Board member involved in the investigation

Explanation: 24 hrs to prepare for a defense and

for a copy of the report

Danitd Box 16

**Other Motions:** _____

**Decision & Explanation of Ruling:** _____

_____

_____

TO:  DISCIPLINARY BOARD

FROM:

RE:    ROBERT CLARK              MAX
       DOC# 611786         D RAV 3/R D HWK 1/R 0 L 28

DATE: 11/01/2016      November 9, 2016

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|----------------------------|------------------|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | CBB L/R CBD L/ |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | CBA U/L |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | C TIG 4/L |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L C TIG |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | C JAG 1/L C TIG |

NONE

Form C-05-001-W-2
15 July 2011

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Miscellaneous)

INSTITUTION: Louisiana State Penitentiary

| NAME Robert Clark | NUMBER 611786 | DORM OR CELLBLOCK Camp-D Raven 3R 9 | DATE OF INCIDENT 11/08/16 | TIME OF INCIDENT Approx. 7:20am |
|---|---|---|---|---|
| LOCATION OF INCIDENT Camp-D Raven 1 Left Lobby | | WITNESSES N/A | | |

TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
    ☐ Employee Accident
    ☐ Offender Accident
    ☐ Vehicle Accident
☒ Contraband
    ☒ Inside Facility
    ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☐ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☒ Shakedowns
    ☒ Routine
        ☐ Staff ☐ Visitor ☐ Offender
    ☐ Target
        ☐ Staff ☐ Visitor ☒ Offender
☐ Use of Tact Team and Chase Team as outside assistance

☐ Other:

DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

*On the above date and approximate while I, Lt. Gary Aymond was making rounds on Raven 1 and 2 when MSgt. Nikki Wilson notified me Lt. Aymond that she found a Verizon touch screen cellphone and charger in offender Robert Clark # 611786 property. I Lt. Aymond received the cell phone and charger, and turned it over to Investigation services Lt. Miller. Deputy warden Bruce Dodd , Duty Investigator Lt. Miller, and AW Boeker, Lt. Col Franklin and Major Jenkins were notified of this incident.*

RECEIVED
NOV 09 2016
LSP/RECORDS

REPORTING OFFICER
Lieutenant Gary Aymond

DATE COMPLETED 11-8-16

TIME COMPLETED 9:10

Form C-05-001-W-2
15 July 2011



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Miscellaneous)

INSTITUTION: Louisiana State Penitentiary

| NAME
Robert Clark | NUMBER
611786 | DORM OR CELLBLOCK
Camp-D Raven 3R 9 | DATE OF INCIDENT
11/08/16 | TIME OF INCIDENT
Approx. 7:15am |
|---|---|---|---|---|
| LOCATION OF INCIDENT
Camp D Raven 1 left Lobby | | WITNESSES
N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
    ☐ Employee Accident
    ☐ Offender Accident
    ☐ Vehicle Accident
☒ Contraband
    ☒ Inside Facility
    ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☐ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☒ Shakedowns
    ☒ Routine
        ☐ Staff    ☐ Visitor    ☒ Offender
    ☐ Target
        ☐ Staff    ☐ Visitor    ☐ Offender
☐ Use of Tact Team and Chase Team as outside assistance

☐ Other:

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

*On the above date and approximate time I, MSgt. Nikki Wilson was shaking down offender Robert Clark's # 611786 property, which was brought from Main prison CBB. I found a Verizon touch screen cellphone and charger the offender's legal work. The cellphone and charger was then confiscated. Offender Clark was then placed in handcuffs and escorted to Adm. Seg by Lt. Gary Aymond.*

RECEIVED
NOV 09 2016
LSP/RECORDS

REPORTING OFFICER
MSgt. Nikki Wilson

DATE COMPLETED
11-8-16

TIME COMPLETED
7:3○ am

From: Robert Clark          # 611786

Housing: CBB 1/ 8          Date: 10/31/16

Request:

Please send me a copy of my last two disciplinary write-ups for appeal ~~purp porpuses~~ porpuses.

Please include any attachments: ie. investigation report(s), medical exams, protection concern list, evidence pictures, etc (if any). I'd also like help in preparing the appeal.

Respectfully

x Robert Clark

2nd Request

Sent D.B 10-27-16
        10-31-16

RECEIVED

NOV 0 3 2016

LSP/RECORDS

MWR 11-4-16

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 10/31/16 | Approx.5:40 p.m. |
| 5. Place of Incident | 6. Job Assignment (Inmate) | Housing Assignment | |
| CBB upper left | Idle | CBD U/L # 8 | |
| 8. Rule Violated | | 9. Rule Number | |
| Simple Fight | | #10 | |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and approx. time I, Lieutenant Elliot Beauchamp was notified by Control Center via radio of a beeper being activated on CBB Unit. A short time later after arriving on the unit I, Lieutenant Beauchamp was informed by Cadet Frank Lindsey that he observed Offender Anthony Hardaway #98121 with blood on the left side of his lip and Offender Robert Clark #611786 with blood on the front of his jumpsuit I, Lieutenant Elliot Beauchamp immediately went to the Upper Left tier and had Offender Anthony Hardaway #98121 restrained and escorted to the Lower Right shower. After talking to both offenders they both admitted to being involved in a physical altercation.

| 11. Inmate Placed in Admin. Seg. | X | YES | | NO | |
|---|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Elliott Beauchamp | Elliott Beauchamp, Lt., MP Cellblocks D-Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to the above inmate by: | 17. Inmate's Signature |
|---|---|---|---|
| 10-31-16 | 11:25 p.m. | Lt. E. Beauchamp | |

| 18. Plea by Inmate: | Not Guilty | Guilty | 19. Verdict: | Not Guilty | |
|---|---|---|---|---|---|

| 20. Date Hearing: 11/02/2016. | 21. Counsel Substitute: DOC# 343052 LAWrence Kelly |
|---|---|

22. Motions _____

23. Reasons for Disposition:
[ ] Report is clear and precise.    [ ] Lack of credible defense/little or no defense.    [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.    [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report.    [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

24. Reasons for Sentence:
[ ] Seriousness of offense.    [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
       A total of _____ # _____ rule violations since _____

[ ] Other _____

RECEIVED
NOV 04 2016
LSP/RECORDS

25. Sentence: Restitution for own Medical    Suspended [ ]  _____ Days  Imposed [ ]

26. Sentence: (6)weeks loss of telephone privilege    Suspended [ ]  _____ Days  Imposed [ ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK            MAX
      DOC# 611786        CBC U/R CBB U/L 0 L 8

DATE: 10/24/2016    November 1, 2016

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--|--------|---------|---------------|----------|
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | CBC U/R CBD U/ |
| ERNEST | ALLEN | 343051 | CLAIM | 10/14/16 | C TIG 4/L C TIG |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | C TIG 4/L |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L C TIG |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | C JAG 1/L C TIG |

NONE

TO:    DISCIPLINARY BOARD

FROM:

RE:    ROBERT CLARK              MAX
       DOC# 611786         CBC U/R CBB U/L 0 L 8

DATE: 11/01/2016       November 3, 2016

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|---------------------------|------------------|
| ANTHONY HARDAWAY | | 98121 | SIMPLE FIGHT | 10-31-16 | CBB L/R CBD L/ |
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | CBC U/R CBD U/ |
| ERNEST | ALLEN | 343051 | CLAIM | 10/14/16 | C TIG 4/L C TIG |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | C TIG 4/L |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L C TIG |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | C JAG 1/L C TIG |

NONE

REVISED 2-28-13

## LOUISIANA STATE PENITENTIARY
# REQUEST FOR RESTITUTION

| OFFENDER'S NAME | DOC# | DATE OF HEARING: |
|---|---|---|
| Robert Clark | 611786 | 11-2-16 |

REPORT DATE (S):     RULE NUMBER (S)
10-31-16                    10

DISCIPLINARY BOARD CHAIRMAN:
Major William Rosso

INDIVIDUAL TO WHOM CASE IS TO BE REFERRED FOR DETERMINATION OF COST:

☑ ASSISTANT WARDEN/MEDICAL SERVICES

☐ BUSINESS OFFICE

☐ OTHER _____

RETURN COMPLETED FORM TO THE DB OFFICE BY: _____

| ITEMS FOR WHICH RESTITUTION IS IMPOSED | COST |
|---|---|
| Medical |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL COST TO BE CHARGED FOR RESTITUTION: |  |

BY:                                              DATE:

  

MUST BE COMPLETED AND RETURNED TO THE DB
OFFICE WITH 5 DAYS OF RECEIPT BY YOUR
DEPARTMENT.

Adm - 4/5
P.S.

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | October 22, 2016 | Approx. 3:15 am |

| 5. Place of Incident | 6. Job Assignment (Inmate) | Housing Assignment |
|---|---|---|
| CBC Upper Right #9 | Line 8 | CBC Upper Right #9 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Aggravated Disobedience | #5 |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and time, I, Lt. Col. Paul Smith was notified by Lt. Curtis Green that my assistance was needed on CBC Unit. When I arrived at the unit, I was informed that Offender Robert Clark #611786 and Offender Terry Callahan #453106 were refusing to be restrained to exit the cell, for a prior rule violation. I then gave both offenders several direct verbal orders, to put their hands in the bars so that restraints could be applied. Both offenders refused all orders given. I then exited the tier to retrieve one can of Phantom Chemical Agent that weighed 102 grams, and then returned to the tier, activated the body camera, and gave both offenders several more direct verbal orders to place their hands in the bars to be restrained. Both offenders continued to refuse all orders given. I then applied the minimal amount of Phantom Chemical Agent into the cell, to regain order of both offenders. Both offenders then complied and came to the bars to be restrained. Both offenders were escorted to the Treatment Center to be triaged. Shortly afterwards, both offenders were given a shower, a clean jumpsuit, and placed in administrative segregation. When I returned the can of Phantom Chemical Agent it weighed 66 grams. Duty Warden Chad Darbonne and Cameron Miller of Investigative Services were notified of this incident.

| 11. Inmate Placed in Admin. Seg. | X YES | NO |
|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| | Lt. Col. Paul Smith, MPWY D-Team Supervisor |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to the above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| 10-22-16 | 4:15 am | PS | copy given Refused to sign |

| 18. Plea by Inmate: | Not Guilty | Guilty | 19. Verdict: | Not Guilty | Guilty |
|---|---|---|---|---|---|

| 20. Date of Hearing | 10/25/2016 | 21. Counsel Substitute | Lawrence Kelly  DOC# 343052 |
|---|---|---|---|

22. Motions: Combine

RECEIVED

23. Reasons for Disposition:
[ ] Report is clear and precise.  [ ] Lack of a credible defense little or no defense.  [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's  [X] Pled guilty accepted guilty plea.
[ ] Only defense is denying contents of report..  [ ] The inmate presented no evidence to refute the charges.
[ ] The investigative officer's testimony was deemed more truthful and accurate than the inmate's  [ ] Pled guilty.
[ ] The inmate's demeanor led the board to believe that the inmate LSP/RECORDS
[ ] Other

24. Reasons for Sentence:
[X] Seriousness of offense.  [ ] The need to protect the institution, employee, or other.
[ ] Prior Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
       A total of _____ # _____ rule violations since _____
[ ] Other

25. Sentence: Restitution for Chemical Agent used $5.40
Quarters Chg to another WCB
(b) weeks loss of telephone privledge

| | Suspended Imposed | Days |
|---|---|---|
| | Suspended Imposed | Days |

DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK              MAX
      DOC# 611786        CBC U/R CBB U/L 0 L 8

DATE: 10/24/2016      October 24, 2016

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|---------------------------|------------------|
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | CBC U/R CBD U/ |
| ERNEST | ALLEN | 343051 | CLAIM | 10/14/16 | C TIG 4/L C TIG |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | C TIG 4/L |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L C TIG |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | C JAG 1/L |
| | | NONE | | | |

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

CBBUL

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | October 22, 2016 | Approx. 3:15 am |
| 5. Place of Incident | 6. Job Assignment  (Inmate) | | Housing Assignment |
| CBC Upper Right #9 | Line 8 | | CBC Upper Right #9 |
| 8. Rule Violated | | 9. Rule Number | |
| Aggravated Sex Offense | | #21-C | |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and time, while I, Sgt. Jesse Spears was making rounds on CBC Upper Right tier, I observed Offender Robert Clark #611786 in the cell naked, bent over while Offender Terry Callahan #453106 was laying in the bed with his finger in Offender Clark's anus, stroking his penis in a back and forward motion I immediately gave both offenders a direct verbal order to stop and to pack their property. Lt. Col. Paul Smith and Lt. Curtis Green were notified.

| 11. Inmate Placed in Admin. Seg. | X | YES | | NO | |
|---|---|---|---|---|---|

| 12. Signature of reporting employee | | 13. Name, Title, Assignment  (Print) | |
|---|---|---|---|
| | | Sgt. Jesse Spears, MPCB D-Team Security | |
| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to the above inmate by: J. S | 17. Inmate's Signature |
| 10-22-16 | 4:15 am | | Refuse to Sign |
| 18. Plea by Inmate: | Not Guilty | Guilty | 19. Verdict: | Not Guilty | Guilty |

20. Date of Hearing 10/25/2016

21. Counsel Substitute .FIVEB43052 LAWRENCE KELLY

22. Motions: Combine Reports.

LSP RECORDS

23. Reason for Disposition:
[ ] Report is clear and precise. [ ] Lack of a credible defense little [ ] [ ] pled guilty accepted guilty plea. [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's
[ ] Only defense is denying contents of report. [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

24. Reason for Sentence:
[ ] Seriousness of offense. [ ] [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____

[ ] Other

25. Sentence: Restitution for Chemical Agent used $540
Quarters Charge to another WCB     Suspended [ ] _____ Days Imposed [ ]
(6) weeks loss of telephone privileges     Suspended [ ] _____ Days Imposed [ ]

26. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN/DISCIPLINARY OFFICER

MEMBER

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK              MAX
      DOC# 611786        CBC U/R CBB U/L 0 L 8

DATE: 10/24/2016      October 24, 2016

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|--------------------------|------------------|
| TERRY CALLAHAN | | 453106 | SEX OFFENSE | 10/22/16 | CBC U/R CBD U/ |
| ERNEST | ALLEN | 343051 | CLAIM | 10/14/16 | C TIG 4/L C TIG |
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | C TIG 4/L |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L C TIG |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | C JAG 1/L |
| | | NONE | | | |

R 9-25-09

Department Regulation NO. B-05-001
Department Regulation NO. B-05-003

# Louisiana State Penitentiary
## IMPOSITION OF RESTITUTION

| TO: | OFFENDER BANKING | | |
|---|---|---|---|
| FROM: | DISCIPLINARY OFFICE | | |
| DATE: | 10-26-16 | | |
| RE: | OFFENDER'S NAME: Robert Clark | DOC# 611786 | LOCATION MPW |

The above offender was found guilty of a disciplinary violation through a formal

administrative hearing on 10-25-16 and, in accordance with Department Regulation

NO. B-05-003, the Disciplinary Board assessed restitution in the amount of

$ 5.40 for Chemical Agent .

Please take the necessary steps to withdraw the stipulated amount from the offenders
account.

Msgt. Pamela Nettles

DISCIPLINARY OFFICE

cc:    Offender Records
       Offender – According to LSP Directive 02.014 you have 5 days upon receipt of this notice to
       appeal the amount.

<u>LOCKDOWN REVIEW SUMMARY</u>        DATE: 10/06/16

DOC#:611786      NAME: ROBERT  CLARK
LOCATION: CBC U/R
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  8-15-16

<u>REASON FOR ORIGINAL LOCKDOWN</u>

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ RULE VIOLATION  #21C               ____ INVESTIGATION
____ INCIDENT REPORT                    ____ INITIAL CLASSIFICATION
================================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

____ RELEASED TO _____    WHY:_____

____ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions   ____ Other_____
          ____ Pattern of Violence

____ Continuing Investigation.  By Whom:_____
     For:_____
================================================================================
REVIEWED BY:_____
        NAME                              TITLE

================================================================================
COMMENTS:
        9-2-16    Doesn't have 90 days

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

LSP-18.003-E
July 26, 2010

LOUISIANA STATE PENITENTIARY
# RESULTS OF PROTECTION CONCERN REVIEW BOARD

| OFFENDERS INVOLVED | | |
|---|---|---|
| OFFENDER'S NAME: Robert Clark | DOC #: 61796 | HOUSING ASSIGNMENT: Rav 4/R |
| OFFENDER'S NAME: Samuel Scott | DOC #: 454509 | HOUSING ASSIGNMENT: FA/ - 3 |

The above named and numbered offenders will:

☑ Remain on each other's Protection Concern List.

Reason(s):

_____

_____

_____

☐ Be removed from each other's Protection Concern List.

| BOARD MEMBERS | | |
|---|---|---|
| Name: | Title: | Date: 8-11-16 |
| Name: | Title: ARDC | Date: 8/11/16 |

cc:    Offender Records of DOC # 611786  & DOC # 454509
       Classification Office
       Classification File of DOC # 611786  & DOC # 454509

RECEIVED
AUG 25 2016
LSP/RECORDS



On
super
Derric
LaCom
offend
Dupon t,

REP
Capt.



Form C-05-001-W-1
15 July 2011

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
#### (Category A, B, C Incidents)
INSTITUTION: LOUISIANA STATE PENITENTIARY CAMP D

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Robert Clark | 611786 | Eagle 1 | 08/15/16 | Approx: 4:15am |
| Derrick Woodberry | 355771 | | | |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| Eagle 1 shower area | N/A |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
    - [ ] Accident
    - [ ] Violence
    - [ ] Suicide
    - [ ] Suspicious
    - [ ] Unknown
    - [ ] Unnatural
    - [ ] Execution
- [ ] Assault resulting in life threatening Injury
    - [ ] Offender on Staff
    - [ ] Offender on Offender
    - [ ] With Weapon
    - [ ] Without Weapon
    - [ ] Staff Injured in Line of Duty
- [ ] Other
    - [ ] Significant Property Damage
    - [ ] Hostage Situation
    - [ ] Major Work Stoppage of Offenders
    - [ ] Employee Work Stoppage
    - [ ] Riot
    - [ ] Natural Disaster
    - [ ] Tact Team/Outside Assistance
    - [ ] Lockdown of all or part of facility
    - [ ] Hunger Strike of Entire Facility or Multiple Units
    - [ ] Large Scale Evacuation
    - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
    - [ ] Expected
    - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
    - [ ] Offender on Staff
    - [ ] Offender on Offender
    - [ ] With Weapon
    - [ ] Without Weapon
    - [ ] Attempted Suicide with Significant Injury
    - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike – Individual
- [ ] Hunger Strike – Organized
- [ ] Use of Force w/Significant Injury
    - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation – Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Warden

RECEIVED
AUG 1 9 2016
LSP/RECORDS

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [x] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
    - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
    - [ ] Offender on Staff
    - [ ] Offender on Offender
    - [ ] With Weapon
    - [ ] Without Weapon
    - [ ] Throwing of Substances
- [ ] Use of Force
    - [ ] Immediate
    - [ ] Planned
    - [ ] Chemical Agents on Single Offender
    - [ ] Use of Taser
    - [ ] Cell Entry Team (Elec. Shield)
    - [ ] Less Lethal Weapons
    - [ ] Restraints Used (Restraint Chair, 4 Point, etc.)
    - [ ] Staff on Offender
- [ ] Individual Hunger Strike

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time while I Capt. Bradley LaCombe was observing cameras of Eagle unit while in the Camp-D supervisor's office I observed offender Robert Clark #611786 laying on the floor. While offender Clark was laying on the shower floor offender Derrick Woodberry #355771 came into the shower area and got on his knees and pulled his pants down and started having sex. I Capt. LaCombe immediately went down to Eagle unit and got both offenders placed them in restraints and escorted them off the unit. Both offenders were sent to the REBTC separately for a medical evaluation. Both offenders were then placed in Adm.Seg. Lt.Col. Rheams, DW Dupont, and AW Boeker were notified of this incident.

REPORTING OFFICER
Capt. Bradley LaCombe

DATE COMPLETED
8/15/16

TIME COMPLETED
5:20 Am

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| **Robert Clark** | **611786** | **8-15-16** | **Approx . 4:15am** |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| **Eagle 1 shower area** | **Camp-J Tier Walker** | **Eagle 1** |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| **Aggravated Sex Offense** | **21C** |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary )

On the above date and approximate time while I Capt. Bradley LaCombe was observing cameras of Eagle unit while in the Camp-D supervisor's office I observed offender Robert Clark #611786 laying on the floor. While offender Clark was laying on the shower floor offender Derrick Woodberry #355771 came into the shower area and got on his knees and pulled his pants down and started having sex. I Capt. LaCombe immediately went down to Eagle unit and got both offenders placed them in restraints and escorted them off the unit. Both offenders were sent to the REBTC separately for a medical evaluation. Both offenders were then placed in Adm.Seg. Lt.Col. Rheams, DW Dupont, and AW Boeker were notified of this incident.

| 11. Inmate Placed in Adm Seg. | X | Yes | | No | |
|---|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| | **Bradley LaCombe, Capt. Camp D-D Team** |

| 14. Date of Report | 15. Time of Report | 16.Report (copy) given to above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| **8-15-16** | **5:15am** | | |

| 18. Plea by Inmate: | | Not Guilty | Guilty ✓ | 19. Verdict: | Not Guilty | Guilty ✓ |
|---|---|---|---|---|---|---|

| 20. Date of Hearing : 8-18-16 | 21. Counsel Substitute : DOC#: 111799 |
|---|---|

22. Motions: None

23.Reasons for Disposition:
[ ✓ ] Report is clear and precise.    [ ] Lack of a credible defense/little or no defense.    [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.    [ ✓ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..    [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

24.Reasons for Sentence:
[ ✓ ] Seriousness of offense.    [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
         A total of _____ # _____ rule violations since _____

[ ] Other _____

25. Sentence: Custody & Quarters charge

| 26.Sentence: to M P WCB - CBC | Suspended [ ] _____ Days Imposed [ ] |
|---|---|
| | Suspended [ ] _____ Days Imposed [ ] |

27.DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER    RECEIVED

AUG 2 2 2016

LSP/RECORDS

TO: DISCIPLINARY BOARD                                    AGE 1 OF

FROM:

RE: ROBERT CLARK                    MED
    DOC# 611786            D EAG 1 D HWK 1/R 0 T/WALKER NURSING AIDE

DATE: 08/16/2016          August 16, 2016

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|------|--------|-------------------|--------------------------|------------------|
| DERRICK WOODBERRY | | 355771 | SEX OFFENSE | 8/15/16 | D EAG 1 D HWK |
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | C JAG 1/L |
| | | NONE | | | |

01/26/04

LOUISIANA STATE PENITENTIARY
**ATTORNEY LIST**

Inmate's Name: Robert Clark

DOC #: 611786

Housing Assignment: RAVEN 4/R

Job Assignment:

In order to be visited by an attorney, an inmate must have the attorney
listed on file by completing this form.

**TO ADD AN ATTORNEY, COMPLETE THIS SECTION**
**PLEASE PRINT**
**ATTORNEY'S NAME/ADDRESS**

JANE HOGAN
309 E. Church Street
HAMMOND, LA.
70401

**TO REMOVE AN ATTORNEY, COMPLETE THIS SECTION**
**PLEASE PRINT**
**ATTORNEY'S NAME/ADDRESS**

RECEIVED

JUN 27 2016

Deputy Warden/Security

RECEIVED

JUN 27 2016

LSP/RECORDS

INMATE'S SIGNATURE

DATE: 6/23/2016

Return completed form to the Office of the Deputy Warden/Security

LOCKDOWN REVIEW SUMMARY          DATE: 7/6/16

DOC#:611786    NAME: ROBERT  CLARK
LOCATION: D RAV 4/R    ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:    2/10/14

### REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST        *All*
__✓__ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    __✓__ INITIAL CLASSIFICATION
====================================================================== ==

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY:_____ __

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____ __
     _____ __

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____ __
          _____ Pattern of Violence                 _____ __

_____ Continuing Investigation.  By Whom:_____ __
     For:_____ __
===================================================================== ===
REVIEWED BY:_____ __
     NAME _____    TITLE _____ __
          _____ __
          _____ __

===================================================================== ===
COMMENTS:

# Department of Public Safety & Corrections
## State of Louisiana
Louisiana State Penitentiary

**JOHN BEL EDWARDS**
Governor



**JAMES M. LE BLANC**
Secretary

RECEIVED
MAY 31 2016
LSP/RECORDS

To:       Robert Clark #611786
          Camp D Raven 2/L

Date:    May 27, 2016

Re:       Visiting suspension

This letter is to inform you that your indefinite visiting suspension has been removed by Deputy Warden Dupont. Effective today, May 27, 2016; your visiting privileges will be reinstated.

I encourage you to stay focused on positive behavior in order to maintain your visiting privileges and connections with your family and friends.

*Amber Vittorio*

Amber Vittorio
ARDC Manager
Classification Department

xc:       Master prison record & Visiting record: Robert Clark #611786
          Visiting Suspension file

## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary

**JOHN BEL EDWARDS**
Governor

**JAMES M. LE BLANC**
Secretary

To:      Leslie Dupont
         Deputy Warden/Security

From:    Amber Vittorio
         ARDC Manager/Classification & Visiting

Date:    May 25, 2016

Re:      Visiting suspension: Robert Clark #611786
         Camp D Raven 2/L

Offender Robert Clark is currently under an indefinite visiting suspension. Offender Clark received a disciplinary report on 11/9/15 for a rule #1 (cellphone) and his visiting privileges were suspended from 11/9/15 until 11/11/16. Then on 3/14/16 he received a disciplinary report for rule #1(Synthetic Marijuana) and his visiting was suspended indefinitely on 3/14/16.

Warden Boeker has reviewed this situation and is recommending reinstatement of this offender's visiting privileges.

Please advise of your decision to approve or deny reinstatement of this offender's visiting privileges.

Amber Vittorio
ARDC Manager
Classification Department

xc:      Master Prison Record & Visiting record: Robert Clark #611786
         Visiting Suspension File

## G-57 Visiting Suspension Review

Offender Name, Number & Housing: Robert Clark #617786 D Raw 3/L

Suspension Date(s) and length: 11-9-15 → 11-11-16

3·14·16 last DB → 3-14-16 → Indefinite

Reason for Suspension:

11-9-15 #1 Cellphone
3·14·16 #1- while in ATU -they found green leafy
Substance in his pant pocket. Also 2 purple pills
green sub = MOJO no weight determined — (wellbutrin)

Amber Vittorio                                5-13-16

Amber Vittorio                               Date
ARDC Manager/Classification

**Comments from Unit Warden/Colonel (indefinite suspension only):**

Recommend Re-instatement of visiting:   ☑ Yes   ☐ No

                                              5-20-16

Unit Warden/Colonel                          Date

⊚LOCKDOWN REVIEW SUMMARY                    DATE: 4-11-16

DOC#:611786      NAME: ROBERT  CLARK
LOCATION: TU UPPER C      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 2-10-14

⊚REASON FOR ORIGINAL LOCKDOWN

⊚  DISCIPLINARY BOARD ACTION          ⊚    OWN REQUEST
⊚  RULE VIOLATION                     ⊚    INVESTIGATION
⊚  INCIDENT REPORT                    ⊚    INITIAL CLASSIFICATION
===============================================================================
⊚ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____    WHY:_____
_____

__✓__  NOT RELEASED    REASONS:

_____  Nature of Commitment Offense ____ Escape Risk

_____  Inmate's Request          __✓__ New Rule Infractions Since Last Review

_____  Pending Felony Charges          3-14-16

_____  Nature of Original Reason for Lockdown

_____  Inmate's Protection:(explain)_____
       _____

_____  Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations     _____ Self-Mutilation
            _____ Serious Rule Infractions    _____ Other_____
            _____ Pattern of Violence                _____

_____  Continuing Investigation.  By Whom:_____
       For:_____
===============================================================================
REVIEWED BY: _____    _____
             NAME                              TITLE
             G. Stewart                        ARDC Spec-2

             _____

===============================================================================
COMMENTS:

```
DATE:03/16/16              DPS&C CORRECTIONS SERVICES              CRANNUAL
TIME:14:47          CAJUN II - OFFENDER ANNUAL ASSESSMENT          PAGE:1


  DOC#: 00611786    NAME: CLARK, ROBERT            BIRTH DATE Redacted  1978

  RACE/SEX: B/M    RELEASING LOCATION: LA STATE PEN

  SID#..: 002738017   WRED: 01/04/2086        OFFENDER CLASS: 02

  PED...: NOTELG      GTD.: NOTELG    DGTD: NOTELG       FTD.: 07/05/2086
  SERVED:    2               LOSS GOOD TIME: 0000 DAYS

  LIVING ASSIGN:    <LIVE>   RELEASING FROM MEDICAL OR
                                      MENTAL HEALTH UNIT:
  JOB ASSIGNMENT...: UNASSIGNED

  VIOLENT OFFENSES.:   1                SEX OFFENSES:  0

  GANG:

  MARTIAL STATUS...: SINGLE             # OF CHILDREN.......: 00

  ASSESSMENT DATE..: 03/16/2016         NEXT ASSESSMENT DATE: 03/16/2017

  LARNA II SCORE...: 13 - HIGH          LARNA II DATE...: 08/21/20

  SOAP DATE/DECISION:           /     -

_____

                             R E E N T R Y

  FAMILY SUPPORT.........:              SEX OFFENDER TREATMENT...: N/A

  ANGER MANAGEMENT.......: REFUSED      VOCATIONAL SKILLS........:

  SUBSTANCE ABUSE TRMNT..: N/A          12 STEP PROGRAM .........:

_____

                          P R E R E L E A S E

  PROBATION & PAROLE PREP......: NEEDS    EMPLOYMENT PLAN.........: NO

  RESIDENCE PLAN...............: NO       DISCHARGE PLAN..........: NO

  INTERSTATE COMPACT INITIATION: NO       PRE RELEASE PROGRAMMING :

_____

                 LARNA II (RISK ASSESSMENT) DETAILS

  ASSESS    ASMT Q Q Q Q Q Q Q STA Q  Q  Q  Q  Q  DYNA OVERALL
   DATE     LOC  1 2 3 4 5 6 7 TIC 8  9 10 11 12 13 MIC  RISK
  ======== ==== = = = = = = = === = == == == == == ==== =========
  20150821 6400 2 0 1 0 4 0 1  8  01 0 00 00 02 1   5   HIGH
_____
```

RECEIVED

MAR 1 8 2016

LSP/RECORDS

```
DOC #..: 00611786    NAME..: CLARK, ROBERT                        PG:  2
```

---

```
                          I D   F O R M S
                                    Date              Date
SSN.................: NEEDS          APPLIED:          RECEIVED:
BIRTH CERT/CARD.....: NEEDS          APPLIED:          RECEIVED:
DRIVERS LIC/STATE ID: NEEDS          APPLIED:          RECEIVED:
OSHA...............: N/A             OTHER..: NOT APPLICABLE
```

---

```
              E D U C A T I O N / V O C A T I O N A L

EDUCATION CLAIMED AT INTAKE:  GED
        .                         .          .      .E.COMP .READ .MATH .LANG .
CLASS .LITERAL                    .BEG DATE.END DATE.R.EXIT .EXIT .EXIT .EXIT .
====== .========================= .======== .======== .= .===== .===== .===== .===== .

   LITERACY...........:              ADULT BASIC ED:
   SPECIAL EDUCATION..:              GED..........:
   EDUCATION REFERRAL..:

*ER CODES -- D = DROP, T = TRANSFER  G = GRADUATE, C = COMPLETE
```

---

```
P R O G R A M   P A R T I C I P A T I O N / O T H E R   S K I L L S   A Q U I R E D

                           .COMPLETE. PARTICIPATION
CTRP PROGRAM               .  DATE  .BEGIN DT. END DT
===================================.======== .======== .========
```

DOC #..: 00611786    NAME..: CLARK, ROBERT                    PG:  3

---

###                V O C A T I O N A L   S K I L L S   O B T A I N E D

---

###           I N C A R C E R A T E D   W O R K   H I S T O R Y / S K I L L S

CLAIMED AT INTAKE
OTHER

CAREER SCOPE: NONE

INSTITUTIONAL JOBS

###                I N S T I T U T I O N A L   C O N D U C T

  LOSS OF GOOD TIME IN LAST 90 DAYS:  000 DAYS

|                              | YEAR | # OF CONVICTIONS |
|------------------------------|------|------------------|
| # SCHEDULE B VIOLATIONS:     |      | --               |
|   (MORE SERIOUS)             |      | --               |
|                              | 2014 | --               |
| # POSITIVE DRUG SCREENS:     |      | --               |
|                              |      | --               |
|                              | 2014 | --               |
| # SCHEDULE A VIOLATIONS:     |      | --               |
|                              |      | --               |
|                              | 2014 | --               |

---

DOC #..: 00611786    NAME..: CLARK, ROBERT                          PG:  4

---

FAITH BASED PROGRAM PARTICIPATION


2014

(ACTIVE=55%,OCCASIONAL=<55%,NON-PARTICIPATION)

---

RELATION RECORD SUMMARY

| FIRST NAME | LAST NAME | REL CODE | PHONE NUMBER | EMER FLAG | SEQ NUM |
|------------|-----------|----------|--------------|-----------|---------|

*Will Submit*

---

FAMILY SUPPORT / VISITS


2014

(FREQUENT = 6-12 ANNUAL, OCCASIONAL = 3-5 ANNUAL, SELDOM = <3 ANNUAL)

---

INMATE CLUBS AND ORGANIZATIONS


PREPARED BY
CLASSIFICATION
OFFICER:

_____          DATE: 3/17/16
SIGNATURE

_____          _____
PRINTED NAME/TITLE                        OFFENDER



# *Louisiana State Penitentiary*

## *Legal Programs Department*

## *MEMORANDUM*

*DATE:*     *3/17/2016*

*TO:*     *Unit Wardens, Classification, Inmate Records, Front
Gate Visiting, "A" Building Visiting,
ROBERT CLARK - 611786 - TU UPPER C*

*FROM:*     *Trish Foster, Legal Programs Director*

*SUBJECT:*     *Visiting Suspension*
*ROBERT CLARK - 611786 - TU UPPER C*
*Physical Location:*

*The above named inmate appeared before the Disciplinary Board on     3/16/2016
regarding a rule violation on  3/14/2016     which involved illegal drugs or a related charge.*

*Pursuant to LSP Posted Policy G-57 which was recinded and replaced by Unit Specific
Offender Posted Policies #007and #030, effective January 4, 2012; an administrative
suspension of visiting privileges is being imposed. All visits with the exception of the
inmate's attorney or members of the attorney's staff and his religious advisor are
prohibited during the period of this suspension. This suspension is effective from:*

## 3/14/2016 to Indefinite

*Please mark your records accordingly. If you have any questions, please contact the
Legal Programs Department.*

RECEIVED

MAR 17 2016

LSP/RECORDS

narco/
COE

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: LSP    UDPQ C

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 3-14-16 | Apx 17.15 |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| REBJATU | Lockdown | TU |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband | #1 |

**10. Description of Incident** (Include all relevant information - "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and time offender Robert Clark #611786 was in the ATU for Medical treatment. When a shakedown was done on the offender. A green Leafy Substance was found wrapped in paper, in the Offender Left sweat pants pocket. Also found were 2 pills (Purple) which were Wellbutrin 150mg.

11. Offender Placed in Adm. Seg.   [X] Yes   [ ] No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Capt Kirk | Kevin Griffin Capt EMS C-Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 3-14-16 | 1900 | Capt Kirk | Offender refused to sign |

| 18. Plea by Offender: [ ] Not Guilty [✓] Guilty | 19. Verdict: [ ] Not Guilty [✓] Guilty |
|---|---|

| 20. Date of Hearing: 3-16-16 | 21. Counsel Substitute: DOC# 110202 |
|---|---|

22. Motions: _____

**23. Reasons for Disposition:**
- [ ] Report is clear and precise.
- [ ] Lack of a credible defense/little or no defense.
- [ ] Based on his statement.
- [ ] The officer's version is determined to be more credible than the Offender's.
- [✓] Pled guilty/accepted guilty plea.
- [ ] Only defense is denying contents of report.
- [ ] The Offender presented no evidence to refute the charges.
- [ ] The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.
- [ ] Plea bargain.
- [ ] The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
- [ ] Other _____

RECEIVED
MAR 16 2016
LSP/RECORDS

**24. Reasons for Sentence:**
- [ ] Seriousness of offense.
- [ ] The need to protect the institution, employees, or others.
- [ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
- A total of _____ # _____ rule violations since _____.
- [ ] Other _____

| 25. Sentence: 12 wks Loss of Canteen | Suspended [ ] _____ Days   Imposed [✓] |
|---|---|

| 26. Sentence: | Suspended [ ] _____ Days   Imposed [ ] |
|---|---|

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

# LOUISIANA STATE PENITENTIARY
## INVESTIGATIVE SERVICES

**DATE OF INCIDENT: 3/14/15**

**INVESTIGATOR: CAPT HOOPER**

**OFFENDER NAME: ROBERT CLARK**

**DOC #: 611786**

**HOUSING: TU**

**REASON: CONTRABAND**

**DESCRIPTION: GREEN LEAFY SUBSTANCE AND 2 PILLS**

**WEIGHT: N/A**

**TEST USED: SYNTHETIC THC**

**RESULTS: POSITIVE FOR SYNTHETIC THC**

**INVESTIGATIONS IS REQUESTING THAT THIS OFFENDER PAY RESTITUTION IN THE AMOUNT OF $2.43 FOR THE NARCO TEST USED TO TEST THIS CONTRABAND.**



_CAPT HOOPER_

Investigator's Signature

TO:    DISCIPLINARY BOARD

PAGE 1 OF

FROM:

RE:    ROBERT CLARK            MAX
       DOC# 611786         TU UPPER C   L/D

DATE: 12/17/2015      March 15, 2016

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|---|--------|-------------------|----------------------------|------------------|
| HENNESSY CHRISTOF | | 595808 | CLAIM | 12/17/15 | CBA L/R |
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | CBB L/L |
| | | | **NONE** | | |

<u>LOCKDOWN REVIEW SUMMARY</u>         DATE 02/03/16

DOC#:611786    NAME: ROBERT  CLARK
LOCATION: C JAG 1/L  ,C TIG 1/L 0
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

*11-9-15*

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION         _____ OWN REQUEST
_____ RULE VIOLATION                    _____ INVESTIGATION
_____ INCIDENT REPORT                   _____ INITIAL CLASSIFICATION
=================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____ WHY:_____

_____ NOT RELEASED    REASONS: *NET*

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
     _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence             _____

_____ Continuing Investigation.  By Whom:_____
     For:_____
=================================================================
REVIEWED BY:_____
          NAME                      TITLE

          _____

=================================================================
COMMENTS:

  

Form C-05-001-W-2
15 July 2011

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Miscellaneous)**

**INSTITUTION:** <u>Louisiana State Penitentiary</u>

| Name:<br>Robert Clark | Number:<br>611786 | Dorm or Cellblock:<br>Camp C Jaguar 1 Left Cell #13 | Date of Incident:<br>12-10-15 | Time of Incident:<br>Approx. 11:48 PM |
|---|---|---|---|---|
| **Location of Incident:**<br>Camp C Jaguar 1 Left Cell #13 | | **Witnesses:**<br>Major Donald Lamana | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

☐ Accidents
    ☐ Employee Accident
    ☐ Offender Accident
    ☐ Vehicle Accident
☐ Contraband
    ☐ Inside Facility
    ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☒ Medical
☒ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
    ☐ Routine
        ☐ Staff    ☐ Visitor    ☐ Offender
    ☐ Target
        ☐ Staff    ☐ Visitor    ☐ Offender
☐ Use of Tact Team and Chase Team as outside
assistance

☒ Other: suicide gesture

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Sergeant Charles Scorsone heard yelling from down the Jaguar 1 Left Tier for me to go down the tier to cell #13. I immediately went to cell #13 and observed offender 611786 Robert Clark with a bed sheet tied to the top bunk side rail, around his neck, and offender 380896 Donald Washington holding him to prevent offender 611786 R. Clark from having tension on the bed sheet. I immediately activated my beeper for assistance. Shortly after Major Donald Lamana arrived on the unit and he ordered for the cell door to be opened. Once the cell door was opened Major Lamana ordered for me to cut the bed sheet, which I tried but the security sheers would not cut the bed sheet. Major Lamana then ordered for me to get a set of full restraints. Once back at Cell #13, shortly after EMT's arrived and began medical evaluation. I then fully restrained offender 611786 R. Clark and offender 611786 R. Clark was placed on the stretcher and transported to the Treatment Center.

RECEIVED

JAN 08 2016

LSP/RECORD_

Sergeant Charles Scorsone
Camp C / D- Team

12-11-15
DATE COMPLETED

Approx. 1:50 AM
TIMECOMPLETED

Form C-05-001-W-2
15 July 2011



## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)

### INSTITUTION: <u>Louisiana State Penitentiary</u>

| Name: Robert Clark | Number: 611786 | Dorm or Cellblock: Camp C Jaguar 1 Left Cell #13 | Date of Incident: 12-10-15 | Time of Incident: Approx. 11:48 PM |
|---|---|---|---|---|
| Location of Incident: Camp C Jaguar 1 Left Cell #13 | | Witnesses: Sergeant Charles Scorsone | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
   ☐ Employee Accident
   ☐ Offender Accident
   ☐ Vehicle Accident
☐ Contraband
   ☐ Inside Facility
   ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☒ Medical
☒ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
   ☐ Routine
     ☐ Staff  ☐ Visitor  ☐ Offender
   ☐ Target
     ☐ Staff  ☐ Visitor  ☐ Offender
☐ Use of Tact Team and Chase Team as outside assistance

☒ Other: suicide gesture

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, the Camp C Entrance Building announced via radio that the Jaguar 1 beeper had been activated. I immediately responded to the beeper and once on Jaguar 1 Unit, I went down the Jaguar 1 Left Tier to Cell #13. I then observed offender 611786 Robert Clark with a bed sheet tied to the top bunk side rail, around his neck, and offender 380896 Donald Washington was holding offender 611786 R. Clark to prevent tension on the bed sheet. I then ordered for the cell door to be open and for a set of full restraints. Once in the cell I then ordered Sergeant Charles Scorsone to cut the bed sheet with his security sheers, which the sheers could not cut the bed sheet. I then Sergeant Scorsone to get a full set of restraints and got my pocket knife and cut the sheet in half. I gave offender 380896 D. Washington a direct verbal order to lower him to the cell floor, which he complied. I then observed offender 611786 R. Clark was alert and beginning to cough. I immediately called via radio for an ambulance and cleared the beeper with the Camp C Entrance Building and Control Center. I then gave offender 611786 R. Clark a direct verbal order to remain on the floor until the EMT's arrived, which he complied. Shortly after EMT's Captain Sandy McClure and Sergeant Christy Phillips arrived and began medical evaluation. Offender 611786 R. Clark was then placed in full restraints, placed on the stretcher, and transported to the Treatment Center for further medical evaluation and possible treatment. I then notified Mental Health On-Call Ms. Roberta Barrow and Investigative Services On-Call Lieutenant Colonel Joe Jones of this incident and was seen at the Treatment Center. Offender 611786 R. Clark was placed on standard watch by mental health. Offender 611786 R. Clark incident was ruled as a suicide gesture per Dr. Helms. Night Duty Colonel Mitch Allen, Warden Barrett Boeker, and Warden Lamartiniere were notified of the incident.

RECEIVED
JAN 06 2016
LSP/RECORDS

Major Donald Lamana
Camp C / D- Team

12-11-15
DATE COMPLETED

Approx. 2:24 AM
TIME COMPLETED



Form C-05-001-W-2
15 July 2011

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Miscellaneous)

INSTITUTION: <u>Louisiana State Penitentiary</u>

| NAME<br>Robert Clark | NUMBER<br>611783 | DORM OR CELLBLOCK<br>Camp C Tiger 1/Right | DATE OF INCIDENT<br>12-11-15 | TIME OF INCIDENT<br>2:59pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Camp C Tiger 1/Right Cell #5 | | WITNESSES<br>None | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
   ☐ Employee Accident
   ☐ Offender Accident
   ☐ Vehicle Accident
☐ Contraband
   ☐ Inside Facility
   ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☐ Medical
☒ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
   ☐ Routine
      ☐ Staff    ☐ Visitor    ☐ Offender
   ☐ Target
      ☐ Staff    ☐ Visitor    ☐ Offender
☐ Use of Tact Team and Chase Team as outside
   assistance

☐ Other:

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, offender Robert Clark #611783 standard watch has been discontinued per M. Miller, Mental Health. Colonel Allen was notified.

REPORTING OFFICER
Edward Russ, Capt.
Camp C/A-Team

DATE COMPLETED
12/11/15

TIME COMPLETED
310

RECEIVED
DEC 3 0 2015
LSP/RECORDS

LOUISIANA STATE PENITENTIARY

RE: Robert Clark    DOC= 611786

TYPE OF REPORT:    ___ PROTECTION REPORT

                   ✓ DISCIPLINARY REPORT

NATURE OF REPORT:   S

THE ABOVE NAMED AND NUMBERED OFFENDER APPEARED BEFORE THE
DISCIPLINARY BOARD ON 12-21-15 . HE WAS FOUND GUILTY
AND SANCTIONED TO: Ext LD

COMMITTEE'S DECISION THE TRANSFER TO:                    ✓
            Ext d/o

REASON FOR THE DECISION, THE VIOLATION FALLS WITHIN THE
ESTABLISHED GUIDELINE FOR THE TRANSFER.

REVIEWED & APPROVED BY

_____        DATE 12-22-15
Amber Uttorio

RECEIVED
DEC 28 2015
LSP/RECORDS

H/U 509
Add'l (N)

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: N L.S.P    CTIGIR

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 12·15·2015 | 10:20 Am |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Jag 2 Right | Ext L/D | Jag 1/2 2 Right Cell #2 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Disobedience, Agg | 5 |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approx. time offender Robert Clark DOC#611786 flatly refused several direct orders to come to the bars to get restrained, so he could be transfer from Jag 2 Right to Jag 1 Left. Lt. Franklin was notified.

11. Offender Placed in Adm. Seg.    ☒Yes    ☐No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| A. Robinson | A. Robinson, Cadet, Jag 2 |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 12·15·2015 | 10:40 Am | | Refuse to sign |

| 18. Plea by Offender: | ☐Not Guilty ☒Guilty | 19. Verdict: | ☐Not Guilty ☒Guilty |
|---|---|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: |
|---|---|
| 12-17-15  12-21-15 | DOC# 553529    352181 |

22. Motions: Del 24 hrs for copy of Rpt
NO Rel

23. Reasons for Disposition:
☒ Report is clear and precise.    ☐ Lack of a credible defense/little or no defense.    ☐ Based on his statement.
☒ The officer's version is determined to be more credible than the Offender's.    ☒ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.    ☐ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.    ☒ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☒ Seriousness of offense.    ☒ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
A total of _____ # _____ rule violations since _____.
☐ Other

25. Sentence:    Cust chnge to Another EXT LD    Suspended ☐ _____ Days    Imposed ☒

26. Sentence:    loss Cust phone    Suspended ☐ _____ Days    Imposed ☒

27. **DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders

CHAIRMAN (DISCIPLINARY OFFICER)    GTC  TBA-R70a

MEMBER    APTC  SpecII

PAGE 1 OF

TO: · DISCIPLINARY BOARD

· FROM:

RE:   ROBERT CLARK              MAX
      DOC# 611786        C JAG 1/L C TIG 1/R 0 L/D

DATE: 02/19/2015       December 16, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|--------|-------------------|--------------------------|------------------|
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 CBD L/ |
| | | NONE | | | |

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: L.S.P.

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 12.15.2015 | 10:20 Am |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Jag 2 Right | Ext L/D | Jag 1/2 2 Right Cell #2 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Disobedience, Agg | 5 |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approx. time offender Robert Clark DOC#611786 flatly refused several direct orders to come to the bars to get restrained, so he could be transfer from Jag 2 Right to Jag 1 Left. Lt. Franklin was notified.

11. Offender Placed in Adm. Seg.  ☑ Yes   ☐ No

12. Signature of reporting employee   A. Robinson

13. Name, Title, Assignment (Print)   A. Robinson, Cadet, Jag 2

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 12.15.2015 | 10.20 Am | | Refuse to sign |

18. Plea by Offender: ☐ Not Guilty  ☑ Guilty

19. Verdict: ☐ Not Guilty  ☑ Guilty

| 20. Date of Hearing: | 21. Counsel Substitute: |
|---|---|
| 12-17-15   2-21-15 | DOC# 553529   352181 |

22. Motions: Del 24 hrs for copy of Rpt   no reb

23. Reasons for Disposition:
☑ Report is clear and precise.   ☐ Lack of a credible defense/little or no defense.   ☐ Based on his statement.
☑ The officer's version is determined to be more credible than the Offender's.   ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.   ☐ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   ☑ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☑ Seriousness of offense.   ☑ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
         A total of _____ # _____ rule violations since _____.
☐ Other _____

RECEIVED
DEC 2 3 2015
LSP/RECORDS

25. Sentence:   Cstts chnge to Another Ext/LD
Suspended ☐ _____ Days
Imposed ☑

26. Sentence:   loss Cstts phone
Suspended ☐ _____ Days
Imposed ☑

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)   T BARTON

MEMBER   AVDC Spec II

PAGE 1 OF

TO: · DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK                MAX
      DOC# 611786        C JAG 1/L C TIG 1/R 0 L/D

DATE: 02/19/2015      December 16, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|---|---|--------|-------------------|---------------------------|------------------|
| AHMAD | | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L |
| SAMUEL SCOTT | | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 CBD L/ |
| | | | NONE | | | |

# LOUISIANA STATE PENITENTIARY

<u>Results of Protection Concern Review Board</u>

595808   HENNESSY CHRISTOF          and         611786   ROBERT CLARK
  C JAG 1/L                                              C JAG 1/L

------------------------------------------------------------------------

_____✓_____     Will remain on each other's Protection Concern List.

          Because:  _BOARD DISCRE_____

          _____

          _____

          _____

          _____


_____     Will be removed from each other's Protection Concern List.


Board Members:


_____          _____
        Name & Title                          Date
                                           12-17-15

_____          _____
        Name & Title                          Date
              AROC                         12/17/15


                                       611786
cc: Master Prison Records **595808**   &

    Classification Files  **595808**   &  611786

RECEIVED
DEC 1 8 2015
LSP/RECORDS

# PREA EDUCATIONAL TRAINING

I have viewed the one hour PREA educational training program this date and understand my rights to be free from sexual abuse and sexual harassment. I also understand my rights to be free from retaliation for reporting such incidents. I understand my rights to report such incidents verbally, in writing, through the ARP process and through Crime Stoppers. I understand Department of Corrections policies and procedures for responding to such incidents.

Robert Clark #611786          Camp-C          12-7-15
NAME/NUMBER                   LOCATION        DATE

                                              12-7-15
WITNESS                                       DATE

                              12-7-15
WITNESS                                       DATE

RECEIVED

DEC 08 2015

LSP/RECORDS

# LOUISIANA STATE PENITENTIARY

RE: Robert Clark            DOC#: 617786

**TYPE OF REPORT:** ____ **PROTECTION REPORT**

____ **DISCIPLINARY REPORT**

**NATURE OF REPORT:** ____ 1 ____

**THE ABOVE NAMED AND NUMBERED OFFENDER APPEARED BEFORE THE DISCIPLINARY BOARD ON** 11/17/15 . **HE WAS FOUND GUILTY AND SANCTIONED TO:** ext 4q

**COMMITTEE'S DECISION: THE TRANSFER TO:** N/C

No while in EXT
re sentence to
EXT good conduct
ppoi (illegible) 2514

RECEIVED
NOV 30 2015
LSP/RECORDS

**REASON FOR THE DECISION: THE VIOLATION FALLS WITHIN THE ESTABLISHED GUIDELINE FOR THE TRANSFER.**

**REVIEWED & APPROVED BY:**

Amber Vittorio

**DATE:** 11/24/15

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: L S P

| 1. ` Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 11-13-15 | 6:39 am |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| CBD U/R Cell 4 | Adm Seg | CBD U/R Cell 4 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband | # |

**10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)**

On the above date and time while Shaking down on upper right cell #4 I meet Jackson foun d a cell Phone in a soap dish in a Laundry bag with offender Ray Clork name on it. Offender Robert Clark 611786 is housed in upper Right cell #4 only with offender Keith Bartholomy. Major Smith was notified of this situation.

**11. Offender Placed in Adm. Seg.** ☐ ~~Yes~~    ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Sgt Gullen | Joseph Jackson Sgt West Yard |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 11-13-15 | 7:34 | | |

| 18. Plea by Offender: | ☐ Not Guilty  ☑ Guilty | 19. Verdict: | ☐ Not Guilty  ☑ Guilty |
|---|---|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: |
|---|---|
| 11-17-15 | DOC# 343052 |

**22. Motions:** NO MOTIONS

**23. Reasons for Disposition:**

☑ Report is clear and precise.    ☐ Lack of a credible defense/little or no defense.    ☐ Based on his statement.

☐ The officer's version is determined to be more credible than the Offender's.    ☑ Pled guilty/accepted guilty plea.

☐ Only defense is denying contents of report.    ☐ The Offender presented no evidence to refute the charges.

☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.    ☑ Plea bargain.

☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.

☐ Other _____

**24. Reasons for Sentence:**

☑ Seriousness of offense.    ☐ The need to protect the institution, employees, or other.

☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.

A total of _____ # _____ rule violations since _____.

☐ Other _____

**25. Sentence:** _____    Suspended ☐    Days    Imposed ☑

**26. Sentence:** _____    Suspended ☐    Days    Imposed ☑

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

# LOUISIANA STATE PENITENTIARY
## INVESTIGATIVE SERVICES

**DATE OF INCIDENT:** November 13, 2015

**INVESTIGATOR:** Lieutenant Cameron Miller

**OFFENDER NAME:** Robert Clark

**DOC #:** 611786

**HOUSING:** Cell Block D Upper Right

**REASON:** Contraband

**DESCRIPTION:** Black Cell Phone and Batteries with wiring

**WEIGHT:** N/A

**TEST USED:**

**RESULTS:** Contraband Cell Phone



Cam Miller

Lieutenant Cameron Miller
Investigator's Signature

PAGE 1 OF

TO:    DISCIPLINARY BOARD

FROM:

RE:    ROBERT CLARK              MAX
       DOC# 611786         CBB L/R CBD U/R 0 L 9

DATE: 02/19/2015      November 16, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|------|--------|-------------------|----------------------------|------------------|
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 |
| | | NONE | | | |



# *Louisiana State Penitentiary*

## *Legal Programs Department*

### *MEMORANDUM*

*DATE:*     *11/19/2015*

*TO:*     *Unit Wardens, Classification, Inmate Records, Front Gate Visiting, "A" Building Visiting, ROBERT CLARK - 611786 - CBB L/R*

*FROM:*     *Trish Foster, Legal Programs Director*

*SUBJECT:*     *Visiting Suspension*

*ROBERT CLARK - 611786 - CBB L/R*

*Physical Location:*     CBD U/R 0

*The above named inmate appeared before the Disciplinary Board on*   11/17/2015 *regarding a rule violation on*  11/13/2015  *which involved illegal drugs or a related charge.*

*Pursuant to LSP Posted Policy G-57 which was recinded and replaced by Unit Specific Offender Posted Policies #007and #030, effective January 4, 2012; an administrative suspension of visiting privileges is being imposed. All visits with the exception of the inmate's attorney or members of the attorney's staff and his religious advisor are prohibited during the period of this suspension. This suspension is effective from:*

## 11/13/2015 to Indefinite

*Please mark your records accordingly. If you have any questions, please contact the Legal Programs Department.*

RECEIVED
NOV 2 0 2015
LSP/R/RECORDS



# *Louisiana State Penitentiary*

*Legal Programs Department*

## *MEMORANDUM*

*DATE:*     *11/19/2015*

*TO:*     *Unit Wardens, Classification, Inmate Records, Front Gate Visiting, "A" Building Visiting,*
*ROBERT CLARK - 611786 - CBB L/R*

*FROM:*     *Trish Foster, Legal Programs Director*

*SUBJECT:*     *Visiting Suspension*
*ROBERT CLARK - 611786 - CBB L/R*
*Physical Location:*   CBD U/R 0

*The above named inmate appeared before the Disciplinary Board on*   **11/12/2015**
*regarding a rule violation on*  11/9/2015   *which involved illegal drugs or a related charge.*

*Pursuant to LSP Posted Policy G-57 which was recinded and replaced by Unit Specific Offender Posted Policies #007and #030, effective January 4, 2012; an administrative suspension of visiting privileges is being imposed. All visits with the exception of the inmate's attorney or members of the attorney's staff and his religious advisor are prohibited during the period of this suspension. This suspension is effective from:*

## **11/9/2015 to 11/11/2016**

*Please mark your records accordingly. If you have any questions, please contact the Legal Programs Department.*

RECEIVED
NOV 2 0 2015
LSP/RECORDS

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

**INSTITUTION:** LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 11-13-15 | 6:39 am |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| CBD U/R Cell 4 | Adm Seg | CBD U/R Cell 4 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband | # |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and time while shaking down on upper right cell #4 I msgt Jackson found a cell phone in a soap dish in a laundry bag with offender Roy Clark name on it. Offender Robert Clark 611786 is housed in upper right cell #4 only with offender Keith Bartholomy. Major Smith was notified of this situation.

11. Offender Placed in Adm. Seg.  [Yes]  [ ] No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| [signature] | Joseph Jackson msgt west yard |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 11-13-15 | 7:34 a | [signature] | [signature] |

| 18. Plea by Offender: | [ ] Not Guilty | [X] Guilty | 19. Verdict: | [ ] Not Guilty | [X] Guilty |
|---|---|---|---|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: |
|---|---|
| 11-17-15 | DOC# 343052 |

22. Motions: No Motions

23. Reasons for Disposition:
[X] Report is clear and precise.   [ ] Lack of a credible defense/little or no defense.   [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the Offender's.   [X] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report.   [ ] The Offender presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   [ ] Plea bargain.
[ ] The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
[ ] Other

RECEIVED NOV 18 LSP/RECORDS

24. Reasons for Sentence:
[X] Seriousness of offense.   [ ] The need to protect the institution, employees, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
[ ] A total of _____ # _____ rule violations since _____
[ ] Other _____

25. Sentence: [writing]   Suspended [ ]   Imposed [X]   Days

26. Sentence: [writing]   Suspended [ ]   Imposed [X]   Days

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER) [signature]

MEMBER [signature]

# LOUISIANA STATE PENITENTIARY
# INVESTIGATIVE SERVICES

**DATE OF INCIDENT:** November 13, 2015

**INVESTIGATOR:** Lieutenant Cameron Miller

**OFFENDER NAME:** Robert Clark

**DOC #:** 611786

**HOUSING:** Cell Block D Upper Right

**REASON:** Contraband

**DESCRIPTION:** Black Cell Phone and Batteries with wiring

**WEIGHT:** N/A

**TEST USED:**

**RESULTS:** Contraband Cell Phone



Lieutenant Cameron Miller
Investigator's Signature

TO:   DISCIPLINARY BOARD                                        PAGE 1 OF

FROM:

RE:   ROBERT CLARK
      DOC# 611786                    MAX
                          CBB L/R CBD U/R 0 L 9

DATE: 02/19/2015         November 16, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|--------|--------|-------------------|---------------------------|------------------|
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 |
| | | | **NONE** | | |

# LOUISIANA STATE PENITENTIARY

RE: Robert Clark _____ DOC#: 611786 _____

TYPE OF REPORT: _____ PROTECTION REPORT

_X_ DISCIPLINARY REPORT

NATURE OF REPORT: _____ \ _____

THE ABOVE NAMED AND NUMBERED OFFENDER APPEARED BEFORE THE
DISCIPLINARY BOARD ON 11/12/15 _____. HE WAS FOUND GUILTY
AND SANCTIONED TO: ext 4d _____.

COMMITTEE'S DECISION: THE TRANSFER TO:

_____ EXT _____.

REASON FOR THE DECISION: THE VIOLATION FALLS WITHIN THE
ESTABLISHED GUIDELINE FOR THE TRANSFER.

REVIEWED & APPROVED BY:

_____ DATE: 11-18-15 _____
Amber Vittorio

RECEIVED

NOV 1 8 2015

LSP/RECORDS

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate **Robert Clark** | 2. Number 611786 | 3. Date of Incident November 9, 2015 | 4. Time of Incident Approx. 4:45PM |
|---|---|---|---|
| 5. Place of Incident **CBB L/R #04** | 6. Job Assignment (Inmate) **Line-9** | colspan | 7. Housing Assignment (Inmate) **CBB L/R #04** |
| 8. Rule Violated **Contraband** | colspan | 9. Rule Number **#1** | |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

**On the above date and approximate time I, Major Carl Smith, conducted a shakedown on Offender Robert Clark #611786 and his property and found (1) Black AT&T Cellphone. The cellphone was found in the property belonging to Offender Clark. The contraband was turned over to Investigative Services for further handling.**

| 11. Inmate Placed in Admin. Seg. | X | YES | | NO |
|---|---|---|---|---|

12. Signature of reporting employee

13. Name, Title, Assignment (Print)
**Major Carl Smith, MPCB A-TEAM SUPERVISOR**

| 14. Date of Report 11-09-15 | 15. Time of Report 5:20PM | 16. Report (copy) given to the above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|

| 18. Plea by Inmate: | Not Guilty | ✔ Guilty | 19. Verdict: | Not Guilty | Guilty |
|---|---|---|---|---|---|

| 20. Date of Hearing: 11-12-15 | 21. Counsel Substitute DOC#: 3H3052 |
|---|---|

22. Motions: _____

23. Reasons for Disposition:
[ ✔ ] Report is clear and precise.    [   ] Lack of a credible defense/little or no defense.    [   ] Based on his statement.
[   ] The officer's version is determined to be more credible than the inmate's.    [ ✔ ] Pled guilty/accepted guilty plea.
[   ] Only defense is denying contents of report..    [   ] The inmate presented no evidence to refute the charges.
[   ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    [ ✔ ] Plea bargain
[   ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[   ] Other _____

24. Reasons for Sentence:
[ ✔ ] Seriousness of offense.    [   ] The need to protect the institution, employee, or other.
[   ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
        A total of _____ # _____ rule violations since _____

[   ] Other _____

25. Sentence: Quarter change to En/H/P
Suspended [   ]  Imposed [ ✔ ] _____ Days

26. Sentence: 12 Wks loss of Telephone
Suspended [   ]  Imposed [ ✔ ] _____ Days

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

# LOUISIANA STATE PENITENTIARY
## INVESTIGATIVE SERVICES

**DATE OF INCIDENT:** November 9, 2015

**INVESTIGATOR:** Lieutenant Cameron Miller

**OFFENDER NAME:** Robert Clark

**DOC #:** 611786

**HOUSING:** Cell Block B Lower Right

**REASON:** Contraband

**DESCRIPTION:** Contraband Cell Phone

**WEIGHT:**

**TEST USED:**

**RESULTS:** Cell Phone



**RECEIVED**

NOV 1 0 2015

Disciplinary Office
LSP

Lieutenant Cameron Miller
Investigator's Signature

Robert Clark
611784

found
on
11/09-15




RECEIVED

TO:    DISCIPLINARY BOARD                          AGE 1 OF

FROM:

RE:    ROBERT CLARK                    MAX
       DOC# 611786         CBB L/R  L 9

DATE: 02/19/2015       November 10, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|---------|--------|-------------------|---------------------------|------------------|
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 |
| | | NONE | | | |

HC
mot 8

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1.Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | November 9, 2015 | Approx. 4:45PM |
| 5. Place of Incident | 6. Job Assignment (Inmate) | | 7. Housing Assignment (Inmate) |
| CBB L/R #04 | Line-9 | | CBB L/R #04 |
| 8. Rule Violated | | 9. Rule Number | |
| Contraband | | #1 | |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

**On the above date and approximate time I, Major Carl Smith, conducted a shakedown on Offender Robert Clark #611786 and his property and found (1) Black AT&T Cellphone. The cellphone was found in the property belonging to Offender Clark. The contraband was turned over to Investigative Services for further handling.**

| 11. Inmate Placed in Admin. Seg. | X | YES | | NO | |
|---|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| *Carl Smith* | **Major Carl Smith, MPCB A-TEAM SUPERVISOR** |

| 14. Date of Report | 15. Time of Report | 16.Report (copy) given to the above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| 11-09-15 | 5:20PM | | refused |

| 18. Plea by Inmate: | Not Guilty | ✓ Guilty | 19. Verdict: | Not Guilty | ✓ Guilty |
|---|---|---|---|---|---|

| 20. Date of Hearing: 11-12-15 | 21. Counsel Substitute DOC#: 3H3052 |
|---|---|

22. Motions: _____

23.Reasons for Disposition:
[ ✓ ] Report is clear and precise.    [ ] Lack of a credible defense/little or no defense.    [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.    [ ✓ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..    [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    [ ✓ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

24. Reasons for Sentence:
[ ✓ ] Seriousness of offense.    [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____

[ ] Other _____

25. Sentence: *Quarter Change to Ext/HD*    Suspended [ ]    Days    Imposed [ ✓ ]

RECEIVED
NOV 16 2015
LSP/RECORD

26. Sentence: *29 Wks loss of Telephone*    Suspended [ ]    Days    Imposed [ ✓ ]

27.DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER )

MEMBER  *Duncan*

# LOUISIANA STATE PENITENTIARY

## INVESTIGATIVE SERVICES

**DATE OF INCIDENT:** November 9, 2015

**INVESTIGATOR:** Lieutenant Cameron Miller

**OFFENDER NAME:** Robert Clark

**DOC #:** 611786

**HOUSING:** Cell Block B Lower Right

**REASON:** Contraband

**DESCRIPTION:** Contraband Cell Phone

**WEIGHT:**

**TEST USED:**

**RESULTS:** Cell Phone



_Cam Miller_

Lieutenant Cameron Miller
Investigator's Signature

**RECEIVED**

NOV 1 0 2015

Disciplinary Office
LSP

Rob●t Clark
G11984

found
on
11/09-15




TO:    DISCIPLINARY BOARD                              PAGE 1 OF

FROM:


RE:    ROBERT CLARK                    MAX
       DOC# 611786          CBB L/R   L 9

DATE: 02/19/2015      November 10, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|---------------------------|------------------|
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | C TIG 4/L |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 |
| | | **NONE** | | | |

Robert Clark
#611786
Main Prison CBB 7/R2
L.S.P.
Angola, LA 70712

Date: 10-9-15

Offender Records

RE: Request to have religious prefrence
          change/documented on Master Prison Record

Dear Recipient:

        I Robert Clark #611786 am
requesting that you change my religious
preference in my master prison record
from Unknown to Rastafarian.

        Thankyou for your time

                              Sincerly
                            Robert Clark

Updated + sent copies
    10/27/15 AP

RECEIVED
OCT 1 2 2015
LSP/RECORDS

To : Major Piasza / Inmate records

From : Robert Clark 611786

Dear Recipient :

I'm Requesting to have my diet and religious preference on my master records (and others) changed to Rastafarian.

Date : 10/22/15

Signed : Robert Clark

Main Prison : CBB / R 4

RECEIVED

OCT 23 2015

LSP/RECORDS

<u>LOCKDOWN REVIEW SUMMARY</u>          DATE: 10/07/15

DOC#:611786      NAME: ROBERT   CLARK
LOCATION: CBB L/R
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:   2/10/14

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
___✓__ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
==============================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____  WHY:_____

_____

___✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          ___✓__ New Rule Infractions Since Last Review

_____ Pending Felony Charges

___✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

      _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations     _____ Self-Mutilation
          _____ Serious Rule Infractions    _____ Other_____
          _____ Pattern of Violence                 _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
======================================================================
REVIEWED BY:_____
          NAME                              TITLE

          _____
======================================================================
COMMENTS:_____

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### DISCIPLINARY REPORT

**INSTITUTION:** LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 101786 | 9-8-15 | 1:00pm |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Cellblock Check out | Line 9 | CBB 4L Cell 01 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Work Offenses Aggravated | #28 |

**10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)**

On the above date and approx time while pushing Line 9, I, Asst. K. Longmire was Checking the line out the above Offender Robert Clark #101786 was walking slow to the Check out gate and flatly refused to go to work. Lt. London was notified.

**11. Offender Placed in Adm. Seg.** [ ] Yes [✓] No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| ASsgt. Raven Longmire | Raven Longmire ASsgt. Field |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 9-8-15 | 1:20pm | (RB) | Refused |

| 18. Plea by Offender: | [ ] Not Guilty [✓] Guilty | 19. Verdict: | [ ] Not Guilty [✓] Guilty |
|---|---|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: DOC# |
|---|---|
| 9-10-15 | 125211 |

**22. Motions:**

**23. Reasons for Disposition:**
[✓] Report is clear and precise.   [ ] Lack of a credible defense/little or no defense.   [✓] Based on his statement.
[ ] The officer's version is determined to be more credible than the Offender's.   [✓] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report.   [ ] The Offender presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   [ ] Plea bargain.
[ ] The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
[ ] Other _____

**24. Reasons for Sentence:**
[ ] Seriousness of offense.   [ ] The need to protect the institution, employees, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
  A total of _____ # _____ rule violations since _____.
[ ] Other _____

RECEIVED SEP 11 2015 LSP RECORDS

**25. Sentence:** Combine Reports

Suspended [ ] _____ Days
Imposed [ ]

**26. Sentence:** 8 weeks loss of telephone

Suspended [ ] _____ Days
Imposed [✓]

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER Joe Blackmon

TO:    DISCIPLINARY BOARD

FROM:

RE:    ROBERT CLARK                        MAX
       DOC# 611786         CBB L/L  L 9

DATE: 02/19/2015        September 9, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|--------|-------------------|---------------------------|------------------|
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | D EAG 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 |
| | | NONE | | | |

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: _____

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 617786 | 09-08-15 | 1300 |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| MPCB Checkout | C8 | Cbb |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Malingering | 15B |

10. Description of Incident (Include all relevant information - "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date & time the above offender made an emergency at MPCB checkout Gate. This complaint should be handled at sick call.

11. Offender Placed in Adm. Seg.   ☐ Yes   ☑ No

12. Signature of reporting employee   W. Malonne

13. Name, Title, Assignment (Print)   W. Malonne

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 9/8/15 | 1305 | | Robert Clark |

18. Plea by Offender:   ☐ Not Guilty   ☑ Guilty      19. Verdict:   ☐ Not Guilty   ☑ Guilty

| 20. Date of Hearing: | 21. Counsel Substitute: |
|---|---|
| 9-10-15 | DOC# 125211 |

22. Motions: _____

23. Reasons for Disposition:
☑ Report is clear and precise.    ☐ Lack of a credible defense/little or no defense.    ☑ Based on his statement.
☐ The officer's version is determined to be more credible than the Offender's.    ☑ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.    ☐ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.    ☑ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☐ Seriousness of offense.    ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
A total of _____ # _____ rule violations since _____.
☐ Other _____

SEP 11 2015   LSP/RECORDS

25. Sentence: Combine Reports

Suspended ☐ _____ Days
Imposed ☐

26. Sentence: 8WBGLcs Loss telephone

Suspended ☐ _____ Days
Imposed ☑

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)   Maria DeK...

MEMBER   Joe Blackburn

PAGE 1 OF

TO:     DISCIPLINARY BOARD

FROM:

RE:     ROBERT CLARK                    MAX
        DOC# 611786          CBB L/L   L 9

DATE: 02/19/2015       September 9, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|--------|-------------------|---------------------------|------------------|
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | OAK 1 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | D EAG 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 |
| | | **NONE** | | | |

Robert Clark 611786
m/p CBB ½ 1
La State Pen
Angola, LA 70712

Date: 8-13-15

Dear Recipient:
        Please send me a copy of my disciplinary
report in which I went to court for today (Thurs.-
8-13-15).
        It was a rule 5

                        Respectfully,
                        x Robert Clark

Sent D B 8/10/15


MR   8/25/15

Lt. Hardwell

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 8/10/15 | 3:30 pm |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| CBB U/2 | Adm. Seg | CBB U/2 Cell 1 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Disobedience Aggravated | # 5 |

**10. Description of Incident** (Include all relevant information - "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and time I Msgt Washington informed offender Robert Clark #611786 that he was being moved to Camp D. Raven offender Robert Clark #611786 flatly refused his transfer to Camp D Raven

**11. Offender Placed in Adm. Seg.** [ ] Yes [ ] No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Msgt Suzanne Washington | Suzanne Washington Msgt. CBB Lower |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 8/10/15 | 3:35 | SW | Refused to Sign |

| 18. Plea by Offender: [ ] Not Guilty [✓] Guilty | 19. Verdict: [ ] Not Guilty [✓] Guilty |
|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: |
|---|---|
| 8-13-15 | DOC# 125211 |

**22. Motions:** _____

**23. Reasons for Disposition:**

[ ] Report is clear and precise.    [ ] Lack of a credible defense/little or no defense.    [✓] Based on his statement.

[ ] The officer's version is determined to be more credible than the Offender's.    [✓] Pled guilty/accepted guilty plea.

[ ] Only defense is denying contents of report.    [ ] The Offender presented no evidence to refute the charges.

[ ] The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.    [✓] Plea bargain.

[ ] The Offender's demeanor led the board to believe that the Offender's testimony was untrue.

[ ] Other _____

**24. Reasons for Sentence:**

[ ] Seriousness of offense.    [ ] The need to protect the institution, employees, or other.

[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____

A total of _____ # _____ rule violations since _____

[ ] Other

RECEIVED
AUG 17 2015
LSP/RECORDS

**25. Sentence:** Custody Chg. To W.C.B (C.B.B)    w/p

Suspended [ ] _____ Days
Imposed [✓]

**26. Sentence:** 2 wks Loss of Phones

Suspended [ ] _____ Days
Imposed [✓]

Both
e.l.p.

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

PAGE 1 OF

TO:    DISCIPLINARY BOARD

FROM:

RE:    ROBERT CLARK              MAX
       DOC# 611786       CBA L/R CBB U/L 0 L 10

DATE: 02/19/2015       August 12, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|------|--------|-------------------|-----------------------------|------------------|
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | WAL 3 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | D EAG 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 |
| | | NONE | | | |

LPD-DP-2.
C3-75

# LOUISIANA STATE PENITENTIARY

Revised 12/18/2000

## LOCKDOWN REPORT

### (INMATE REQUEST FOR PROTECTION AND/OR ADMINISTRATIVE REQUEST FOR CUSTODY/QUARTERS REVIEW) AND/OR MENTAL HEALTH MANAGEMENT ORDER

INMATE: _Robert Clark_ # _611786_ LOCATION: _CBA_

DATE: _7/14/15_ TIME: _4:45PM_

The above named inmate has been placed in Administrative Segregation for the following reasons:

☑ The inmate has signed a written request for protection as indicated below.

☐ The inmate has enemies in his current area of assignment and has refused to sign a request for protection. A review of his custody and/or quarters assignment is requested. Enemies are: _____

☐ Mental Health Management order _____

☐ Other: _____

BY: _____   _____
    **(Employee Initiating Report)**              **(Supervisor)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *INMATE REQUEST FOR PROTECTION*

If the inmate has *REQUESTED PROTECTION* he must sign below and must make a statement as to the reason(s) for the need for protection.

I am in need of protection for the reasons outlined in the attached statement. I understand that I may be placed in Administrative Segregation pending review of my case and that I may be transferred to maximum custody if this is found to be necessary.

NAME _____   DOC # _611786_
       **(Inmate's Signature)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *INMATE REQUEST FOR TRANSFER TO MAXIMUM CUSTODY* RECEIVED

I hereby request to be transferred to maximum custody for the reasons defined in the attached statement JUL 2 1 2015

NAME _____   DOC # _LSP/RECORDS_
       **(Inmate's Signature)**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *DISPOSITION*

ACTION TAKEN: _Qts. Change to extend working cell-blocks / general_

DATE: _7/17/15_ BY: _Al Hayes Mc_
                          **NAME AND TITLE**

Form B-05-001-B
20 August 2013

DISCIPLINARY COURT MOTIONS

Offer    Time 3:45 pm         Robert Clark #611786

Rule

Moti    I Robert Clark 611786 do not
feel safe on A Block and that
Expl   my life would be endangered
       do to threats made while
       on the tier.

Moti
                          Robert Clark

Exp

Stip

Mo
                                                    ded
                                                    on
Exp

Ot

De

PAGE 1 OF

TO:  DISCIPLINARY BOARD

FROM:

RE:    ROBERT CLARK              MAX
       DOC# 611786       CBA U/R CBB U/L 0 L 10

DATE: 02/19/2015       July 15, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|------|--------|-------------------|----------------------------|------------------|
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | WAL 3 |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | D EAG 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 |
| | | NONE | | | |

LOCKDOWN REVIEW SUMMARY                DATE: 07/07/15

DOC#:611786      NAME: ROBERT   CLARK                    4-9-15
LOCATION: C JAG 2/R      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION  #1        ____ OWN REQUEST
____ RULE VIOLATION                       ____ INVESTIGATION
____ INCIDENT REPORT                      ____ INITIAL CLASSIFICATION
================================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO LWCB              WHY:_____
_____

____ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request            ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations     ____ Self-Mutilation
        ____ Serious Rule Infractions    ____ Other_____
        ____ Pattern of Violence              _____

____ Continuing Investigation.  By Whom:_____
     For:_____
================================================================================
REVIEWED BY:_____
          NAME                              TITLE
_____
_____

================================================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 06/09/15

DOC#:611786      NAME: ROBERT  CLARK                    4-9-15
LOCATION: C JAG 2/R        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
================================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____  WHY:_____

_____ NOT RELEASED   REASONS:     *NET*

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request            _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
       _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence          _____

_____ Continuing Investigation.  By Whom._____
       For:_____
================================================================================
REVIEWED BY:_____
       NAME _____       TITLE _____

       _____         ALDC

================================================================================
COMMENTS:



LOCKDOWN REVIEW SUMMARY          DATE: 5|15|15

DOC#:611786      NAME: ROBERT  CLARK
LOCATION: C JAG 2/R      ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 2|10|14

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                    _✓_ INITIAL CLASSIFICATION  Deten...
=====================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____    WHY:_____
                                    _____

_✓_ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
     _____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions   ____ Other_____
          ____ Pattern of Violence             _____

____ Continuing Investigation.  By Whom:_____
     For:_____
=====================================================================
REVIEWED BY: _____
             NAME                        TITLE
                                         A Roc
             _____

=====================================================================
COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DOC#:611786    NAME: ROBERT    CLARK
LOCATION: D RAV 3/R    , CBB U/L 0    DATE: 4/6/20.
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 3·28-15

### REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION
___ RULE VIOLATION
___ INCIDENT REPORT    #1

___ OWN REQUEST
___ INVESTIGATION
___ INITIAL CLASSIFICATION

=====================================================

### ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED TO _____ WHY:_____

✓ NOT RELEASED    REASONS:_____

___ Nature of Commitment Offense    ___ Escape Risk

___ Inmate's Request

___ Pending Felony Charges    ___ New Rule Infractions Since Last Review

✓ Nature of Original Reason for Lockdown

___ Inmate`s Protection:(explain)_____

___ Physically Dangerous to Himself or Others as Evidence by:

　　　　___ Psychiatric Evaluations
　　　　___ Serious Rule Infractions
　　　　___ Pattern of Violence    ___ Self-Mutilation
　　　　　　　　　　　　　　　___ Other _____

___ Continuing Investigation.  By Whom:_____
　　For:_____

=====================================================

REVIEWED BY: _____
　　　　　　　NAME

　　　　　　　　　　　　　　　　TITLE

=====================================================

COMMENTS:_____

=====================================================

RECEIVED

APR 1 3 2015

LSP/REC

# LOUISIANA STATE PENITENTIARY

RE: Robert Clark

DOC#: 611786

TYPE OF REPORT:

_____ PROTECTION REPORT

__X__ DISCIPLINARY REPORT

NATURE OF REPORT: _____ 1 _____

THE ABOVE NAMED AND NUMBERED OFFENDER APPEARED BEFORE THE DISCIPLINARY BOARD ON 3/31/15 . HE WAS FOUND GUILTY AND SANCTIONED TO: ext 4a .

COMMITTEE'S DECISION: THE TRANSFER TO: EXT

REASON FOR THE DECISION: THE VIOLATION FALLS WITHIN THE ESTABLISHED GUIDELINE FOR THE TRANSFER.

REVIEWED & APPROVED BY:

Amber Vittaio

DATE: 4-7-15

RECEIVED
APR 08 2015
LSP/RECORDS

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: LSP

| | | | |
|---|---|---|---|
| **1. Name Of Inmate** Robert Clark | **2. Number** 611786 | **3. Date of Incident** 03-28-15 | **4. Time Of Incident** Approx. 9:35 a.m. |
| **5. Place Of Incident** Camp D Raven 1& 2 Yard | **6. Job Assignment (Inmate)** Line 27 | **7. Housing Assignment (Inmate)** Camp D Raven 2 Left | |
| **8. Rule Violation** Contraband | **9. Rule Number** #1 | | |

**10.** Description Of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and approx. time, I, Lt. L. Whiting responded to a beeper activated on Raven 1&2 yard. When I arrived, I observed Offender Robert Clark #611786 appeared to be having a possible seizure. Medical 4 was summons. A short time later, offender Clark Admitted that he had been smoking mojo (synthetic marijuana). Offender Clark was then seen by medical staff and placed in Administrative segregation. Captain Rosso was notified.

**11.** Inmate Placed in Adm. Seg.   ☒ Yes   ☐ No

**12.** Signature of reporting employee: *LaKeshia Whiting, Lt.*

**13. Name, Title, Assignment (Print)** LaKeshia Whiting, Lt. , Camp D B-Team

| **14. Date of Report** 3-28-15 | **15. Time of Report** 9:45 a.m. | **16. Report (copy) given to above inmate by:** *yes* | **17. Inmate's Signature** Refused but copy give |
|---|---|---|---|

**18.** Plea by Inmate:   ☐ Not Guilty   ☒ Guilty   **19.** Verdict:   ☐ Not Guilty   ☒ Guilty

**20.** Date of Hearing: 3-31-15

**21.** Counsel Substitute: DOC#: 125211

**22.** Motions:

**23. Reasons for Disposition:**

☒ Report is clear and precise.
☐ Lack of a credible defense/little or no defense.
☐ Based on his statement.
☐ The officer's version is determined to be more credible than the inmate's.
☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.
☐ The inmate presented no evidence to refute the charges.
☐ The investigative officer's testimony was deemed more truthful and accurate than the inmate's.
☒ Plea bargain.
☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
☐ Other

**24. Reasons for Sentence:**

☐ Seriousness of offense.
☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violations(s). A total of _____ Schedule B violations since _____.
☐ A total of _____ # _____ rule violations since _____.
☐ Other

**25. Sentence:** Quarters Change to Ext Logh downs

Suspended ☐ _____ Days
Imposed ☒

**26. Sentence:** 24 Weeks loss of Canteen

Suspended ☐ _____ Days
Imposed ☒

**27. DISCIPLINARY BOARD:**

Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

TO:    DISCIPLINARY BOARD                                    AGE 1 OF

FROM:

RE:    ROBERT CLARK                    MAX
       DOC# 611786          D RAV 2/L CBB U/L 0 L 27

DATE: 02/19/2015       March 30, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|--------|--------|-------------------|----------------------------|------------------|
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | CBA U/L |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | D EAG 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 |
| | | | NONE | | |

Tuesday

March 31, 2015

① Dear OFFender Records:

Robert Clark #611786 ; Hi my name is. I'm housed in Main Prison C|B|B/UL #3. I'm writing you this letter because I went to court & they did not give me a copy of my rule infraction I went to court for today & told me I had to write OFFender Records. So I'm writing asking you to please send me a copy of my last write up, which was March 28, 2015 which was a Rule #1 contraband. Also can you please send me a copy of all the rule infractions I have since I've been incarcerated.

Thank in advance for your time & cooperation

Robert Clark
# 611786
C|B|B/UL # 3

4/6/15
MP

RECEIVED
'APR 07 2015
LSP/RECORD.



# *Louisiana State Penitentiary*

*Legal Programs Department*

## *MEMORANDUM*

*DATE:*    *4/2/2015*

*TO:*    *Unit Wardens, Classification, Inmate Records, Front*
*Gate Visiting, "A" Building Visiting,*
*ROBERT CLARK - 611786 - D RAV 3/R*

*FROM:*    *Trish Foster, Legal Programs Director*

*SUBJECT:*    *Visiting Suspension*
*ROBERT CLARK - 611786 - D RAV 3/R*
*Physical Location:*    CBB U/L 0

*The above named inmate appeared before the Disciplinary Board on*    3/31/2015
*regarding a rule violation on*  3/28/2015    *which involved illegal drugs or a related charge.*

*Pursuant to LSP Posted Policy G-57 which was recinded and replaced by Unit Specific*
*Offender Posted Policy #030, effective January 4, 2012; an administrative suspension*
*of visiting privileges is being imposed. All visits with the exception of the inmate's*
*attorney or members of the attorney's staff and his religious advisor are prohibited*
*during the period of this suspension. This suspension is effective from:*

## 3/28/2015 to 9/27/2015

*Please mark your records accordingly. If you have any questions, please contact the*
*Legal Programs Department.*


RECEIVE
APR 06 2015
LSP/RECOR

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### DISCIPLINARY REPORT

**INSTITUTION:** LSP

| 1. Name Of Inmate<br>Robert Clark | 2. Number<br>611786 | 3. Date of Incident<br>03-28-15 | 4. Time Of Incident<br>Approx. 9:35 a.m. |
|---|---|---|---|
| 5. Place Of Incident<br>Camp D Raven 1& 2 Yard | 6. Job Assignment (Inmate)<br>Line 27 | | 7. Housing Assignment (Inmate)<br>Camp D Raven 2 Left |
| 8. Rule Violation<br>Contraband | 9. Rule Number<br>#1 | | |

10. Description Of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and approx. time, I, Lt. L. Whiting responded to a beeper activated on Raven 1&2 yard. When I arrived, I observed Offender Robert Clark #611786 appeared to be having a possible seizure. Medical 4 was summons. A short time later, offender Clark Admitted that he had been smoking mojo (synthetic marijuana). Offender Clark was then seen by medical staff and placed in Administrative segregation. Captain Rosso was notified.

11. Inmate Placed in Adm. Seg.    ☒ Yes    ☐ No

12. Signature of reporting employee:
*LaKeshia Whiting, Lt.*

13. Name, Title, Assignment (Print)
LaKeshia Whiting, Lt. , Camp D B-Team

| 14. Date of Report<br>3-28-15 | 15. Time of Report<br>9:45 a.m. | 16. Report (copy) given to above inmate by: *Jett* | 17. Inmate's Signature<br>*Refused but copy give* |
|---|---|---|---|

18. Plea by Inmate:    ☐ Not Guilty    ☒ Guilty    19. Verdict:    ☐ Not Guilty    ☒ Guilty

20. Date of Hearing:
3-31-15

21. Counsel Substitute:
DOC#: 125211

22. Motions:

23. Reasons for Disposition:
- ☒ Report is clear and precise.
- ☐ Lack of a credible defense/little or no defense.
- ☐ Based on his statement.
- ☐ The officer's version is determined to be more credible than the inmate's.
- ☐ Pled guilty/accepted guilty plea.
- ☐ Only defense is denying contents of report.
- ☐ The inmate presented no evidence to refute the charges.
- ☐ The investigative officer's testimony was deemed more truthful and accurate than the inmate's.
- ☒ Plea bargain.
- ☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
- ☐ Other

24. Reasons for Sentence:
- ☐ Seriousness of offense.
- ☐ The need to protect the institution, employees, or other.
- ☐ Poor Conduct record. A total of _____ rule violations(s). A total of _____ Schedule B violations since _____.
- A total of _____ # _____ rule violations since _____.
- ☐ Other

25. Sentence: *Quarters Change to Ext Lock down*    Suspended ☐ _____ Days    Imposed ☒

**RECEIVED**

26. Sentence: *24 Weeks loss of Canteen*    Suspended ☐ _____ Days    Imposed ☒

**APR 02 2015**

**LSP/RECORDS**

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

TO:     DISCIPLINARY BOARD                        PAGE 1 OF

FROM:

RE:     ROBERT CLARK                    MAX
        DOC# 611786           D RAV 2/L CBB U/L 0 L 27

DATE: 02/19/2015        March 30, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|------|--------|-----------|-------------|----------|
| AHMAD | MORNING | 378188 | CLAIM | 2/2/15 | CBA U/L |
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | D EAG 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 |

**NONE**

Form C-05-001-W-2
15 July 2011



**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Miscellaneous)**



**INSTITUTION: Louisiana State Penitentiary**

| NAME<br>**Robert Clark** | NUMBER<br>611786 | DORM OR CELLBLOCK<br>Camp D Raven 2 Left | DATE OF INCIDENT<br>3-28-15 | TIME OF INCIDENT<br>Approx. 9:35 a.m. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Camp D Raven 1 & 2 Yard | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

☐ Accidents
  ☐ Employee Accident
  ☐ Offender Accident
  ☐ Vehicle Accident
☐ Contraband
  ☐ Inside Facility
  ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☒ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
  ☐ Routine
    ☐ Staff   ☐ Visitor   ☐ Offender
  ☐ Target
    ☐ Staff   ☐ Visitor   ☐ Offender
☐ Use of Tact Team and Chase Team as outside assistance

☒ Other:   Offender Robert Clark passed out on Raven 1 & 2 Yard and admitted to smoking mojo (synthetic marijuana).

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and time, I, Lt. LaKeshia Whiting responded to a beeper activated on Raven 1 & 2 Yard.  When I arrived on the scene, Sgt. Deandre Banford notified me that offender Robert Clark #611786 was having a possible seizure.  I then notified Medical 4 to dispatch an ambulance and offender Clark later admitted to me that he had been smoking mojo (synthetic marijuana). Offender Clark was transported to the treatment center for further observation.  Offender Clark was placed in administrative segregation.  This is for your information and further handling.

RECEIVED
MAR 3 1 2015
LSP/RECORDS

REPORTING OFFICER

3/28/15
DATE COMPLETED

9:50am
TIME COMPLETED

Form C-05-001-W-2
15 July 2011



**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Miscellaneous)**



INSTITUTION: <u>Louisiana State Penitentiary</u>

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| **Robert Clark** | **611786** | Camp D Raven 2 Left | 3-28-15 | Approx. 9:35 a.m. |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| Camp D Raven 1 & 2 Yard | N/A |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

☐ Accidents
   ☐ Employee Accident
   ☐ Offender Accident
   ☐ Vehicle Accident
☐ Contraband
   ☐ Inside Facility
   ☐ Outside Facility
☐ Drug Screen
☐ Maintenance

☒ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
   ☐ Routine
      ☐ Staff  ☐ Visitor  ☐ Offender
   ☐ Target
      ☐ Staff  ☐ Visitor  ☐ Offender
☐ Use of Tact Team and Chase Team as outside
assistance

☒ Other: Offender Robert Clark passed out on Raven 1 & 2 Yard and admitted to smoking mojo (synthetic marijuana)

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and time, I, Sgt. Deandre Banford observed offender Robert Clark #611786 passed out on Raven 1 & 2 yard. I activated my beeper. Moments later, Lt. LaKeshia Whiting arrived and I notified her that offender Robert Clark was having a possible seizure. Medical staff was notified. Offender Clark later admitted to Lt. L. Whiting that he had been smoking mojo (synthetic marijuana). EMTs arrived and offender was taken to the treatment center for further observation. This is for your information and further handling.

RECEIVED

MAR 3 1 2015

LSP/RECORDS

REPORTING OFFICER

3-28-15
DATE COMPLETED

10:30
TIME COMPLETED

REVISED 12/18/00

## LOUISIANA STATE PENITENTIARY

### LOCKDOWN REPORT

(INMATE REQUEST FOR PROTECTION AND/OR ADMINISTRATIVE REQUEST FOR
CUSTODY/QUARTERS REVIEW, AND/OR MENTAL HEALTH MANAGEMENT ORDER

_____ Robert Clark _____  #516288 LOCATION:  CBB Lower Right Cell#05

DATE:  February 08, 2015            TIME:  1:00P.M.

The above named inmate has been placed in Administrative Segregation for the following reasons:

☐  The inmate has signed a written request for protection as indicated below.

☐  The inmate has enemies in his current area of assignment and has refused to sign a request for protection.  A review of his custody and/or quarters assignment is requested.  Enemies are: _____

☐  Mental Health Management order _____

☒  Other:  Offender # 511786 Robert Clark is being placed in Administrative Segregation after receiving information that his life is danger over debts he has accrued and is unable to pay.

_____ Captain Carl Smith _____                    _____
Employee Initiating Report                              Supervisor

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### INMATE REQUEST FOR PROTECTION

If the inmate has **REQUESTED PROTECTION** he must sign below and must make a statement as to the reason(s) for the need for protection.

I am in need of protection for the reasons outlined in the attached statement.  I understand that I may be placed in Administrative Segregation pending review of my case and that I may be transferred to maximum custody if this is found to be necessary.

NAME: _____        DOC # _____
            (Inmate's Signature)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### INMATE REQUEST FOR TRANSFER TO MAXIMUM CUSTODY

I hereby request to be transferred to maximum custody for the reasons defined in the attached statement.

NAME: _____        DOC # _____
            (Inmate's Signature)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### DISPOSITION

ACTION TAKEN:  Qts. change to Cp-D Work. (e)) - block imposed

DATE:  2/10/15        BY:  Ad Hayes M, s
                                    NAME AND TITLE

Loc-

I don't know if there's any credibility to this or not, but there was talk on the 1 pm yard that if Robert Clark and Charles Palmer didn't come up with some money and drugs owed to somebody name Jug at CBC by 1 pm yard today, they'd be seriously hurt. Clark had passed out on the yard after smoking and snorting some drugs on the yard.

TO:    DISCIPLINARY BOARD

FROM:    .

RE:    ROBERT CLARK              MAX
       DOC# 611786         CBB L/R CBD U/L 0 L 9

DATE: 05/09/2014      February 9, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|-------|--------|-------------------|---------------------------|-------------------|
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | D EAG 1 |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | SPR 1 |

**NONE**



LOCKDOWN REVIEW SUMMARY          DATE: 01/07/2015

DOC#:611786      NAME: ROBERT  CLARK
LOCATION: CBB L/R        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:        2/10/14 RM

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                    _✓_ INITIAL CLASSIFICATION
================================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____     WHY: _____
_____

_✓_ NOT RELEASED    REASONS: 90 days

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations     ____ Self-Mutilation
          ____ Serious Rule Infractions    ____ Other_____
          ____ Pattern of Violence                _____

____ Continuing Investigation.  By Whom:_____
____ For:_____
=========================================================================
REVIEWED BY: _____     _____
             NAME                                 TITLE  Spec 1

_____

=========================================================================
COMMENTS:

$B

EVALUATION SUMMARY

DATE:11/13/2014

DOC #:611786   NAME:ROBERT        CLARK          LOCATION\LEVEL: J GTR 4/

Date of original placement in extended lockdown:    5-21-14

Date of placement at current level:  BIL WLB    10-4-14

©Reasons for Original Lockdown:

        Rule Violation                               Incident Report

        Other (explain):

_____

                   RESULTS OF EVALUATION

_____ Reasigned to  BL WLB _____

Why? _____

_____ Not Reasigned - Reasons:
      _____ Nature of original reason for lockdown
      _____ Escape risk
      _____ Rule infractions since last evaluation
      _____ Physically dangerous to self or others as evidenced by:
            _____ Serious rule infractions
            _____ Pattern of Violence
            _____ Not Enough Time on Current Level
            _____ Other: (explain)
------------------------------------------------------------------
COMMITTEE MEMBERS:
                  NAME                              TITLE

------------------------------------------------------------------

COMMENTS:

RECEIVED

NOV 2 4 2014

LSP/RECORDS



EVALUATION SUMMARY

DATE:10/07/2014

DOC #:611786    NAME:ROBERT    CLARK    LOCATION\LEVEL: J GTR 4/

Date of original placement in extended lockdown:

Date of placement at current level:

Reasons for Original Lockdown:

            Rule Violation                                    Incident Report

            Other (explain):

_____

                        RESULTS OF EVALUATION

_____ Reasigned to ____WCI_____

Why? _____

_____ Not Reasigned - Reasons:
            Nature of original reason for lockdown
_____      Escape risk
_____      Rule infractions since last evaluation
_____      Physically dangerous to self or others as evidenced by:
_____            Serious rule infractions        RECEIVED
_____            Pattern of Violence
_____            Not Enough Time on Current Level   OCT 15 2014
_____            Other: (explain)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - LSP/RECORDS - - -
COMMITTEE MEMBERS:  _____
                           NAME                   TITLE

                    _____       _____

                    _____       _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

EVALUATION SUMMARY

DATE:09/04/2014

DOC #:611786    NAME:ROBERT          CLARK          LOCATION\LEVEL: J GTR 4/

Date of original placement in extended lockdown:

Date of placement at current level:

Reasons for Original Lockdown:

          Rule Violation                          Incident Report

          Other (explain):

---

RESULTS OF EVALUATION

_____  Reasigned to _____

Why? _____

_____  Not Reasigned - Reasons:
          _____  Nature of original reason for lockdown
          _____  Escape risk
          _____  Rule infractions since last evaluation
          _____  Physically dangerous to self or others as evidenced by:
                    _____  Serious rule infractions
                    _____  Pattern of Violence
                    ___✓__  Not Enough Time on Current Level
                    _____  Other: (explain)

-------------------------------------------------------------

COMMITTEE MEMBERS: _____          _____
                        NAME                          TITLE

                   _____          _____

                   R. Augustine                   _____

-------------------------------------------------------------

COMMENTS:

RECEIVED
SEP 16 2014
LOOF...CORDS

# PREA EDUCATIONAL TRAINING

I have viewed the one hour PREA educational training program this date and understand my rights to be free from sexual abuse and sexual harassment. I also understand my rights to be free from retaliation for reporting such incidents. I understand my rights to report such incidents verbally, in writing, through the ARP process and through Crime Stoppers. I understand Department of Corrections policies and procedures for responding to such incidents.

Robert Clark 611786    Gator 4/2 10    8/29/14

NAME/ NUMBER            LOCATION         DATE

_(signature)_

WITNESS                  8-29-14

                         DATE

_(signature)_            8-29-14

WITNESS                  DATE

RECEIVED
SEP 08 2014
LSP/RECORDS

STATE OF LOUISIANA            :        NUMBER: 189249

VERSUS                                 26TH JUDICIAL DISTRICT COURT

ROBERT L. CLARK, JR.          :        BOSSIER PARISH, LOUISIANA
B/M, DOB 08/01/1978

## ORDER

Considering the foregoing Writ of Habeas Corpus filed by the State of Louisiana:

IT IS ORDERED that **ROBERT L. CLARK, JR. B/M, DOB** Redact **1978,** be

transported and released to the Bossier Parish Sheriff Office or his deputy on or about

**Tuesday September 2, 2014, at 9:30 a.m.** for a Resentencing Hearing.

THUS DONE AND SIGNED in Benton, Bossier Parish, Louisiana, on this the *12*

day of August, 2014.

DISTRICT JUDGE
26TH JUDICIAL DISTRICT
BOSSIER PARISH, LOUISIANA

RECEIVED
AUG 18 2014
D/W SECURITY

RECEIVED
AUG 2 2 2014
LSP/RECORDS

| STATE OF LOUISIANA | : | NUMBER: 189249 |
| VERSUS | : | 26TH JUDICIAL DISTRICT COURT |
| ROBERT L. CLARK, JR.<br>B/M, DOB 08/01/1978 | : | BOSSIER PARISH, LOUISIANA |

## WRIT OF HABEAS CORPUS FOR RESENTENCING HEARING

NOW INTO COURT, comes the State of Louisiana, through the undersigned Assistant District Attorney, who respectfully represents that:

1.

**ROBERT L. CLARK, JR. B/M, D**Redacted **1978, ANGOLA STATE PENITENTIARY, HIGHWAY 66, ANGOLA, LA 70712** was convicted in Bossier Parish, Louisiana, under Criminal Docket Number 189249 with ARMED ROBBERY.

2.

**ROBERT L. CLARK, JR. B/M, D**Redacted **1978**, who is currently incarcerated at **ANGOLA STATE PENITENTIARY, HIGHWAY 66, ANGOLA, LA 70712** is scheduled to be in the 26th Judicial District Court, on **Tuesday, September 2, 2014,** at 9:30 a.m. Bossier Parish Courthouse, Benton, Louisiana for a Resentencing Hearing.

3.

The State of Louisiana requests an order issue to **ANGOLA STATE PENITENTIARY, HIGHWAY 66, ANGOLA, LA 70712**, and to the Bossier Parish Sheriff Office, to arrange the transfer of **ROBERT L. CLARK, JR. B/M, DOB 08/01/1978** for the above mentioned hearing.

WHEREFORE, the State prays that this motion be granted.

Assistant District Attorney
26th Judicial District – Bossier Parish
P O Box 69
Benton, Louisiana 71006
(318) 965-2332

EVALUATION SUMMARY

DATE:08/01/2014

‎ ⊃ #:611786    NAME:ROBERT              CLARK            LOCATION\LEVEL: J GTR 1

Date of original placement in extended lockdown:

Date of placement at current level:

Reasons for Original Lockdown:

Rule Violation                                Incident Report

Other (explain):

_____

RESULTS OF EVALUATION

_____ Reasigned to    L-3 _____

Why? _____

_____ Not Reasigned - Reasons:
        _____ Nature of original reason for lockdown
        _____ Escape risk
        _____ Rule infractions since last evaluation
        _____ Physically dangerous to self or others as evidenced by:
                _____ Serious rule infractions
                _____ Pattern of Violence
                _____ Not Enough Time on Current Level
                _____ Other: (explain)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMITTEE MEMBERS:           NAME                              TITLE

                         R. Augustine

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

RECEIVED

AUG 22 2014

LSP/RECORDS

(318) 965-2233

## J. SCHUYLER MARVIN
### DISTRICT ATTORNEY

BOSSIER - WEBSTER PARISHES
TWENTY-SIXTH JUDICIAL DISTRICT
STATE OF LOUISIANA
WEB SITE: WWW.26THDA.ORG
E-MAIL: SMARVIN@26THDA.ORG



Fac. @ Console (LA

DATE: 8/3/14

TO: David Wade Correctional

AT: 318-977-0428
0443

RECEIVED

AUG 1 2 2014

LSP/RECORDS

FROM: Danielle Johnson

RE: Robert L. Clark Jr    # 611786
Writ

Total Pages ( 3 )

BOSSIER PARISH COURTHOUSE
P.O. Box 69
BENTON, LOUISIANA 71006
TEL: 318-965-2332
FAX: 318-965-2233

FIRST ASSISTANT BOSSIER-WEBSTER:
R. LANE PITTARD

WEBSTER PARISH COURTHOUSE
P.O. Box 758
MINDEN, LOUISIANA 71058
TEL: 318-377-7557
FAX: 318-377-1519

CHIEF ADMINISTRATIVE ASSISTANT
GRAYDON K. KITCHENS, JR.

STATE OF LOUISIANA                       :        NUMBER 189249

VERSUS                                   :        26TH JUDICIAL DISTRICT COURT

ROBERT L. CLARK JR.                      :        BOSSIER PARISH, LOUISIANA
B/M, DOB 08/01/1978

## WRIT OF HABEAS CORPUS FOR RESENTENCING HEARING

NOW INTO COURT, through the undersigned Assistant District Attorney, comes
the State of Louisiana, who respectfully represents that:

1.

ROBERT L. CLARK, JR., B/M, DOB Redact 1978, DAVID WADE
CORRECTIONAL CENTER, 670 BELL HILL ROAD, HOMER, LA 71040, was
convicted in Bossier Parish, Louisiana, under Criminal Docket Number 189249 with
Armed Robbery.

2.

ROBERT L. CLARK, JR., B/M, DO Redacted 1978, is currently incarcerated at
DAVID WADE CORRECTIONAL CENTER, 670 BELL HILL ROAD, HOMER, LA
71040 and is scheduled to be in the 26th Judicial District Court, on Tuesday, August
15, 2014, at 9:30 a.m. at the Bossier Parish Courthouse, Benton, Louisiana for a
Resentencing Hearing.

3.

The State of Louisiana requests an order issue to DAVID WADE
CORRECTIONAL CENTER, 670 BELL HILL ROAD, HOMER, LA 71040 and to the
Bossier Parish Sheriff Office to arrange the transfer of ROBERT L. CLARK, JR., B/M,
D Redacte 1978, for the above mentioned hearing.

WHEREFORE, the State prays that this motion be granted.

Assistant District Attorney
26th Judicial District – Bossier Parish
P O Box 69
Benton, LA   71006
Telephone: (318) 965-2332

| STATE OF LOUISIANA | : | NUMBER 189249 |
|---|---|---|
| VERSUS | : | 26TH JUDICIAL DISTRICT COURT |
| **ROBERT L. CLARK, JR.**<br>**B/M, DOB 08/01/1978** | : | BOSSIER PARISH, LOUISIANA |

## O R D E R

Considering the foregoing Writ of Habeas Corpus filed by the State of Louisiana,

IT IS ORDERED that **ROBERT L. CLARK, JR., B/M, D(**Redact **/1978,** be

transported and released to the Bossier Parish Sheriff Office or his deputy on or about

**Tuesday, August 15, 2014, at 9:30 a.m.,** for a Resentencing Hearing.

THUS DONE AND SIGNED in Benton, Bossier Parish, Louisiana, this $3/$ day

of August, 2014.

_____
DISTRICT JUDGE
26TH JUDICIAL DISTRICT
BOSSIER PARISH, LOUISIANA

# RECEIVED

AUG 04 2014

## WCC RECORDS OFFI

EVALUATION SUMMARY

DATE:07/01/2014

DOC #:611786     NAME:ROBERT          CLARK          LOCATION\LEVEL: J GTR 1,

Date of original placement in extended lockdown:          5-21-14

Date of placement at current level:

⊗Reasons for Original Lockdown:

          Rule Violation                              Incident Report

          Other (explain):

---

                    RESULTS OF EVALUATION

_____  Reasigned to    _____

Why?  _____

_____  Not Reasigned - Reasons:
          _____  Nature of original reason for lockdown
          _____  Escape risk
          _____  Rule infractions since last evaluation
          _____  Physically dangerous to self or others as evidenced by:
                  _____  Serious rule infractions
                  _____  Pattern of Violence
                  _____  Not Enough Time on Current Level
                  _____  Other: (explain) _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMITTEE MEMBERS:  _____        _____
                         NAME                         TITLE

                    _____        _____

                    R. Augustine                 _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

RECEIVED
JUL 0 2 2014
LSP/RECORDS

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: L S P / CBD

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 5-8-14 | 6:00 PM |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| CBB L/R Tier | L-9 | CBB L/R Cell #8 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Sex Offenses Aggravated | 21/C |

**10. Description of Incident** (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

ON The Above Date and Approximate Time I Sgt. Johnson was MAKeing rounds oN L/R Tier I Sgt. Johnson observed offender Robert Clark #611786 iN The Top BuNK Haveing sex with offender ERNest AlleN #343051 Had His Hard Erect Penis iN offender Robert Clark #611786 ANgos Lt. TolliVer was NoTified OF iNCiDeNt

**11. Offender Placed in Adm. Seg.** [X] Yes  [ ] No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Sgt. C.B. Johnson | Sgt. C.B. Johnson |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 5-8-14 | 9:30 PM | | |

**18. Plea by Offender:** [X] Not Guilty  [ ] Guilty      **19. Verdict:** [ ] Not Guilty  [X] Guilty

| 20. Date of Hearing: | 21. Counsel Substitute: DOC# |
|---|---|
| 5-12-14  5-21-14 | 343052   12524 |

**22. Motions:** DEFER NEXT CouRT DATE iN HUNTER STILING

**23. Reasons for Disposition:**
[X] Report is clear and precise.   [X] Lack of a credible defense/little or no defense.   [ ] Based on his statement.
[X] The officer's version is determined to be more credible than the Offender's.   [ ] Pled guilty/accepted guilty plea.
[X] Only defense is denying contents of report.   [ ] The Offender presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   [ ] Plea bargain.
[ ] The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
[ ] Other _____

RECEIVED MAY 2014 LSP/RECORDS

**24. Reasons for Sentence:**
[X] Seriousness of offense.   [ ] The need to protect the institution, employees, or other.
[X] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
      A total of _____ # _____ rule violations since _____.
[ ] Other _____

| 25. Sentence: | Suspended [ ] | Days |
|---|---|---|
| QUARTER CHANGE CAMP 1 MANAGEMENT | Imposed [X] | |

| 26. Sentence: | Suspended [ ] | Days |
|---|---|---|
| PRObATiON | Imposed [ ] | |

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA

## APPEAL DECISION

### DISCIPLINARY BOARD APPEAL NUMBER:

LSP-2014-0212-W

| | |
|---|---|
| OFFENDER: | ROBERT CLARK        611786 |
| HOUSING: | J GATOR 1/L |
| COURT DATE: | 05/21/2014 |
| DATE OF REPORT: | 05/08/2014 |
| RULE VIOLATED: | RULE #21-C, AGGRAVATED SEX OFFENSES |
| PLEA: | NOT GUILTY |
| FOUND GUILTY OF: | RULE #21-C, AGGRAVATED SEX OFFENSES |
| SENTENCE: | QUARTERS CHANGE TO CAMP J MANAGEMENT PROGRAM |
| IMPOSED / SUSPENDED: | IMPOSED |
| RESTITUTION: | NONE |
| DECISION DATE: | 6/19/14 |
| APPEAL DECISION: | REJECTED |

Appellant's appeal was received on 06/13/2014. Appeal requests must be received within **fifteen (15) days** of the date of the final hearing. In this case, Appellant's final hearing was held 05/21/2014. The appeal was not timely submitted; therefore, it will not be addressed by the Warden.

The appeal is rejected.

Burl Cain
Warden

BC: llr

---

**INSTRUCTIONS TO OFFENDER:** This decision constitutes the final administrative decision of the agency. The Secretary will only consider appeals from decisions which resulted in the imposed or suspended sentences of one or more of the following penalties: 1) Disciplinary Detention; 2) Forfeiture of good time; 3) Custody change from minimum to medium only if it involves a transfer to another institution; 4) Custody change from minimum or medium to maximum custody; and 5) Failure to earn incentive wages.
**Since none of these penalties were imposed, this decision can not be appealed to the Secretary.**

---

RECEIVED

JUN 2 3 2014

LSP/RECORDS

EVALUATION SUMMARY

DATE:06/02/2014

DOC #:611786    NAME:ROBERT        CLARK        LOCATION\LEVEL: J GTR 1,

Date of original placement in extended lockdown:    *5-21-14*

Date of placement at current level:

Reasons for Original Lockdown:

       Rule Violation                                Incident Report

       Other (explain):

---

RESULTS OF EVALUATION

_____ Reasigned to _____

Why? _____

___/___ Not Reasigned - Reasons:
    _____ Nature of original reason for lockdown
    _____ Escape risk
    _____ Rule infractions since last evaluation
    _____ Physically dangerous to self or others as evidenced by:
        _____ Serious rule infractions
        _____ Pattern of Violence
        _____ Not Enough Time on Current Level
        _____ Other: (explain)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMITTEE MEMBERS:    _____
                   NAME                                    TITLE

                   _____

                   _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

RECEIVED

JUN 1 3 2014

LSP/RECORDS

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: Louisiana State Penitentiary

| Name: Robert Clark | Number: # 611786 | Dorm Or Cellblock: Camp-J Gar 1 Right | Date Of Incident: 5-28-14 | Time Of Incident: Approx. 7:00 am |
|---|---|---|---|---|
| Location Of Incident: Camp-J Gar 1 Right | | Witnesses: None | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured in Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team/Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike – Individual
- [ ] Hunger Strike – Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation – Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Warden

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [ ] Assault With No Significant Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [ ] Use of Force
  - [ ] Immediate
  - [ ] Planned
  - [ ] Chemical Agents on Single Offender
  - [ ] Use of Taser
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [ ] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [x] Individual Hunger Strike
- [ ] Suicide Gesture

\* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I Captain Mark Laprairie observed offender Robert Clark # 611786 (Gator 1/Left) eat his breakfast meal thus ending his self imposed hunger strike. Col. Smith was notified of this incident.

Capt. Mark Laprairie        130457
                              TB

5-28-14
Date Completed

RECEIVED 8:30 am
Time Completed
JUN 0 2 2014
LSP/RECORDS

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: Louisiana State Penitentiary

| Name: Robert Clark | Number: 611786 | Dorm Or Cellblock: Gator 1 Left cell # 7 | Date Of Incident: 5 / 27 /14 | Time Of Incident: 3:30 pm |
|---|---|---|---|---|
| Location Of Incident: Camp J  Gator 1 Left cell #7 | | Witnesses: NONE | | |

## TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
- ☐ Death by other than natural causes
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious
  - ☐ Unknown
  - ☐ Unnatural
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Staff Injured in Line of Duty
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Hostage Situation
  - ☐ Major Work Stoppage of Offenders
  - ☐ Employee Work Stoppage
  - ☐ Riot
  - ☐ Natural Disaster
  - ☐ Tact Team/Outside Assistance
  - ☐ Lockdown of all or part of facility
  - ☐ Hunger Strike of Entire Facility or Multiple Units
  - ☐ Large Scale Evacuation
  - ☐ Other - Determined by Unit Head

**Category B Incidents:**
- ☐ Escapee Apprehended
- ☐ Death Due to Natural Causes
  - ☐ Expected
  - ☐ Unexpected
- ☐ Gunshot - Shoot to disable (Class I)
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Attempted Suicide with Significant Injury
  - ☐ Self Mutilation with Significant Injury
- ☐ Hunger Strike – Individual
- ☐ Hunger Strike – Organized
- ☐ Use of Force w/Significant Injury
  - ☐ Lockdown of Limited Number of Offenders
- ☐ Significant Water/Power Outage
- ☐ Property Damage - Limited
- ☐ Evacuation – Limited
- ☐ Other – Employee Arrest
- ☐ Other - Determined by Warden

**Category C Incidents:**
- ☐ Agg. Sex Offense (Offender/Staff)*
- ☐ Agg. Sex Offense (Offender/Offender)*
- ☐ Staff/Civilian Sexual Misconduct*
- ☐ Gunshot - Warning Shot (Class II)
  - ☐ Self Defense - No Human Injury or Death
- ☐ Assault With No Significant Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ With Weapon
  - ☐ Without Weapon
  - ☐ Throwing of Substances
- ☐ Use of Force
  - ☐ Immediate
  - ☐ Planned
  - ☐ Chemical Agents on Single Offender
  - ☐ Use of Taser
  - ☐ Cell Entry Team (Elec. Shield)
  - ☐ Less Lethal Weapons
  - ☐ Restraints Used (Restraint Chair, 4 Point, etc.)
  - ☐ Staff on Offender
- ☒ On Individual Hunger Strike

* Copy to Investigations

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On above date and time offender  Robert Clark #611786 declared himself on hunger strike by missing all three meals

on this date making it his 2nd day. Offender stated that he was on hunger strike because of false disciplinary report.

Major Sam Adams  was notified.

RECEIVED

MAY 3 0 2014

LSP/RECORDS

_Jewel Law Jr 101029_
Reporting Officer

_05- 27- 14_
Date completed

Time completed

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

R. McDonnell

INSTITUTION: LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 5-11-14 | 11:30 am |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| TU UTOC-B | Ext 4D | TU Upper Time Out Cell-B |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband | #1 |

**10. Description of Incident** (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and Approximate time I Sgt. I. Jones Shaken down offender Robert Clark #611786 and Found a mirror in two pieces under the bed major Butler was notified

**11. Offender Placed in Adm. Seg.** ☑ Yes ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Isaac Jones | ISAAC Jones Sgt. TU B-Team |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: MM | 17. Offender's Signature: |
|---|---|---|---|
| 5-11-14 | 12:15 | | Refused to sign |

**18. Plea by Offender:** ☐ Not Guilty ☑ Guilty     **19. Verdict:** ☐ Not Guilty ☑ Guilty

| 20. Date of Hearing: | 21. Counsel Substitute: DOC# |
|---|---|
| 5-13-14  5-19-14 | 143052  125211 |

**22. Motions:** NEED NEW COURT DATE ON HUNTER STM16

**23. Reasons for Disposition:**
- ☑ Report is clear and precise.
- ☑ Lack of a credible defense/little or no defense.
- ☐ Based on his statement.
- ☑ The officer's version is determined to be more credible than the Offender's.
- ☑ Pled guilty/accepted guilty plea.
- ☑ Only defense is denying contents of report.
- ☐ The Offender presented no evidence to refute the charges.
- ☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.
- ☑ Plea bargain.
- ☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
- ☐ Other

**24. Reasons for Sentence:**
- ☑ Seriousness of offense.
- ☐ The need to protect the institution, employees, or other.
- ☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
- A total of _____ # _____ rule violations since _____
- ☐ Other _____

**25. Sentence:** LOSS OF 4 WEEKS YARD     Suspended ☐ Days     Imposed ☐

**26. Sentence:**     Suspended ☐ Days     Imposed ☐

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

RECEIVED MAY 2 7 LSP RECORDS

TO:  DISCIPLINARY BOARD

FROM:

RE:    ROBERT CLARK                     MAX
       DOC# 611786           CBB L/R TU UPPER E 0 L 9

DATE: 05/09/2014        May 12, 2014

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|------|--------|---------|---------|---------|
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | CBB L/R TU UPPER E |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | CBA L/L |

**NONE**

Form B-05-001-B
20 August 2013

## DISCIPLINARY COURT MOTIONS

Offender's Name & DOC #: _ROBERT CLARK 411786_

Rule # Date of RVR: _1_     _5-11-14_

**Motion to Face Accuser:**
☐ Repetitious
☐ Poses Substantial Risk or Danger     ☐ Not Relevant     ☐ Other
☐ Undue Burden on Institution

Explanation: _____

_____

_____

**Motion to Call Witnesses:**
☐ Repetitious
☐ Poses Substantial Risk or Danger     ☐ Not Relevant
☐ Undue Burden on Institution

Explanation: _____

_____

_____

Stipulated Testimony: _____

_____

_____

**Motion to Continue:**
☐ Inadequate Notice
☐ Further Investigation Warranted     ☐ Retain Counsel     ☐ Charge Amended
☐ Board member involved in the investigation

Explanation: _____

_____

_____

**Other Motions:** _____

**Decision & Explanation of Ruling:** _____

_____

_____

_____

**Form B-05-001-B**
**20 August 2013**

## DISCIPLINARY COURT MOTIONS

Offender's Name & DOC #: ROBERT CLARK 411786

Rule # Date of RVR: 1    5-11-14

**Motion to Face Accuser:**
☐ Repetitious
☐ Poses Substantial Risk or Danger
☐ Not Relevant
☐ Undue Burden on Institution
☐ Other

Explanation: _____

_____

_____

**Motion to Call Witnesses:**
☐ Repetitious
☐ Poses Substantial Risk or Danger
☒ Not Relevant
☐ Undue Burden on Institution

Explanation: _____

_____

_____

Stipulated Testimony: _____

_____

**Motion to Continue:**
☐ Inadequate Notice
☐ Further Investigation Warranted
☐ Retain Counsel
☐ Board member involved in the investigation
☐ Charge Amended

Explanation: _____

_____

_____

**Other Motions:** _____

**Decision & Explanation of Ruling:** _____

_____

_____

TO:   DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK                      MAX
      DOC# 611786          CBB L/R CBD L/R 0 L 9

DATE: 03/26/2014          May 9, 2014

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| SAMUEL SCOTT | 454509 | CLAIM PCT HRNG | 3/25/14 | CBC L/L |

---

NONE

---

Form B-05-001-B
20 August 2013

## DISCIPLINARY COURT MOTIONS

Offender's Name & DOC #: ROBERT CLARK 611786

Rule # Date of RVR: 21C 5-11-14

**Motion to Face Accuser:**
☐ Repetitious
☐ Poses Substantial Risk or Danger
☐ Not Relevant
☐ Undue Burden on Institution
☐ Other

Explanation: _____

_____

_____

**Motion to Call Witnesses:**
☐ Repetitious
☐ Poses Substantial Risk or Danger
☐ Not Relevant
☐ Undue Burden on Institution

Explanation: _____

_____

Stipulated Testimony: _____

_____

**Motion to Continue:**
☐ Inadequate Notice
☐ Further Investigation Warranted
☐ Retain Counsel
☐ Board member involved in the investigation
☐ Charge Amended

Explanation: _____

_____

_____

**Other Motions:** _____

**Decision & Explanation of Ruling:** _____

_____

_____

Form B-05-001-B
20 August 2013

## DISCIPLINARY COURT MOTIONS

Offender's Name & DOC #: _ROBERT CLARK 611786_

Rule # Date of RVR: _21C  5-8-14_

**Motion to Face Accuser:**
☐ Repetitious
☐ Poses Substantial Risk or Danger
☐ Not Relevant
☐ Undue Burden on Institution
☐ Other

Explanation: _____

**Motion to Call Witnesses:**
☐ Repetitious
☐ Poses Substantial Risk or Danger
☐ Not Relevant
☐ Undue Burden on Institution

Explanation: _____

Stipulated Testimony: _____

**Motion to Continue:**
☐ Inadequate Notice
☐ Further Investigation Warranted
☐ Retain Counsel
☐ Board member involved in the investigation
☐ Charge Amended

Explanation: _____

**Other Motions:** ① _COPY OF REPORT_ ② _24 Hrs TO PREPARE FOR DEFENSE,_ ③ _COPY OF MEDICAL REPORT_ — ③ _INVESTIGATION ROUT TO LT. TOLLIVER._

**Decision & Explanation of Ruling:** _____

① _DENIED - COPY GIVEN_  ② _DENIED - NOT RELEVANT_  ③ _DENIED_
_NOT RELEVANT_

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: LSP

| 1. Name of Offender Robert Clark | 2. Number 611786 | 3. Date of Incident 5-10-14 | 4. Time of Incident 1:00 Pm |
|---|---|---|---|
| 5. Place of Incident Tu Upper + OC-B | 6. Job Assignment (Offender) EXT 40  H/s | | 7. Housing Assignment (Offender) Tu Upper time Out Cell B |
| 8. Rule Violated Contraband | | 9. Rule Number 1 | |

**10. Description of Incident** (Include all relevant information - "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the date and approximate time I. Sgt Isaac Jones upon Shaking down offender Robert Clark #611786 Cell found a bag of tobacco with papers Major Butler was notified

**11. Offender Placed in Adm. Seg.**  ☑ Yes  ☐ No   already adm. Seg.

| 12. Signature of reporting employee Isaac Jones | 13. Name, Title, Assignment (Print) ISAAC JONES  Sgt.  TU B-Team |
|---|---|
| 14. Date of Report 5-10-14 | 15. Time of Report 1:30 | 16. Report (copy) given to above offender by: m an | 17. Offender's Signature: Refused to Sign |

| 18. Plea by Offender: ☐ Not Guilty ☐ Guilty | 19. Verdict: ☐ Not Guilty ☐ Guilty |
|---|---|

| 20. Date of Hearing: 5-13-14  5-21-14 | 21. Counsel Substitute: DOC# 343052 |
|---|---|

**22. Motions:** DEFA NEXT COURT DATE ON HOLDER  S.N.16

**23. Reasons for Disposition:**
☑ Report is clear and precise.   ☑ Lack of a credible defense/little or no defense.   ☐ Based on his statement.
☑ The officer's version is determined to be more credible than the Offender's.   ☐ Pled guilty/accepted guilty plea.
☑ Only defense is denying contents of report.   ☐ The Offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   ☑ Plea bargain.
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other _____

RECEIVED
MAY 2 1 2014
LSP/RECORDS

**24. Reasons for Sentence:**
☑ Seriousness of offense.   ☐ The need to protect the institution, employees, or other
☑ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
A total of _____ # _____ rule violations since _____.
☐ Other _____

**25. Sentence:** 4 85
LOSS OF WEEKS CANTEEN   Suspended ☐ _____ Days   Imposed ☐

**26. Sentence:**   Suspended ☐ _____ Days   Imposed ☐

**27. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK                      MAX
      DOC# 611786           CBB L/R TU UPPER E 0 L 9

DATE: 05/09/2014        May 12, 2014

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|---------------------------|------------------|
| ERNEST | ALLEN | 343051 | SEX OFFENSE | 5/8/14 | CBB L/R TU UPPER E ( |
| SAMUEL SCOTT | | 454509 | CLAIM PCT HRNG | 3/25/14 | CBA L/L |

**NONE**

Form B-05-001-B
20 August 2013

## DISCIPLINARY COURT MOTIONS

Offender's Name & DOC #: _ROBERT CLARK 611786_

Rule # Date of RVR: _1    5-10-14_

**Motion to Face Accuser:**
- ☐ Repetitious
- ☐ Poses Substantial Risk or Danger
- ☐ Not Relevant
- ☐ Undue Burden on Institution
- ☐ Other

Explanation: _____

_____

_____

**Motion to Call Witnesses:**
- ☐ Repetitious
- ☐ Poses Substantial Risk or Danger
- ☐ Not Relevant
- ☐ Undue Burden on Institution

Explanation: _____

_____

_____

Stipulated Testimony: _____

_____

_____

**Motion to Continue:**
- ☐ Inadequate Notice
- ☐ Further Investigation Warranted
- ☐ Retain Counsel
- ☐ Board member involved in the investigation
- ☐ Charge Amended

Explanation: _____

_____

_____

**Other Motions:** _____

**Decision & Explanation of Ruling:** _____

_____

_____

_____

Form B-05-001-B
20 August 2013

## DISCIPLINARY COURT MOTIONS

Offender's Name & DOC #: ROBERT CLARK 611786

Rule # Date of RVR: 1 5-10-14

**Motion to Face Accuser:**
- [ ] Repetitious
- [ ] Poses Substantial Risk or Danger
- [ ] Not Relevant
- [ ] Undue Burden on Institution
- [ ] Other

Explanation: _____

_____

_____

**Motion to Call Witnesses:**
- [ ] Repetitious
- [ ] Poses Substantial Risk or Danger
- [ ] Not Relevant
- [ ] Undue Burden on Institution

Explanation: _____

_____

_____

Stipulated Testimony: _____

_____

_____

**Motion to Continue:**
- [ ] Inadequate Notice
- [ ] Further Investigation Warranted
- [ ] Retain Counsel
- [ ] Charge Amended
- [ ] Board member involved in the investigation

Explanation: _____

_____

_____

**Other Motions:** _____

**Decision & Explanation of Ruling:** _____

_____

_____

LOCKDOWN REVIEW SUMMARY

DATE: 4-7-14

DOC#:611786    NAME: ROBERT  CLARK
LOCATION: CBC L/L    , CBB U/R 0
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
================================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED TO _____     WHY:_____

_____

__✓__ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request         ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____

     _____

____ Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations    ____ Self-Mutilation
          ____ Serious Rule Infractions   ____ Other_____
          ____ Pattern of Violence                 _____

____ Continuing Investigation.  By Whom:_____
     For:_____
================================================================================
REVIEWED BY: _____        _____
             NAME                             TITLE
                                              ARDC Spec. 1

================================================================================
COMMENTS:

RECEIVED

APR 1 0 2014

LSP/RECORDS

LPD-DF-2
C3-75

## LOUISIANA STATE PENITENTIARY

Revised 12/18/2000

### LOCKDOWN REPORT

**(INMATE REQUEST FOR PROTECTION AND/OR ADMINISTRATIVE REQUEST FOR CUSTODY/QUARTERS REVIEW) AND/OR MENTAL HEALTH MANAGEMENT ORDER**

INMATE: _Robert Clark_ # _611786_ LOCATION: _CBC L/L #7_

DATE: _March 22, 2014_ TIME: _6:00 p.m._

The above named inmate has been placed in Administrative Segregation for the following reasons:

☑ The inmate has signed a written request for protection as indicated below.

☐ The inmate has enemies in his current area of assignment and has refused to sign a request for protection.  A review of his custody and/or quarters assignment is requested.  Enemies are: _____

☐ Mental Health Management order_____

☐ Other: _____

BY: _Sgt. Dennis Brown_                           _____
    **(Employee Initiating Report)**                    (Supervisor)

*********************************************************************************

### _INMATE REQUEST FOR PROTECTION_

If the inmate has **_REQUESTED PROTECTION_** he must sign below and must make a statement as to the reason(s) for the need for protection.

I am in need of protection for the reasons outlined in the attached statement.  I understand that I may be placed in Administrative Segregation pending review of my case and that I may be transferred to maximum custody if this found to be necessary.

NAME _Refuse to Sign._ DOC #_____
     **(Inmate's Signature)** _H. Suggs_

*********************************************************************************

### _INMATE REQUEST FOR TRANSFER TO MAXIMUM CUSTODY_

I hereby request to be transferred to maximum custody for the reasons defined in the attached statement.

NAME_____ DOC#_____
     **(Inmate's Signature)**                    MAR 26 2014

*********************************************************************************

### _DISPOSITION_

ACTION TAKEN: _Qtr Change to CBA. Place Samuel Scott 454509 in Enemy Jacket._

DATE: _3-25-14_                    BY: _Jonathan C. Blittle Major_
                                        **NAME AND TITLE**

I, Robert Clark # 611786 request
to be moved from CBC 1/2 7 on
this 22nd day of March, 2014 because
I am scared to remain in the cell
with the current resident.

Respectfully Submitted

x ~~Robert Clark~~

RECEIVED

MAR 2 4 2014

DISCIPLINARY OFFICE
Louisiana State Penitentiary

PAGE 1 OF

TO: DISCIPLINARY BOARD

FROM:

RE:   ROBERT CLARK                    MAX
      DOC# 611786          CBC L/L TU UPPER E 0 L 8

DATE: 02/17/2014        March 24, 2014

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| | | NONE | | |

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate ROBERT CLARK | 2. Number 611786 | 3. Date of Incident February 21, 2014 | 4. Time of Incident Approx. 4:30 p.m. |
|---|---|---|---|
| 5. Place of Incident CBC L/L Cell #7 | 6. Job Assignment (Inmate) L-8 | | 7. Housing Assignment (Inmate) CBC L/L Cell #7 |
| 8. Rule Violated CONTRABAND | | 9. Rule Number #1 | |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

While I Lieutenant Eric Bernard was shaking down CBC L/L cell #7. I found one pack of Bugler Cigarette tobacco and three rolled up cigarettes under offender Robert Clark #611786 mattress.

| 11. Inmate Placed in Admin. Seg. | YES | X | NO |
|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) Lieutenant Eric Bernard, MPCB A-TEAM SUPERVISOR |
|---|---|

| 14. Date of Report 02-21-14 | 15. Time of Report 4:40 pm | 16. Report (copy) given to the above inmate by: Lieutenant Eric Bernard | 17. Inmate's Signature: refused |
|---|---|---|---|

| 18. Plea by Inmate: | Not Guilty | Guilty | 19. Verdict: | Not Guilty | Guilty |
|---|---|---|---|---|---|

| 20. Date of Hearing: 2-25-14 | 21. Counsel Substitute: DOC#: 98771 |
|---|---|

22. Motions: _____

23. Reasons for Disposition:
[  ] Report is clear and precise.    [  ] Lack of a credible defense/little or no defense.    [  ] Based on his statement.
[  ] The officer's version is determined to be more credible than the inmate's.    [ C ] Pled guilty/accepted guilty plea.
[  ] Only defense is denying contents of report..    [  ] The inmate presented no evidence to refute the charges.
[  ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    [  ] Plea bargain
[  ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[  ] Other

24. Reasons for Sentence.
[  ] Seriousness of offense.    [  ] The need to protect the institution, employee, or other.
[  ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
       A total of _____ # _____ rule violations since _____

[  ] Other _____

| 25. Sentence: loss 8 weeks phone | Suspended [  ] Imposed [ ✓ ] _____ Days |
|---|---|

RECEIVED
FEB 27 2014
LSP/RECORDS

| 26. Sentence: | Suspended [  ] Imposed [  ] _____ Days |
|---|---|

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

B Gilmore

CHAIRMAN (DISCIPLINARY OFFICER )

MEMBER



```
                                                           PAGE 1 OF
TO:   DISCIPLINARY BOARD

FROM:


RE:   ROBERT CLARK                    MAX
      DOC# 611786          CBC L/L   L 8

DATE: 02/17/2014          February 24, 2014

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

                                  NATURE OF        DATE OF PROB-    CURRENT
  NAME                 NUMBER      PROBLEM         LEM SITUATION    LOCATION
_____
                                   NONE
-------------------------------------------------------------------------------
```

Case 3:19-cv-00512-BAJ-SDJ   Document 29-3   01/17/20   Page 143 of 175

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**
E.H.C.C.

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Robert Clark | 611786 | 2/5 2014 | 3:06 pm |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (offender) |
|---|---|---|
| Beaver 1 D Tier | Idle | Beaver 1 D #4 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Contraband | 1 |

10. Description of Incident (Include all relevant information - "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

While Returning to dorm from Rec-yard Randomly shaking down Offender R. Clark #611786 was found with 12 cigarettes, rolling papers and a lighter. Capt. Stewart was notified.

11. Offender Placed in Adm. Seg. ☐ Yes  ☒ No

12. Signature of reporting employee   N. Johnson
13. Name, Title, Assignment (Print)  N. Johnson Sgt. Beaver 1 C/O

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above offender by: (M) | 17. Offender's Signature: |
|---|---|---|---|
| 2/5 2014 | 3:34 pm | | Refused to sign |

18. Plea by Offender: ☐ Not Guilty  ☒ Guilty
19. Verdict: ☐ Not Guilty  ☒ Guilty

20. Date of Hearing: 2-26-14
21. Counsel Substitute: DOC#: 128211

22. Motions: _____

23. Reasons for Disposition:
☒ Report is clear and precise.   ☐ Lack of a credible defense/little or no defense.   ☐ Based on his statement.
☐ The officer's version is determined to be more credible than the offender's.   ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.   ☐ The offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   ☒ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other_____

24. Reasons for Sentence:
☒ Seriousness of offense.   ☐ The need to protect the institution, employees, or other.   ☐ Nature of Offense.
☐ Poor Conduct   A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
A total of _____ #_____ rule violations since _____.
☐ Other:

RECEIV
FEB 2 7 2014
SPI/RECORD

25. Sentence:  ☐ Reprimand _____ Day Extra Duty   _____ Days Isolation   _____ Days Forfeiture Good Time
_____ Status Changed To: Job _____ Quarters _____ Custody Change _____
24 Loss of Privileges: Smoking inactivity from Canteen . Loss of incentive wages_____ Yard & Phone _____
_____ Restitution   Room Confinement _____ other _____
Sentence:  ☐ Suspended  ☐ Imposed   ☐ Combine all Reports

26. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

TO:     DISCIPLINARY BOARD

FROM:

RE:     ROBERT CLARK                    MAX
        DOC# 611786          CBC L/L  L 8

DATE: 02/17/2014      February 25, 2014

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| **NONE** | | | | |

------------------------------------------------------------------------

**BOBBY JINDAL**
GOVERNOR



JAMES M. Le BLANC
SECRETARY

# State of Louisiana

Department of Public Safety and Corrections
Elayn Hunt Correctional Center

TO:          LOUISIANA STATE PENITENTIARY
             DISCIPLINARY BOARD OFFICE
             ANGOLA, LA 70712

FROM:        ELAYN HUNT CORRECTIONAL CENTER
             DISCIPLINARY BOARD
             ST.GABRIEL, LA 70776

DATE:        February 11,2014

Re:          DISCIPLINARY REPORTS

THE ATTACHED DICIPLINARY REPORT (S) IS BEING FORWARDED TO
YOU FOR YOUR DISPOSITION.  THE OFFENDER TRANSFERRED BEFORE HE
COULD BE HEARD.

**ROBERT CLARK #611786**          **RULE 1**        **02/05/2014**
**JARVIS BARNETT #562312**        **RULE 5 / 21E**  **12/25/2013**

THANKS!
Montray Redditt
Disciplinary Clerk
EHCC
225-319-4541



RECEIVED

FEB 25 2014

DISCIPLINARY OFFICE
Louisiana State Penitentiary

6925 Highway 74 • Post Office Box 174 • St. Gabriel, Louisiana 70776 • (225) 642-3306 • Fax (225) 319-4596
www.doc.la.gov
An Equal Opportunity Employer

```
DATE.: 01/13/14           DPS&C CORRECTIONS SERVICES              TIME: 10:27
BATCH: X4311    RECLASS CASES PROCESSED & RAP SHEET REQUEST       PAGE:   1


                         M       DOC          BIRTH         SID      SENT
    LAST NAME     FIRST  NAME  I SUF NUMBER R S  DATE   PAR NUMBER   LNGT
================= ============= = === ======== = = ======== === ========= =======
CLARK             ROBERT        L JR  00611786 B Redac./78 BOS 002738017 0750000
```

# Elayn Hunt Correctional Center
# Offender Phone Number Request Form

## Distributed by Intake Only

**Name:** _Robert Clark_        **Doc** _611786_    **Dorm** _Bever 1-D-4_
PRINT

## Instructions:

You may add or drop numbers at any time while housed at Elayn Hunt Correctional Center.
A maximum of 20 numbers is allowed.
Use only blue or black ink to fill out this form. Print neatly.
Print one phone number per line. Area code and number is required.
Use additional sheets as needed.

RECEIVED
MAR 07 2014
EHCC RECORDS

| Area Code + Number | Relationship | Print First and Last Name |
|---|---|---|
| 1 Redacted | cousin | Ervin Calhoun |
| 2 | Dad | Robert Clark Sr |
| 3 | Brother | Rodrick Clark |
| 4 | Brother | Christopher Mims |
| 5 | Sister | Francis Hardin |
| 6 | sister | Rena Coiney |
| 7 | sister | Tonecia Lafollette |
| 8 | brother | ~~Dorron Dorron~~ Chad Clark |
| 9 | brother | Jason Mauldin |
| 10 | Mom | Lisa Lloyd |

I understand that telephone calls in housing areas are subject to being monitored and/or recorded with the exception of properly placed calls to an identifiable attorney. Use of the telephone system constitutes consent to monitor.

Sign your name here: _Robert Clark_        Date: _1-22-14_

Intake Request Revised 02/2013

R 06/12/01

Penitentiary Directive No. 09.042
FORM A

## LOUISIANA STATE PENITENTIARY
# PERSONAL PROPERTY INVENTORY

INMATE'S NAME: ROBERT CLARK        DOC #: 611786        DATE: 2-10-14        TIME: 2:38 PM

TRANSFERRED FROM: HUNT        TO: L.S.P

| ARTICLE | STATE | OTHER | ARTICLE | STATE | OTHER | ARTICLE | STATE | OTHER |
|---------|-------|-------|---------|-------|-------|---------|-------|-------|
| Blankets | | | Pillow Cases | | | Shoe, Sport | | |
| Caps | | | Sheets | | | Shoe, Work | | |
| Gloves | | | Shirt, Blue | | | Socks | | 2 |
| Jackets | | | Shirt, Sweat | | | Towels* | | |
| Pant, Denim | | | Shirt, Under | | 3 | | | |
| Pant, Sweat | | | Shorts, Under | | 3 | | | |

| ARTICLE | STATE | OTHER | ARTICLE | STATE | OTHER | ARTICLE | STATE | OTHER |
|---------|-------|-------|---------|-------|-------|---------|-------|-------|
| Batteries | | | Cosmetics | 15 | | Pajama Bottoms* | | | Shorts, Cutoffs | | |
| Belt Buckle | | | Handkerchiefs | | | Pajama Tops* | | | Stamps | | |
| Belts | | | Headbands | | | Pant, Short | | | Sun Glasses | | |
| Books/Bible | 4 | | Headphones | | | Photographs | 8 | | Typewriter Ribbon | | |
| Boots | | | ID Case/Holder | | | Photo Album | | | Wallet | | |
| Brush/Combs | | | Legal Papers 10 BUNDLES | | | Pillows | | | Wash cloth* | | |
| Cassettes | | | Letters BOX | 1 | | Ring, Wedding | | | Watch batteries | | |
| Cigarettes | | | Locks | | | Shoes, Shower | | | Watch, Wrist | | |
| Cigars | | | Magazines/News | | | Shorts, Athletic/Gym | | | Winter Underwear | | |

* cotton or cotton blend

| | | | |
|---|---|---|---|
| Radio Only: | Brand: | | Serial #: |
| Radio/Tape Player: | Brand: | | Serial #: |
| Tape Player Only: | Brand: | | Serial #: |
| Typewriter: | Brand: | | Serial #: |
| Miscellaneous: | 28 FOOD ITEMS, 2 CONTAINER (CONTACTS) 1 FOOD CONTAINER, 1 DAIL STAE STRINGS | | |

| | | | |
|---|---|---|---|
| INMATE IN: X | DATE: 2-10-14 | TIME: 2:45 | Inmate's Keep on Person (KOP) medicine has been sent to the Pill Officer of the Area VE which the inmate has been assigned. |
| INVENTORIED BY: | DATE: 2.10.14 | TIME: | FEB 12 2014 |
| STORED BY: | DATE: | TIME: | |
| REMOVED BY: | DATE: | TIME: | LSP/RECORDS |
| DELIVERED BY: | DATE: | TIME: | Supervisor's Signature |
| INMATE OUT: | DATE: | TIME: | |

ORIGINAL:    Inmate Records
cc:           Inmate
              Unit Property Room

Form B-02-017

## INITIAL CLASSIFICATION
## REASON FOR PLACEMENT

NAME  Robert Clark _____  DOC#  611786 _____  DATE:  02/10/2014 ___

Date of Birth  8/1/1978 ___  Length of Sentence  45 yrs ___  Offender Class:  2

**Offender is being assigned to** _Max CBC 28_ **based on the below checked items**

Charges:    (1)  _Armed Robbery_ _____
            (2)  _____
            (3)  _____
            (4)  _____

_____  Age                                      35

_____  Demeanor at Board                        Good

_____  Disciplinary History                     No

_____  Escape History                           No

_____  Gang Affiliation                         No

_____  High Profile Offender                    No

_____  Medical Concerns                         No

_____  Mental Health Concerns                   No

_____  Pending Felony Charges        3 cts  Agg Assault. Fire Arm intemidate volume.

_____  Prior Incarceration Experiences          yes

_____  Protection Concern                        none to claim.

# LOUISIANA STATE PENITENTIARY
## Angola, Louisiana 70712
### 225-655-4411

I     **Robert Clark**       **#611786**     an offender committed to the Louisiana

Department of Corrections, do hereby make the following statement of my own free will. The below

listed individuals are to be considered enemies for my protection concerns.

1.     *None Claimed*

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

I   do    do not    have relatives working at LSP.

OFFENDER SIGNATURE                 WITNESS

#611786

DOC NO:                          TITLE

2/10/2014

DATE                           WITNESS

Louisiana State Penitentiary (LSP)
Angola, LA 70712
225-655-2411

## AU PROCESSING CHECKLIST

NAME:  Robert Clark          DOC #    611786    AU DATE:  02/10/2014

You have been classified to _____ Max _____
custody.

Your housing assignment is
_____ LBC _____.

Your job assignment is
_____ Line 8 _____.

Your Classification Officer is
_____ Hurb Duncan _____

Your Offender Minister is
_____ Ron Hicks _____.

MEDICAL

MENTAL HEALTH

ID AND FINDERPRINTING

CLASSIFICATION

AU BOARD – HOUSING ASSIGNMENT

# PROTECTION CONCERN AWARENESS

**Robert Clark**          **#611786**                    **02/10/2014**

_____          _____

OFFENDER  NAME          DOC#                         DATE

In the event that you require protection, or you are faced with a problem that may cause you an adjustment concern, contact the most available Security Officer or any employee with which you have immediate contact.

_____          _____

OFFENDER SIGNATURE                        DOC#

_____

WITNESS

Cc:    Classification File
        Master Prison Record

## SEXUAL ABUSE/ASSAULT

Sexual misconduct is defined as any behavior or act of any sexual nature toward an offender by an employee, contractor, volunteer, or any other agency representative, or by another offender. Sexual misconduct includes, but is not limited to, committing or attempting to commit acts such as sexual assault, sexual abuse, sexual harassment, sexual contact, obscenity, unreasonable and unnecessary invasion of privacy, behavior of a sexual nature or implication, and conversations or correspondence suggesting a romantic or sexual relationship. Sexual misconduct may occur between individuals of either sex and may involve interactions between persons of the same sex. Sexual misconduct between staff and offenders, volunteers or contract personnel and offenders, or offender on offender, regardless of consensual status, is prohibited.

Offenders who feel that the first stages of sexual misconduct are happening to them should request protection immediately and notify the security supervisor.

Offenders who are victims of sexual abuse/assault should report the incident to a staff member. After the incident is reported, the offender will be transported to the R. E. Barrow Treatment Center for assessment by medical personnel and counseling by the Mental Health staff.

OFFENDER NAME: **Robert Clark**                    DOC NUMBER: **611786**

OFFENDER SIGNATURE: _____ DATE: **02/10/2014**

WITNESS: _____

**Form B-02-016-C**
**30 August 2013**

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Intake Information Sheet**

I.    I,   **Robert Clark**                     , DOC#   **611786**          , do hereby request that
the correctional facility to which I am assigned, launder and process my personal clothing items at no
responsibility or liability to the unit. I understand that the unit will exercise normal control but cannot be
responsible for the count, condition and maintenance of these personal items. I agree that the items may be
marked so they can be readily identified. In consideration of the aforementioned condition, I agree to hold the
unit and staff harmless and free from any monetary responsibility regarding my personal clothing items. If I do
not agree with these conditions, I shall make arrangements to mail these personal clothing items home.

II.   I understand that offenders should receive receipts for personal property, canteen, mailroom and inventory
sheets. The only personal items that do not receive receipts or inventory sheets are those allowed in
reception centers only. I understand that it is my responsibility to retain these receipts throughout my
incarceration.

III.  I hereby authorize the Warden or designee to sign my name as endorsement on all checks, money orders or
bank drafts received at the unit for deposit in my personal account as long as I am an offender at the unit.

IV.   In case of an emergency or my death, I hereby direct  *Roderick Clark  (Brother)* to
be notified at the following address and telephone number:
Redacted

I understand that at my death, goods and monies in my possession and accounts shall be distributed
according to the terms of my lawful will. Absent a will, they shall be distributed according to the Succession
Laws of the state of Louisiana.

V.    On this date, I received a copy of the Disciplinary Rules and Procedures for Adult Offenders and the
Administrative Remedy Procedures. I understand that it is my responsibility to be familiar with the rules and
procedures set forth in these booklets. I have also received a copy of the orientation information packet that
applies to my current housing assignment. This orientation packet includes the HIV, AIDS and Hepatitis B
Handout for Offenders. In addition, I have been provided written information regarding sexual abuse and
sexual assault and reviewed a video on the Prison Rape Elimination Act (PREA.)

VI.   I understand that medical co-payments may be assessed for health services requested by me as indicated in
Departmental Regulation No. B-06-001 "Health Care" and specific procedures at the institution to which I am
assigned.

VII.  I agree to accept the delivery of mail, packages and publications sent to me through the unit. I understand
that all letters and packages mailed by me must have a complete return address on the outside of the items.
Mail without return addresses shall not be processed. The only exception shall be if the letter is addressed to
a unit's staff member. All my incoming mail must include a complete address including my DOC number, as
this is the only means of ensuring accurate offender identification. Incoming mail that does not contain my
complete address shall be returned to sender.

VIII. I understand that telephone calls in housing areas shall be recorded and are subject to monitoring.
Telephone calls to my attorney(s) shall be recorded but will not be routinely monitored unless the Warden
determines a security need exists. Use of the telephone system constitutes my consent to the recording
and/or monitoring of the call. It is my responsibility to advise all other parties that conversations shall be
recorded and are subject to monitoring.

IX.   I have completed the written and verbal Orientation Program and have received an Orientation and
Information booklet and instruction in the areas of visitation, offender telephones, health care education,
religion, mail, ARPs, legal aid, offender organizations, offender accounts, recreation, personal property,
records, classification, reentry preparation (including information to help me prepare for a parole hearing),
Offender Rule Book and Posted Policies.

X
Offender's Signature

Voluntarily Signed in my presence:

ARDC Specialist

02/10/2014
Date

02/10/2014
Date

NAME: **Robert Clark**      DOC# **611786**      AU DATE: **02/10/2014**

## OFFENDER ORIENTATION PROGRAM

I attended the Louisiana State Penitentiary Orientation Program.    Prior to this Orientation Program I was issued a Louisiana State Penitentiary Offender Information Booklet.  The Orientation Program consisted of briefings on the Education Department, the Offender Records Office, the Mail and Package Room, the Chaplain's Office, the Recreation Department, the Medical Department, the Clinical Services Department, the Offender Grievance System (Administrative Remedy Procedure), the Lost Property System, the Law Library and Legal Aid System, the Visiting Office, Offender Organizations, the Classification Department, and the Business Office.  I received a handout on Aids Education and Health Care Information Pamphlets.  I have also been placed on notice as to the items I may have in my possession while housed at Louisiana State Penitentiary.

## RELIGIOUS ACTIVITIES

Do    Do Not wish to be further briefed about the Religious Activities and the Religious Community available at Louisiana State Penitentiary.

_____
OFFENDER SIGNATURE

_____
WITNESS

611786
_____
DOC#

2/10/14
_____
DATE

Original:    Inmate Records
Xc:          Classification File #

R E C E I P T

I have received the La. Dept. of Corrections "BREAK THE SILENCE"

pamphlet describing the Department's Zero Tolerance policy regarding

sexual violence and sexual misconduct.   This pamphlet provides

guidance on how to prevent sexual abuse and  on what to do if I feel

that I have been sexually abused. If I have any questions regarding this

policy, I will seek guidance from the appropriate sources.

_Robert Clark_ 2/10/14

Offender's Name/Number/Date

Witness Name/Date

**Department Regulation No. C-02-009**

**05 January 2007**                                                    **Attachment A**

### Louisiana Department of Public Safety and Corrections
### NOTIFICATION OF MAIL HANDLING

## I.      GENERAL CORRESPONDENCE TO BE RETURNED TO THE POSTAL SERVICE

I have read or had read to me, the foregoing notice regarding mail. I do not want my general correspondence opened and read; therefore, I request that the Department of Public Safety and Corrections return my general correspondence to the postal service. I understand that privileged correspondence will be delivered to me.

_____          _____          _____
            Printed Name                                        DOC No.                              Date


_____
            Signature

## II.      GENERAL CORRESPONDENCE TO BE OPEN, READ AND DELIVERED

I have read or had read to me, the foregoing notice regarding mail. I wish to receive my general correspondence. I understand that the Department of Public Safety and Corrections may open and read my general correspondence. I also understand that privileged correspondence will be delivered to me.

_Robert  Clark_____          _611786_____          _2-10-14_____
            Printed Name                                        DOC No.                              Date


_____
            Signature

### REFUSAL TO SIGN

Offender _____, _____ (DOC No.), refused to sign this form and was advised by me that the Department of Public Safety and Corrections retains the authority to open and read all general correspondence. The offender was also advised that refusing to sign this form will be interpreted as an indication that the offender does not wish to receive general correspondence. Such correspondence will be returned to the postal service.

_____          _____
Staff member's signature                              Date

C:      Offender file

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Intake Information Sheet**

I.     I, CLARK, ROBERT, DOC#611786, do hereby request that the correctional facility to which I am assigned, launder and process my personal clothing items at no responsibility or liability to the unit. I understand that the unit will exercise normal control but cannot be responsible for the count, condition and maintenance of these personal items. I agree that the items may be marked so they can be readily identified. In consideration of the aforementioned condition, I agree to hold the unit and staff harmless and free from any monetary responsibility regarding my personal clothing items. If I do not agree with these conditions, I shall make arrangements to mail these personal clothing items home.

II.    I understand that offenders should receive receipts for personal property, canteen, mailroom and inventory sheets. The only personal items that do not receive receipts or inventory sheets are those allowed in reception centers only. I understand that it is my responsibility to retain these receipts throughout my incarceration.

III.   I hereby authorize the Warden or designee to sign my name as endorsement on all checks, money orders or bank drafts received at the unit for deposit in my personal account as long as I am an offender at the unit.

IV.    In case of an emergency or my death, I hereby direct _____ to be notified at the following address and telephone number:

Redacted

I understand that at my death, goods and monies in my possession and accounts shall be distributed according to the terms of my lawful will. Absent a will, they shall be distributed according to the Succession Laws of the state of Louisiana.

V.     On this date, I received a copy of the Disciplinary Rules and Procedures for Adult Offenders and the Administrative Remedy Procedures. I understand that it is my responsibility to be familiar with the rules and procedures set forth in these booklets. I have also received a copy of the orientation information packet that applies to my current housing assignment. This orientation packet includes the HIV, AIDS and Hepatitis B Handout for Offenders. In addition, I have been provided written information regarding sexual abuse and sexual assault and reviewed a video on the Prison Rape Elimination Act (PREA.)

VI.    I understand that medical co-payments may be assessed for health services requested by me as indicated in Departmental Regulation No. B-06-001 "Health Care" and specific procedures at the institution to which I am assigned.

VII.   I agree to accept the delivery of mail, packages and publications sent to me through the unit. I understand that all letters and packages mailed by me must have a complete return address on the outside of the items. Mail without return addresses shall not be processed. The only exception shall be if the letter is addressed to a unit's staff member. All my incoming mail must include a complete address including my DOC number, as this is the only means of ensuring accurate offender identification. Incoming mail that does not contain my complete address shall be returned to sender.

VIII.  I understand that telephone calls in housing areas shall be recorded and are subject to monitoring. Telephone calls to my attorney(s) shall be recorded but will not be routinely monitored unless the Warden determines a security need exists. Use of the telephone system constitutes my consent to the recording and/or monitoring of the call. It is my responsibility to advise all other parties that conversations shall be recorded and are subject to monitoring.

IX.    I have completed the written and verbal Orientation Program and have received an Orientation and Information booklet and instruction in the areas of visitation, offender telephones, health care education, religion, mail, ARPs, legal aid, offender organizations, offender accounts, recreation, personal property, records, classification, reentry preparation (including information to help me prepare for a parole hearing), Offender Rule Book and Posted Policies.

_____
Offender's Signature

Voluntarily Signed in my presence:

_____
ARDC Specialist

_____
Date

_____
Date

# HDC CORRECTIONAL CENTER
## HRDC
## INTAKE CHECKLIST

Name: CLARK, ROBERT                    Race: B                LDC# 611786

Date Received: 01/21/2014        Parish Facility: BOSSIER MAX

Data From Escorting Official: Is he aware of any information which could affect the adjustment of the inmate while in DOC custody?    (To include such factors as conduct in parish jail, gang affiliation, protection concerns, escapes, assaultive behavior, detainers, etc. ,). Yes_____ No__✓_____

If yes, provide complete details: _____

_____

_____

_____

Name of Official: _____        Title: _____

Data Regarding Inmate: Does the inmate believe that his well-being could be threatened for any reason or by anyone (in prison, in jail, on the streets) while he is incarcerated? Yes_____ No__✓_____

If yes, provide complete details: _____

_____

_____

_____

Is he now or has he ever been affiliated with a gang? Yes_____ No__✓____

If yes, provide name and location of gang, gang related alias, details which specify his actions/role/tenure within the gang and any other relevant comments: _____

_____

_____

Oberservations/ Comments: (H)          Bi-sexual role

WCC  WD  Jail  Reg / EDD  (JTO)  2081.

_____

1/21/14
Date                              Classification Officer

**Form B-05-001-F**
**20 August 2013**

## Louisiana Department of Public Safety and Corrections
## Corrections Services
## Receipt for Disciplinary Rules and Procedures for Adult Offenders

Institution: EHCC

Date Received:

Effective date of the Disciplinary Rules and Procedures for Adult Offenders: 1/21/14

Offender's Name: ROBERT CLARK          DOC #: 611786

On this date, I received a copy of the Disciplinary Rules and Procedures for Adult Offenders. I understand that it is my responsibility to be familiar with the rules and procedures set forth in this booklet.

_____          1/21/14
Offender's Signature                              Date

_____          1/21/14
Witness Signature                                Date

Department Regulation No. C-02-009
05 January 2007

Attachment A

## Louisiana Department of Public Safety and Corrections
## NOTIFICATION OF MAIL HANDLING

### I. GENERAL CORRESPONDENCE TO BE RETURNED TO THE POSTAL SERVICE

I have read or had read to me, the forgoing notice regarding mail. I do not want my general correspondence opened and read; therefore, I request that the Department of Public Safety and Corrections return my general correspondence to the postal service. I understand that privileged correspondence will be delivered to me.

CLARK, ROBERT

DOC Number: 611786

1/21/2014

_____
Signature

_____
Date

### II. GENERAL CORRESPONDENCE TO BE OPEN, READ AND DELIVERED

I have read or had read to me, the forgoing notice regarding mail. I wish to receive my general correspondence. I understand that the Department of Public Safety and Corrections may open and read my general correspondence. I also understand that privileged correspondence will be delivered to me.

CLARK, ROBERT

DOC Number: 611786

1/21/2014

_____
Signature

_____
Date

### REFUSAL TO SIGN

Inmate CLARK, ROBERT 611786 (DOC No.), refused to sign this form and was advised by me that the Department of Public Safety and Corrections retains the authority to open and read all general correspondence. The inmate was also advised that refusing to sign this form will be interpreted as an indication that the inmate does not wish to receive general correspondence. Such correspondence will be returned to the postal service.

_____
Staff member's signature
c: Inmate file

_____
Date

# 400-C4, Sexual Assault - Appendix A

## Inmate Orientation
## (Sexual Assault/Victimization)

Sexual contact between inmates, staff, visitors, contractors, etc. is strictly prohibited. You must report any instances of sexual advances, threats or actual acts of harm or sexual assault to staff.

If you feel you need protection from any of the above situations, you may contact security and request protective custody. Additionally, if anytime you are a victim of or you are threatened with sexual abuse or assault, you can report the incident to any staff member.

Treatment and counseling are available to any victim of sexual abuse or assault. If an instance of sexual advance, assault, or harm occur and you wish to obtain treatment from Mental Health or you want additional information, you should follow the procedures for accessing Mental Health staff.

I have received orientations as noted above on Sexual Assault/Victimization:

Inmate Name: _CLARK, ROBERT_          DOC#: 611786

Inmate Signature: _____          Date: 1/21/14

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## NOTICES OF DISPOSITION OF PROPERTY

_____CLARK, ROBERT_____
**INMATE'S NAME**

_____611786_____
**DOC #**

**DATE: 01/21/2014**

La. R.S. 15:8662 provide that any property **(including money)** which you leave within the Department of Public Safety and Corrections for 90 days after your release and to which you make no claim shall be considered abandoned and will be disposed of in accordance with the law.

The balance of your drawing and savings account will be forwarded to you at the address you provide below.

Other personal propery will be forwarded to you at the address listed below at your own expense. Costs of shipping may be obtained by contacting the Mail Room at your institution. You must furnish the shipping costs within 90 days of your discharge or the property will be deemed, abandoned and disposed of in accordance with the law.

_____

_____ I request that my personal belongings be forwarded to me at the below-listed address at no cost to the institution. The costs of shipping may be withdrawn from any balance which may remain in my drawing and savings accounts.

_____ I request that only my drawing and savings account monies be forwarded to me at the below-listed address.

_____ I do not want any of my personal belongings and hereby declare them abandoned.

_X_ I understand the State does not assume any liability for any personal clothing. (Applies to inmates received through ARDC/WRDC/LCIW after 3-31-00.)

_____
Witness

_____
Witness

Inmate's Signature & DOC#   #611786

Date Signed   1/21/14

Street Address

City, State, Zip Code

```
BOOKING DATE  7-08-11                BOSSIER PARISH MAXIMUM SECURITY    12:45:30 PM     BOOKING NO.    040950
BOOKING TIME     9:31              A R R E S T   A N D   B O O K I N G   R E P O R T    I.D. NO.       065503
****************************            PERSONAL    INFORMATION            ****************************
```

NAME                                                              ALIAS

   CLARK, ROBERT LEE        JR

ADDRESS                 ADDRESS                         CITY                    STATE    PHONE NUMBER
3818 WESTBROOK PL                                       SHREVEPORT      LA       (318) 573- 2328

| BUILD | SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | COMPLEXION | SCARS, MARKS, TATTOOS |
|---|---|---|---|---|---|---|---|---|
| | M | B | 6' " | 205 | BLK | BRN | | RC-CHEST; HEART-RT ARM; PRAYING HANDS-RT ARM |

AGE    D. O. B.                PLACE OF BIRTH        CITIZEN
35   Redacted 78            SHREVEPORT, LA           Y

SOC SEC NBR     DR. LICENSE/ST              STATE ID#           ATN#           DOC #
Redacted 2594                              002738017        080011400042      611786

| | ***** CHARGE | | BOND | DATE | JUDGE | COUNTS | ***** |
|---|---|---|---|---|---|---|---|
| 1. | ARMED ROBBERY | 189,249 | | 7-08-11 | C | 1 | |
| 2. | ILLEGAL USE WEAPON | 38039 | 50,000.00 | 7-08-11 | S | 1 | |
| 3. | AGGRAVATED ASSAULT | 38040 | 50,000.00 | 7-08-11 | S | 1 | |
| 4. | INTIMIDATE/INJURE / WITNE | | 15,000.00 | 9-10-12 | S | 1 | |
| 5. | INTIMIDATE/INJURE / WITNE | | 15,000.00 | 9-10-12 | S | 1 | |
| 6. | INTIMIDATE/INJURE / WITNE | | 15,000.00 | 9-10-12 | S | 1 | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 0. | | | | | | | |
| 1. | | | | | | | |
| 2. | | | | | | | |

TOTAL BOND        145,000

```
****************************       HOLDS FOR OTHER JURISDICTION       ****************************
```

```
****************************          OFFICER    INFORMATION          ****************************
```

COOKED BY        SEARCHED BY     ARRESTING OFFICER    ARRESTING AGENCY    FINGERPRINTS         PHOTOGRAPHS
BERLA              EDWARDS            BLETZ                 BSO

BAIL OR BOND AUTHORITY              DATE  AND   TIME      RELEASED BY OFFICER         RETURN DATE AND TIME

```
********************           REMARKS/MISCELLANEOUS           ********************
```
   070811 DET SANFORD (BCPD) TOOK I/M TO BCPD FOR INTERVIEW
   070811 BCPD RETURNED @1254
   FBI#653951AB8, TXDOC06223339
   070811 KEEP SEPERATE FROM INMATE BARNHOUSE AND INMATE NEEDHAM.    STOKES
   071111 ISSUED ID
   071111 APPT IDB - COX
   071111 LISA LLOYD CALLED ASKING ABOUT VISITATION WITH CLARK - WATTS
   072711 SERVED BY DEP. RICH ADKINS ON THIS DATE @ 0857 HRS.
   072711 SERVED PAPERWORK TO OBTAIN BANK RECORDS AT 0930 (DET.ADKINS)
   083011 (U 39545) ARMED ROBBERY / ILL USE WEAPON / AGG ASSAULT - MOTION FOR
       PE RESET FOR 9/16/11 - CRAIG
   090611 (189,249/251/252) ARMED ROBBERY, ILL USE OF A WEAPON, AGG ASSAULT -
       WFA, PNG, S/C 9/16/11 - SELF
   091611 (189,249/251/252) ARMED ROBBERY, ILL CARRYING OF WEAPONS, AGG ASSAULT
       S/C RESET FOR 11/15/11, PE TO BE RESET - CRAIG
   092311 MOVED TO E-112 FOR FIGHTING W/JOSHUA WRIGHT..........BL
   092711 AGREED TO DISC HEARING--15 DAYS D-SEG, 15 DAYS LOSS OF COMMISSARY,

```
          15 DAYS LOSS OF VISITATION--T/S 10/07/2011--JP
093011 SUBJ COMPLAINED ABOUT NOT FEELING WELL, TOOK HIM TO MEDICAL AND CHECK
          HIS TEMP (100.1).  CONTACTED NURSE JESSICA AND SHE SAID TO GIVE HIM
          2 IBUPROFEN.......................................................JMW
100711 D-SEG TIME SERVED MOVED TO D-POD D-113..PZ
100911 KITE ASKING FOR ACCESS TO LAW LIBRARY,SPOKE TO HIM,HE ASKED FOR WESTS
          LOUISIANA DIGEST, NOT AVAILABLE ON LINE,GAVE HIM COPY OF GOOGLE
          RESPONSES FOR LA DIGEST --JET
102911 RACKED DOWN DURING DAY SHIFT FOR DEFIANT BEHAVIOR PER DEP. WOOTEN
110111 @1305 HAD A VISIT WITH IRVIN CALHOUN......BL
111511 (189,249/251/252) ARMED ROBBERY, ILL CARRY OF WEAPON, AGG ASSAULT -
          S/C RESET FOR 1/17/12 - CRAIG
112711 MOVED TO E-POD FOR FIGHTING WITH ERIC JONES--SEE REPORT.....CGG
112911 ADMITTED TO:THREAT TO JAIL SECURITY,SIMPLE BATTERY,RULE 12 AFTER
          SIGNING INMATE RIGHTS,10 DAYS ASEG,10 DAYS LOSS OF STORE,T/S 120811
121211 MOVED TO E-POD FOR REFUSING TO RACK DOWN
011712 (189,249/251/252) ARMED ROBBERY, ILL CARRY OF WEAPONS, AGG ASSAULT -
          SET FOR TRIAL 5/21/12 - CRAIG
012612 MOVED TO E-POD FOR COMMUNICATING B/T DORMS---SEE REPORT
012912 HAD VENTS BLOCKED, WARNED ABOUT LOSS OF REC HOUR --- WATTS
020112 REFUSED REC HOUR ON THIS DATE --- WATTS
020612 REFUSED REC HOUR ON THIS DATE --- WATTS
020812 REFUSED RECREATION THIS DAY...BAXTER
020112 ADMITTED TO:RULE 3,11 & POSS CONTRABAND X2,AFTER SIGNING INMATE RIGHT
          20 DAYS D-SEG,20 DAYS LOSS OF STORE & TELEPHONE,T/S 021612--JET
021412 TRIED TO CHEAK A PILL DURING MEDICATION CALL PER DEP WOOTEN....JY
021512 REFUSED REC HOUR ON THIS DATE --- WATTS
021612 MOVED FROM E106 TO D107 AT 0641 HOURS --- WATTS
030112 DEP PARKER CAUGHT I/M WITH EXTRA UNIFORM IN CELL DURING LUNCH
          FEEDING -------------------------------------------------- WATTS
050212 RECIEVED REC TODAY................................................JS
050312 UNIFORM WAS EXCHANGED THIS DATE..................................JMW
050312 OFFERED REC AT 1210HRS-REFUSED REC.........ATE
051012 MOVED TO C-203 PER CPT. STOKES.....BL
060712 RACKED IN HIS CELL C203 BECAUSE HE WAS IN C201. RJ
061212 GIVEN LEGAL MAIL BY DEPUTY WATTS...........BAD
061512 RACKED DOWN FOR TALKING THRU MIDDLE DOOR IN COMMON AREA
071112 SET FOR TRIAL ON 07/23/2012 PER DA'S OFFICE--JP
072312 (189,249/21/252) ARMED ROBBERY, ILL USE OF A WEAPON, AGG ASSAULT -
          JURY TRIAL RESET FOR 9/10/12 PER FILED MOTION, - CRAIG
081412 (189,249/251/252) ARMED ROBBERY, ILL USE OF A WEAPON, AGG ASSAULT -
          MOTION CONT TO 11/4/12 - CRAIG
090412 (189,249/251/252) ARMED ROBBERY, ILL USE OF A WEAPON, AGG ASSAULT -
          MOTION IS RESET AT STATES REQUEST WITH TRIAL BEING UPSET AND RESET TO
          10/22/12, SPEEDY TRIALS WILL BEGIN ON 11/12/12 IF CASE IS NOT
          DISPOSED OF ON 10/22/12 - CRAIG
091012 CHGS 4-6 ADDED THIS DATE BY LT S.MACK............................JMW
091012 MOVED TO E POD PER LT SIMS AND LT MACK. INM IS ONLY TO GET 3 HOURS OF
          REC PER WEEK ON MONDAY/WEDNESDAY/FRIDAY @ 0600. HE ALSO IS NOT TO
          SEND ANY MAIL OTHER THAN LEGAL MAIL. HE CAN RECEIVE ALL OF HIS MAIL.
          HE ALSO IS ONLY ALLOWED TO USE THE PHONE TO CALL HIS ATTORNEY.....JMW
091112 APPT IDB ON CHARGES #4-6 - SELF
091212 SUBJ ALLOWED REC AT 0550 HRS BUT REFUSED. CELL DOOR WAS OPENED FOR AN
          HOUR IN SPITE OF HIS REFUSAL. DEP PIERCE
091412 OFFERED REC.@ 0546HRS DOOR OPENED, REFUSED REC. DOOR CLOSED...BAXTER
091912 OFFERED REC.@ 0546HRS DOOR OPENED, REC. ENDED @ 0549HRS...BAXTER
092012 LETTER AND VERBAL EXPLANATION GIVEN BY CAPT.STOKES TO INMATE CLARK
          ALLOWING CLARK TO HAVE HIS DAILY RECREATION TIME AND THE REASON CLARK
          IS BEING PLACED ON ADMINISTRATIVE SEGREGATION IN E POD...LT SIMS
101312 OFFERED REC/SHOWER TIME FROM 2106 TO 2146 HRS.........MSL
101612 (189,249/249A/250/252) ARMED ROBBERY, ILL USE OF A WEAPON, AGG
          ASSAULT, INTIMIDATING A WITNESS - WFA, PNG, TRIAL SET FOR 10/22/12
```

TRIAL DATE UPSET & RESET FOR 2/4/13 BY AGREEMENT, MOTIONS ARE SET FOR
12/18/12, SPEEDY TRIAL MOTION SHALL NOT BEGIN RUNNING UNTIL 2/4/12,
COURT FURTHER ORDERED DEF IS TO HAVE NO CONTACT OF ANY KIND WITH ANY
WITNESS OR POTENTIAL WITNESS - CRAIG
   (189,251/252) ILL USE OF WEAPON, AGG ASSAULT - TRIAL DATE UPSET & RE-
   SET FOR 2/4/13 BY AGREEMENT, MOTIONS ARE SET FOR 12/18/12, SPEEDY
   TRIAL MOTION SHALL NOT BEGIN RUNNING UNTIL 2/4/13 - CRAIG
102612 WARDENS REVIEW WITH CLARK. WILL REMAIN ON ADMIN SEG UNTIL COURT DATE.
120412 WARDENS REVIEW WITH CLARK THIS DATE WILL REVIEW AGAIN AFTER COURT. CS
121812 (189-249A)ARMED ROBB,INTIMIDATING WITNESS-MOTION TO REDUCE BOND
   IS DENIED. MOTION FOR PE ON INTIMIDATING OF WITNESS IS SET FOR
   JANUARY 22, 2013. WITNESS TO RETURN ON FEB 4, 2013 - JUDGE CRAIG
122112 PACED IN C-109 PER CAPTAIN STOKES-JRJ
122512 PLACED IN E-110 FOR ALEGEDLY HITTING INM TYRONE FORD.............JG
122712 AGREED TO DISC HEARING--T/S-REMOVED FROM LOCKDOWN--JP
011813 MOVED TO E-POD THIS DATE UNTIL SEEN BY CLASSIFICATION ABOUT HIS
   INVOLVEMENT WITH THE SHANK FOUND IN JAMORRIS DURHAMS CELL C-205 ..SBS
012213 (189,249A/251/252) ARMED ROBBERY / INTIMIDATING, ILL CARRY OF WEAPONS
   AGG ASSAULT - MOTION FOR PE UPSET & RESET FOR 1/23/13 @ 2:00 P.M. AT
   DEF REQUEST - CRAIG
012313 (189,249A) ARMED ROBBERY / INTIMIDATING - MOTION TO QUASH DEF'S INFO
   & TO SEVERE CHARGES IS PRESENTED TO THE COURT, MOTION IS DENIED,
   MOTION FOR PE ON INTIMIDATION OF WITNESS CALLED, COURT RULED THERE IS
   NOT SUFFICIENT PROBABLE CAUSE FOR THE INTIMIDATING CHARGE BUT THERE
   IS SUFFICIENT PROBABLE CAUSE ON AN ATTEMPT INTIMIDATING - CRAIG
   (189,249/251/252) ARMED ROBBERY, ILL USE OF WEAPON, AGG ASSAULT -
   MOTION TO QUASH DEF'S INFO & TO SEVERE CHARGES IS PRESENTED TO THE
   COURT, MOTION IS DENIED - CRAIG
012513 A-SEG UNTIL WARDENS REVIEW,REC 1 HR PER DAY MON,WED,FRI,--JET
012813 REFUSED HIS MONDAY 1 HR REC,WILL BE ELIGABLE FOR 1 HR ON WED.......JS
*****************************NEXT PAGE***************************************
012813 MADE 3 COPIES OF LEGAL DOCUMENTS. R. CLARK SIGNED INMATE ACCOUNT
   DEDUCTION. ORIGINAL SENT TO ACCOUNTING, COPY PLACED IN R. CLARK'S
   FILE, & COPY GIVEN TO R. CLARK...BAXTER
020313 HAD VISIT FROM ATT DOUGLAS HARVILLE AT 1345HRS.VISITED IN INTERVIEW
   ROOM........ATE
020413 (189,249A / 251/252) ARMED ROBBERY / INTIMIDATING, ILL USE OF WEAPON,
   AGG ASSAULT - TRIAL DATE RESET FOR 4/15/13, MOTION TO SUPPRESS FILED
   PRO SE, COURT PASSED THE MOTION TO SUPPRESS TO 4/15/13, MOTION FOR
   INEFFECTIVE COUNSEL FILED PRO SE, COURT ADVISED THE DEF BASED ON THE
   MERITS OF THE CASE MOTION IS DENIED, COURT DID ADVISE DEF HE COULD
   HIRE PRIVATE COUNSEL OR REPRESENT HIMSELF, DEF ADVISED WAS UNABLE TO
   HIRE COUNSEL & WOULD NOT ACCEPT TO REPRESENT HIMSELF, COUNSEL DOUGLAS
   HARVILLE WILL REMAIN AS COUNSEL - CRAIG
020613 RECEIVED ONE HOUR REC TODAY.........................................JS
020713 RETURN TO 1 HOUR REC PER DAY-JP
021113 REFUSED REC @1011.RVB.
021213 I/M CLARK REC ENDS EARLY BECAUSE OF HIS BEHAVIOR. RVB.
030213 TOOK I/M CLARK TO MEDICAL TODAY TO CHECK HIS BP AND PULSE.  I/M
   COMPLAINS OF BEING DIZZY WHEN HE "STANDS UP FAST". BP WAS 129/74 AND
   PULSE RATE 97..................................................JS
031013 MOVED THIS DATE--CELL SEARCHED-MINOR AMOUNT OF CONTRABAND FOUND-
   MOVED TO E-104--JP
031613 ATTEMPTED TO HOARD MED,SEARCHED CELL,LOCATED NO MEDS,SMALL AMOUNT OF
   CONTRABAND INCLUDING RAZOR BLADE--JET
041513 (189,249A/251/252) ARMED ROBBERY / INTIMIDATING, ILL CARRY OF WEAPONS
   AGG ASSUALT - NO ACTION ON THIS CASE - CRAIG
   (189,249) ARMED ROBBERY (AMENDED BILL FILED 2/1/13) - W/ARR, PNG ON
   AMENDED BILL OF INFO. DEF ELECTED JURY TRIAL, JURY OF 12 SELECTED,
   TRIAL CONT TO 4/16/13 - CRAIG
041613 (189,249) ARMED ROBBERY (AMENDED BILL FILED 2/1/13) - TRIAL CONT TO
   4/17/13 - CRAIG
041713 (189,249) ARMED ROBBERY (AMENDED BILL FILED 2/1/13) - MOTION FOR MIS-
   TRIAL DENIED, ALTERNATE JUROR #2 WAS ADMONISHED, RELEASED FROM JURY

041813 (189,24___ ARMED ROBBERY_____ STATE REST, DEFENSE REST, REBU___L BY STATE, STATE REST, TRIAL CONT TO 4/19/13 - CRAIG

041913 (189,249) ARMED ROBBERY - TRIAL RESUMES, AT 12:28 P.M. THE JURY RE-TURNED TO THE COURTROOM W/THE FOLLOWING VERDICT: ""WE, THE JURY, FIND THE DEF GUILTY, THE JURY WAS POLLED & THE VERDICT WAS UNANIMOUS, DEF SET FOR REMAND ON 5/28/13, DEF REMANDED TO CUSTODY OF THE SHERIFF - CRAIG

(189,249A/251/252) ARMED ROBBERY / INTIMIDATING, ILL USE OF WEAPON, AGG ASSAULT - CASE RESET FOR FURTHER DISPOSITION ON 5/28/13 - CRAIG

051413 (189,249) ARMED ROBBERY - COURT ORDERED PSI, REMAND DATE SET FOR 9/17/13 - CRAIG

051513 RACKED DOWN @2130 FOR HORSEPLAY.                                  RVB.

052513 RACKED IN G201 BECAUSE HE WAS INSIDE ANOTHER'S CELL AND HE WAS SMOKING. RACKED UNTIL MAY 28, 2013. SEE INCIDENT REPORT. RJ

062413 TAKEN TO LSU BY DEP WILSON DUE TO FIGHT THAT HE WAS IN. INMATE WILL BE PLACED IN E-POD WHEN HE RETURNS FROM LSU........BL

062513 ALL OF CLARKS PROPERTY WAS PLACED INTO THE PROPERTY ROOM UNTIL HE RETURNS FROM LSU...........BL

070113 CLARK HAS SURGERY ON WEDNESDAY 070313, DO NOT FEED BREAKFAST ON THAT MORNING PER MEDICAL.......................................WHITARD

070213 REFUSED 1 HOUR OF RECREATION ON THIS DATE...BAXTER

070213 REPEATED DISCP. ACTIONS HAVE NOT MODIFIED THIS INMATES ACTIONS, PLACED ON A-SEG, WARDENS REVIEW 072513--JET

070213 **********NOTHING TO EAT OR DRINK AFTER MIDNIGHT SCHEDULED FOR *******SURGERY AT 8AM ON 7/3/13...JJF, RN ****************

071413 REFUSED 1 HOUR OF REC ON THIS DATE---PC

071713 WENT ON REC YARD WITH A MOP HANDLE, REFUSED TO GOT TO HIS CELL, SAID HE WAS "READY TO FIGHT" DEPUTY'S.

071913 ATTACKED INMATE JOSHUA LOFTON WITH A BROOM. SEE INCIDENT REPORT. RJ

072013 MADE SUICIDAL COMMENTS, MOVED TO E/101 ON SUICIDE WATCH. ALL OF HIS PROPERTY WAS LEFT IN E/116....................................WHITARD

072013 SUBJECT TAKEN OFF SUICIDE WATCH BY EMT MOORE @1220................JAH

072113 I/M CLARK TOOK 55 MIN OF REC THEN WENT TO SHOWER. HE REFUSED ORDERS NOT TO SHOWER BECAUSE HE DIDN'T HAVE TIME AND TOOK SHOWER ANYWAY...JS

072313 AGREED TO DISC HEARING--30 DAYS D-SEG, 30 DAYS LOSS OF PHONE, 30 DAYS LOSS OF COMMISSARY, 30 DAYS LOSS OF VISITATION--JP  T/S 08/22/2013

072513 COMPLETED REC TIME THIS DATE 0701 TO 0805 HRS...TUGGLE

080213 ALLOWED 1 HOUR TO LOOK THROUGH LAW BOOKS ON THIS DATE--JP

080813  REC TIME 1824HRS -1924HRS

090513 REC. TIME FROM 0717 TO 0725-VOLUNTARILY ENDED EARLY................TS

090913 BROKE "ROLL ON" DEODORANT IN MIDDLE OF POD, THREW ROLL ON APPLICATOR TO E115, INMATE ANGERED WHEN CONFRONTED BY DEP. JACKSON, INMATE THREW MOP AT CONTROL ROOM WINDOW--JET

091713 (189,249/249A/251,252) ARMED ROBBERY X2, ARMED ROBBERY / INTIMIDATING , ILLEGAL CARRY OF WEAPONS, AGG ASSAULT - REMAND PASSED TO 12/3/13, ANY MOTIONS FILED & PENDING WILL BE SET FOR HEARING 11/5/13 - CRAIG

092913 INM COMPLAINED HE FELT LIKE HIS BLOOD SUGAR WAS LOW. WE CHECKED IT AND IT WAS 68. GAVE HIM A JUICE AND TOLD HIM TO LET US KNOW IF HE DIDN'T FEEL BETTER..........................................WHITARD

101413  INMATE NO LONGER NEEDS BLOOD SUGAR CHECKS..........JJF, RN

110513 (189,249) ARMED ROBBERY - BASED ON FACTS STIPULATED INTO THE RECORD THE COURT DENIES THE MOTION FOR NEW TRIAL & MOTION FOR POST JUDGEMENT VERDICT OF AQUITTAL, ALL OTHER MOTIONS FILES BY MR. CLARK WERE SET FOR RULE TO SHOW CAUSE ON 12/3/13, MR. HARVILLE IS NOT AVAILABLE ON 12/3/13 & ALL MOTIONS RESET FOR 1/7/14 - CRAIG

110513 GAVE INMATE CLARK A COPY OF RESPONSE TO GRIEVANCE. SEE FILE CS

120313 DEPUTY PUT INM TO WORK: SWEPT/MOPPED POD FLOOR --AP

121113 DEPUTY PUT INM TO WORK: SWEPT/MOPPED POD COMMON ROOM FLOOR --AP

121713 DEPUTY PUT INM TO WORK: SWEPT/MOPPED POD COMMON ROOM FLOOR --AP

121713 PUT TO WORK W/IN POD PICKING UP BOTH NOON & EVENING MEAL TRAYS  --AP

122013 PUT TO WORK INSIDE POD PICKING UP TRAYS NOON & EVENING MEAL  --AP

122513 PICKED UP TRAYS AT NOON & EVENING MEALS  ==AP

122613 PICKED UP TRAYS AT NOON & EVENING MEALS & SWEPT/MOPPED POD FLOOR --AP

123013 PICKED UP...
123113 W/IN POD MOPPED UP A FOYER SP... FOR DEPUTY  --AP

123113 PUT TO WORK SWEEPING/MOPPING POD FLOOR NO BREAKFAST/LUNCH/DINNER --AS

010414 PUT TO WORK INSIDE POD PICKING UP BREAKFAST TRAYS  --AP

010514 PICKED UP BREAKFAST TRAYS INSIDE POD  --AP

010514 PUT TO WORK CLEANING SWEEPING/MOPPING POD FLOOR  --AP

010714 (189,249) ARMED ROBBERY - REMAND, SENT TO 75 YRS HL DOC, TO BE SERVED
       W/OUT BENEFIT OF PAROLE, PROBATION, OR SUSPENSION OF SENTENCE - CRAIG
       (189,249A) ARMED ROBBERY / INTIMIDATING - CASE PASSED TO BE RESET PER
       NOTICE - CRAIG
       (189,251/252) ILL CARRY WEAPONS, AGG ASSULT - CASE PASSED TO BE RESET
       PER NOTICE - CRAIG

* 010814 PREA SCREENING CHECKLIST COMPLETED ON THIS DATE & RESULTS ARE AS
       FOLLOWS: NON-VICTIM TO POTENTIAL VICTIM (OVERRIDE) / NON-PREDATOR---
--------JJP

ROBERT LEE   CLARK  JR.
ID# 65503. (BOSSIER MAXIMUM)

LA. DOC # 611 786

INMATE CASE RECORD CHECKLIST

_____ ✓ MASTER PRISON RECORD

_____ ✓ JAIL CREDIT LETTER

_____ ✓ BILL OF INFORMATION/INDICTMENT

_____ ✓ COURT MINUTES/UNIFORM COMMITMENT

_____ ✓ ONE STATE POLICE FINGERPRINT CARD

_____ ✓ ONE FBI FINGERPRINT CARD

_____ ✓ ONE PHOTOGRAPH

_____ ✓ ONE INVENTORY ACKNOWLEDGEMENT FORM

_____ ✓ ONE DOC DISCIPLINARY RULES ACKNOWLEDGMENT FORM
      ✓ PREA CHECKLIST
      ✓ DETAINER

SIGNATURE OF DEPUTY   _Justin Poole #1089_        1-8-14
                                                   DATE

**Form B-02-018-C**
**15 February 2011**

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## ACKNOWLEDGMENTS AND SIGNATURE STATEMENT

**Instructions:** The offender shall sign at the bottom of the form, acknowledging he understands each item listed. After witnessing the signature, leave the offender's information packet with the offender and return this Acknowledgments and Signature Statement with the Pre-Class Packet.

Offender's Name: _ROBERT LEE CLARK JR_ DC Redacted _1978_
                        (Please Print)

I hereby acknowledge the following:

1) I have received a copy of the DPS&C Disciplinary Rules and understand that in accordance with La. R. S. 15:571.4(B) and (C):

   A.   An offender who escapes may forfeit all good time earned on that portion of his sentence served prior to the escape;

   B.   An offender who violates the terms of regular parole or good time parole supervision that results in a revocation of parole shall forfeit all good time earned on that portion of the sentence prior to the granting of parole;

   C.   An offender who commits a Schedule B disciplinary offense and is found guilty by a Disciplinary Board may forfeit up to a maximum of 180 days good time for each violation or may lose up to twelve months of incentive wage earnings.

2) I have been instructed on the process for utilizing the Administrative Remedy Procedure.

3) I have received a copy of the DPS&C Personal Property List. I understand that any item brought to the admitting unit of DPS&C that is not listed on the form, over the allowable limit specified on the form or does not comply with the descriptions on the form is subject to be disposed of in accordance with regulation. Property liability is subject to a maximum amount of $50.00. Therefore, you are hereby put on notice that all of your personal property is subject to this limitation, regardless of the actual value.

4) I have received a copy of the General Information Sheet which includes information relative to intake processing, transitional work programs, substance abuse treatment, time computation, IMPACT and Board of Parole hearings.

_____  _1-8-14_         _____  _1-8-14_
Offender's Signature and Date                Witness' Signature and Date

Form C-01-022-D
05 April 2013

## PREA SCREENING CHECKLIST

**I. Identifying Data**
Offender Name (Print): ROBERT  L  CLARK  JR.          DOC Number: 611786

Reason for Screening:   X New Admission    _____ Regular Review    _____ Special Referral

**II. Possible Victim Factors**

|  |  | Yes/No | Source |
|---|---|---|---|
| 1. | Former victim of prison rape or sexual assault - past ten years | NO | — |
| 2. | Youthful age – under 18 | NO | |
| 3. | Elderly - 65 or older | NO | |
| 4. | Small physical stature - 5'6" or less and less than 140 lbs (males only) | NO | |
| 5. | Developmental disability/mental health LOC 1, 1F, 2, 2F | NO | |
| 6. | First incarceration or prior incarcerations less than 30 days | NO | |
| 7. | Homosexual/bi-sexual /LGBTI & Gender Nonconforming | YES | BISEXUAL |
| 8. | History of any sexual abuse - past 5 years | NO | |
| 9. | History of correct. fac. consensual sex - past 5 years (adult/juvenile) | NO | |
| 10. | History of protective custody - past 5 years (adult/juvenile) | NO | |

The above variables require documented evidence.

**Victim Designation Process:**
If "Yes" to item 1. enter "Known Victim" code
If "Yes" to two or more items other than item 1. enter offender as "Potential Victim"
Otherwise, designate offender as "Non-Victim"

Scored Designation:   _____ Known Victim    _____ Potential Victim   X Non-Victim

**Victim Over-Ride:**
_____ No   X Yes (Cannot over-ride a known victim, ONLY a potential victim and non-victim).
If "Yes", indicate change:   _____ "Potential Victim" to "Non-Victim"      X "Non-Victim" to "Potential Victim"

Basis (why changed): BECAUSE of CIRCUMSTANCES PRIOR TO PAST TEN YEARS

**III. Possible Predatory Factors**

|  |  | Yes/No | Source |
|---|---|---|---|
| 1. | History of institutional predatory sexual behavior - past 10 years | NO | |
| 2. | Any history of sexual abuse or assault or physical abuse or domestic violence toward others - past 10 years (Please circle the behavior(s) noted) | NO | |
| 3. | Current gang affiliation or security threat group | NO | |
| 4. | History of strong-arming/assaults in prison - past 5 years | NO | |
| 5. | History of correct. facility consensual sex - past 5 years | NO | |

The above variables require documented evidence.

**Predator Designation Process:**
If "Yes" to item 1. enter "Known Predator" code
If "Yes" to two or more items other than item 1. designate offender as "Potential Predator"
Otherwise - designate offender as "Non-Predator"

Scored Designation:   _____ Known Predator    _____ Potential Predator   X Non-Predator

**Predator Over-Ride:**
X No   _____ Yes (Cannot over-ride a known predator, "ONLY a potential predator and non-predator).
If Yes indicate change:   _____ "Potential Predator" to "Non-Predator"      _____ "Non-Predator" to "Potential Predator"

Basis-(why changed): _____

Completed By: JUSTIN POOLE          Facility: BOSSIER MAXIMUM  Date Completed: 1-8-14
                (Print)                            (Print)                              (Print)



Form B-02-018-C
15 February 2011

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## ACKNOWLEDGMENTS AND SIGNATURE STATEMENT

**Instructions:** The offender shall sign at the bottom of the form, acknowledging he understands each item listed. After witnessing the signature, leave the offender's information packet with the offender and return this Acknowledgments and Signature Statement with the Pre-Class Packet.

Redacted

**Offender's Name:**  ROBERT LEE    CLARK  JR.    DOB:     1978
(Please Print)

I hereby acknowledge the following:

1)    I have received a copy of the DPS&C Disciplinary Rules and understand that in accordance with La. R. S. 15:571.4(B) and (C):

   A.    An offender who escapes may forfeit all good time earned on that portion of his sentence served prior to the escape;

   B.    An offender who violates the terms of regular parole or good time parole supervision that results in a revocation of parole shall forfeit all good time earned on that portion of the sentence prior to the granting of parole;

   C.    An offender who commits a Schedule B disciplinary offense and is found guilty by a Disciplinary Board may forfeit up to a maximum of 180 days good time for each violation or may lose up to twelve months of incentive wage earnings.

2)    I have been instructed on the process for utilizing the Administrative Remedy Procedure.

3)    I have received a copy of the DPS&C Personal Property List. I understand that any item brought to the admitting unit of DPS&C that is not listed on the form, over the allowable limit specified on the form or does not comply with the descriptions on the form is subject to be disposed of in accordance with regulation. Property liability is subject to a maximum amount of $50.00. Therefore, you are hereby put on notice that all of your personal property is subject to this limitation, regardless of the actual value.

4)    I have received a copy of the General Information Sheet which includes information relative to intake processing, transitional work programs, substance abuse treatment, time computation, IMPACT and Board of Parole hearings.

_____  1-8-14            _____  1-8-14
Offender's Signature and Date                  Witness' Signature and Date