Ms. Robert Clark 611786
General Delivery
La. State Penitentiary
17544 Tunica Trace
Angola, La. 70712

January 3, 2020

Keogh, Cox, and Wilson, Ltd.
701 Main Street
Baton Rouge, LA 70802
P.O. Box 1151 Baton Rouge LA 70821

Re: Clark v LeBlanc Cause No. 3:19-cv-512-BAJ-RLB

Dear Recipient:

On November 26, 2019 Defendants James LeBlanc, Mathew Gamble, Randy Lavespere, Darrel Vannoy, Kristen Thomas, Bradley LaComb, Col. Rheams, Cynthia Park, Joseph Lamartiniere, Tracey Falgout, Social Worker Tracey, (R.N.) Ducote, and Sherryl Coodie was served a copy of complaint and summons in reference to the above styled cause by the U.S. Marshal Service. The Name and Title of the individual served was <u>Rhonda Weldon, Paralegal DOC</u> address: 504 Mayflower St. Bld. 1, Baton Rouge, LA 70804.

On October 23, 2019 the court ordered:
"1. Within twenty (20) days of defendants' first appearance (filing of a answer or motion - other than a motion for extention of time), or within thirty (30) days after service of the summons and complaint if the defendant(s) have made no appearance, the defendant(s) or defendants counsel shall provide to the plaintiff all medical records, administrative remedy proceedings, unusual occurence reports and all documents pertinent to the issues in this case."

EXHIBIT D

It is past 30 days since the service of summons and complaint and I have given extra time to consider holiday and mailing delays but no discovery has been divulged. Therefore, I request again in person by and through this letter for you to provide to me 'all medical records, administrative remedy proceedings, all unusual occurence reports and all documents pertinent to the issues in this case'

I also ask that I be given access to Video footages made between July 31, 2016 through September 1, 2016 and November 1, 2017 through September 1, 2018 at Louisiana State Penitentiary (LSP) by security for security surveilance purposes, and any rules related to these cameras and footages.

I also request a copy of daily log reports made by Camp D security personel during those times from Hawk, Falcon, and Eagle buildings. And any rules related to these. ~~~~~~~~~~~ As well as a list of suicides from the last 10 years with disciplinary and medical records for each. Please enumerate all documents. Please also list suits filed with related topics with dispositions Sincerely

Ms Robert Clark

Copy sent to Clerk of Court; and
Rhonda Weldon; and
self.

Declaration/Service

I, Ms Robert Clark, do hereby swear the above and foregoing is true and correct, and that the originial was sent to Keogh, Cox, & Wilson, Ltd., 701 Main St, Baton Rouge, LA 70802, P.O. Box 1151 Baton Rouge, LA 70821 on this 3rd day of January, 2020 with a copy sent to the US Middle Dist. Court; Rhonda Weldon; and self.

Signed

Ms Robert Clark 611786
General Delivery
La. State Pen.
17544 Tunica Trace
Angola, LA 70712

P.2