**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ROBERT CLARK** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO.:  3:19-cv-00512-BAJ-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE BRIAN A. JACKSON** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **JAMES LEBLANC, ET AL.** | * | **RICHARD L. BOURGEOIS** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RESPONSE TO REQUESTS FOR PRODUCTION

NOW INTO COURT, through undersigned counsel, comes James Leblanc and Warden Vannoy, who hereby file these responses to requests for production of documents propounded by pro se plaintiff in his correspondence of January 3, 2020, with the following:

REQUEST FOR PRODUCTION NUMBER 1: All medical records, administrative remedy proceedings, unusual occurrence reports and all document pertinent to the issues in this case.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 1: See all documents attached to the Notice of Compliance filed in the referenced litigation.**

REQUEST FOR PRODUCTION NUMBER 2: Video footage made between July 31, 2016 through September 1, 2016 and November 1, 2017 through September 1, 2018 at LSP by security for security surveillance purposes, and any rules related to these cameras and footage.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 2: Defendants object to the preceding request as the information sought is overly broad and unduly burdensome and is not relevant to the present proceeding.  Further, any footage from 2016-2018 is not maintained by the Louisiana Department of Public Safety and Corrections.**

EXHIBIT E

REQUEST FOR PRODUCTION NUMBER 3: Daily Log Reports made by Camp D Security personnel between July 31, 2016 through September 1, 2016 and November 1, 2017 through September 1, 2018 from Hawk, Falcon and Eagle buildings.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 3: Defendants object to the preceding request as the information sought is overly broad and unduly burdensome, is not relevant to the present proceeding and does not meet the proportionality requirements of Federal Rule of Civil Procedure 26(b)(1).**

REQUEST FOR PRODUCTION NUMBER 4: A list of suicides from the last ten (10) years with disciplinary and medical records for each.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 4: Defendants object to the preceding request as the information sought is overly broad and unduly burdensome, is not relevant to the present proceeding and does not meet the proportionality requirements of Federal Rule of Civil Procedure 26(b)(1).**

REQUEST FOR PRODUCTION NUMBER 5: List of suits filed with related topics with disposition.

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 5: Defendants object to the preceding request as they are unaware what is considered "related topics with disposition." Defendants assume that pro se plaintiff is requesting a list of suits filed relating to suicides from the last ten (10) years.  Subject to the objection, see *Irma Jean Carter, et al versus N. Burl Cain, et al, United States District Court*, Middle District of Louisiana, Civil Action No. 3:17-cv-00201.**

Respectfully submitted,

**JEFF LANDRY**
**Attorney General**

By:      s/Andrew Blanchfield
           Andrew Blanchfield, T.A. (#16812)
           Email: ablanchfield@keoghcox.com
           Chelsea A. Payne (#35952)
           Email: cpayne@keoghcox.com
           Special Assistant Attorneys General
           701 Main Street (70802)
           Post Office Box 1151
           Baton Rouge, Louisiana 70821
           Telephone: (225) 383-3796
           Facsimile: (225) 343-9612

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record and by United States Mail to the pro se plaintiff.

Baton Rouge, Louisiana, this 17th day of January, 2020.

                s/Andrew Blanchfield
                Andrew Blanchfield