Ms Robert Clark #611786
D.R. Ext. E-1
La State Pen
17544 Tunica Trace
Angola, LA 70712

Keogh, Cox, and Wilson, Ltd.
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, LA 70821

RE: Clark v LeBlanc, et.al., 3:19-cv-512-BAJ-RLB

Dear Recipient:

On January 17, 2020 your office filed a Response to Requests for Production (Doc 29-7).

1) I reguards to your Response to Request for Production #2: This info is relevant to the proceeding whereas it will show voyerism as alleged in the complaint; denial of privacy; unreasonable strip searches; and that the heart of the policy(s) made by PREA, the State prison equivalents of PREA regulations, Standards of Care, and medical orders which allow a prisoner to shower alone is being nullified by the denial of stalls in the toilet and shower area if prisoners and correctional officers can still view others changing clothes and using the restroom.

Nor is it overly broad to ask for policies pertaining to these camera footages and strip searches. Therefore please produce this request for documentation.

2) Please produce the name, address, and phone number to the personel who maintains the requested footage.

3) Please produce Daily Log Reports made by Camp D Security personel between July 31, 2016 through Sept. 1, 2016 and Nov. 1, 2017 through Sept. 1, 2018 from Hawk 1 and 2 side and Falcon and Eagle buildings.

This is not overly broad or unduly burdensome nor is it not relevant to the proceedings. These are security officers personel notes pertaining to daily activity. They are kept in bound log books and examples are at Doc 29-1 p. 12-18. And it does meet the proportionality requirements of Fed. R. Civ. P. 26 (b)(1).

4) Plaintiff again request a list of the people who committed suicide from the last 10 years along with their disciplinary, medical, and ARP records as well.

This is not overly broad or unduly burdensome and it is highly relevant. D.O.C. personel has been knowingly and intentionally disregarding suicide risk. The present case revolves around this and it is capable of showing a pattern.

5) Plaintiff request to know how many employees have been fired due to sexual assaults or sexual harrassment in the last 10 years.

6) Plaintiff request to know how many law suits has been filed against employees and/or former employees in the last 10 years pertaining to sexual assault or sexual harrassment. Please include ARPs which gave monetary relief.

7) On Doc 29-4 p 139, a referance to "HQ Office" is made. Who is this referring to? (Please name personel)

8) Who are the people (Name and Title) identified as the Transgender/Intersex Executive Team (TIET) whom the Health Care Policy No. 47 (HCP No. 47) refers to? (HCP No. 47 page 3)

9) Who are the people (Name and Title) identified as the Transgender/Intersex Facility Team (TIFT) whom the H.C.P. No 47 at page 3 refers to?

10) On the Step 2 response (Doc 29-1 p. 138) for ARP Case No.: LSP-2018-2345, who is the signee of this document?

11) On February 3, 2020 Dr. Warren Frazer perscribed the plaintiff a hormone therapy treatment plan and "recommended" the plaintiff be allowed to maintain long cranial hair with optional hair styles and be allowed access to hair products, make-up, female clothing, toilet and shower stalls, and that plaintiff be allowed to only be strip searched by female guards unless there is an exigent circumstance .... Please produce any documents related to this meeting including approvals and/or denials of the perscribed medicines and recommended treatments.

12) Please produce any policy and specific instruction on how

Staff are spose to pat search and strip search Transgender and/or intersex offenders. Example: Have the offender open his or her mouth, lift tonge, run fingers through hair, and then hold arms out wide. Feel along arms sides, back and then up and down each pants leg paying specific attention to sock areas. With the back of your hands rub over breast area and last rub over stomach and waste band area.

13) Who is the Unit Manager as refered to in the HCP No 47 pag 8 (7)(I)(3).

Please enumerate all documents and/or productions

Sincerely
Ms. Robert Clark
Ms. Robert Clark

Copy sent to:
Clerk of Court;
self

Declaration and Service

I, Ms Robert Clark, do hereby swear the above and foregoing is true and correct and that the original was sent to Keogh, Cox, & Wilson, Ltd., 701 Main St., Baton Rouge LA 70802, PO Box 1151 Baton Rouge, LA 70821 on this 17TH day of February, 2020, with a copy sent to the U S Dist. Court.

Signed: Ms Robert Clark
Ms Robert Clark 611786
General Delivery
LA State Pen
Angola, LA 70712