RECEIVED
FEB 20 2020
Legal Programs Department

SCANNED at LSP and Emailed
2-20-2020 by KB . 5 pages
date      initials   No.

Ms. Robert Clark #611786
D.R. Ext. E-1
LA State Penitentiary
17544 Tunica Trace
Angola, LA 70712

February 17, 2020

U S Dist. Court Clerk
Middle Dist. of Louisiana

RE: Clark v LeBlanc, et al   3:19-cv-512-BAJ-RLB

Dear Clerk

Please file the enclosed Request for Production of Documents in the file of the above said cause.

Sincerely,
Ms. Robert Clark