UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT CLARK** | * | CIVIL ACTION |
| | * | |
| | * | NO.: 3:19-cv-00512-BAJ-RLB |
| | * | |
| **VERSUS** | * | JUDGE BRIAN A. JACKSON |
| | * | |
| | * | MAGISTRATE JUDGE |
| **JAMES LEBLANC, ET AL.** | * | RICHARD L. BOURGEOIS |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RESPONSES TO PLAINTIFF'S
## REQUEST FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, comes defendants James LeBlanc, Warden Vannoy, Joseph Lamartinere, Kristen Thomas, Sherryl Coodie, Tracy Falgoust, Dr. Randy Lavespere, Dr. Matthew Gamble, Bradley Lacomb, Rheams, who respond to plaintiff's request for production of documents as follows:

REQUEST FOR PRODUCTION NO. 1: Video footage made between July 31, 2016 through September 1, 2016 and November 1, 2017 through September 1, 2018 at LSP by security for security surveillance purposes, and any rules related to these cameras and footage.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1: Defendants object to the preceding request as the information sought is overly broad and unduly burdensome and is not relevant to the present proceeding. Further, any footage from 2016-2018 is not maintained by the Louisiana Department of Public Safety and Corrections.**

REQUEST FOR PRODUCTION NO. 2: Please produce the name, address and phone number to the personnel who maintain the requested footage.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2: Not applicable. See Response to Request for Production Number 1.**

REQUEST FOR PRODUCTION NO. 3: Please produce the Daily Log Reports made by Camp D Security personnel between July 31, 2016 through September 1, 2016 and November 1, 2017 through September 1, 2018 from Hawk 1 and 2 side and Falcon and Eagle buildings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3: Defendants object to the preceding request as the information sought is overly broad and unduly burdensome, is not relevant to the present proceeding and does not meet the proportionality requirements of Federal Rule of Civil Procedure 26(b)(1).**

1

REQUEST FOR PRODUCTION NO. 4: Plaintiff again requests a list of the people who committed suicide from the last 10 years along with their disciplinary, medical and ARP records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4: Defendants object to the preceding request as the information sought is overly broad and unduly burdensome, is not relevant to the present proceeding and does not meet the proportionality requirements of Federal Rule of Civil Procedure 26(b)(1).**

REQUEST FOR PRODUCTION NO. 5: Plaintiff requests to know how many employees have been fired due to sexual assaults or sexual harassment in the last 10 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5: 13**

REQUEST FOR PRODUCTION NO. 6: Plaintiff requests to know how many lawsuits have been filed against employees and/or former employees in the last 10 years pertaining to sexual assault or sexual harassment. Please include ARP's which gave monetary relief.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6: Defendants object to the previous request regarding ARP's of inmates, as to produce such information would violate HIPAA laws. However, without waiving the objections, 3 lawsuits have been filed.**

REQUEST FOR PRODUCTION NO. 7: On Doc29-4, page 139, a reference to "HQ Office" is made. Who is this referring to (please name personnel).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7: Dr. Matthew Gamble, LSP Psychiatrist.**

REQUEST FOR PRODUCTION NO. 8: Who are the people (name and title) identified as the Transgender/Intersex Executive Team (TIET) who Health Care Policy No. 47 refers to?

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

**Perry Stagg, Asst. Warden Health Services**
**Sherwood Poret, RN, Director of Nursing**
**Katie Ard, Ph.D., Staff Psychologist**
**Marcia Booker, LCSW, Mental Health Director**
**Carol Gilcrease, LCSW, Asst. Mental Health Director**
**Will Riche', RN, Nursing Manager Inpatient Nursing Units**
**Randy Lavespere, MD, LSP Medical Director**

REQUEST FOR PRODUCTION NO. 9: Who are the people (name and title) identified as the Transgender/Intersex Facility Team (TIET) who Health Care Policy No. 47 at page 3 refers to?

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9: Please see Responses to Request for Production Number 8.**

REQUEST FOR PRODUCTION NO. 10: On the Step 2 Responses (Doc 29-1 p. 130) for ARP Case No. LSP-2018-2345, who is the signee of this document?

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10**: **Derek Ellis.**

REQUEST FOR PRODUCTION NO. 11: On February 3, 2020, Dr. Warren Frazer prescribed the plaintiff a hormone therapy treatment and plan and "recommended" the plaintiff be allowed to maintain long cranial hair with optional hair styles and be allowed access to hair products, makeup, female clothing, toilet and shower stalls and that plaintiff be allowed to only be strip searched by female guards unless there is an exigent circumstance. Please produce any documents related to this meeting including approvals and/or denials of the prescribed medicines and recommended treatments.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11**: **Please see attached a copy of the requested evaluation, attached as Exhibit A.**

REQUEST FOR PRODUCTION NO. 12: Please produce any policy and specific instructions on how staff are supposed to pat search and strip search transgender and/or intersex offenders.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12**: **LSP does not have a policy that instructs specifically on the search of transgender/intersex offenders; however, please see attached Directive 09.003, attached as Exhibit B, which is LSP's policy for the search of all offenders.**

REQUEST FOR PRODUCTION NO. 13: Who is the Unit Manager as referred to in the HCP No. 47, page 8 (7)(I)(3).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13**: **The "Warden" of the facility (see attached Directive 13.096, attached as Exhibit C, which designates the Unit Manager as the Unit Assistant Warden).**

        **JEFF LANDRY**
        **Attorney General**

        By: s/Andrew Blanchfield
            Andrew Blanchfield, T.A. (#16812)
            Email: ablanchfield@keoghcox.com
            Chelsea A. Payne (#35952)
            Email: cpayne@keoghcox.com
            Special Assistant Attorneys General
            701 Main Street (70802)
            Post Office Box 1151
            Baton Rouge, Louisiana 70821
            Telephone: (225) 383-3796
            Facsimile: (225) 343-9612

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record and by United States Mail to the pro se plaintiff.

Baton Rouge, Louisiana, this 19th day of March, 2020.

s/Andrew Blanchfield
Andrew Blanchfield
