LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Robert Clark    DOC#: _____    CAMP: _____    JOB ASSIGN: _____

TEMP: _____    PUSLE: _____    RESP: _____    B/P: _____    WEIGHT: _____

DATE: 2/3/20

TIME: 1:00 PM

ALLERGIES: _____

Subjective – This is a 41 year old biological male whom I was asked to ~~see~~ evaluate regarding male to female gender dysphoria. The patient is incarcerated at Angola and was seen via telemed. She indicated that as a child she preferred girls games and activities. At age 16 she began dressing as a female. In her 20's she became aware of the concept of gender dysphoria & felt that she was indeed a female in a male's body. At age 31 she experimented with hormones from off the street until she was incarcerated at Angola. The past two years she has worked with a therapist + psychiatrist. From a mental health perspective the diagnosis of gender dysphoria is appropriate.

~~Object~~    Past medical history is unremarkable except for chronic back pain and depression

over

☐ DUTY STATUS: _____    ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____    PHYSICIAN SIGNATURE: Warren M. Owen, MD.

LSP-TC 19   06/2006    PHYSICIANS CLINIC

Page 1 of 2

EXHIBIT A

## LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER
## PHYSICIANS CLINIC

NAME: Robert Clark   DOC#: 611786   CAMP: _____ JOB ASSIGN: _____

TEMP: _____ PULSE: _____ RESP: _____ B/P: _____ WEIGHT: _____

DATE: 2/3/20

TIME: _____

Visit continued

ALLERGIES: _____

Objective - Physical exam not possible via telemed. Lab from 12/08/2019 shows normal results for CBC + chemistries.
Her testosterone is 850 which is compatible with a biologic male.
There is a minor elevation of prolactin which may be drug related and is insignificant.

Assessment - I concur with the diagnosis of gender dysphoria. The patient wishes hormone treatment which I believe is appropriate.

Plan
1. Estradiol 2mg twice daily
2. Spironolactone 100mg twice daily
3. Testosterone level in 3 months
4. Follow visit in 3 months c̄ the results of the testosterone available
5. I recommend that Ms. Clark be allowed to dress and groom as a phenotypic female to the extent that it does not jeopardize the security policies of the prison
6. I also recommend that she be afforded as much bodily privacy as possible without jeopardizing prison security

☐ DUTY STATUS: _____
☐ DIET: _____
☐ MISC. ORDERS: Testosterone level one week before follow up appointment

☐ APPOINTMENT: 3 months

PHYSICIAN SIGNATURE: Warren M Fraser, MD
Warren M Fraser, MD
PHYSICIANS CLINIC

LSP-TC 19   06/2006