| Directive No. 13.096 | CHAPTER:<br>HEALTH CARE SERVICES |
|---|---|
| [Louisiana State Seal] | SUBJECT:<br>ID & MANAGEMENT OF INTERSEX & TRANSGENDER OFFENDERS & OFFENDERS DIAGNOSED WITH GENDER DYSPHORIA DISORDER |
| LOUISIANA STATE PENITENTIARY | REFERENCE:<br>Department Regulation No. HC-37, HC-47, C-01-022;<br>Penitentiary Directive 13.004,<br>Diagnostic and Statistical Manual of Mental Disorders, 5th edition (DSM-5) |
| April 22, 2019 | ACA STANDARD: |

PURPOSE: To provide guidelines for the identification and management of offenders identifying as intersex or transgender and those offenders diagnosed with gender dysphoria disorder.

APPLICABILITY: All LSP Wardens, PREA Compliance Manager, Mental Health staff, Health Care staff, and Classification staff.

POLICY: It is Louisiana State Penitentiary's policy to have a comprehensive approach for identifying and managing intersex offenders, transgender offenders, and offenders diagnosed with gender dysphoria disorder. Management of these offenders shall include providing appropriate evaluations and clinically indicated treatment as determined on a case by case basis. Louisiana State Penitentiary shall provide placement in a manner that is safe and consistent to the facility's mission, and security guidelines.

DEFINITIONS:

Cisgender: The state of one's gender identity matching one's biological sex.

Gender: A construct used to classify a person as male, female, both or neither. Gender encompasses aspects of social identity, psychological identity and human behavior.

Gender Dysphoria (GD)): A mental health diagnosis characterized by clinically significant distress lasting at least 6 months in duration that is caused by a marked incongruence between one's experienced/expressed gender and assigned gender.

Gender Identity: A person's sense of their gender, which is communicated to others by their gender expression.

EXHIBIT C

Penitentiary Directive No. 13.096
April 22, 2019
Page 2 of 8

Health Care Practitioner/Provider: Clinicians trained to diagnose and treat patients, such as physicians, dentists, psychologists, podiatrists, optometrists, nurse practitioners, and physician assistants.

NOTE: This shall be in accordance with each health care practitioner/provider's scope of training and applicable licensing, registration, certification and regulatory requirements.

Intersex: A person whose sexual or reproductive anatomy or chromosomal pattern does not seem to fit typical definitions of male or female. Intersex medical conditions are sometimes referred to as disorders of sex development.

Intersystem transfers: Transfers from one distinct correctional system to another.

Intra-system transfers: Transfers from facility to facility within a correctional system.

Mental Health Care Practitioner/Provider/Professional: Mental health staff who are qualified to diagnose and treat patients with mental illness, for example, physicians, psychologists, nurses, and social workers in accordance with each health care professionals scope of training and applicable licensing, certification, and regulatory requirements.

Mental Health Level of Care (LOC): A designation that ensures an offender's appropriate placement at an institution that provides the mental health resources required by the offender. This designation identifies the minimum frequency or intensity of treatment required to address the needs of the offender.

Transgender (TG): A person whose gender identity (i.e., internal sense of feeling male or female) is different from the person's assigned sex at birth. Transgender status is based on an individual's self-report of identifying characteristics.
NOTE: Individuals identifying as transgender do not necessarily have gender dysphoria disorder.

Transgender/Intersex Executive Team (TIET): A team appointed and chaired by the Department's Medical Director that shall include the Chief Nursing Officer, an attorney, a mental health representative, the Department's PREA coordinator, and a psychiatrist. The TIET will meet at a minimum of quarterly to provide guidance on unique measures related to treatment and management needs of transgender, intersex, or offenders with GD, including diagnosis issues. The TIET will be responsible for reviewing quarterly reports submitted by the TIFT to ensure consistency between units and address any issues. This team will also be responsible for updating the regulation as needed. The TIET shall also be responsible for proposing revisions or updates to the regulation as needed.

Transgender/Intersex Facility Team (TIFT): A multidisciplinary team at Louisiana State Penitentiary consisting of individuals from various departments, including but not limited to PREA Compliance manager, the Warden or designee, Security Representative, Mental Health Director or designee, Nursing Director or designee, classification representative and any other staff deemed appropriate by the Warden. The team shall be responsible for determining the

Penitentiary Directive No. 13.096
April 22, 2019
Page 3 of 8

necessary and reasonable accommodations for offenders identifying as intersex or transgender while ensuring public safety. The TIFT shall formulate an individualized treatment plan for those diagnosed with GD, which shall meet the acceptable standard of care. The TIFT will meet at a minimum of quarterly or more as needed.

Note: Louisiana State Penitentiary TIFT shall be:

    a. PREA Compliance Manager;
    b. Assistant Warden/ Health Services (shall serve as chair);
    c. Assistant Warden 4/ Security;
    d. Mental Health Director;
    e. Medical Director;
    f. Nursing Director; and
    g. Administrative Program Manager/Classification

Treatment Plan:   A written assessment of individualized, needs based, required services and interventions   including a statement of the short-term goals, long-term measurable outcomes, and the roles of healthcare and non-healthcare personnel for the purpose of providing necessary treatment and services in accordance with a patient's identified needs and problem areas.

PROCEDURE:

A.    INTERSYSTEM AND INTRA_SYSTEM TRANSFERS

    1.    All offenders shall be screened at intake using the PREA Screening Checklist (Form C-01-022-D) Offenders may be identified or self-identify as intersex or transgender.

    2.    Classification staff shall be responsible for notifying the PREA compliance manager by email of every offender identified or who self-reports as intersex or transgender upon intake. The PREA compliance manager shall notify the TIFT of these offenders.

    3.    The TIFT shall be responsible for determining the necessary and reasonable accommodations for offenders identifying as intersex, or transgender while ensuring the safety and security of the offender, offender population, and staff at the facility.

    4.    The TIFT shall ensure the Shower Preference Statement (Form C-01-022-N), housing assignment and programming assignments are complete.

    5.    The TIFT will use the biological sex of the offender as the initial determination of housing designation.

6. Upon intake should the offender who self identifies as being transgender reports that they have been receiving current gender affirming care in the community, confirmation of treatment and/or medications shall be obtained. The LSP Director of Nursing or designee shall ensure that all efforts are made to obtain pertinent medical and mental health records for those offenders identifying as intersex or transgender and offenders diagnosed with GD.

    a. Should the offender refuse to authorize release of information for current treatment providers, the offender shall be advised that the provision of current treatment may be changed or discontinued following a complete medical assessment.

    b. Should the offender report taking non-prescribed gender affirming hormones prior to incarceration, a referral to the healthcare practitioner/provider shall be made to have the offender evaluated as soon as possible.

B. MEDICAL EXAMINATIONS: INTERSEX AND TRANSGENDER OFFENDERS

Questions regarding identification of a transgender or intersex offender's genital makeup shall be referred to the LSP Medical Director or healthcare practitioner designee for review. If needed, a complete history, physical examination and laboratory studies, as clinically indicated shall be conducted by a healthcare practitioner/provider in a private setting.

C. IDENTIFICAITON AND DIAGNOSIS OF OFFENDERS WITH INTERSEX, TRANSGENDER AND/OR GD

1. Any offender that identifies as transgender or as GD upon admission or at any other time during incarceration, the LSP Mental Health Director or designee shall initiate a referral to the mental health staff within three business days. If the offender presents with symptoms of GD the LSP Mental Health Director or designee shall initiate a referral to the designated psychiatric specialist within three business days.

2. This psychiatric evaluation may be completed by telehealth or face to face visit. Documentation of clinically signification distress lasting at least six months in duration or medical records indicating this prior to incarceration shall be submitted with the referral to the designated psychiatric specialist. Offenders within the existing population who wish to self- report as having been diagnosed with gender dysphoria and/or would like to receive treatment, an evaluation, or any other health service shall make this request via the Request for Medical Treatment (Form HC-01-A). The LSP Mental Health Director shall notify the Department's Medical Director within two business days of every offender with a confirmed diagnosis of GD by the designated psychiatric specialist.

      3.    The TIFT shall be responsible for ensuring that all offenders with a confirmed diagnosis of GD have an individualized treatment plan, which shall meet the acceptable standard of care. This plan shall be documented and kept in the offender's medical record. This team may consult with a specialist, such as an endocrinologist. The initial treatment plan will be forwarded to the TIET within 14 days.

D.    MENTAL HEALTH LEVEL OF CARE: GENDER DYSPHORIA

Offenders diagnosed with GD shall be followed by the mental health staff in accordance with Penitentiary Directive 13.004, Mental Health Services, and be provided the appropriate mental health level of care designation.

E.    INDICATOR CODES IN OFFENDER MANAGEMENT SYSTEM: INTERSEX AND/OR TRANSGENDER

Offenders identifying as intersex or transgender shall receive a respective unique indicator code in the Department's offender management system.

F.    HOROMONE THERAPY

      1.    If an offender has a current, documented and verified prescription for hormone therapy upon intake, a referral shall be immediately made for the offender to see LSP's Medical Director or designee for review. All efforts shall be made to ensure continuity of care. In the event that there are medical contraindications that prevent the continuation of hormone therapy, the offender shall be informed by the health care provider of the reason for the contraindication, the clinical reasons that support this decision shall be clearly documented in the offender's medical record. If the offender is followed by a psychiatrist, they shall be notified of the decision. The decision to initiate, continue or discontinue hormone therapy is solely a clinical decision.

      2.    If prescribed while at LSP, the prescribing health care practitioner shall explain the side effects of hormone therapy medication and shall document this on the Gender Affirming Hormone Consent Form (Male to Female) (Form HC-47-A). Consent forms shall be filed in the offender's medical record. Follow up visits by a health care practitioner/provider shall be at a minimum of every three months or more frequently if clinically indicated. A referral may be made to an endocrinologist for initiation and management.

      3.    If the treating psychiatrist determines the offender's dysphoric symptoms require an augmentation in medical management or more medical management than gender affirming hormone therapy, the treating psychiatrist shall refer the offender to the designated psychiatrist specialist for further evaluation and notify the TIFT.

        Once a determination has been made by the designated psychiatric specialist this information shall be forwarded to the Department's Medical Director for review and to schedule a meeting with the TIET for review of medical management.

    4. In the event this treatment changes the offender's appearance to the extent a new identification card is needed, the offender shall not be charged for the identification card.

G. HOUSING AND PROGRAMMING

    1. Offenders will not be discriminated against due to their gender identity and/or intersex condition and will be afforded the same treatment as any cisgender offender.

    2. Housing placement and programming for an offender who identifies as intersex or transgender shall be reassessed and documented at least twice each year utilizing the Reassessment for Offenders Identifying as Intersex or Transgender or Offenders Diagnosed with Gender Dysphoria Disorder (Form C-01-022-O) by designated staff to review any threats to safety experienced by the offender.

    3. Staff are to maintain the privacy and confidentially of offenders identifying as intersex/transgender to the fullest extent possible while also ensuring the safety and security of the facility. Only that information which is needed for staff to perform their specified job duties shall be shared.

    4. It is prohibited to place an offender who identifies as intersex or transgender in a dedicated unit or facility solely on the basis of that identification, unless such a placement is pursuant to a legal requirement for the purpose of protecting such an offender.

    5. In deciding whether to assign an offender who identifies as intersex or transgender to a male or female facility, as well as when making other housing and programming assignments, LSP shall consider on a case-by-case basis the following;

        a. Whether placement would ensure the offender's health and safety;

        b. Consider factors specific to the offender, such as behavioral and disciplinary history; and

        c. Whether the placement would present management or security problems.

Penitentiary Directive No. 13.096
April 22, 2019
Page 7 of 8

H.  SHOWERING PREFERENCE

Offenders who identify as intersex, transgender or who have a diagnosis of gender dysphoria disorder shall be given the opportunity to shower separately from other offenders. Documentation of these efforts to offer separate showers shall be recorded on the Shower Preference Statement (Form C-01-022-N).

I.  CLOTHING AND COMMISSARY

   1. If a transgender man retains female secondary sex characteristics (i.e. breasts) then LSP may provide him with a sports bra If medically indicated.

   2. A transgender woman offender may be issued men's underwear (boxers) if requested, even if housed at a female facility.

   3. All other offender requests for items related to intersex, transgender and gender dysphoria disorder needs shall be sent to the Unit Assistant Warden and then forwarded to the TIFT and/or TIET for review and approval.

J.  STAFF TRAINING

   Pursuant to Department Regulation No. C-01-022 (OP-A-15) "Prison Rape Elimination Act (PREA)," the Department's Training Director, in conjunction with the Chief of Operations, Regional Wardens, Department's PREA Coordinator and Department's Medical/Mental Health Director, shall ensure training regarding offenders identifying as intersex or transgender includes the following:

   1. The definition of gender dysphoria.

   2. Training for all staff on how to communicate effectively and professionally with offenders identifying as intersex or transgender.

   3. To address the offender with the assigned name and sex at birth, unless the name and gender has been legally changed and the appropriate use of the relative pronouns.

   4. Training for all security staff in how to conduct cross-gender pat-down searches and searches of offenders identifying as intersex and transgender in a professional and respectful manner, and in the least intrusive manner possible, consistent with security needs.

K.  MONITORING REQUIREMENTS/REPORTS

The TIFT shall each prepare a quarterly report regarding a review of all cases of offenders identifying as intersex or transgender and offenders diagnosed with gender dysphoria

Penitentiary Directive No. 13.096
April 22, 2019
Page 8 of 8

disorder. This report shall be submitted to the Department's Medical/Mental Health Director who shall compile all the reports and send final report to Secretary on a quarterly basis.

*Darrel Vannoy*
Warden

| Forms: | | |
|---|---|---|
| | HC-01-A | Health Care Request Form |
| | HC-37-A | Mental Health Intake Screening |
| | HC-37-B | Mental Health Appraisal Report |
| | HC-37-C | Request for Mental Health Services |
| | HC-47-A | Gender Affirming Hormone Consent Form (Male to Female) |
| | C-01-022-D | PREA Screening Checklist & Instructions |
| | C-01-022-N | Shower Preference Statement |
| | C-01-022-O | Reassessment for Offenders Identifying as Intersex or Transgender or Offenders Diagnosed with Gender Dysphoria Disorder |

This policy supersedes Penitentiary Directive No. 13.096 dated February 11, 2019

Form HC-01-A
20 March 2019

**Request for Medical Treatment** Institution:_____

_____ _____ _____ _____ _____
Name                              DOC #         Age    Housing            Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

**Healthcare Personnel Screening:** Date: _____  Time: _____  Location Seen: _____

(Circle One):  Emergency / Routine Sick Call / Work Related  Allergies: _____

B/P _____  Pulse _____  Resp _____  Temp _____  Other _____

**Assessment/Comment:** _____

**Disposition:**

**New Medications Ordered:**

_____Total #:_____

**Health Care Practitioner Notes:**

Screener's Signature:                         HCP's Signature:                 Date:

☐ No Fees  ☐ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

_____  _____  _____  _____
Offender Signature                     DOC #         Date          Witness Signature

Original - Offender's Medical Record    Yellow – Business Office    Pink – Offender's Copy

# MENTAL HEALTH SCREENING

**Section A: Initial Screening** (To Be Completed On All Transfers At The Time Of Admission)     Housing: _____

**Name:** _____ **DOC#:** _____ **R/S:** _____ **Age/DOB:** _____

**Instant Offense(s):** _____

**Violent Offense:** No / Yes    **Sex Offense:** No / Yes    **Victim of Sex Offense:** No / Yes    **Sexual Orientation:** Ho / Bi / He

**Pb/PV:** No / Yes    **Next Release Date:** PE / GTPS / FT _____    **Prior HRDC:** _____

**Has a Detoxification Need:** No / Yes _____

*Current Mental Health Complaints:* No / Yes _____

*Current Mental Health Symptoms (Psychosis, Depression, Anxiety, Aggression):* No / Yes _____
_____

*Feelings About Future (Hopelessness, Fear):* No / Yes _____

*Emotional Response (Shame, Guilt, Worry) Over Arrest/Incarceration:* No / Yes _____

**Lack of Internal/External Resources:** No / Yes _____

*Suicidal Ideation*    Current Suicide Thoughts: No / Yes    Current Suicide Plan: No / Yes _____

Prior Suicide Attempts: No / Yes             Prior Suicidal Ideation: No / Yes    Family Hx of Suicide: No / Yes
*Feel Suicide is an Acceptable Option:* No / Yes    Prior Suicide Watch: No / Yes:

---

General Appearance: ( )Unremarkable ( )Disheveled ( )Poor Hygiene ( )Alert ( )Lethargic ( )Frail ( )Tremors ( )Sweating ( )_____

Mood: ( )Level/Stable ( )Elevated ( )Depressed ( )Anxious/Nervous ( )Angry/Agitated ( )Apathetic ( )Expansive ( )_____

Affect: ( )Consistent with Mood ( )Inappropriate to Situation ( )Restricted ( )Blunted ( )Labile ( )Serious ( )Silly ( )_____

Attitude/Behavior: ( )Cooperative ( )Uncooperative ( )Guarded/Withdrawn ( )Aggressive ( )Manipulative/Demanding ( )_____

Thought Process: ( )Organized ( )Confused ( )Slowed ( )Loose/Irrelevant ( )Tangential ( )Circumstantial ( )Flight of Ideas ( )_____

Thought Content: ( )Appropriate to Situation ( )Poverty of ( )Paranoid ( )Religiosity ( )Grandiose ( )Hallucinations ( )Delusions ( )_____

Evidence of Abuse and/or Trauma: ( )Trauma Markings ( )Bruises ( )Lesions ( )_____

Additional Observations/Notes: _____

---

**Current Mental Health Treatment / Psychotropic Medications:** No / Yes **(Tx Facilities, Tx Times/Duration)**
_____

**Hx Mental Health Treatment / Psychotropic Medication(s):** No / Yes **(Inpt, Outpt, Tx Facilities, Tx Times/Duration)**
_____

**Hx of Substance Use Treatment:** No / Yes _____

**Recommended Disposition:** ( )General Pop    ( )General Pop with Psychiatric Referral    ( )Emergency Treatment Unit    ( )SSW

**NOTE:** *Endorsement of any of the italicized questions will result in placement on a mental health management order until cleared by the Mental Health Authority or higher.*

---

**Mental Health Trained Staff or**                    **Title/Position**                **Date/Time**            am / pm
**Mental Health Care Practitioner/Provider/Professional**

---

**Section B: Review of Initial Screening:** The initial screening data has been reviewed and need for additional testing or assessment/consultation/treatment, if any, are indicated below.
Plan: _____

---

**Unit Mental Health Director/Designee**                                                    **Date Reviewed**

*Distribution: Medical Chart (original)*

**Form HC-37-B**
**07 February 2018**

## MENTAL HEALTH APPRAISAL

Offender Name:                DOC#:

DOB/Age:

Sentence:                     Release Date:

Service Codes:

SH

ID

SU

SX

DI

PM

LOC:

Current Mental Status, Symptoms, and Condition:

Review of Historical Records (Inpt. and Outpt. Psychiatric Tx):

Review of Hx of Psychotropic Medication Tx:

Review of Hx of Psychotherapy, Psycho-Educational Groups, and Other Classes/Support Groups:

Current Suicidal Potential and Person-Specific Circumstances that Increase Suicide Potential:

Violence Potential and Person-Specific Circumstances that Increase Violence Potential:

Review of Hx of Drug/Alcohol Abuse, Addiction, and/or Tx:

Review of Hx of Sexual Abuse (Victimization and Predatory Behaviors):

Educational Hx:

Use of Additional Assessment Tools, as Indicated:

Additional Assessment Findings:

Form HC-37-B
07 February 2018
Page Two

Screening Impression:

Referral to Mental Health Tx, as Indicated:

Treatment Plan Recommendation (Including Housing, Job Assignment, and Program Participation):

Complete the Following Only for Offenders Admitted Directly to Death Row Housing:

    Review of Any and All Behavioral Incidents (Gestures, Self-Mutilation, Manipulation):

    Review of Social Hx:

Mental Health Care Practitioner/Provider/Professional (Print Name)

_____
Mental Health Care Practitioner/Provider/Professional (Signature)

Title/Position

Date/Time

                *Distribution: Medical Chart (original)*

Form HC-37-C
07 February 2018

# REQUEST FOR MENTAL HEALTH SERVICES

TO: _____   DATE: _____
       (Name, Title)

FROM: _____
         (Name, Title)

OFFENDER NAME: _____   DOC NUMBER: _____

HOUSING: _____

**Reason for Request:** (Be specific. If possible, state the request in the form of a question.)
_____
_____

(Select One)    Emergency: ☐    Routine: ☐    Other: ☐

**Summary of Assessment:** _____
_____
_____
_____
_____

**Clinical Impression:** _____

**Recommendations:** _____

**Disposition:** _____

**Additional Report to Follow?** Yes: ☐   No: ☐

**If Yes, When?** _____

_____        _____        _____
Signature of Staff Member                Title/Position                    Date/Time

*Distribution:  Medical Chart (Original)*

Form HC-47-A
10 October 2017

### DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Gender Affirming Hormone Consent Form (Male to Female)

Hormone Therapy may be all the treatment you need for your gender dysphoria. While you are being treated with Hormones, you will be monitored to determine if the hormone treatment is benefiting you. Before starting hormone treatment you are encouraged to exercise regularly and please know that smoking while on this medication will significantly increase the risk of medical complications. Exercise improves the benefits of hormone treatment, while smoking causes increased risk of thromboembolic disease (blood clots) associated with hormone treatment. The blood clots can cause stroke, heart attack, lung damage, and/or death. To reduce the risk of forming blood lots, daily aspirin is often recommended for persons taking estrogen.

Blood tests will be taken to determine your health and suitability to begin hormone therapy. Some people may be unable to take hormones due to other health conditions.

You may be frustrated with how long hormone therapy takes to produce results, and you will need to be realistic about the extent of changes you can expect. For example, hormones cannot change the shape or height of your skeleton.

**Estrogen** can be prescribed for transsexual women with gender dysphoria and is often helpful in making their appearance more feminine.

Noticeable changes may include:

- Your penis and testicle may get smaller;
- Your body may redistribute body fat into a more female shape;
- You may have less muscle; or
- You may have some breast development.

There may be side effects, although some transsexual women report feelings of calm and well-being after starting on hormone treatment.

**Estrogen** side effects may include:

- Chest pain or heavy feeling, pain spreading to the arm or shoulder, nausea, sweating, general ill feeling;
- Sudden numbness or weakness, especially on one side of the body;
- Sudden severe headache, confusion, problems with vision, speech, or balance;
- Pain, swelling, warmth, or redness in one or both legs;
- Migraine headache;
- Pain, swelling, or tenderness in your stomach;
- Confusion, problems with memory or concentration;

Form HC-47-A
Page Two

- Jaundice (yellowing of the skin or eyes);
- Swelling in your hands, ankles, or feet; or
- A breast lump.

Less serious side effects of estrogen may include:

- Mild nausea, vomiting, bloating, stomach cramps;
- Breast pain, tenderness, or swelling;
- Freckles or darkening of facial skin;
- Increased hair growth or loss of scalp hair;
- Changes in weight or appetite;
- Problems with contact lenses;
- Mild headache, nervousness, dizziness, tired feeling; or
- Mood swings.

These potential effects and side effects make it important to have regular medical check-ups.

Medications known as androgen suppressants help to lessen the effects of your body's own androgens (male sex hormones). Spironolactone is an androgen suppressant and is sometimes used as part of treatment for gender dysphoria.

**Spironolactone** side effects may include:

- Numbness or tingling;
- Muscle pain or weakness;
- Slow, fast, or uneven hearbeat;
- Feeling drowsy, lightheaded, or restless;
- Urinating less than usual or not at all;
- Shallow breathing;
- Tremors
- Confusion;
- Nausea;
- Upper abdominal pain;
- Itching;
- Loss of appetite;
- Dark urine;
- Clay-colored stools;
- Yellow skin or eyes;
- Fever;
- Sore throat;
- Swelling of face or tongue;
- Burning eyes;

**Form HC-47-A**
**Page Three**

- Skin pain;
- Skin blistering & peeling;
- Headache; or
- Intestinal gas.

I have read the effects and side effects of the medication(s) which are being prescribed to me for gender dysphoria. I accept the potential risks inherent in this treatment. I have been given to opportunity to ask questions and discuss my treatment with my health care provider. By signing below, I acknowledge the risks, verify my understanding of the information provided, and consent to treatment with the medication(s) prescribed to me for gender dysphoria.

Signature: _____    Date: _____

Printed Name: _____    DOC#: _____

Witness: _____  Title: _____  Date: _____

Witness: _____  Title: _____  Date: _____

Form C-01-022-D
26 February 2016

# PREA SCREENING CHECKLIST

**I. Identifying Data**

Offender's Name (Print): _____ DOC Number: _____

Reason for Screening: ☐ New Admission   ☐ Regular Review   ☐ Special Referral

**II. Possible Victim Factors (A – Automatic; B – 2 points each; C – 1 point each)**

| # | Factor | Yes/No | Source |
|---|---|---|---|
| A1 | Victim of prison rape or sexual assault? | | |
| B1 | Physical disability, developmental disability? | | |
| C1 | Mental disability (LOC 1, 1F, 2, 2F)? | | |
| C2 | History of past sexual abuse? | | |
| C3 | First time incarcerated? | | |
| C4 | Are you, or do others perceive you to be lesbian, gay, bisexual, transgender, intersex or gender non-conforming? | | |
| C5 | Do you consider yourself vulnerable to sexual assault? | | |
| C6 | Youthful age – under 18? | | |
| C7 | Elderly – age 65 or older? | | |
| C8 | Small/slight physical stature (see instructions)? | | |
| C9 | Detained solely for civil immigration purposes? | | |
| C10 | Has an exclusively non-violent criminal history? | | |
| C11 | Has a previous conviction of a sex offense against an adult or child? | | |

Automatic ☐         Total Points _____

**III. Possible Predatory Factors (A – Automatic; B – 1 point each)**

| # | Factor | Yes/No | Source |
|---|---|---|---|
| A1 | History of predatory sexual behavior or sexual intimidation in institutional setting? | | |
| B1 | Current conviction for sex offense against an adult or child? | | |
| B2 | Prior conviction for sex offense against an adult or child? | | |
| B3 | Current conviction for non sexual violent offense against an adult or child? | | |
| B4 | Prior conviction for non sexual violent offense against an adult or child? | | |
| B5 | History of institutional violence? (see instructions) | | |

Automatic ☐         Total Points _____

**IV. Scored Designation:**

☐ HRSV (BLUE) Automatic, or 4 or more pts.
☐ HRSP (RED) Automatic, or 4 or more pts
☐ No significant risk indicated (GREEN)

Override Comments: _____

Warden's Signature for override: _____

| Completed By | Facility | Date Completed |
|---|---|---|
| Original: Offender's Medical Record | | |
| Copy: Offender's Master Record | | |

Form C-01-022-N
10 October 2017

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## SHOWER PREFERENCE STATEMENT

Per PREA Standard 115.42 F

I, _____, do perceive myself to be a transgender/or have been diagnosed with gender dysphoria. I have been given the opportunity to shower separately from other offenders. I have been informed of the procedures for reporting any concerns I may have relative to PREA.

☐   I have declined to shower separately from other offenders.

☐   I choose to shower separately from other offenders and understand the time will be determined by Security staff.

_____          _____
Offender Signature                                      Date

_____          _____
Staff Witness                                              Date

Original:  PREA file

Print Form

Form C-01-022-O
10 October 2017

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Reassessment for Offenders Identifying as Intersex or Transgender or Offenders Diagnosed with Gender Dysphoria Disorder

Offender's Name: _____  DOC#: _____

Review Date: _____  Last Review Date: _____

Current Housing Assignment: _____

Have you experienced any concerns in your current housing assignment:  ☐ Yes    ☐ No

Additional Comments: _____

_____

Educational Assignment: _____

Have you experienced any concerns with your educational assignment:  ☐ Yes    ☐ No

Additional Comments: _____

_____

Programming Participation: _____

Have you experienced any concerns during any programming:  ☐ Yes    ☐ No

Additional Comments: _____

_____

Have you been afforded the opportunity to shower separately:  ☐ Yes    ☐ No

Additional Comments: _____

_____

Staff Recommendation: _____

_____

Offender Signature: _____  Date: _____

Staff Signature/Title: _____  Date: _____