UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT CLARK (#611786)                         CIVIL ACTION

VERSUS                                          19-512-BAJ-RLB

JAMES LEBLANC, ET AL.

## ORDER

I hereby recuse myself from this matter.

Signed in Baton Rouge, Louisiana, on June 16, 2020.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE