UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT CLARK (#611786)**  CIVIL ACTION

**VERSUS**

**JAMES LEBLANC, ET AL.**  NO.: 19-00512-BAJ-SDJ

RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 49)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Defendants' **Motion to Dismiss (Doc. 27)**. Defendants seek to dismiss Plaintiff's claims under Federal Rule of Civil Procedure 12(b)(6). Plaintiff, appearing *pro se*, opposed the Motion. *See* (Doc. 28). In the Report and Recommendation, the Magistrate Judge recommended that Defendants' Motion be granted in part and denied in part. (Doc. 49, at p. 12). The Magistrate Judge additionally recommended dismissing Plaintiff's claims against several Defendants for failure of Plaintiff to effect timely service. *Id.*

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein.

Plaintiff filed a timely objection to the Report. *See* (Doc. 51). Specifically, Plaintiff objects to the Magistrate Judge's recommendation to dismiss all claims

1

against Defendants Lamartiniere, Falgout, Coodie, Thomas, and LeBlanc, stating that it is unclear whether the dismissal refers to her claims for declaratory and injunctive relief. (Doc. 51, at p. 1). To clarify, the Court finds it appropriate to dismiss all claims against these Defendants for failure to allege personal involvement. Additionally, Plaintiff objects to the dismissal of Defendant Vannoy for this reason on the grounds that he personally denied Plaintiff's request for privacy curtains. *Id.* at 2. Accordingly, the Court will not dismiss the claim against Vannoy.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation in part.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 49)** is **ADOPTED IN PART** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 27)** is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Lamartiniere, Falgout, Coodie, Thomas, and Vannyor, as well as any claims for monetary damages asserted against all other moving Defendants in their official capacities and Plaintiff's claims against Defendant Rheams concerning verbal threats are **DISMISSED WITH PREJUDICE**. In all other aspects, Defendant's motion is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Jones, Russo, Jane Doe, Jane Doe 1, Whittaker, Travis, Tracey, and John Doe are **DISMISSED WITHOUT PREJUDICE** for failure to effect timely service.

**IT IS FURTHER ORDERED** that this matter is **REFERRED** to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 25th day of August, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**