UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT CLARK (#611786)**            **CIVIL ACTION**

**VERSUS**

**19-512-BAJ-SDJ**

**JAMES LEBLANC, ET AL.**

## RULING

Before the Court is Plaintiff's Motion to Alter Opinion and Judgment (R. Doc. 55), wherein Plaintiff moves for the Court to vacate its Ruling and Order (R. Doc. 54) with regards to the dismissal of Defendants LeBlanc and Vannoy.

When a motion for reconsideration "'calls into question the correctness' of the judgment," the Court considers it under Fed. R. Civ. P. 59(e). *Allen v. Envirogreen Landscape Prof'ls, Inc.*, 721 F. App'x 322, 328 (5th Cir. 2017) (quoting *Templet v. HydroChem Inc.*, 367 F.3d 473, 478 (5th Cir. 2004)). "Rule 59(e) motions serve 'the narrow purpose of allowing a party to correct manifest errors of law or fact or to present newly discovered evidence.'" *Id.* (quoting *Templet*, 367 F.3d at 479). "'Reconsideration of a judgment after its entry is an extraordinary remedy that should be used sparingly.'" *Id.* (quoting *Templet*, 367 F.3d at 479). "Accordingly, a motion for reconsideration 'is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered or raised before the entry of judgment.'" *Id.* (quoting *Templet*, 367 F.3d at 479).

In the instant matter, with regards to defendant LeBlanc, Plaintiff has merely rehashed legal theories already presented to the Court in her Objection (R. Doc. 53). With regards to defendant Vannoy, it appears that Plaintiff's claims were dismissed against Vannoy due to a clerical error. The Ruling and Order should have stated, "IT IS FURTHER ORDERED that

Plaintiff's claims against Defendants Lamartiniere, Falgout, Coodie, Thomas, and ***LeBlanc*** … are dismissed with prejudiced." As such, the Ruling and Order will be vacated and a corrected Ruling and Order will be issued. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Alter Opinion and Judgment (R. Doc. 55) is **GRANTED IN PART** with regards to defendant Vannoy.

**IT IS FURTHER ORDERED** that, in all other regards, Plaintiff's Motion is **DENIED**.

Signed in Baton Rouge, Louisiana, on January 29, 2021.

*[signature: Scott Johnson]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**