SCANNED at LSP and Emailed
7-14-21 by VB. 4 pages
date   initials   No.

RECEIVED
JUL 14 2021
Legal Programs Department

Mr. Robert Clark 611786
La State Pen. Camp D-Hawk 3/k 5
Angola, LA 70712

Date: 7/11/21

Keogh, Cox, & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821

RE: Clark v LeBlanc, et al Cause No. 3:19-cv-00512-BAJ
"Settlement Offer"

Dear Recipient:

Greetings, I am the Plaintiff in the above referenced cause. I wish to know if the Defendants are willing to settle this matter because it appears that now security is willing to allow me to recieve proper medical attention for gender dysphoria and I also believe compensation for alleged wrongful acts may be resolved out of court, if the defendants are willing. Therefore, I request a responce to this letter within (10) ten days of its reciept to possibly resolve this matter. I propose the following:

1) Plaintiff will continue to recieve medications for hormone treatments as is perscribed, or

1 of 4

at a minimum: Estrace 2mg tab (estradiol) 2 tablets by mouth twice a day.

2) Plaintiff will not have to cut her hair except for personal preferrances, indefinately.
3) Plaintiff will be allowed to use a privacy curtain or screen, or stall when using shower or restroom areas
4) Plaintiff will continue depression medication: Bupropion XL 450mg per day
5) Plaintiff will recieve electrolisis on face and chess areas
6) Plaintiffs name will be changed from Robert Clark to Aniya DeRay Clark
7) Plaintiff be allowed bras and panties every (90) ninety-days upon request by the State
8) Plaintiff shall only be ~~strip~~ strip searched by female guards unless a female guard is unavailable and the circumstance in urgent.
9) Plaintiff shall be allowed to purchace female clothing, and grooming products female offenders are allowed to purchase via commissary and/or outside vendors including but not limited to make-up, hair products suchas perms, and pony tail holders.
10) Plaintiff shall be allowed to arch her eye brows and wear hairstyles which include pony tails and plaits.

2 of 4

11) Plaintiff's Protection Concern List (PCL) shall be cleared of all personell.
12) A suicide hotline be made available for all offenders
13) Plaintiff be released from Closed Cell Restriction ("CCR") to general population
14) Group sessions/therapy classes be started at La State Penitentiary for LBGTQ community for those in need of support (I'll volunteer to lead and/or participate)
15) Plaintiff shall recieve $750,000.00 in monetary compensation

If there is a counter-offer of settlement, please notify me. Failure to respond within 10 days of this notice will nullify it and the lack of response shall be deemed a denial. Any responce not in full compliance shall be deemed an offer subject to approval or denial by the plaintiff.

Sincerely: Ms Robert Clark

Declaration / Service
I Ms Robert Clark, Plaintiff pro-se do hereby swear the above and foregoing is true and correct and that this "Settlement Offer" was mailed to the Defendants

3 of 4

via eletronic mailing system on this 11 day of July, 2021, addressed to the U.S.D.C. Middle District of LA.

Signed: Mr. Robert Clark
La State Pen. Camp D-Hawk 3/e
Angola, LA 70712

4 of 4