Mr. Robert Clark #611786
La. State Pen. Camp D Hawk 3/R 14
17544 Tunica Trace
Angola, LA 70712

Date: August 10, 2021

Keogh, Cox, and Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821

RE: Clark v. LeBlanc et al. 19 cv 512-BAJ
    Discovery Request

Dear Recipient:

I am the Plaintiff in the above said cause. It has come to my attention that one or more of the Defendants may have a criminal record, and extensive disciplinary records while employee at Louisiana's State Penitentiary. Please release this information.

The Plaintiff is also in need of an update on prison administrative and medical records up untill the present day. Including Doctor perscriptions, recommendations, and orders.

The Plaintiff also request still shot photos of all camera angles and footages available for cameras located in Louisiana's State Penitentiary Camp D, Eagle 1 dormatory.

The Plaintiff further request the full name

of Defendant Col Rheams.

Lastly Plaintiff request a reason for the denial of any Order, Recommendation, or Prescription made by endocrinologist Dr. Fraser.

Respectfully Submitted
Mr R. Clark
Mr R. Clark

Declaration / Service

I Mr Robert Clark, do hereby swear the above and foregoing is true and correct and that this Discovery Request was mailed to the U.S. Dist. Court for the Middle District of Louisiana on this ~~(Oga d)~~ 10th day of August, 2021.

Signed: Mr R. Clark
Mr Robert Clark
DOC # 611786
La. State Pen. Camp D
17544 Tunica Trace
Angola, LA 70712

SCANNED at LSP and Emailed
8-12-21 by VB . 3 pages
date     initials  No.

Ms. R. Clark (#611786)
La State Pen., Camp D, Hawk 3/R 14
17544 Tunica Trace
Angola, LA 70712

Date: Aug 10, 2021

USDC Middle District Court - Clerk

RECEIVED
AUG 12 2021
Legal Programs Department

RE: Clark v LeBlanc  19-cv-512-BAJ-SDJ

Dear Clerk
   Please file the enclose request for discovery in the above said cause.

                              Respectfully Submitted
                              Ms Robert
                              Ms Robert Clark