## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT CLARK** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO.: 3:19-cv-00512-BAJ-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE BRIAN A. JACKSON** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **JAMES LEBLANC, ET AL.** | * | **SCOTT D. JOHNSON** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come defendants, Warden Vannoy, Dr. Randy Lavespere, Dr. Matthew Gamble, Bradley Lacomb and Luke Rheames ("Defendants"), who file this motion for summary judgment.

For the reasons more fully outlined in the attached memorandum in support, defendants are entitled to summary judgment as a matter of law dismissing plaintiff's claims. The medical records demonstrate that the treatment plaintiff received, and is currently receiving, is constitutionally appropriate. Plaintiff's gender dysphoria was treated with counseling and medications until 2020. Once Dr. Gamble recommended evaluation for hormone therapy, and DOC was able to contract with an endocrinologist, plaintiff was evaluated for such treatment. Plaintiff has been receiving hormone therapy since May 2020 and also had access to female canteen items. Deliberate indifference cannot be established where plaintiff was continuously treated.

Further, plaintiff failed to exhaust administrative remedies with respect to the claims against Rheames and Lacombe. In addition, those claims, arising from an alleged incident in 2016, are prescribed.

WHEREFORE, defendants pray that this summary judgment be granted, dismissing plaintiff's claims, with prejudice.

> **JEFF LANDRY**
> **Attorney General**
>
> By:   s/Andrew Blanchfield
>   Andrew Blanchfield, T.A. (#16812)
>   Email: ablanchfield@keoghcox.com
>   Chelsea A. Payne (#35952)
>   Email: cpayne@keoghcox.com
>   Special Assistant Attorneys General
>   701 Main Street (70802)
>   Post Office Box 1151
>   Baton Rouge, Louisiana  70821
>   Telephone:  (225) 383-3796
>   Facsimile:  (225) 343-9612

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record and by United States Mail to the pro se plaintiff.

Baton Rouge, Louisiana, this 9th day of May, 2022.

> s/Andrew Blanchfield
> Andrew Blanchfield