**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ROBERT CLARK** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO.: 3:19-cv-00512-BAJ-SDJ** |
| | * | |
| **VERSUS** | * | **JUDGE BRIAN A. JACKSON** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **JAMES LEBLANC, ET AL.** | * | **SCOTT D. JOHNSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT OF UNDISPUTED FACTS**

1. Clark's pertinent medical treatment for gender dysphoria is as follows:
   - On October 18, 2016, Clark was seen by Dr. Gamble. LSP's psychiatrist. Dr. Gamble diagnosed Clark with gender dysphoria. The plan was to refer to Dr. Lavespere, continue with medicines and follow up in 8 weeks.
   - On November 18, 2018, Clark was seen by a social worker, who advised that Clark's issues were being addressed and encouraged Clark to be patient.
   - On November 28, 2016, Clark was seen in the Physicians Clinic. Clark requested hormone treatment. I noted that the policy was being discussed at Headquarters.
   - On January 5, 2017, Clark was seen by Dr. Gamble. Dr. Gamble continued with the treatment plan and medication, and ordered a follow up visit in 12 weeks.
   - On January 11, 2017, Clark was seen by a social worker. Clark denied any mental health issues.
   - On March 27, 2017, Clark was seen by Dr. Gamble. Clark reported some incarceration related stressors. Dr. Gamble started Clark on Welbutrin and continued with treatment plan.
   - The same day, after Clark's visit with Dr. Gamble, Clark declared a mental health emergency and was put on a suicide watch.
   - On April 4, 2017, Clark reported no suicidal ideation and appeared to be functioning well.
   - On October 6, 2017, Clark was seen by a social worker. Clark complained that he could not go back to a dorm until he cut his hair. The social worker educated Clark on the rules of the institution. No mental health concerns were expressed.
   - On November 13, 2017, Clark was seen by Dr. Gamble. Clark reported feeling stabilized on the medication. Dr. Gamble referred to Lavespere and continued with treatment plan.
   - On November 16, 2017, a Mental Health Plan of Care was issued. The identified concerns included depression due to gender dysphoria. The goals included alleviate depressed moods and recognize, accept and cope with feelings. The plan was medication management and individual and/or group sessions.

- On December 28, 2017, Clark was seen by Dr. Gamble. Clark reported some incarceration related stressor, no suicidal ideation. The plan was to continued with current treatment plan.
- On April 19, 2018, Clark was seen by Dr. Gamble. Clark self discontinued his Prozac and wanted to try Effexor. Dr. Gamble prescribed Effexor and plan was to follow up in four weeks.
- On May 10, 2018, Clark was seen by Dr. Gamble. Clark reported increased anxiety. Dr. Gamble discontinued Effexor and started Wellbutrin.
- On July 9, 2018, Clark was seen by Dr. Gamble. The plan was to continue with treatment plan and follow up in 8 weeks.
- On August 21, 2018, Clark was seen by social worker. Clark was recently in an altercation with another offender that resulted in the death of the other offender. Clark expressed concerns about being house in a one man cell.
- Clark was seen by Dr. Gamble on August 22, 2018. Clark reported the recent altercation that ended in the death of another inmate. Reported various incarceration stressors but no clear complaints of mania or psychosis. Plan was to continue with medications and follow up in 4 weeks.
- On September 14, 2018 Clark was seen in Chronic Care Clinic and expressed his desire to have estrogen to treat his gender dysphoria. He stated he wanted to live within the standards of care as a woman and there was a request to see Dr. Lavespere.
- On October 17, 2018, Clark was seen by Dr. Gamble. Clark reported incarceration related stressors largely in the context of psychopathic quality. Dr. Gamble noted that Clark has borderline personality disorder.
- On October 22, 2018, it was reported that Clark self inflicted a laceration on testicles. Clark was placed on suicide watch after the laceration was repaired.
- On December 18, 2018, Clark was seen by Dr. Gamble. Clark reported no suicidal ideations, no delusions. The plan was to continue with current treatment.
- On March 29, 2019, Clark was seen by Dr. Gamble. Clark was largely focused on hormone treatment and expressed depressive issues. No suicidal ideation. The plans was to continue with current treatment and medications. Clark was admitted to The Transitional Unit.
- On April 4, 2019 Clark was seen in chronic care clinic for follow up. An X-ray of a metacarpal fracture was in good alignment. He requested hormone therapy.
- On June 11, 2019, Clark was seen by Dr. Gamble. No suicidal ideations. Dr. Gamble continued with treatment plan and medications.
- On September 3, 2019, Clark was seen by Dr. Gamble. Clark was currently on suicide watch, but did not want the watch removed. Clark reported that he was seen by Dr. Lavespere to discuss gender dysphoria. Dr. Gamble continued with current plan.
- On December 10, 2019, Clark was seen by social worker. Clark denied mental health concerns but wanted to speak with Dr. Gamble about lowering Wellbutrin.
- On January 31, 2020, Clark was seen by Dr. Gamble. Clark reported some depression he related to Wellbutrin.

- On February 3, 2020, Clark was seen by Dr. Fraser. Clark reported that he had been working with a therapist and psychiatrist for the past two years. Dr. Fraser agreed with the gender dysphoria diagnosis. Dr. Fraser prescribed hormone treatment and recommended that Clark be allowed to dress & groom as a phenotypic female to the extent it doesn't jeopardize security policies within prison.
- On February 12, 2020, LSP employee attempted to perform a reassessment for Gender dysphoria. Clark refused to answer questions and returned to his cell.
- On April 6, 2020, Dr. Gamble's notes reflect that Security reported that Clark had to visit the ATU for possible intoxication for the fifth time this year. Clark was crushing and snorting his Wellbutrin. Dr. Gamble discontinued Wellbutrin and will discuss next visit.
- On May 20, 2020 a prescription was written for estrogen and spironolactone.
- On May 22, 2020, Clark was seen by Dr. Gamble. Clark continued to badger Dr. Gamble about the discontinuance of Wellbutrin. Dr. Gamble prescribed Venlafaxine.
- On July 10, 2020, Clark was seen by Dr. Gamble. Clark reported no major complaints. Clark had stopped taking Effexor on his own and Dr. Gamble changed medications to Cymbalta.
- On August 14, 2020, Clark was seen by Dr. Gamble. Dr. Gamble increased Clark's anti-psychotic medicine, Zyprexa.
- On October 6, 2020, Clark's Mental Health Care plan was updated, which addressed gender dysphoria.
- On March 23, 2021, a Transgender Intersex Treatment Plan was executed. The goals included reduction of symptoms of depression and anxiety from gender dysphoria and improve compliance with treatment plan.
- On April 12, 2021, Clark was seen by Dr. Fraser. Dr. Fraser increased the estradiol and scheduled a follow up appointment for three months.
- On June 3, 2021, Clark was seen by Dr. Gamble. Dr. Gamble increased the Wellbutrin dose and noted that less restrictive housing was not an alternative due to history of violence.
- On July 26, 2021, Clark was seen by Dr. Fraser. Dr. Fraser noted that the estradiol was increased from last visit. Clark noted further increased in breast size and that Clark's mood was better. Dr. Fraser noted that testosterone was still too high. Dr. Fraser increased dosage and requested to recheck in 3 months.
- On August 25, 2021. Clark was seen by Dr. Gamble. Dr. Gamble noted Clark needed a sports bra,. The plan was to continue with current treatment plan.
- On October 25, 2021, Clark was seen by Dr. Fraser. It was noted that Clark was measured for new bra. Dr. Fraser noted that the testosterone levels were still high. Clark stated that no doses were missed.[1] Dr. Fraser discontinued oral estradiol and started an IM treatment every two weeks.

---

[1] However, the Medication Administration records show that Clark was a "no show" for the estradiol medication on many occasions.

- On January 24, 2022, Clark was seen by Dr. Fraser. Testosterone was undetectable. Clark was pleased with being changed from oral to injectable hormones. Clark also noted an increase in breast size. Electrolysis was not available at LSP as per Dr. Toce. Dr. Fraser scheduled follow up in six months.
- On March 18, 2022 Clark was seen by Dr. Gamble. Clark noted some incarcerated related stressors which were not overwhelming. Current treatment was continued with a follow up visit scheduled in 12 weeks.[2]

2. DOC Health Care Policy No. 47, which was revised in March 2019, governs treatment for inmates diagnosed with gender dysphoria, and provides that a treatment plan will be formulated to meet the standard of care. DOC has a team that assesses each transgender inmate and their treatment plan quarterly.[3]

3. Due to numerous requests for hormone therapy, DOC began to explore options to contract with an outside specialist. Hormone therapy has potential serious side effects, which include stroke, blood clots, brain tumors and cancer. Thus, a qualified specialist is required to determine whether hormone therapy is appropriate.[4]

4. Even before this suit was filed, DOC began searching for an outside physician to evaluate transgender inmates across all facilities. In July 2019, DOC met with Dr. Warren Fraser, who eventually agreed to evaluate transgender inmates in DOC custody.[5]

5. The contract with Dr. Fraser was finalized in January 2020, and Clark was seen by Dr. Frazer in February 2020.[6]

6. Clark has been receiving hormone therapy since May 2020.[7]

---

[2] Exhibit 1, Affidavit of Dr. Lavespere; Exhibit 1-A, Medical records.
[3] Exhibit 2, Health Care Policy 47.
[4] Affidavit of Dr. Lavespere.
[5] Affidavit of Dr. Lavespere.
[6] Affidavit of Dr. Lavespere.
[7] Affidavit of Dr. Lavespere.

7. On August 22, 2016, Clark filed ARP No. LSP 2016-2396. On September 15, 2015, Clark withdrew the ARP. No other ARPs were filed relating to this alleged incident in 2016.[8]

>   **JEFF LANDRY**
>   **Attorney General**
>
>   By: ____s/Andrew Blanchfield____
>   Andrew Blanchfield, T.A. (#16812)
>   Email: ablanchfield@keoghcox.com
>   Chelsea A. Payne (#35952)
>   Email: cpayne@keoghcox.com
>   Special Assistant Attorneys General
>   701 Main Street (70802)
>   Post Office Box 1151
>   Baton Rouge, Louisiana 70821
>   Telephone: (225) 383-3796
>   Facsimile: (225) 343-9612

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record and by United States Mail to the pro se plaintiff.

Baton Rouge, Louisiana, this 9th day of May, 2022.

>   s/Andrew Blanchfield
>   Andrew Blanchfield

---

[8] Exhibit 3; R.Doc. 3-9.