## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ROBERT CLARK**                          \*          **CIVIL ACTION**
                                          \*
                                          \*          **NO.:  3:19-cv-00512-BAJ-SDJ**
                                          \*
**VERSUS**                                \*          **JUDGE BRIAN A. JACKSON**
                                          \*
                                          \*          **MAGISTRATE JUDGE**
**JAMES LEBLANC, ET AL.**                 \*          **SCOTT D. JOHNSON**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER

Considering the foregoing Motion for Summary Judgment;

IT IS ORDERED that the Motion for Summary Judgment filed herein on behalf of Defendants, Warden Vannoy, Dr. Randy Lavespere, Dr. Matthew Gamble, Bradley Lacomb and Luke Rheames, be and it is hereby GRANTED, dismissing all claims of plaintiff against these Defendants.

Baton Rouge, Louisiana, this _____ day of _____, 2022.


_____
HONORABLE BRIAN A. JACKSON
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1