LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

Signs/Symptoms of EPS noted
YES / NO (circled)

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: CBC |
|---|---|---|

✓ attending — pt seen and chart reviewed... pt c̄ continued difficulty c̄ sleep... ∅ other major mood instability... ∅ M/a/p... ∅ A/H... verbal ∅ delusion... ∅ SHI... ∅ ri for SH/HTO...

Imp — I. Unspecified Depressive Disorder
ADHD, Combined presentation
Gender Dysphoria
II. Borderline PD

change dx →

Noted 10/19/16 [illegible], RN

★ refer to PCP — Dr. Lavespere — 38 yo male with gender dysphoria — interested in hormone Tx. — he would like to speak with you.

Plan : • Benadryl 50 / po QHS
• continue all other Med
• RTC 8wks

AIMS Eval: 6mo 1yr Other pm MD

PHYSICIAN SIGNATURE: [signature] DATE: 10/18/16

LSP-MH 01 9/2012

EXHIBIT 1-A

 

DATE: 11/18/2016

## Louisiana State Penitentiary
## Mental Health Individual Progress Notes

DOC: 511786 | Last Name: CLARK | First Name: ROBERT | DOB:
Dorm: D RAV 3/R | Race: B | Age: No DOB on Record | Arrival Date: 02/10/2014

Record Type: LOC4 Follow-Up

**Section I Client Subjective Complaint(s):**
NO M.H. COMPLAINTS EXPRESSED

**Section II Mental Status Exam:**

| | |
|---|---|
| Oriented To: | X4 |
| Affect: | Within Normal Limits of range and Intensity |
| Mood: | Within Normal Limits |
| Eye Contact: | Within Normal Limits of appropriateness |
| Psychomotor: | Within Normal Limits |
| Speech: | Within Normal Limits |
| Thought Content: | Within Normal Limits |
| Thought Process: | Within Normal Limits |
| Insight: | Within Normal Limits for prison population |
| Judgment: | Within Normal Limits for prison population |
| Attitude: | Cooperative |
| Grooming: | Appropriate to situation |
| Cell: | Fair |
| Behavior: | Within Normal Limits of Appropriateness |
| Suicide: | No significant risk factors detected |
| Homicide: | No evidence of danger to others |
| Hallucination: | No evidence noted in interview |
| Delusion: | No evidence noted in interview |

**Section III Clinician Notes**

Sw'er met with the offender on the date and approximate time indicated below to review and update his treatment plan. Sw'er reviewed the plan with the offender and answered all relevant questions. Offender was in agreement with his course of treatment in that he signed the plan. Sw'er also informed the offender that she received his letter and his issues are being address and encouraged to be patient. Offender nodded in agreement. NAD noted. Self referral instructions given.

**Section IV Assessment:**
1. No Acute Distress Noted
2. Coping skill adequate currently
3.
4.
5.

**Section V Disposition:**
Goals:
1. Compliance with rules/regulations
2. Less restrictive environment
3.

Plan:
1. Follow up for Mental Health Level of Care, per policy
2.
3.

**Section VI Level of Care Codes:**

| | SH | DD | SA | SX | AX | PM |
|---|---|---|---|---|---|---|
| Present | Present | Not Indicated; Not Indicated; Not Indicated | None Indicated; None Indicated; None Indicated | Not Indicated; Not Indicated; | Present; Present; Present | |

LOC: 4; 4; 4

| Date | Time | Clinician/Social Worker: |
|---|---|---|
| 11/18/2016 | 08:29 AM | TRACI GREMILLION LMSW SOCIAL WORKER 3 |

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**PHYSICIANS CLINIC**

NAME: Clarke, Robert DOC#: 611786 CAMP: ______ JOB ASSIGN: ______

TEMP: 98.3 PULSE: 85 RESP: 18 B/P: 133/80 WEIGHT: 202

DATE: 11/28/16

TIME: ______

ALLERGIES: NKDA

S: (1) Lt foot 4th toe small itchy dryness
(2) wants Permanent Hair Removal on face
(3) Pt wants estrogen Treatments when asked why states wants to look more feminine, wants soft skin, breasts & hips. Pt states he bought hormones illegally in the street. Pt heard speaking c other inmates
(4) Regard situation P left office
(5) Pt wants long hair & to wear make up

O: HEENT: WNL
(5) c/o LBP. moves c diff, NAD, FROM
CV: S1S2 RRR ⊖ murmurs & pulses
Pulm: BBS clear
Abd: soft NT ND BS+
neuro: WNL
General: Well-defined Muscular (NAD)

A: Unspecific Depressive DO
Borderline Personality DO
LBP → normal exam
Request Estrogen

P: (1) CRC Dr. Lavespere Re: Estrogen ? Gender Dysphoria ?
(2) Xray L Spine ⊖ Slip disc
(3) No Medical Reason for DS → Reg Duty & Ret (GM)
(3) DC Mobic
(4) Naproxen 500 mg PO BID prn
(5) (illegible) Tylenol
(6) Danoli Fat(illegible)
(6) (illegible) Tylenol (2M)

policy being discussed @ HQ office 11/29/16 [initials]

☐ DUTY STATUS: ______ ☐ APPOINTMENT: ______

☐ DIET: ______

☐ MISC. ORDERS: ______ PHYSICIAN SIGNATURE: ______ [signature] 11/28/16

LSP-TC 19 08/2006 PHYSICIANS CLINIC

Signs/Symptoms of EPS noted

YES / NO (circled)

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

# PSYCHIATRIC NOTES

| NAME: Robert ~~Taylor~~ Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Psy attending – pt seen and chart reviewed... pt with multiple complaints that are institutionally concerned i.e. complaints re: his gender issues... ∅ overt depression per se... ∅ SHI... ∅ elf SHOHTO... ∅ M/P... ∅ A/H... vol ∅ delusion

Imp: I. Unspecified Depressive Do
Gender Dysphoria
ADHD, combined Types

** Change dx to →

II. Borderline PD
ASPD

Plan: • Continue current • Benadryl 100 QHS
∅ med
• RTC 12 weeks

AIMS Eval: 6mo 1yr Other NA

PHYSICIAN SIGNATURE: [signature] DATE: 1/5/17

PSYCHIATRIC NOTES

LSP-MH 01 9/2012

 

DATE: 01/11/2017

**Louisiana State Penitentiary**
**Mental Health Individual Progress Notes**

| DOC: 611786 | Last Name: CLARK | First Name: ROBERT | DOB: |
|---|---|---|---|
| Dorm: D RAV 4/L | Race: B | Age: No DOB on Record | Arrival Date: 02/10/2014 |

Record Type: ADM/SEG 90

**Section I Client Subjective Complaint(s):**

OTHER — OTHER: HIV test results

**Section II Mental Status Exam:**

| | |
|---|---|
| Oriented To: | X4 |
| Affect: | Within Normal Limits of range and intensity |
| Mood: | Within Normal Limits |
| Eye Contact: | Within Normal Limits of appropriateness |
| Psychomotor: | Within Normal Limits |
| Speech: | Within Normal Limits |
| Thought Content: | Within Normal Limits |
| Thought Process: | Within Normal Limits |
| Insight: | Within Normal Limits for prison population |
| Judgment: | Within Normal Limits for prison population |
| Attitude: | Appropriate to situation |
| Grooming: | Appropriate to situation |
| Cell: | Fair |
| Behavior: | Aggressive |
| Suicide: | No significant risk factors detected |
| Homicide: | No evidence of danger to others |
| Hallucination: | No evidence noted in interview |
| Delusion: | No evidence noted in interview |

**Section III Clinician Notes**

Sw'er met with offender on the date and approximate time indicated below for 90 day adm seg tracking. When questioned, the offender denied having any mental health issues at this time. However, offender reported that he had recently taken an HIV tested and wanted to know the results. Sw'er told the offender when she receives his test results she would give them to him. Offender gestured an understanding. NAD noted. Self referral instructions given.

**Section IV Assessment:**

1. Functioning adequate currently
2. No MH concerns currently
3.
4.
5.

**Section V Disposition:**

Goals:

1. Appropriate behavior by client
2. Level of functioning maintained
3.

Plan:

1. Follow up for Mental Health Level of Care, per policy
2.
3.

**Section VI Level of Care Codes:**

| | SH | DD | SA | SX | AX | PM |
|---|---|---|---|---|---|---|
| **Present** | Present | Not Indicated; Not Indicated; Not Indicated | None Indicated; None Indicated; None Indicated | Not Indicated; Not Indicated; | Present; Present; Present | |

LOC: 4; 4; 4

| Date | Time | Clinician/Social Worker: |
|---|---|---|
| 01/11/2017 | 11:49 AM | TRACI GREMILLION LMSW SOCIAL WORKER 3 |

Signs/Symptoms of EPS noted YES / (NO)

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: J |
|---|---|---|

S/attending – pt seen and chart reviewed... Ø d/m/a/p... Ø A/VH... vol Ø dec... ØSHI... Ø r/f SH or HI. Ø AE's – some inconcentration – related stressors...

Impression/Plan: • Δ Wellbutrin XL to Wellbutrin SR 200 BID.
• continue current
• RTC 8 weeks

AIMS Eval: 6mo . 1yr Other N/A

PHYSICIAN SIGNATURE: [signature] DATE: 3/27/17

PSYCHIATRIC NOTES

 

DATE: 03/27/2017

## Louisiana State Penitentiary
## Mental Health Individual Progress Notes

| DOC: 511786 | Last Name: CLARK | First Name: ROBERT | DOB: |
|---|---|---|---|
| Dorm: J GTR 4/R | Race: B | Age: No DOB on Record | Arrival Date: 02/10/2014 |

Record Type: Emergency

**Section I Client Subjective Complaint(s):**
SUICIDAL/HOMICIDAL IDEATION

**Section II Mental Status Exam:**

| | |
|---|---|
| Oriented To: | X2 |
| Affect: | Blunted intensity |
| Mood: | Depressed |
| Eye Contact: | Within Normal Limits of appropriateness |
| Psychomotor: | Within Normal Limits |
| Speech: | Within Normal Limits |
| Thought Content: | Relevant to interview |
| Thought Process: | Within Normal Limits |
| Insight: | Not assessed this contact |
| Judgment: | Not assessed this contact |
| Attitude: | Passive |
| Grooming: | Fair |
| Cell: | Not Applicable |
| Behavior: | Impulsive |
| Suicide: | Ideation currently endorsed |
| Homicide: | No evidence of danger to others |
| Hallucination: | No evidence noted in interview |
| Delusion: | No evidence noted in interview |

**Section III Clinician Notes**

Offender was seen for self declared emergency while at camp J clinic for a mental health call out. Offender Clark stated, "I'm truly feeling suicidal." A standard suicide watch was initiated to prevent self-harm. Standard suicide watch documentation was completed and protocol began at 2:40 pm. Major Worsham was notified.

**Section IV Assessment:**
1. Possible Suicide risk currently
2.
3.
4.
5.

**Section V Disposition:**
Goals:
1. Prevent harm to self/others
2.
3.

Plan:
1. Suicide Watch-Begin standard
2.
3.

**Section VI Level of Care Codes:**

| | SH | DD | SA | SX | AX | PM |
|---|---|---|---|---|---|---|
| **Present** | Present | Not Indicated; Not Indicated; Not Indicated; Not Indicated | None Indicated; None Indicated; None Indicated; None Indicated | Not Indicated; Not Indicated; Not Indicated; | Present; Present; Present; Present | |

LOC: 4; 4; 4; 4

| Date | Time | Clinician/Social Worker: | |
|---|---|---|---|
| 03/27/2017 | 02:53 PM | IRIS DAVIS | LMSW; MSW SOCIAL WORKER 3 |

 

DATE: 04/04/2017

## Louisiana State Penitentiary
## Mental Health Individual Progress Notes

| DOC: 611786 | Last Name: CLARK | First Name: ROBERT | DOB: |
|---|---|---|---|
| Dorm: J CUDA 3/R | Race: B | Age: No DOB on Record | Arrival Date: 02/10/2014 |

Record Type: 7 Day Watch Follow Up, LOC4 Follow-Up

**Section I Client Subjective Complaint(s):**
NO M.H. COMPLAINTS EXPRESSED

**Section II Mental Status Exam:**

| | |
|---|---|
| Oriented To: | X3 |
| Affect: | Within Normal Limits of range and intensity |
| Mood: | Euthymic |
| Eye Contact: | Within Normal Limits of appropriateness |
| Psychomotor: | Within Normal Limits |
| Speech: | Volume low |
| Thought Content: | Within Normal Limits |
| Thought Process: | Appear Impaired |
| Insight: | Within Normal Limits for prison population |
| Judgment: | Within Normal Limits for prison population |
| Attitude: | Cooperative |
| Grooming: | Appropriate to situation |
| Cell: | Clean |
| Behavior: | Within Normal Limits of Appropriateness |
| Suicide: | No significant risk factors detected |
| Homicide: | No evidence of danger to others |
| Hallucination: | No evidence noted in interview |
| Delusion: | No evidence noted in interview |

**Section III Clinician Notes**

Offender seen for a 7 day suicide watch follow up. Offender Clark denied any current suicidal ideation. Offender confirmed he will make a mental health emergency if he feels suicidal or has an urge to self-mutilate. Offender Clark also seen for LOC 4 follow up. Offender Clark was given the opportunity to express any concerns regarding his mental health and/or other needs. The offender denied any mental health issues and did not express any other concerns. Offender Clark reported he was taking medications as prescribed and had no problems eating or sleeping. The offender appeared to be functioning well. Offender was given self-referral instructions.

**Section IV Assessment:**
1. Functioning adequate currently
2. No Acute Distress Noted
3.
4.
5.

**Section V Disposition:**
Goals:
1. Level of functioning maintained
2. Appropriate behavior by client
3.

Plan:
1. Follow up for Mental Health Level of Care, per policy
2. Self-referral intructions given
3.

**Section VI Level of Care Codes:**

| | SH | DD | SA | SX | AX | PM |
|---|---|---|---|---|---|---|
| **Present** | Present | Not Indicated; Not Indicated; Not Indicated; Not Indicated; Not Indicated | None Indicated; None Indicated; None Indicated; None Indicated; None Indicated | Not Indicated; Not Indicated; Not Indicated; Not Indicated; | Present; Present; Present; Present; Present | |

LOC: 4; 4; 4; 4; 4

| Date | Time | Clinician/Social Worker: | |
|---|---|---|---|
| 04/04/2017 | 03:05 PM | IRIS DAVIS | LMSW; MSW SOCIAL WORKER 3 |

 

DATE: 10/06/2017

**Louisiana State Penitentiary**
**Mental Health Individual Progress Notes**

| | | | |
|---|---|---|---|
| **DOC:** 611786 | **Last Name:** CLARK | **First Name:** ROBERT | **DOB:** |
| **Dorm:** D RAV 1/L | **Race:** B | **Age:** No DOB on Record | **Arrival Date:** 02/10/2014 |

**Record Type:** LOC4 Follow-Up

## Section I Client Subjective Complaint(s):

OTHER

OTHER: " problems with Gender Dysphoria"

## Section II Mental Status Exam:

| | |
|---|---|
| Oriented To: | X3 |
| Affect: | Within Normal Limits of range and intensity |
| Mood: | Appropriate to situation |
| Eye Contact: | Good |
| Psychomotor: | Within Normal Limits |
| Speech: | Coherent and Relevant |
| Thought Content: | Appropriate to situation |
| Thought Process: | Within Normal Limits |
| Insight: | Within Normal Limits for prison population |
| Judgment: | Within Normal Limits for prison population |
| Attitude: | Help-seeking |
| Grooming: | Appropriate to situation |
| Cell: | Fair |
| Behavior: | Appropriate to situation |
| Suicide: | No significant risk factors detected |
| Homicide: | No evidence of danger to others |
| Hallucination: | No evidence noted in interview |
| Delusion: | No evidence noted in interview |

## Section III Clinician Notes

Sw'er met with the offender on the date and approximate time indicated below for loc f/u. When questioned, the offender stated, " I have a problem with Gender Dysphoria". When asked to ellobrate the offender stated that he made the board, but was told that he could not go to a dorm until he cuts his hair. The offender currently has an afro of significant length. The offender stated that he is frustrated that he can not express his feiminity or anything that symbolizes being a woman. Sw'er normalized the offender's feeling and educated him on the current rules of this institution and the laws of this state. Offender seemed receptive of the information, but continues to feel frustrated. The offender stated that when he goes to a dorm he was going to come to the sw'ers office to dicuss his issue more along with show her some documents. NAD noted. Self referral instructions given.

## Section IV Assessment:

1. Functioning adequate currently
2. Coping skill adequate currently
3. No MH concerns currently
4.
5.

## Section V Disposition:

Goals:

1. Appropriate behavior by client
2. Level of functioning maintained
3.

Plan:

1. Follow up for Mental Health Level of Care, per policy
2.
3.

## Section VI Level of Care Codes:

| | SH | DD | SA | SX | AX | PM |
|---|---|---|---|---|---|---|
| **Present** | Present | Not Indicated | None Indicated | Not Indicated | Present | Present |

LOC: 4

| Date | Time | Clinician/Social Worker | |
|---|---|---|---|
| 10/06/2017 | 08:58 AM | TRACI GREMILLION | LMSW SOCIAL WORKER 3 |

Signs/Symptoms of EPS noted

YES / (NO)

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

## PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Y attending - pt seen and chart reviewed... "I feel fairly stabilized on my medicine - but that doesn't change the way I feel about the gender dysphoria ... I still feel that not having female characteristics severely bothers me..." Ø overwhelming depression/mania. Ø psychosis Ø AVH... Ø SHI... Ø PH - SH/HI... ØAEs...

Noted 11/14/17 [illegible], RN

Impression: I. Unspecified Depressive Do
Gender Dysphoria
ADHD, Combined type
II. Borderline PD
ASPD

✓ * refer to Dr. [illegible] for chart review

AIMS Eval: 6mo 1yr Other NA

Plan: continue current meds.

PHYSICIAN SIGNATURE: [signature]

DATE: 11/13/17

RTC 12 weeks

PSYCHIATRIC NOTES

LSP-MH 01 9/2012

Active Plan: ☒ YES ☐ NO

# LOUISIANA STATE PENITENTIARY
# MENTAL HEALTH PLAN OF CARE

NAME: CLARK ROBERT DOC 611786 HOUSING D HWK 1R LOC 4 DATE 11/16/2017

| Date | IC# | Identified Concerns | Goals | Interventions | Discipline | Target Date | Date Resolved |
|---|---|---|---|---|---|---|---|
| 11/16/2016 | 1. | DEPRESSION due to Gender Dysphoria | Alleviate depressed mood and return to previous level of effective functioning.<br>Maintain reality orientation, no longer experiencing thought disturbance that is related to depression.<br>Recognize, accept, and cope with feelings of Gender Dysphoria<br>Stabilize appetite<br>Stabilize sleep patterns.<br>Increased energy level.<br>Increase in concentration.<br>Increase self esteem.<br>Increase coping mechanisms.<br>Increase adaptive behavior.<br>Medication compliance as evidenced by MARS.<br>Inmate will report to clinical staff any changes in mood. | Medication management.<br>Medication as directed by psychiatrist.<br>Individual and/or group sessions. | Mental Health | 11/16/2018 | |
| | 2. | | | | | | |

# LOUISIANA STATE PENITENTIARY
# MENTAL HEALTH PLAN OF CARE

NAME: CLARK ROBERT DOC 611786 HOUSING D HWK 1R LOC 4 DATE 11/16/2017

| Date | IC# | Identified Concerns | Goals | Interventions | Discipline | Target Date | Date Resolved |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

INMATE

ASSIGNED CLINICIAN LCSW

Amy Hebert, RN
RN

PSYCHIATRIST

STAFF PRESENT:

Robert Clark, 611786, Falcon 1

✓attending — pt seen and chart reviewed... some incarceration related stressors... ∅ d/M/p... ∅AVH... ∅ delusions... ∅SHI... ∅PI/ SHO HTO... ∅AEs...

Plan: • Continue current ✓meds - RTC 8weeks

12/28/17

Signs/Symptoms of EPS noted

YES / NO

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Patient's -pt seen and chart reviewed... Ø Major issues other than complaints re: Wellbutrin... he has self dc'd Prozac due to hx of inefficacy / AEs... d/w pt IC re: Effexor XR he desires trial of Effexor

X [signature]

Dx: Unspecified Depressive Do
Gender Dysphoria
ADHD, combined type
II Borderline PD
ASPD

Pl: • discontinue Prozac
• Effexor XR 75 QAM
• continue current [illegible]

Noted 4/23/18 Amy Hebert, RN

AIMS Eval: 6mo 1yr Other ✓ PAMO

PHYSICIAN SIGNATURE: [signature] MD DATE: 4/19/18

• RTC 4 weeks
✓ • refer to PCP

PSYCHIATRIC NOTES

LSP-MH 01 9/2012

Signs/Symptoms of EPS noted

YES / (NO)

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**

## PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Y attending - pt seen and chart reviewed... ∅ self dc of meds due to intolerable AE of ↑ anxiety ∅ M/p... ∅ AVH... ∅ ... ∅ SHI... ∅ ... SH/HI... d/w

Noted 5/15/18 [illegible] RN

Impression: I. Unspecified Depressive Do
Gender Dysphoria
ADHD, Combined type
II Borderline PD
ASPD

Plan: - discontinue Effexor
- Wellbutrin XL 300mg pc QAM
- Continue Zyprexa
- RTC 8 weeks

✓ [illegible] need a NF

AIMS Eval: 6mo 1yr Other ____________

PHYSICIAN SIGNATURE: [signature] MD DATE: 5/10/18

PSYCHIATRIC NOTES

LSP-MH 01 9/2012




Signs/Symptoms of EPS noted

YES / (NO)

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Y attending - pt seen and chart reviewed...
Ø depression [illegible]...
ØM [illegible] Ø AVH...
[illegible] Ø delus—— ..
Ø SHI... Ø SPH
SH HTO... Ø AEA.

ADHD, combined presentation
Dx —— : I. Unspecified Depressive Do
Gender Dysphoria
II. ASPD
Borderline PD

Plan —— : continue current Y meds
- RTC 8 weeks. —

Noted 7/17/18 Amy [illegible], RN

AIMS Eval: 6mo 1yr Other ✓ PRN MD.

PHYSICIAN SIGNATURE: [signature] MD DATE: 7/9/18

PSYCHIATRIC NOTES

LSP-MH 01 9/2012

DATE: 08/21/2018

Louisiana State Penitentiary
Mental Health Individual Progress Notes

| DOC: 611786 | Last Name: CLARK | First Name: ROBERT | DOB: |
|---|---|---|---|
| Dorm: D EAG 1 | Race: B | Age: No DOB on Record | Arrival Date: 02/10/2014 |

Record Type: MH referral

**Section I Client Subjective Complaint(s):**

OTHER

OTHER: concerns about future housing, requesting shower/toilet stalls, hormone therapy

**Section II Mental Status Exam:**

| | |
|---|---|
| Oriented To: | X4 |
| Affect: | Within Normal Limits of range and intensity |
| Mood: | Euthymic |
| Eye Contact: | Within Normal Limits of appropriateness |
| Psychomotor: | Within Normal Limits |
| Speech: | Within Normal Limits |
| Thought Content: | Within Normal Limits |
| Thought Process: | Within Normal Limits |
| Insight: | Adequate |
| Judgment: | Within Normal Limits for prison population |
| Attitude: | Appropriate to situation |
| Grooming: | Appropriate to situation |
| Cell: | Not Applicable |
| Behavior: | Within Normal Limits of Appropriateness |
| Suicide: | Ideation currently denied |
| Homicide: | Ideation denied |
| Hallucination: | No evidence noted in interview |
| Delusion: | No evidence noted in interview |

**Section III Clinician Notes**

Offender was seen this date in the Camp D education building per request of Warden Falgout. Offender was recently in an altercation with another offender that resulted in the death of the other offender. Offender was alert, Ox4, cooperative during this contact. Offender was at times tearful, but emotions were controlled, no acute distress was noted. Offender denied current SI, but noted concerns about being placed in a single-man cell for an extended period of time. Offender Clark noted that he fears being "isolated" and prefers to be in a 2-man cell or dormitory. He alluded to possible suicidal ideation if he remains in a single-man cell for an extended time. During this contact, offender noted requests for shower/toilet stalls, and hormone therapy; noted "gender dysphoria" dx. Offender noted complaints about having to wear paper gown on SSW, noted feeling "exploited" when on SSW. He is not currently on a SSW; was receptive to MH self-referral instructions. He reported compliance with his prescribed MH medications. Offender is a MH LOC 4 with dx: Unspecified Depressive D/O; ADHD Combined Presentation; Gender Dysphoria; ASPD, and Borderline PD. He will continue to be f/u with per his MH LOC and as needed.

**Section IV Assessment:**

1. No Acute Distress Noted
2. Other — If Other: concerns about future housing
3. Other — If Other: denied current SI
4. Functioning adequate currently
5.

**Section V Disposition:**

Goals:

1. Appropriate behavior by client
2. Compliance with prescribed medication
3. Compliance with rules/regulations

Plan:

1. Follow up for Mental Health Level of Care, per policy
2.
3.

**Section VI Level of Care Codes:**

| | SH | DD | SA | SX | AX | PM |
|---|---|---|---|---|---|---|
| Present | Present | None Indicated | Substance Use Disorder | None Indicated | Present | Present |

LOC: 4

| Date | Time | Clinician/Social Worker: | |
|---|---|---|---|
| 08/21/2018 | 10:20 AM | KATIE ARD, PHD | LICENSED PSYCHOLOGIST |

Signs/Symptoms of EPS noted
YES / (NO)

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

## PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Ψ attending — pt with recent altercation that has ended in death of another offender... he reports various incarceration related stressors, but ∅ clear complaints of M/P... ∅ A/H... val ∅ delusion... ∅ current SHI... ∅ PI/ ... ∅ current obj. signs of DMI... ∅ disorganization of S/T/B. ∅ current signs of IDTSOO

Plan: Continue current Ψ meds
· RTC 4 weeks

AIMS Eval: 6mo 1yr Other ____________

PHYSICIAN SIGNATURE: [signature] MD DATE: 8/22/18

PSYCHIATRIC NOTES

LSP-MH 01 9/2012

6 6 4 6 -

Louisiana State Penitentiary
R. Barrow, Jr. Treatment Center
Physician's Clinic

PSNMOF

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| CLARK | ROBERT | 611786 | DR/EXT E | 9/14/2018 |

BP: 146/82 Temp 98.2 Pulse 69 Resp: Height 6'2 Wt.: 207 Time:

DOB 8/1/78 40 year old B Male

Allergies: NKDA

Reason for Vis CLINIC A @ DR

Chief Complaint: S/C L EAR

O2 Saturation

LSP

S: ① Lt ear Pain Resolved
② Pt states he needs estrogen to treat gender dysphoria → Pt states he wants to live c the standards of care as a woman.
③ Pt wants to talk to Dr Lavespere about LBP occ Duller Achy x years
O: General: Moves all ext, NAD
CV: S1S2 RRR ⊖ m+ D
Pulm: BBS clear
Abd: Soft, NT, BS x 4
Neuro: WNL

Assessment:
1. DDD L Spine
2. LBP ⊖ Radic
3.
4.
5.

Plan:
1. ~~⊖ other meds~~ VOW Reduced
2. DC Naprosyn
3. Lindocaine 25 po
4. Biopsy
5. Fu Lemm

C O A

Kellerhals 9/14/18 Date

MD Signature



Signs/Symptoms of EPS noted
YES / NO

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

## PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: TU |
|---|---|---|

Pattonday - pt seen and chart reviewed... pt c continued complaints re: issues c hormone tx ... Ø overwhelming issues — incarceration related stressors that are largely in context of severe Cluster B character pathology that is of psychopathic quality... ØSHI... ØPI/a SHO/HO... ØAVH... vol Ø delusion ...

Impression: I. ADHD, combined presentation
Unspecified Dysthymic Do
Gender Dysphoria
II. ASPD
Borderline PD

Noted cont/given
[illegible] 10/18/18

AIMS Eval: 6mo 1yr Other per MD

Plan: • 4 weeks ... XL to 300 QAM → 150 QH(?)
• continue current [illegible]
• RTC 4 weeks

PHYSICIAN SIGNATURE: [signature] MD DATE: 10/17/18

LOUISIANA STATE PENITENTIARY • 17544 TUNICA TRACE • ANGOLA, LA 70712 • PHONE 225-655-2286
ROBERT E. BARROW, JR. TREATMENT CENTER
ACCIDENT / INJURY REPORT
VITAL STATISTICS

DATE: 10/22/18 TIME SEEN: 18:45

NAME: Robert Clark DOC#: 611786 AGE: 40 RACE: B

LIVING QUARTERS: TU JOB ASSIGNMENT: L/D LAST TETANUS: <5yrs

| MEDICATIONS: Bupropion Indocin Chlorzoxazone Bupropion Triamcinolone olanzapine Benadryl | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT: 10/22/18 | TIME OF ACCIDENT: 1830 | ACCIDENT LOCATION: TU |
|---|---|---|

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|
| 18:50 | 130/74 | 80 | 16 | A/Ox4 | 98.2 | 98 |
| 19:20 | 132/70 | 76 | 16 | A/Ox4 | — | — |
| : | — | | | | — | — |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT:
Pt to ATU via Security 2° to self inflicted laceration to testicles. Pt states "I don't want to be a man anymore." Pt has multiple partial thickness lacerations to skin of testicles & (1) one 2.5cm laceration full thickness to testicles. Surface skin involvement only. Good skin turgor. Denies medical complaints @ this time. Recently seen by Dr Gamble.
Pt calm / cooperative / soft spoken

MEDIC SIGNATURE: [signature] NRP #572

PHYSICIAN ASSESSMENT AND TREATMENT

☐CATEGORY A ☐CATEGORY B ☐CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

MH Notified on scene @ 1900 hrs → Placed on watch per Ms. Wooldridge
Per Dr Crusor: (will notify Dr Gamble in AM)
1% Lidocaine 4cc for infiltration peri-wound
Clean/Cleanse c̄ Betadine c̄ $H_2O_2$
Close c̄ 4-0 nylon 3 ~~simple~~ sutures vertical mattress
D/C NAD

[signature] 10-22-18

☐Duty Status ________ ☐Appointment ________
☐Diet ________ ☐Dressing Change Suture Removal 10 Days

PHYSICIAN SIGNATURE: [signature]

| TIME LEFT: 1930 | TRANSPORTATION: ambulatory | DESTINATION: RTQ |
|---|---|---|

Signs/Symptoms of EPS noted
YES / NO

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

# PSYCHIATRIC NOTES

DR

| NAME: Robert Clark | DOC#: 611786 | LOCATION: TW |
|---|---|---|

attending – pt seen and chart reviewed... ppity... ∅ d/m/a/o... ∅ A/VH... and ∅ delusions... ∅ SHI... ∅ PH – SHOHTO... ∅ AE's.

Impression: I. ADHD, combined presentation
Unspecified Depressive Do
Gender Dysphoria
II ASPD
Borderline PD
Plan: continue current ∅ meds
RTC 8 wks

AIMS Eval: 6mo 1yr Other ______ MD

PHYSICIAN SIGNATURE: ______ MD DATE: 12/18/18

PSYCHIATRIC NOTES

LSP-MH 01 9/2012 noted 12/18/18 1600

Signs/Symptoms of EPS noted
YES / NO

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611706 | LOCATION: DR |
|---|---|---|

Yattending – pt seen at chart rationale... pt focused largely on issues re: possibility of endocrine tx... reports some depressive moods in context of this... ØSHI... ØPI for SHO/HTO... ØAE;

Impression: I. ADHD, combined presentation
Unspecified Depressive Do
Gender Dysphoria
II. ASPD
Borderline PD.

Plan: continue current Ymeds
- RTC 4 wk
• backlog to TH program check with me re: when offender Clark is admitted to TH

AIMS Eval: 6mo 1yr Other pa mo

PHYSICIAN SIGNATURE: [signature] mo

DATE: 3/29/19

– Copy given to Dr. Ard, PHD.

LSP-MH 01 9/2012

PSYCHIATRIC NOTES
Noted 3-29-19 1600 pm [signature]

Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
Physician's Clinic

Name: CLARK, ROBERT
DOC: 611786
Location: DR/EXT E
Date: 4/3/2019
Time: 9:45:47 AM

BP: 134 / 88 Temp 98.5 Pulse 94 Resp: 18 Height 72 Wt.: 233

DOB 8/1/78 40 year old B Male

Allergies: NKDA

Reason for Vis: CLINIC A

Chief Complaint: F/U DDD L SPINE, LBP, DEPRESSION

O2 Saturation: 

S: 40 y/o B ♂ [illegible] [illegible] gender [illegible]
[illegible] [illegible] Oct [illegible]

[illegible] [illegible] [illegible] [illegible] old [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] good [illegible]
[illegible] requests [illegible] [illegible] [illegible] [illegible]
of [illegible]

Assessment:
1. Transgender [illegible]
2.
3.
4.
5.

Plan:
1. Will discuss [illegible] [illegible] [illegible] [illegible]
2.
3. [illegible] [illegible]
4. Ibuprofen 800 [illegible] [illegible] [illegible]
5. [illegible] [illegible] [illegible]

C O A

4/25/19
Date

MD Signature

Signs/Symptoms of EPS noted

YES / NO

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: DR |
|---|---|---|

Ψ attending – pt seen and chart reviewed ...
Ø d/M/w/pm Ø AVH...
val Ø delusion ...
Ø SHI ... Ø rh
SH/HTO...
Ø AE;

Impression: I. ADHD, combined presentation
Unspecified Depressive Do
Gender Dysphoria
II ASPD
Borderline PD

Plan :: continue current Ψ meds.
. RTC 4 wk

Noted 6/17/19 Amy [illegible] RN

AIMS Eval: 6mo 1yr Other pro MD.

PHYSICIAN SIGNATURE: [signature] MD DATE: 6/11/19

PSYCHIATRIC NOTES

LSP-MH 01 9/2012

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

Signs/Symptoms of EPS noted
YES / NO ✓

## PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611780 | LOCATION: DR |
|---|---|---|

Y attending - pt seen c Dr. Lavespere to discuss gender dysphoria issues ... currently on SSW...
Ø clear SHI.. Ø PI for SHOHI
yet doesn't want to dc SSW yet.
Ø incarceration related stressors...
Ø clear complaints of M/p...
ØAVH ... vol Ø delusion ...
ØAE;

Impression: I. ADHD, Combined presentation
Unspecified Depressive Do
Gender Dysphoria
II. ASPD
Borderline PD
Plan: Continue current Tx.
• RTC 4 weeks

Noted 9/12/19 Amy Sebastian RN

AIMS Eval: 6mo 1yr Other ✓ per MD

PHYSICIAN SIGNATURE: [signature] MD

DATE: 9/03/19

PSYCHIATRIC NOTES

LSP-MH 01 9/2012

DATE: 12/10/2019

**Louisiana State Penitentiary**
**Mental Health Individual Progress Notes**

**DOC:** 611786 | **Last Name:** CLARK | **First Name:** ROBERT | **DOB:**
**Dorm:** DR/EXT E | **Race:** B | **Age:** No DOB on Record | **Arrival Date:** 02/10/2014

**Record Type:** ADM/SEG 90

## Section I Client Subjective Complaint(s):

OTHER — OTHER: psych appt

## Section II Mental Status Exam:

| | |
|---|---|
| Oriented To: | X3 |
| Affect: | Within Normal Limits of range and intensity |
| Mood: | Within Normal Limits |
| Eye Contact: | Good |
| Psychomotor: | Within Normal Limits |
| Speech: | Coherent and Relevant |
| Thought Content: | Appropriate to situation |
| Thought Process: | Within Normal Limits |
| Insight: | Within Normal Limits for prison population |
| Judgment: | Within Normal Limits for prison population |
| Attitude: | Cooperative |
| Grooming: | Appropriate to situation |
| Cell: | Clean |
| Behavior: | Within Normal Limits of Appropriateness |
| Suicide: | No significant risk factors detected |
| Homicide: | No evidence of danger to others |
| Hallucination: | No evidence noted in interview |
| Delusion: | No evidence noted in interview |

## Section III Clinician Notes

Offender was seen for mental health tracking on the below date. Offender reported doing alright. Offender denied any current mental health concerns and did not appear to be in any acute distress. Offender inquired about being placed on Dr. Gamble's next call-out. Offender reported he wants to come off his sleeping medication as well as speak to the doctor about lowering his Wellbutrin medication. Sw will refer offender to see Dr. Gamble. Sw will continue to f/u per need and policy.

## Section IV Assessment:

1. No Acute Distress Noted
2. No MH concerns currently
3.
4.
5.

Given to Kim Dixon for Scheduling. 12/16/19 Amy [signature], RN

## Section V Disposition:

Goals:
1. Compliance with prescribed medication
2. Compliance with rules/regulations
3. Appropriate behavior by client

✓ please place on next DR Clinic [signature] Ms.

Plan:
1. Follow up for Mental Health Level of Care, per policy
2.
3.

## Section VI Level of Care Codes:

| | SH | DD | SA | SX | AX | PM |
|---|---|---|---|---|---|---|
| **Present** | Present | None Indicated | Substance Use Disorder | | Present | Present |

LOC: 4

| Date | Time | Clinician/Social Worker: |
|---|---|---|
| 12/10/2019 | 10:09 AM | ALEXIS ATKINS [initials] LCSW SOCIAL WORKER 4 |

Signs/Symptoms of EPS noted

YES / NO

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: DR |
| --- | --- | --- |

Pattern — pt seen and chart reviewed... ∅d/u/a/o... ∅ AVH... val ∅ delusions... ∅SHI... ∅ PI/SHO/HI... some dyspepsia he attributes to Wellbutrin ∅ other AE's

Impression: I. Unspecified Depressive Do. ADHD, combined presentation Gender Dysphoria
II. ASPD Borderline PD

Noted 1/31/20 Amy [illegible], RN

Plan: TUMS - take as directed BID PRN dyspepsia
MVI 1 po QAM
continue current meds

AIMS Eval: 6mo 1yr Other ✓ per MD.

**PHYSICIAN SIGNATURE:** [signature] MD. **DATE:** 1/31/20

PSYCHIATRIC NOTES

LSP-MH 01 9/2012

- RTC 8 weeks

** need to speak c Dr. Ard re: Mr. Clark's request to be placed in TH program.

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**PHYSICIANS CLINIC**

NAME: Robert Clark DOC#: ______ CAMP: ______ JOB ASSIGN: ______

TEMP: ______ PUSLE: ______ RESP: ______ B/P: ______ WEIGHT: ______

DATE: 2/3/20

TIME: 1:00 PM

ALLERGIES: ______

Subjective - This is a 41 year old biological male whom I was asked to ~~see~~ evaluate regarding male to female gender dysphoria. The patient is incarcerated at Angola and was seen via tele med. She indicated that as a child she preferred girls games and activities At age 16 she began dressing as a female. In her 20's she became aware of the concept of gender dysphoria & felt that she was indeed a female in a male's body At age 31 she experimented with hormones from off the street until she was incarcerated at Angola.
The past two years she has worked with a therapist + psychatrist. From a mental ~~help~~ health perspetive the diagnosis of gender dysphoria is appropriate
Past medical history is unremarkable except for chronic back pain and depression

~~Object~~

over

☐ DUTY STATUS: ______ ☐ APPOINTMENT: ______

☐ DIET: ______

☐ MISC. ORDERS: ______ PHYSICIAN SIGNATURE: Warren M. Owen, MD.

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**PHYSICIANS CLINIC**

NAME: Robert Clark DOC#: 661786 CAMP: ______ JOB ASSIGN: ______

TEMP: ______ PUSLE: ______ RESP: ______ B/P: ______ WEIGHT: ______

DATE: 2/3/20

TIME: ______

Visit continued.

ALLERGIES: ______

Objective - Physical exam not possible via telemed.
Lab from 12/09/2019 shows normal results for CBC + chemistries.
Her testosterone is 850 which is compatible with a biologic male.
There is a minor elevation of prolactin which may be drug related and is insignificant

Assesment - I concur with the diagnosis of gender dysphoria. The patient wishes hormone treatment which I believe is appropriate

Plan
1. Estradiol 2mg twice daily
2. Spironolactone 100mg twice daily
3. Testosterone level in 3 ~~months~~ months
4. Follow visit in 3 months c̄ the results of the testosterone available
5 I recommend that Ms. Clark be allowed to dress and groom as a phenotypic female to the extent that it does not jeopardize the security policies of the prison
6. I also recommend that she be afforded as much bodily privacy as possible without jeopardizing prison security

☐ DUTY STATUS: ______ ☐ APPOINTMENT: 3 months

☐ DIET: ______

☐ MISC. ORDERS: Testosterone level one week before follow up appointment PHYSICIAN SIGNATURE: Warren M Fraser, MD
Warren M Fraser, MD

Print Form

Form C-01-022-O
10 October 2017

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Reassessment for Offenders Identifying as Intersex or Transgender or Offenders Diagnosed with Gender Dysphoria Disorder**

Offender's Name: Robert Clark DOC#: 611786

Review Date: 2/12/2020 Last Review Date: ____

Current Housing Assignment: DR | EXT E

Have you experienced any concerns in your current housing assignment: ☐ Yes ☐ No

Additional Comments: ____

Educational Assignment: ____

Have you experienced any concerns with your educational assignment: ☐ Yes ☐ No

Additional Comments: ____

Programming Participation: ____

Have you experienced any concerns during any programming: ☐ Yes ☐ No

Additional Comments: ____

Have you been afforded the opportunity to shower separately: ☐ Yes ☐ No

Additional Comments: Offender Robert Clark # 611786 refused to answer any questions & returned to his cell

Staff Recommendation: ____

Offender Signature: Refused to Sign Date: 2/12/2020

Staff Signature/Title: [signature] ARDC Spec. [illegible] Date: 2/12/2020

Signs/Symptoms of EPS noted

YES / NO

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: DR |
|---|---|---|

received notification from security and EMTs that pt has had to visit ATU for "possible intoxications" x 5 this year so far... there have been reports that the pt is overtly crushing and snorting his Wellbutrin that has been directly observed by rank security... will discontinue Wellbutrin and discuss with patient at next visit.

Will dc rather than taper to minimize access to Rx.

- RTC at next DR clinic

AIMS Eval: 6mo 1yr Other

**PHYSICIAN SIGNATURE:** [signature] MD **DATE:** 4/6/20

**PSYCHIATRIC NOTES**

**LSP-MH 01 9/2012**

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Robert Clark DOC#: 611784 CAMP: DR JOB ASSIGN:

TEMP: PUSLE: RESP: B/P: WEIGHT:

DATE: 5/20/20

TIME:

ALLERGIES:

Dx: Gender Dysphoria

Rx

Estradiol 2mg
1 po bid x 6mo

Spironolactone 100
1 po bid x 6mo

Noted 5/20/20 C
1215 pm

☐ DUTY STATUS:

☐ APPOINTMENT:

☐ DIET:

☐ MISC. ORDERS:

PHYSICIAN SIGNATURE:

Signs/Symptoms of EPS noted

YES / NO

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Yattoni - pt seen and chart reviewed... pt c irritability re: Wellbutrin being dc'd... he continues to badger me about it.. he agrees to Venlafaxine after d/w pt IC... ØSHI.. ØPI fa SHUHTO... Ø M/P.. ØAVH... val Ødelus...

Impression: I. Unspecified Depressive Do
ADHD Combined presentation
change dx to → Gender Dysphoria
Synthetic Cannabinoid Use Do
II ASPD
Borderline PD. Present

Plan: • Venlafaxine 75 mg po QAM
• continue all other Rx
RTC 4 wks

AIMS Eval: 6mo 1yr Other Per MD

PHYSICIAN SIGNATURE: [signature] MD DATE: 5/22/20

Signs/Symptoms of EPS noted

YES / NO

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Ø attending - pt seen and chart reviewed.. pt with no major complaints, but self dc effexor.. reports n/v on Effexor.. ØAVH.. vol Ø delusions.. Ø overwhelming symptoms.. ØSHI.. [illegible]

Impression: I. Unspecified Depressive Do
ADHD, combined presentation
Gender Dysphoria
Synthetic Cannabinoid Use Do
II ASPD
Borderline PD

Plan: discontinue Effexor
· Cymbalta 30mg p.o. QAM
· continue all others

Noted 7/13/20 [illegible] RN

AIMS Eval: 6mo 1yr Other ✓ prn MD

**PHYSICIAN SIGNATURE:** [signature] MD **DATE:** 7/10/20

· RTC 4wk

Signs/Symptoms of EPS noted

YES / NO

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Yattending - pt seen and chart reviewed...
pt c̄ c/o MI/k G/upset
on Cymbalta...
difficulty sleeping.
∅ SHI. ∅ PI/HI SI/HI/HO.
wishes to ↑ Zyprexa after
d/w pt of Ic.

Impression: I. Unspecified Depressive Do
ADHD, Combined presentation
Gender Dysphoria
Synthetic Cannabinoid Do
II. ASPD
Borderline PD

Plan: • ↑ Zyprexa to 40mg po QHS
• Continue all others
• RTC 8wks

Noted 8/17/20 Amy Heberton RN

✓ * Amy - can we see when pt is scheduled to see endocrinologist?

AIMS Eval: 6mo 1yr Other ✓ Dr. MJ

PHYSICIAN SIGNATURE: [signature] MD DATE: 8/14/20

PSYCHIATRIC NOTES

# LOUISIANA STATE PENITENTIARY
# MENTAL HEALTH PLAN OF CARE

Active Plan: ☒ YES ☐ NO

NAME: CLARK ROBERT DOC 611786 HOUSING D HWK 2/L LOC 4 DATE 10/06/2020

| Date | IC# | Identified Concerns | Goals | Interventions | Discipline | Target Date | Date Resolved |
|---|---|---|---|---|---|---|---|
| 11/5/2020 | 1. | SLEEP PATTERN DISTURBACE R/ | Client will sleep at least 6 consecutive hours without awakening.<br>Client is able to fall asleep within 30 minutes of retiring. | 1. Discourage sleep during the day to promote more restful sleep at night.<br>2. Teach relaxation exercises and encourage client to perform such exercises prior to sleep.<br>3. Encourage limited caffeine intake, especially within four hours of sleep. | Mental Health Team | 11/05/2021 | |
| 11/5/2020 | 2. | DEPRESSION as relates to Gender Disphoria | Alleviate depressed mood and return to previous level of effective functioning.<br>Maintain reality orientation, no longer experiencing thought disturbance that is related to depression.<br>Recognize, accept, and cope with feelings of depression.<br>Stabilize appetite<br>Stabilize sleep patterns.<br>Increased energy level.<br>Increase in concentration.<br>Increase self esteem.<br>Increase coping mechanisms.<br>Increase adaptive behavior.<br>Medication compliance as evidenced by MARS.<br>Inmate will report to clinical staff any changes in mood. | Medication management.<br>Medication as directed by psychiatrist.<br>Individual and/or group sessions. | Mental Health Team | 11/05/2021 | |

LOUISIANA STATE PENITENTIARY
MENTAL HEALTH PLAN OF CARE

NAME: CLARK ROBERT DOC 611786 HOUSING D HWK 2/L LOC 4 DATE ~~11/05/2020~~ 10/06/2020

| Date | IC# | Identified Concerns | Goals | Interventions | Discipline | Target Date | Date Resolved |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

INMATE Robert Clark

ASSIGNED CLINICIAN [signature], CSW

RN Amy Hebert, RN

PSYCHIATRIST [signature] MD

STAFF PRESENT:

**Transgender Intersex Facility Team (TIFT) Treatment Plan** **Facility LSP**

**Offender Name: Robert Clark** **DOC: 611786** **Date of Admission: 02/10/2014**

| NEED AREA | GOALS | ACTION PLAN | STAFF |
|---|---|---|---|
| Gender Dysphoria | Reduction in symptoms of depression and anxiety. Increase comfort with the disparity between expressed and birth gender. | Supportive Counseling<br>Provide education as needed on diagnosis and treatment course<br>Attend support group<br>Make referral to medical/Endocrinology for hormone consideration | Mental Health<br>Peer support<br>Medical |
| Non-Compliance with treatment plan (Meds, individual, medical appointments, group) | Improve compliance with items on treatment plan. | Pt will attend scheduled therapies and take medications as prescribed.<br>Pt will notify medical/mental health if there are barriers to compliance.<br>Pt will voice concerns with any treatment plan items they disagree with.<br>Pt will be housed closer to treatment services to remove barrier. | Mental Health<br>Medical |
| Pt is at risk for victimization | Patient will understand the process to seek safety and report potential victimization. | Patient will report any situation to any staff member where he/she feels unsafe.<br>Staff will evaluate patient's housing and enemies to ensure that patient is housed appropriately and in least restrictive environment. Threats will be investigated and housing modified as necessary. | Mental Health<br>Classification<br>Security |
| Inappropriate Behavior (resulting in admin seg) | Pt will adhere to the rules of the institution.<br>Pt will have a reduction in disciplinary reports.<br>Patient will have less conflict with other offenders/staff | Provide supportive counseling and link consequences to behavior. Assist patient with problem solving techniques. Provide patient anger management education/therapy. Explain to patient which rules are being broken and the necessary behavior improvements needed to live in less restrictive housing. | Security<br>Classification<br>Mental Health |
| Shower Request | ____ I decline to shower separately<br>✓ I choose to shower separately | | Security |

| Pt needs clothing accommodations | Patient will request supportive clothing as necessary. | Provide patient with undergarments necessary for support. | Medical |
|---|---|---|---|

Plan date: 3/23/2021

Next Review Date: ___/___/___

Offender: [signature]

Date: 3/23/21

lental Health: Caral Gilcrease, LCSW

Security: [signature]

Unit Head: [signature] LCSW-BACS

Medical Director: [signature]

Classification: [signature]

Nursing: [signature], RN

[signature] Shirley Coody

NOTE: offender measured for bra on 3/30/21. — M. Booker.

LSP

Clark, Robert DOC 611786 4.12.21

SUBJECTIVE: This patient was seen by me initially via telemed on 2.3.20. She was placed on estradiol 2 mg bid and spironolactone 100 bid. It was started three months later. After being on the HRT 3 months she began to notice breast development. She hasn't had any slowing of the rate of hair growth. No longer having AM erections. Patient thinks she needs a larger dose on estradiol. She is also requesting electrolysis.

OBJECTIVE: Testosterone level 3.10.21 was 901.

ASSESMENT: The testosterone level hasn't been suppressed by the estradiol 2 bid. I will increase the dose to 4 mg bid and recheck testosterone in three months. Will also check estradiol level and gonadotropins.

PLAN: 1. Increase estradiol to 4 mg bid. → Rx sent

Req 3/15/21 # 285127

2. Schedule follow-up appointment in three months. → will schedule c̄ MD

3. One week before follow-up obtain testosterone, estradiol, FSH and LH levels.

4. Electrolysis if available. Not available [signature] 4/14/21

5. Allow patient access to feminine products to the extent that it does not jeopardize the security policies of the facility. → emailed, on 4-15-21 1132Am, J. Johnson & DR Lavespere on 4/15/21 ~~for~~ on how to proceed c̄ A5

Warren Fraser, M.D.

emailed MH appt c̄ Note 4/19/21

[signature] 4/20/21 @ 722am

F/U c̄ Labs Scheduled Rx Sent

Signs/Symptoms of EPS noted

YES / NO

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Ψ attending - pt seen and chart reviewed..
Ø d/m/a/p...
Ø AVH... [illegible]
Ø SHI... Ø [illegible]
SHOHI...
agrees to return to old dose of Wellbutrin...
WD/GH... c/c/NAD...
cell neat/WA...
LRH not currently an [illegible] due to hx of violence

Noted 6/25/21 [illegible], RN

Ψ: Plan: ↑ Wellbutrin XL to 300 QAM and 150 QHS
- continue all other [illegible]
- RTC 8 wk

✓

AIMS Eval: 6mo 1yr Other Pa MD

PHYSICIAN SIGNATURE: [signature] DATE: 6/3/21

PSYCHIATRIC NOTES

LSP-MH 01 9/2012

CLARK, ROBERT 611786 LSP 7.26.21

08.01.1978

SUBJECTIVE: This patient was see by me on 4.12.21. At this time she was on estradiol 2 mg bid and spironolactone 100 mg bid. At this time the testosterone was 901. The estradiol was increased to 4 mg bid. Since then she has noted further increase in breast size. Mood is better. The rate of hair growth has stayed about the same. Patient would like to change her name. Patient voices no adverse effects of the increased dosage of estradiol.

OBJECTIVE: Current lab: testosterone 168, estradiol 97.8, FSH 2.6, and LH 3.5.

ASSESMENT: The testosterone has been suppressed a great deal by the increase in estradiol but is still too high. I will increase the dosage to 6 mg in AM, 4 mg in PM and recheck testosterone in three months.

PLAN:
1. Increase estradiol to 6 mg in AM, continue 4 mg in PM. x 4 mths > Rx sent
2. Schedule follow-up appointment in three months. F/u Oct 2021
3. Testosterone level one week before next appointment. → will sch
4. Please provide patient a larger bra and panties if possible. → emailed Adm see attached

[illegible] 7-29-21

Warren Fraser, M.D.

[illegible] 8/10/21 1136

Signs/Symptoms of EPS noted

YES / NO

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Attending — pt seen and chart reviewed...
ØdIM/a/p... ØAVH...
vol Ø delus —
ØSHI.— ØPH/a SHOHI
ØAE

Plan: o Continue current meds
RTC 12wks
↳ needs a 40 B sports bra ASAP

Issued bra on 1/7/22

1/25/22 [illegible], RN

Amy — can we check how to get one of these for pt?

AIMS Eval: 6mo 1yr Other perms.

PHYSICIAN SIGNATURE: [signature] MD.

DATE: 8/25/21

PSYCHIATRIC NOTES

LSP-MH 01 9/2012

...uisiana State Penitentiary
.. Barrow, Jr. Treatment Center
Physician's Clinic
17544 Tunica Trace
Angola, LA 70712
(225) 655-2297

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| CLARK | ROBERT | 611786 | D HWK 3/R | 10/25/2021 |

BP: / Temp Pulse Resp: Height Wt.: NJ Time: 10AM

DOB 8/1/78 43 year old B Male

Allergies: NKA

Reason for Visit: Endocrine (EHCC) Telemedicine

Chief Complaint:

O2 Saturation

Seen in Endocrine TM per Dr Fraser

10/25/21 1030 Measured for New Bra Size c Sgt Boldon present. No bra in Now @ this time.

Assessment:

1.
2.
3.
4.
5.

Plan: See attached

1.
2.
3.
4.
5.

C O A ☐

10/26/21 9:40

Date MD Signature

3

e a
me)
the
are
are
om;
cord
will
ent,
ther
ted
nce
care
ine
2015

CLARK, ROBERT 611786 LSP 10.25.21

08.01.1978

SUBJECTIVE: Patient was seen on 7.27.21. Her testosterone at that time was 168. FSH was 2.6 and LH 3.5. Her estradiol was increased from 4 mg bid to 6mg in AM and 4 mg in the PM. Patient states she doesn't miss any doses. Also on spironolactone 100 bid. Patient states that there has been no slowing of hair growth nor increase in breast size.

OBJECTIVE: Testosterone level is higher at 297.

ASSESMENT: It is surprising that the testosterone is higher. Perhaps she's not absorbing the estradiol well. Will try IM estradiol. Patient is in favor of changing to IM. She took some black market shots sporadically before being incarcerated. She didn't have any problem with the injections.

PLAN: 1. Discontinue oral estradiol

2. Estradiol Valerate 200 mg/ml 0.5 ml IM every two weeks → Rx Sent

3. Follow up appointment in three months → Reg 10/26

4. Testosterone level 1-2 weeks before next visit. Draw one day before patient is to have an estradiol injection.

F/u Jan 2022

Warren Fraser, M.D.

10-26-21

10/26/21 12:17 pm

Clark, Robert 611786 LSP 1.24.22

08.0101978

SUBJECTIVE: Patient returns for 3 month follow up. Last visit his testosterone level was 297. She was on oral estradiol daily. She was changed to estradiol Valerate 100 mg every two weeks. She is pleased with this. She has had some further increase in breast size. No longer gets erections, still has facial hair.

OBJRCTIVE: Testosterone is undetectable <3. Na+ and K+ OK. I will stop the spironolactone since testosterone is undetectable,

ASSESMENT: As above.

Plan: 1.Discontnue spironolactone.

2 .Schedule follow up appointment in six months.

3. Testosterone level one week before next appointment.

4. Allow patient access to famine products and electrolysis if available.

Rx Sent.

Not

See attached email

1-25-22

Warren Fraser

Warren Fraser M.D.

RTC July 2022

4/25/22 @ 12 n

Will Req April 2022

Signs/Symptoms of EPS noted

YES / NO

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

# PSYCHIATRIC NOTES

| NAME: Robert Clark | DOC#: 611786 | LOCATION: D |
|---|---|---|

Pt attending - pt c̄ some incarceration related stressors, but ∅ overwhelming symptoms...
∅ M/n...
∅ AVH... val ∅ delusions
∅ SHI... ∅ plan
SHOHTO...
∅ AEs

Plan: • continue current meds
- RTC 12 wks

Noted
3/21/22
Amy Hebert, RN

✓

AIMS Eval: 6mo 1yr Other pc MD

PHYSICIAN SIGNATURE: [signature] MD. DATE: 3/18/22

PSYCHIATRIC NOTES