**STATE OF LOUISIANA**
**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**

| | | |
|---|---|---|
| **Health Care Policy**<br>**No. 47** |  | **30 March 2019** |

# IDENTIFICATION AND MANAGEMENT OF INTERSEX OFFENDERS, TRANSGENDER OFFENDERS, AND OFFENDERS DIAGNOSED WITH GENDER DYSPHORIA

1. **AUTHORITY:** Secretary of the Department of Public Safety and Corrections as contained in Chapter 9 of Title 36.

2. **REFERENCES:** ACA Standard5-4B-0035; Department Regulation No. HC-01 "Access to Care," HC-36 "Mental Health Program," and C-01-022 "Prison Rape Elimination Act (PREA);" and Diagnostic and Statistical Manual of Mental Disorders, 5th ed. (DSM-5).

3. **PURPOSE:** To provide guidelines for the identification and management of offenders identifying as intersex or transgender and offenders diagnosed with gender dysphoria.

4. **APPLICABILITY:** Deputy Secretary, Chief of Operations, Department's Medical/Mental Health Director, Regional Wardens and Wardens. Each Unit Head is responsible for ensuring that appropriate unit written policy and procedures are in place to comply with the provisions of this policy.

5. **POLICY:** It is the Secretary's policy that each DPS&C facility shall have a comprehensive approach for identifying and managing intersex offenders, transgender offenders, and offenders diagnosed with gender dysphoria. The facility shall provide these offenders with appropriate evaluations and clinically indicated treatment as determined on a case by case basis. Each facility shall also provide placement in a manner that is safe and consistent with the Department's mission and security guidelines.

6. **DEFINITIONS:**

    A.  **Cisgender**: The state of one's gender identity matching one's biological sex.

**EXHIBIT 2**

**Health Care Policy No. 47**
**30 March 2019**
**Page Two**

    B.    **Gender**: A construct used to classify a person as male, female, both, or neither. Gender encompasses aspects of social identity, psychological identity, and human behavior.

    C.    **Gender Dysphoria (GD)**: A mental health diagnosis characterized by clinically significant distress lasting at least six months in duration that is caused by a marked incongruence between one's experienced/expressed gender and assigned gender.

    D.    **Gender Identity**: A person's sense of their gender, which is communicated to others by their gender expression.

    E.    **Health Care Practitioner/Provider**: Clinicians trained to diagnose and treat patients, such as physicians, dentists, psychologists, licensed professional counselors, licensed social workers, podiatrists, optometrists, nurse practitioners, and physician assistants.

        NOTE: This shall be in accordance with each health care practitioner/provider's scope of training and applicable licensing, registration, certification, and regulatory requirements.

    F.    **Intersex:** A person whose sexual or reproductive anatomy or chromosomal pattern does not seem to fit typical definitions of male or female. Intersex medical conditions are sometimes referred to as disorders of sex development.

    G.    **Intersystem transfers:** Transfers from one distinct correctional system to another.

    H.    **Intra-system transfers:** Transfers from facility to facility within a correctional system.

    I.    **Mental Health Care Practitioner/ Provider/ Professional:** Mental health staff who are qualified to diagnose and treat patients with a mental illness, (for example, physicians, physician extenders, psychologists, licensed professional counselors, and social workers) in accordance with each health care professional's scope of training and applicable licensing, registration, certification, and regulatory requirements.

    J.    **Transgender (TG)**: A person whose gender identity (i.e., internal sense of feeling male or female) is different from the person's assigned sex at birth. Transgender status is based on an individual's self-report of identifying characteristics.

**Health Care Policy No. 47**
**30 March 2019**
**Page Three**

        NOTE: Individuals identifying as transgender do not necessarily have gender dysphoria.

  K.    **Transgender / Intersex Executive Team (TIET):** A team appointed and chaired by the Department's Medical Director that shall include the Chief Nursing Officer, an attorney, a mental health representative, the Department's PREA coordinator, and a psychiatrist. The TIET will meet a minimum of quarterly to provide guidance on unique measures related to treatment and management needs of transgender, intersex or offenders with GD, including diagnosis issues.  The TIET will be responsible for reviewing the quarterly reports submitted by the TIFT to ensure consistency between units and address any issues.  This team will also be responsible for updating the regulation as needed.  The TIET shall also be responsible for proposing revisions or updates to this regulation as needed.

  L.    **Transgender/Intersex Facility Team (TIFT)**: A multidisciplinary team at the unit level consisting of individuals from various departments, including but not limited to: PREA Compliance Manager, Unit Head or designee, Security representative, Mental Health Director or designee, Medical Director or designee, Nursing Director or designee, classification representative and any other staff deemed appropriate by the Unit Head. This team shall be responsible for determining the necessary and reasonable accommodations for offenders identifying as intersex or transgender while ensuring public safety.  The TIFT shall formulate an individualized treatment plan for those diagnosed with GD, which shall meet the acceptable standard of care.  The TIET will meet a minimum of quarterly or more often as needed.

  M.    **Treatment Plan:** A written assessment of individualized needs, required services and interventions, including short-term and long-term goals, measurable outcomes, and the roles of healthcare and non-healthcare personnel for the purpose of providing necessary treatment and services in accordance with a patient's identified needs and problems areas.

**7.    PROCEDURES:**

  A.    Intersystem and Intra-system Transfers:

        1)    All offenders shall be screened at intake using the PREA Screening Checklist (Form C-01-022-D). (See Department Regulation No. C-01-022 "Prison Rape Elimination Act (PREA)" for more information.) Offenders may be identified or self-identify as intersex or transgender.

**Health Care Policy No. 47**
**30 March 2019**
**Page Four**

      2) The unit shall be responsible for developing a process to notify the PREA compliance manager of every offender identified or who self-reports as intersex or transgender upon intake, the PREA compliance manger shall notify the TIFT of these offenders.

      3) This team shall be responsible for determining the necessary and reasonable accommodations for offenders identifying as intersex or transgender while ensuring safety and security of the offender, offender population, and staff at the facility.

      4) The team shall ensure the Shower Preference Statement (Form C-01-022-N) and housing and programming assignments are completed.

      5) The TIFT will use the biological sex of the offender as the initial determination of housing designation.

      6) Upon intake should the offender who self identifies as being transgender reports that they have been receiving current gender affirming care in the community, confirmation of treatment and/or medications shall be obtained. The Unit's Director of Nursing or designee shall ensure that all efforts are made to obtain pertinent medical and mental health records for those offenders identifying as intersex or transgender and offenders diagnosed with GD.

          a. Should the offender refuse to authorize release of information for current treatment providers, the offender shall be advised that the provision of current treatment may be changed or discontinued following a complete medical assessment.

          b. Should the offender report taking non prescribed gender affirming hormones prior to incarceration, a referral to the healthcare practitioner/provider shall be made to have the offender evaluated as soon as possible.

B. Medical Examinations: Intersex and Transgender Offenders

Questions regarding identification of a transgender or intersex offender's genital makeup shall be referred to the facility Medical Director or healthcare practitioner designee for review. If needed, a complete history, physical examination and laboratory studies, as clinically indicated shall be conducted by a healthcare practitioner/provider in a private setting. (See Department Regulation No. C-01-022 "Prison Rape Elimination Act (PREA)" for more information.)

**Health Care Policy No. 47**
**30 March 2019**
**Page Five**

    C.    Identification and Diagnosis of Offenders with Intersex, Transgender and/or GD

        1)    Any offender that identifies as transgender or as GD upon admission or at any other time during incarceration the unit Mental Health Director or designee shall initiate a referral to the mental health staff within three business days. If the offender presents with symptoms of GD the unit Mental Health Director or designee shall initiate a referral to the designated psychiatric specialist within three business days.

        2)    This psychiatric evaluation may be completed by telehealth or face to face visit. Documentation of clinically significant distress lasting at least six months in duration or medical records indicating this prior to incarceration shall be submitted along with the referral to the designated psychiatric specialist. Offenders within the existing population who wish to self-report as having been diagnosed with gender dysphoria and/or would like to receive treatment, an evaluation, or any other health service shall make this request via the Request for Medical Treatment (Form HC-01-A). (See Department Regulation No. HC-01 "Access to Care" for more information.) The Unit Mental Health Director shall notify the Department's Medical Director within two business days of every offender with a confirmed diagnosis of GD by the designated psychiatric specialist.

        3)    The TIFT shall be responsible for ensuring that all offenders with a confirmed diagnosis of GD have an individualized treatment plan, which shall meet the acceptable standard of care. This plan shall be documented and kept in the medical record. This team may consult with a specialist, such as an endocrinologist. The initial treatment plan will be forwarded to the TIET within 14 days.

    D.    Mental Health Level of Care: Gender Dysphoria

        Offenders diagnosed with GD shall be followed by the mental health staff in accordance with Department Regulation No. HC-36 "Mental Health Program" and be provided the appropriate mental health level of care designation.

    E.    Indicator Codes in Offender Management System: Intersex and/or Transgender

        Offenders identifying as intersex or transgender shall receive a respective unique indicator code in the Department's offender management system.

**Health Care Policy No. 47**
**30 March 2019**
**Page Six**

    F.    Hormone Therapy

        1)    If an offender has a current, documented and verified prescription for hormone therapy upon intake at the facility, a referral shall be immediately made to the Unit Medical Director or designee for review. All efforts shall be made to ensure continuity of care. In the event that there are medical contraindications that prevent the continuation of hormone therapy, the offender shall be informed by the health care practitioner/provider of the reason for the contraindication. The clinical reasons that support this decision shall be documented in the offender's medical record. If the offender is being followed by a psychiatrist, they shall be notified of the decision. The decision to initiate, continue or discontinue hormone therapy is solely a clinical decision.

        2)    If prescribed at the facility level, the prescribing health care practitioner/provider shall explain the side effects of hormone therapy medication and shall document this on Gender Affirming Hormone Consent Form (Male to Female) (Form HC-47-A) or the Gender Affirming Hormone Consent Form (Female to Male) (Form HC-47-B). Consent forms shall be filed in the offender's medical record. Follow up visits by a health care practitioner/provider shall be at a minimum of every 3months or more frequently if clinically indicated. A referral may be made to an endocrinologist for initiation and management.

        3)    If the treating psychiatrist determines that the offender's dysphoric symptoms require an augmentation in medical management or more medical management than gender affirming hormone therapy, the treating psychiatrist shall refer the offender to the designated psychiatric specialist for further evaluation and shall notify the TIFT. Once a determination has been made by the designated psychiatric specialist this information shall be forwarded to the Department's Medical Director for review and to schedule meeting with the TIET for review of medical management.

    G.    Housing and Programming

        1)    Offenders will not be discriminated against due to their gender identity and/or intersex condition and will be afforded the same treatment and protection as any cisgender offender.

        2)    Housing Placement and programming for an offender who identifies as intersex or transgender shall be reassessed and documented at least twice each year utilizing the Transgender/Intersex

**Health Care Policy No. 47**
**30 March 2019**
**Page Seven**

    Reassessment (Form C-01-022-O) by designated staff to review any threats to safety experienced by the offender.

  3) Staff are to maintain the privacy and confidentiality of offenders identifying as intersex/transgender to the fullest extent possible while also ensuring the safety and security of the facility. Only that information which is needed for staff to perform their specified job duties shall be shared.

  4) It is prohibited to place an offender who identifies as intersex or transgender in a dedicated unit or facility solely on the basis of that identification, unless such placement is pursuant to a legal requirement for the purpose of protecting such an offender. (See Department Regulation No. C-01-022 "Prison Rape Elimination Act (PREA)" for more information.)

  5) In deciding whether to assign an offender who identifies as intersex or transgender to a male or female facility, as well as when making other housing and programming assignments, the unit shall consider on a case-by-case basis the following:

    a. Whether placement would ensure the offender's health and safety,

    b. Consider factors specific to the offender, such as behavioral and disciplinary history, and

    c. Whether the placement would present management or security problems.

H. Showering Preference

Offenders who identify as intersex or transgender shall be given the opportunity to shower separately from other offenders. Each unit shall maintain documentation of the efforts to offer separate showers utilizing the Shower Preference Statement (Form C-01-022-N). (See Department Regulation No. C-01-022 "Prison Rape Elimination Act (PREA)" for more information.)

I. Clothing and Commissary

  1) If a transgender male retains female secondary sex characteristics such as breasts then the unit shall provide a sports bra, if medically indicated.

**Health Care Policy No. 47**
**30 March 2019**
**Page Eight**

      2)     A transgender woman offender may be issued men's underwear (boxers) if requested, even if housed at a female facility.

      3)     All other offender requests for items related to intersex or transgender needs shall be sent to the Unit Manager and then forwarded to the TIFT and/or the TIET for review.

J.     Staff Training: Intersex and Transgender Offenders

Pursuant to Department Regulation No. C-01-022 "Prison Rape Elimination Act (PREA)," the Department's Training Director, in conjunction with the Chief of Operations, Regional Wardens, Department's PREA Coordinator and Department's Medical/Mental Health Director, shall ensure training regarding offenders identifying as intersex or transgender includes the following:

    1)     The definition of gender dysphoria.

    2)     Training for all staff on how to communicate effectively and professionally with offenders identifying as intersex or transgender.

    3)     To address the offender with the assigned name and sex at birth, unless the name and gender has been legally changed and the appropriate use of the relative pronouns.

    4)     Training for all security staff in how to conduct cross-gender pat-down searches and searches of offenders identifying as intersex and transgender in a professional and respectful manner, and in the least intrusive manner possible, consistent with security needs.

**8.     MONITORING REQUIREMENTS/REPORTS:**

The TIFT shall prepare a quarterly report regarding a review of all cases of offenders identifying as intersex or transgender and offenders diagnosed with GD. This report shall be submitted to the Department's Medical Director or designee who shall compile all the reports and send a final report to the Secretary on a quarterly basis.


s/James M. Le Blanc
Secretary

Forms:

**Health Care Policy No. 47**
**30 March 2019**
**Page Nine**

| | |
|---|---|
| HC-47-A | Gender Affirming Hormone Consent Form (Male to Female) |
| HC-47-B | Gender Affirming Hormone Consent Form (Female to Male) |
| C-01-022-D | PREA Screening Checklist and Instructions for Utilizing the PREA Screening Checklist |
| C-01-022-N | Shower Preference Statement |
| C-01-022-O | Reassessment for Offenders Identifying as Intersex or Transgender |

This health care policy supersedes Health Care Policy No. 47 dated 10 October 2017.