LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2016 -2396

TO: <u>ROBERT CLARK 611786</u>          <u>CBD U/L</u>
    Offender's Name and Number     Living Quarters

<u>8/1/16-8/15/16</u>
Date of Incident

X       ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

        REJECTED: Your request has been rejected for the following reason(s):

<u>09/02/2016</u>                              <u>Trish Foster</u>
Date                                        Warden's Signature or Designee

**EXHIBIT 3**

0706
CAMP D

Administrative Remedy Procedure

From: Robert Clark            No.: 611786
Housing: Main Prison CBD"/k1   Date: Aug 21, 2016

RECEIVED
AUG 22 2016
WARDEN'S OFFICE

RE: Voyerism Complaint

RECEIVED
AUG 22 2016
LEGAL PROGRAMS DEPARTMENT

Dear Warden,

I am a transgender inmate who has made known my desire to shower and restroom in private. The PREA law and D.O.C. adopted policies both state that voyerism (filming someone while nude, showering, using the restroom, or other such acts) is illegal.

There are cameras in the shower and toiletry areas in the dormatories. While housed at Camp D Eagle 1 dorm from Aug 1, 2016 through Aug 15, 2016 I was filmed and observed by unknown personel while I showered each day.

On August 15, 2016, I had consensual sex with an inmate in Eagle 1 shower area and was viewed by (3) three officers (Lt. Col. Rheams, Cpt LaCombe, and Lt. Jones) and (1) one inmate on camera. Since, I have been harrassed, and verbally assaulted pertaining to the videos.

There is another video camera in the room which shows the video monitors and this will prove that all four alleged people were in the video room viewing the camera on the 15th. I feel violated. Said acts are against my U.S. and State Const. rights.

Requested Relief

1) There is only 30 days to review the camera footage so I ask that an investigation be prompt to preserve evidence (camera

footage). Louisiana has a **NO** TOLERANCE policy for sexual abuse/assault violations;

2) I request that cameras be taken out of the shower and toilet areas;

3) I request I be given population status back;

4) 14,000,000°° for the 14 days I was viewed unlawfully in the shower and recorded;

5) 10,000,000°° for recording me having sex, allowing an inmate to view the footage or be in the video room to view it live;

6) 10,000,000°° punitive damages for all acts alleged herein

7) I request to be assigned a Victims Advocate for concerns herein.

Respectfully
x Robert Clark

ARP Filed Aug 21, 2016
Page 2 of 2

# LOUISIANA STATE PENITENTIARY
## ANGOLA, LOUISIANA

RE: Offender Name & Number: **Robert Clark 611786**

ARP Number: **LSP-2016-2396**

I am voluntarily requesting to withdraw the above reference request for remedy. I no longer wish to pursue this matter through the Administrative Remedy Procedure. I voluntarily make this request of my own free will, without coercion and without promise of reward.

_____Robert Clark_____     __611786__
Offender's Signature            Offender DOC Number

WITNESS: _____     DATE: **9/15/16**

WITNESS: _____     DATE: **9-15-16**


Legible Thumbprint

INSTRUCTIONS:

Please have the Offender sign and Thumbprint this form with 2 Supervisor's signatures.

***ALL INCORRECT FORMS WILL BE RETURNED TO THE WARDEN OF THAT AREA**

**RECEIVED**

*Robert Clark*
*#611786*
*LSP-2016-2396*

SEP 2 0 2016

Legal Programs Department

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2016 -2396

TO: <u>ROBERT CLARK 611786</u>        <u>CBD U/L</u>
    Offender's Name and Number        Living Quarters

<u>8/1/16-8/15/16</u>
Date of Incident

X         ACCEPTED:  This request comes to you from the Wardens Office.  A response will be issued within 40 days of this date.

          REJECTED:  Your request has been rejected for the following reason(s):

<u>         09/02/2016         </u>              <u>         Trish Foster         </u>
           Date                                Warden's Signature or Designee

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM
Case 3:19-cv-00512-BAJ-SDJ    Document 86-7    05/09/22    Page 5 of 8

0706
CAMP T

Administrative Remedy Procedure

From: Robert Clark
Housing: Main Prison CBD A/k 1

No.: 611786
Date: Aug 21, 2016

RECEIVED
AUG 22 2016
WARDEN'S OFFICE

RE: Voyerism Complaint

RECEIVED
AUG 22 2016
LEGAL PROGRAMS DEPARTMENT

Dear Warden,

I am a transgender inmate who has made known my desire to shower and restroom in private. The PREA law and D.O.C. adopted policies both state that voyerism (filming someone while nude, showering, using the restroom, or other such acts) is illegal.

There are cameras in the shower and toiletry areas in the dormatories. While housed at Camp D Eagle 1 dorm from Aug 1, 2016 through Aug 15, 2016 I was filmed and observed by unknown personel while I showered each day.

On August 15, 2016, I had consensual sex with an inmate in Eagle 1 shower area and was viewed by (3) three officers (Lt. Col. Rheams, Cpt La Combe, and Lt. Jones) and (1) one inmate on camera. Since, I have been harrassed, and verbally assaulted pertaining to the videos.

There is another video camera in the room which shows the video monitors and this will prove that all four alleged people were in the video room viewing the camera on the 15th. I feel violated. Said acts are against my U.S. and State Const. rights.

Requested Relief

1) There is only 30 days to review the camera footage so I ask that an investigation be prompt to preserve evidence (camera

footage). Louisiana has a **NO** TOLERANCE policy for sexual abuse/assault violations;

2) I request that cameras be taken out of the shower and toilet areas;

3) I request I be given population status back;

4) 14,000,000⁰⁰ for the 14 days I was viewed unlawfully in the shower and recorded;

5) 10,000,000⁰⁰ for recording me having sex, allowing an inmate to view the footage or be in the video room to view it live;

6) 10,000,000⁰⁰ punitive damages for all acts alleged herein

7) I request to be assigned a Victims Advocate for concerns herein.

Respectfully,
Robert Clark

ARP Filed Aug 21, 2016
Page 2 of 2

# LOUISIANA STATE PENITENTIARY
# ANGOLA, LOUISIANA

RE: Offender Name & Number: Robert Clark   611786

ARP Number: LSP-2016-2396

I am voluntarily requesting to withdraw the above reference request for remedy. I no longer wish to pursue this matter through the Administrative Remedy Procedure. I voluntarily make this request of my own free will, without coercion and without promise of reward.

_Robert Clark_
Offender's Signature

611786
Offender DOC Number

WITNESS: _[signature]_

DATE: 9/15/16

WITNESS: _[signature]_

DATE: 9-15-16



Legible Thumbprint

INSTRUCTIONS:

Please have the Offender sign and Thumbprint this form with 2 Supervisor's signatures.

***ALL INCORRECT FORMS WILL BE RETURNED TO THE WARDEN OF THAT AREA**

Robert Clark
#611786
LSP-2016-2396

**RECEIVED**

SEP 20 2016

Legal Programs Department