**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ROBERT CLARK (#611786)** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES LEBLANC, ET AL.** | **19-512-BAJ-SDJ** |

**ORDER**

Considering Plaintiff's Motion to Amend (R. Doc. 83), wherein Plaintiff seeks to further clarify the identity of Defendant Col. Rheams,

**IT IS ORDERED** that Plaintiff's Motion (R. Doc. 83) is **GRANTED**, and all references to Defendant Rheams shall be understood to refer to Lucas Rheams.

Signed in Baton Rouge, Louisiana, on August 3, 2022.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**