**RECEIVED**
DEC 12 2022
Legal Programs Department

SCANNED at LSP and Emailed
12-12-22 by K.S. 1 pages
date    initials    No.

Ms Robert Clark
D.O.C. No. 611786
LA State Prison
Angola, LA 70712

December 8, 2022

Clerk of Court - U.S.D.C.
Middle Dist. Court of LA
Baton Rouge, LA 70821

RE: CLARK v LEBLANC 3:19-cv-512 BAJ-SDJ

Dear Clerk:

Please do not fail to notify me of any decision made by the Court pertaining to the pending Motion for Summary Judgement filed by the Defendants in the above styled cause.

I only remind you because in the formerly filed suit by me you (your office) did not notify me of a denial and it was several months after the ruling that I found out. I am not abandoning this cause. The last communication I had from you was approximately 3½ months ago. This is very important to me. Thank you for your time

Cordially
Ms Robert Clark
Ms Robert Clark