UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT CLARK** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES LEBLANC, ET AL.** | **NO. 19-00512-BAJ-SDJ** |

### ORDER

**IT IS ORDERED** that, pursuant to Local Civil Rule 73(a), the referral of this action to the Magistrate Judge be and is hereby **WITHDRAWN**.

The undersigned's ruling on Defendants' **Motion For Summary Judgment (Doc. 86)** shall issue separately.

Baton Rouge, Louisiana, this 6th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**