UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT CLARK (#611786)                                      CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                                NO. 19-00512-BAJ-SDJ

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned

action be and is hereby **DISMISSED**.

Baton Rouge, Louisiana, this 27th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

1